1  Theodore J. Boutrous, Jr., SBN 132099
   tboutrous@gibsondunn.com
2  Andrea E. Neuman, SBN 149733
   aneuman@gibsondunn.com
3  William E. Thomson, SBN 187912
   wthomson@gibsondunn.com
4  Ethan D. Dettmer, SBN 196046
   edettmer@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
6  Los Angeles, CA 90071
Telephone:  213.229.7000
7  Facsimile:  213.229.7520

8  Herbert J. Stern (*pro hac vice* forthcoming)
   hstern@sgklaw.com
9  Joel M. Silverstein (*pro hac vice* forthcoming)
   jsilverstein@sgklaw.com
10  STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
11  P.O. Box 992
Florham Park, NJ 07932-0992
12  Telephone: 973.535.1900
Facsimile:  973.535.9664
13
Neal S. Manne (SBN 94101)
14     nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice* forthcoming)
15     jcarter@susmangodfrey.com
Erica Harris (*pro hac vice* forthcoming)
16     eharris@susmangodfrey.com
Steven Shepard (*pro hac vice* forthcoming)
17     sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
18  1000 Louisiana, Suite 5100
Houston, TX 77002
19  Telephone:  713.651.9366
Facsimile:  713.654.6666
20
Attorneys for Defendant CHEVRON
21  CORPORATION

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THE PEOPLE OF THE STATE OF
CALIFORNIA, acting by and through the
Oakland City Attorney,

     Plaintiff and Real Party in Interest,

     v.

CASE NO. _____

**DECLARATION OF WILLIAM E.
THOMSON IN SUPPORT OF NOTICE OF
REMOVAL**

1  BP P.L.C., a public limited company of
   England and Wales, CHEVRON
2  CORPORATION, a Delaware corporation,
   CONOCOPHILLIPS COMPANY, a Delaware
3  corporation, EXXON MOBIL
   CORPORATION, a New Jersey corporation,
4  ROYAL DUTCH SHELL PLC, a public
   limited company of England and Wales, and
5  DOES 1 through 10,

6          Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Removal from the Superior Court of the State of
California, County of Alameda, Case No.
RG17875889]

Action Filed:   September 19, 2017

Gibson, Dunn &
Crutcher LLP

DECL. I/S/O NOTICE OF REMOVAL

I, William E. Thomson, declare as follows:

1.      I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Northern District of California.  I am a Partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Defendant Chevron Corporation ("Chevron") in this matter.  I make this declaration in support of Defendants' Notice of Removal, filed concurrently herewith.  Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      I have consulted with my client, and I have been informed that Chevron was purportedly served by Plaintiff the People of the State of California, acting by and through the Oakland City Attorney ("Plaintiff") with a copy of the Complaint and Summons filed in the Superior Court of the State of California in the County of Alameda on September 21, 2017.  Attached hereto as **Exhibit A** is a true and correct copy of all process, pleadings, and orders from the state-court action being removed to this Court that purportedly have been served on Chevron.  Pursuant to 28 U.S.C. § 1446(a), this constitutes "a copy of all process, pleadings, and orders served upon" Chevron in the action.

3.      Based on communications with counsel for Defendant BP p.l.c. ("BP"), I have been informed that BP purportedly was served with a copy of the Complaint and Summons filed in the Superior Court of the State of California in the County of Alameda on September 21, 2017.  Attached hereto as **Exhibit B** is a true and correct copy of all process, pleadings, and orders from the state-court action being removed to this Court that purportedly have been served on BP.  Pursuant to 28 U.S.C. § 1446(a), this constitutes "a copy of all process, pleadings, and orders served upon" BP in the action.

4.      Based on communications with counsel for Defendant ConocoPhillips Company ("ConocoPhillips"), I have been informed that ConocoPhillips purportedly was served with a copy of the Complaint and Summons filed in the Superior Court of the State of California in the County of Alameda on September 21, 2017.  Attached hereto as **Exhibit C** is a true and correct copy of all process, pleadings, and orders from the state-court action being removed to this Court that

Gibson, Dunn &
Crutcher LLP

1
DECL. I/S/O NOTICE OF REMOVAL

1   purportedly have been served on ConocoPhillips.  Pursuant to 28 U.S.C. § 1446(a), this constitutes "a

2   copy of all process, pleadings, and orders served upon" ConocoPhillips in the action.

3          5.      Based on communications with counsel for Defendant Exxon Mobil Corporation

4   ("ExxonMobil"), I have been informed that ExxonMobil has not yet been served with a copy of the

5   Complaint and Summons filed in the Superior Court of the State of California in the County of

6   Alameda, although Plaintiff contends it did so on September 21, 2017.  Attached hereto as **Exhibit D**

7   is a true and correct copy of all process, pleadings, and orders from the state-court action being

8   removed to this Court that purportedly have been served on ExxonMobil.  Pursuant to 28 U.S.C. §

9   1446(a), this constitutes "a copy of all process, pleadings, and orders served upon" ExxonMobil in

10  the action.

11         6.      Based on communications with counsel for Defendant Royal Dutch Shell plc

12  ("Shell"), I have been informed that Shell purportedly was served with a copy of the Complaint and

13  Summons filed in the Superior Court of the State of California in the County of Alameda on

14  September 21, 2017.  Attached hereto as **Exhibit E** is a true and correct copy of all process,

15  pleadings, and orders from the state-court action being removed to this Court that purportedly have

16  been served on Shell.  Pursuant to 28 U.S.C. § 1446(a), this constitutes "a copy of all process,

17  pleadings, and orders served upon" Shell in the action.

18         7.      The removal of this action is not intended to operate as an admission of any factual

19  allegation or legal conclusion and is submitted subject to and without waiver of any defense,

20  affirmative defense, or objection, including personal jurisdiction, insufficient process, and

21  insufficient service of process.

22         8.      Attached hereto as **Exhibit F** is a true and correct copy of a Mineral Lease of

23  Submerged Lands Under the Outer Continental Shelf Lands Act, Form MMS-2004 (June 1991).

24         9.      Attached hereto as **Exhibit G** is a true and correct copy of an Oil and Gas Lease of

25  Submerged Lands Under the Outer Continental Shelf Lands Act, Form BOEM-2005 (February

26  2017).

27         10.     Attached hereto as **Exhibit H** is a true and correct copy of the June 19, 1944 Unit Plan

28  Contract between the Navy Department and Standard Oil Company of California.

Gibson, Dunn &
Crutcher LLP

2

1    I declare under penalty of perjury under the laws of the State of California and the United

2    States of America that the foregoing is true and correct and that I executed this Declaration on

3    October 20, 2017, at Los Angeles, California.

4                                                              /s/ William E. Thomson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28