# EXHIBIT D

⌐ CITY OF OAKLAND                      ⌐ BP P.L.C., a public limited company of ⌐
  Attn: PARKER, BARBARA J.               England and Wahles
  One Frank Ogawa Plaza, 6th Fl
  Oakland, CA 94612
⌐                                      ⌐                                        ⌐

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| The People of the State of Ca | No. RG17875889 |
| Plaintiff/Petitioner(s) | |
| VS. | |
| BP P.L.C., a public limited | NOTICE OF HEARING (AMENDED) |
| | Case Management Conference on 10/31/2017 has been vacated and rescheduled. |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

To each party or to the attorney(s) of record for each party herein:

Notice is hereby given that the above entitled action has been set for:
                Case Management Conference

You are hereby notified to appear at the following Court location on the date and time noted below:

Case Management Conference:
DATE: 10/31/2017    TIME: 03:00 PM    DEPARTMENT: 23
LOCATION: Administration Building, Fourth Floor
                1221 Oak Street, Oakland

Failure to appear, comply with local rules or provide a Case Management Conference statement may result in sanctions under Local Rule 3.90.

All motions in this matter to be heard prior to Complex Litigation Determination Hearing (CDH) must be scheduled in the same department as that hearing.

If the information contained in this notice requires change or clarification, please call the courtroom clerk for the department where the CDH is scheduled.

TELEPHONIC COURT APPEARANCES at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties can make arrangements by calling 1-888-882-6878, or faxing a service request form to 1-888-882-2946. This service is subject to charges by the vendor.

Dated: 09/22/2017              Chad Finke  Executive Officer / Clerk of the Superior Court

                                               By    /s/ Dynoal Ary (Digital)
                                                                                   Deputy Clerk

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

                Executed on 09/25/2017.

By _____
　　　　Deputy Clerk

```
┌ CITY OF OAKLAND                ┐    ┌ BP P.L.C., a public limited company of ┐
  Attn: PARKER, BARBARA J.            England and Wahles
  One Frank Ogawa Plaza, 6th Fl
  Oakland, CA  94612____
└                                ┘    └                                        ┘
```

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| The People of the State of Ca<br><br>                         Plaintiff/Petitioner(s)<br>     VS.<br><br>BP P.L.C., a public limited<br><br><br><br>                       Defendant/Respondent(s)<br>    (Abbreviated Title) | No. RG17875889<br><br><br>NOTICE OF HEARING (AMENDED)<br><br>Complex Determination Hearing on 12/05/2017<br>has been vacated and rescheduled. |

To each party or to the attorney(s) of record for each party herein:

Notice is hereby given that the above-entitled action has been set for:
          Complex Determination Hearing

You are hereby notified to appear at the following Court location on the date and time noted below:

Complex Determination Hearing:
DATE: 12/05/2017   TIME: 03:00 PM   DEPARTMENT: 23
LOCATION: Administration Building, Fourth Floor
              1221 Oak Street, Oakland

Pursuant to California Rules of Court, Rule 3.400 et seq. and Local Rule 3.250 (Unified Rules of the Superior Court, County of Alameda), the above-entitled matter is set for a Complex Litigation Determination Hearing and Initial Complex Case Management Conference.

Department 23 issues tentative rulings on DomainWeb (www.alameda.courts.ca.gov/domainweb). For parties lacking access to DomainWeb, the tentative ruling must be obtained from the clerk at (510) 267-6939. Please consult Rule 3.30(c) of the Unified Rules of the Superior Court, County of Alameda, concerning the tentative ruling procedures for Department 23.

Counsel or party requesting complex litigation designation is ordered to serve a copy of this notice on all parties omitted from this notice or brought into the action after this notice was mailed.

All counsel of record and any unrepresented parties are ordered to attend this Initial Complex Case Management Conference unless otherwise notified by the Court.

Failure to appear, comply with local rules or provide a Case Management Conference statement may result in sanctions. Case Management Statements may be filed by E-Delivery, by submitting directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to **Direct Calendar Departments** at
**http://apps.alameda.courts.ca.gov/domainweb**.

All motions in this matter to be heard prior to Complex Litigation Determination Hearing must be

scheduled for hearing in Department 23.

If the information contained in this notice requires change or clarification, please contact the courtroom clerk for Department 23 by e-mail at Dept.23@alameda.courts.ca.gov or by phone at (510) 267-6939.

TELEPHONIC COURT APPEARANCES at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties can make arrangements by calling (888) 882-6878, or faxing a service request form to (888) 883-2946. This service is subject to charges by the vendor.

