Theodore J. Boutrous, Jr., SBN 132099
  tboutrous@gibsondunn.com
Andrea E. Neuman, SBN 149733
  aneuman@gibsondunn.com
William E. Thomson, SBN 187912
  wthomson@gibsondunn.com
Ethan D. Dettmer, SBN 196046
  edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Herbert J. Stern (*pro hac vice* forthcoming)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice* forthcoming)
  jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973. 535.1900
Facsimile: 973.535.9664

Neal S. Manne (SBN 94101)
  nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice* forthcoming)
  jcarter@susmangodfrey.com
Erica Harris (*pro hac vice* forthcoming)
  eharris@susmangodfrey.com
Steven Shepard (*pro hac vice* forthcoming)
  sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366

Attorneys for Defendant CHEVRON CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>    Plaintiff and Real Party in Interest,<br><br>    v. | CASE NO. _____<br><br>**PROOF OF SERVICE OF CASE INITIATING DOCUMENTS**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG17875889]<br><br>Action Filed: September 19, 2017 |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE

| | |
|---|---|
| 1 | BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I, Kelsey J. Helland, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On October 20, 2017, I served the following document(s):

**NOTICE OF REMOVAL**

**DECLARATION OF WILLIAM E. THOMSON IN SUPPORT OF NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Barbara Parker<br>Maria Bee<br>Erin Bernstein<br>OAKLAND CITY ATTORNEY'S OFFICE<br>ebernstein@oaklandcityattorney.org<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612-1932<br>Telephone: (510) 238-3601<br>Fax: (510) 238-6500 | Steve W. Berman<br>steve@hbsslaw.com<br>Emerson Hilton<br>emersonh@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Ave. Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594<br><br>Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Fax: (510) 725-30001<br><br>Matthew W. Pawa<br>mattp@hbsslaw.com<br>Benjamin A. Crass<br>benk@hbsslaw.com<br>Wesley Kelman<br>wesk@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1280 Centre Street, Suite 230<br>Newton, Massachusetts 02459<br>Telephone: (617) 641-9550<br>Fax: (617) 641-9551 |

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ I am employed in the office of Ethan D. Dettmer, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2017.

*/s/ Kelsey J. Helland*
Kelsey J. Helland