Dated: 09/25/2017         Chad Finke  Executive Officer / Clerk of the Superior Court

By _____
                                                Deputy Clerk

---

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 09/26/2017.

By _____
                                                Deputy Clerk

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 217,895 | FOR COURT USE ONLY |
|---|---|
| NAME: Shana E. Scarlett | |
| FIRM NAME: Hagens Berman Sobol Shapiro LLP | |
| STREET ADDRESS: 715 Hearst Avenue, Suite 202 | |
| CITY: Berkeley  STATE: CA  ZIP CODE: 94710 | |
| TELEPHONE NO.: 510 725-3000  FAX NO.: 510 725-3001 | |
| E-MAIL ADDRESS: shanas@hbsslaw.com | |
| ATTORNEY FOR (name): The People of the State of California | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 1221 Oak Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Rene C. Davidson Courthouse - Civil Division

Plaintiff/Petitioner: The People of the State of California

Defendant/Respondent: BP p.l.c. et al.

**PROOF OF SERVICE—CIVIL**
**Check method of service** *(only one):*
☐ By Personal Service  ☒ By Mail  ☐ By Overnight Delivery
☐ By Messenger Service  ☐ By Fax

CASE NUMBER: RG17875889
JUDICIAL OFFICER: Seligman
DEPARTMENT: 23

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   1280 Centre Street, Suite 230, Newton Centre, MA 02459

3. ☐ The fax number from which I served the documents is *(complete if service was by fax)*:

4. On *(date):* September 27, 2017  I served the following **documents** *(specify):*
   Notice of hearing (amended), dated September 22, 2017
   Notice of hearing (amended), dated September 25, 2017

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: See attached Form POS-040(P)

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served:
      See attached Form POS-040(P)

   c. ☐ *(Complete if service was by fax.)*
      Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a, 2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

POS-040

| CASE NAME: | CASE NUMBER: |
|---|---|
| The People of the State of California v. BP p.l.c. et al. | RG17875889 |

6. b. [x] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) [x] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

c. [ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 27, 2017

Wesley Kelman
(TYPE OR PRINT NAME OF DECLARANT)

▶ *(signature)*
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶
(NAME OF DECLARANT)     (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]     **PROOF OF SERVICE—CIVIL**     Page 2 of 3
(Proof of Service)

POS-040(P)

| SHORT TITLE: The People of the State of California v. BP p.l.c. et al. | CASE NUMBER: RG17875889 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)
*(This attachment is for use with form POS-040.)*

**NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:**

| Name of Person Served (If the person served is an attorney, the party or parties represented should also be stated.) | Where Served (Provide business or residential address where service was made by personal service, mail, overnight delivery, or messenger service. For service by fax, provide fax number.) |
|---|---|
| Chevron Corporation | 2710 Gateway Oaks Drive, Suite 150N, Sacramento CA 95833 |
| ConocoPhillips Company | 2710 Gateway Oaks Drive, Suite 150N, Sacramento CA 95833 |
| Exxon Mobil Corporation | 2710 Gateway Oaks Drive, Suite 150N, Sacramento CA 95833 |
| BP America Inc., general manager for BP p.l.c. | 818 West 7th Street, Suite 930 Los Angeles CA 90017 |
| Shell Oil Company, general manager for Royal Dutch Shell PLC | 818 West 7th Street, Suite 930 Los Angeles CA 90017 |

Form Approved for Optional Use
Judicial Council of California
POS-040(P) [Rev. February 1, 2017]

ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)
(Proof of Service)

Page____ of ____

CEB
www.ceb.com
www.courts.ca.gov



BOSTON MA 021
27 SEP 2017 PM 9 L

Exxon Mobil Corporation
c/o Corporation Service Co.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

95833-350224

HAGENS BERMAN
1280 CENTRE STREET, SUITE 230
NEWTON CENTRE, MA 02459

| | |
|---|---|
| CITY OF OAKLAND<br>Attn: PARKER, BARBARA J.<br>One Frank Ogawa Plaza, 6th Fl<br>Oakland, CA   94612 | BP P.L.C., a public limited company of<br>England and Wahles |

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| The People of the State of Ca<br>                              Plaintiff/Petitioner(s)<br>VS.<br><br>BP P.L.C., a public limited<br><br><br>                          Defendant/Respondent(s)<br>(Abbreviated Title) | No. RG17875889<br><br>NOTICE OF HEARING (AMENDED)<br><br>Case Management Conference on 10/31/2017 has<br>been vacated and rescheduled. |

To each party or to the attorney(s) of record for each party herein:

Notice is hereby given that the above entitled action has been set for:
Case Management Conference

You are hereby notified to appear at the following Court location on the date and time noted below:

Case Management Conference:
DATE: 12/19/2017    TIME: 03:00 PM    DEPARTMENT: 23
LOCATION: Administration Building, Fourth Floor
          1221 Oak Street, Oakland

Failure to appear, comply with local rules or provide a Case Management Conference statement may result in sanctions under Local Rule 3.90.

All motions in this matter to be heard prior to Complex Litigation Determination Hearing (CDH) must be scheduled in the same department as that hearing.

If the information contained in this notice requires change or clarification, please call the courtroom clerk for the department where the CDH is scheduled.

TELEPHONIC COURT APPEARANCES at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties can make arrangements by calling 1-888-882-6878, or faxing a service request form to 1-888-882-2946. This service is subject to charges by the vendor.

Dated: 10/05/2017          Chad Finke  Executive Officer / Clerk of the Superior Court

                           By   *Lyrae [signature]*  Digital
                                                              Deputy Clerk

### CLERK'S CERTIFICATE OF MAILING
I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/05/2017.

By _____Lynoae Biy_____ (Digital)
                          Deputy Clerk



OAKLAND
CA 945
05 OCT '17
PM 6 L

Exxon Mobil Corporation
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

95833-350224

HAGENS BERMAN

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SAN FRANCISCO
400 MCALLISTER STREET, SAN FRANCISCO, CA 94102-4514

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>PLAINTIFF (S)<br><br>VS.<br><br>BP P.L.C., A PUBLIC LIMITED COMPANY OF ENGLAND AND et al<br><br>DEFENDANT (S) | **Department 304**<br><br>**NO. CGC-17-561370**<br><br>**Order Granting Complex Designation and for Single Assignment** |

TO: ALL COUNSEL AND PARTIES IN PROPRIA PERSONA

The Application for Approval of Complex Designation filed Sep-21-2017, in the above-entitled action, is GRANTED. Complex Designation is APPROVED and it is hereby ordered that this entire action be assigned for all purposes to the Complex Litigation Department, Judge CURTIS E.A. KARNOW, Department 304, of the California Superior Court for the County of San Francisco at 400 McAllister Street, San Francisco, CA 94102.

The CASE MANAGEMENT CONFERENCE previously set for Feb-21-2018 in Dept.610 is canceled and a new case management conference is set for Nov-28-2017 at 9:00 am in Department 304. Counsel is expected to appear in person for this initial case management conference. A JOINT case management statement must be filed and an endorsed copy thereof delivered to Department 304 no later than four (4) court days prior to the case management conference.

Any pending motions previously set for hearing in the Law and Motion or Discovery Departments should be taken off calendar and new courtesy copies forwarded to Department 304 for possible re-setting at the time of the case management conference. All court dates must be reserved in advance with the Clerk of the Court. The Clerk of the Court in Department 304 may be contacted at (415) 551-3729.

Counsel for plaintiff shall provide a copy of this order and notice to all counsel of record and/or parties In Propria Persona that are not listed in the attached certificate of service.

All counsel should read and be familiar with the "User's Manual for Dept.304" located online at: http://www.sfsuperiorcourt.org/divisions/civil/litigation

This case is now subject to mandatory e-filing and e-service pursuant to Local Rule 2.10. For e-filing registration, training information and service list assistance, contact the Court's approved e-filing & e-service provider at (888)529-7587.

DATED: SEP-29-2017            Curtis Karnow
                              JUDGE

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, certify that I am an employee of the Superior Court of California, County of San Francisco and not a party to the above-entitled cause and that on SEP-29-2017 I served the attached Order Granting Complex Designation and for Single Assignment by placing a copy thereof in an envelope addressed to all parties to this action as listed below. I then placed the envelope in the outgoing mail at 400 McAllister Street, San Francisco, CA 94102, on the date indicated above for collection, sealing of the envelope, attachment of required prepaid postage, and mailing on that date, following standard court practice.

Dated: SEP-29-2017                    By: DANIAL LEMIRE

DENNIS JOSE HERRERA (139669)
CITY ATTORNEY
1390 MARKET ST., 6TH FLOOR
SAN FRANCISCO, CA 94102

OAKLAND CA 945
05 OCT 2017 PM 3 L

Exxon Mobil Corporation
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

95833-350224

HAGENS BERMAN