Theodore J. Boutrous, Jr., SBN 132099
   tboutrous@gibsondunn.com
Andrea E. Neuman, SBN 149733
   aneuman@gibsondunn.com
William E. Thomson, SBN 187912
   wthomson@gibsondunn.com
Ethan D. Dettmer, SBN 196046
   edettmer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Herbert J. Stern (*pro hac vice* forthcoming)
   hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice* forthcoming)
   jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

Neal S. Manne (SBN 94101)
   nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice* forthcoming)
   jcarter@susmangodfrey.com
Erica Harris (*pro hac vice* forthcoming)
   eharris@susmangodfrey.com
Steven Shepard (*pro hac vice* forthcoming)
   sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366

Attorneys for Defendant CHEVRON CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>   Plaintiff and Real Party in Interest,<br><br>   v. | CASE NO. 3:17-cv-6011-JCS<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION WITH STATE COURT**<br><br>[Removal from the Superior Court of the State of California, County of Alameda, Case No. RG17875889] |

| | |
|---|---|
| BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>                    Defendants. | Action Filed:  September 19, 2017 |

**TO THE CLERK OF THE ABOVE-TITLED COURT AND TO PLAINTIFF THE PEOPLE OF THE STATE OF CALIFORNIA, ACTING BY AND THROUGH THE OAKLAND CITY ATTORNEY AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants BP p.l.c., Chevron Corporation, ConocoPhillips Company, Exxon Mobil Corporation, and Royal Dutch Shell PLC (collectively, "Defendants") have filed notice in the Superior Court of the State of California in and for the County of Alameda that Defendants have removed this action from the Superior Court to the United States District Court for the Northern District of California. A true and correct copy of the notice is attached hereto as **Exhibit A**.

Respectfully submitted,

DATED: October 23, 2017                   GIBSON, DUNN & CRUTCHER LLP


By:  /s/ *Theodore J. Boutrous, Jr.*
        Theodore J. Boutrous, Jr.

Attorneys for Defendant CHEVRON CORPORATION

# CERTIFICATE OF SERVICE

I, Kelsey J. Helland, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on October 23, 2017, the foregoing Notice of Filing of Notice of Removal of Action with State Court was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all registered parties by operation of the Court's electronic filing systems.

I further certify that on October 23, 2017 the foregoing Notice of Filing of Notice of Removal of Action with State Court was served on the following parties by the means described below:

- ☑ **BY OVERNIGHT DELIVERY**:  On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

- ☑ I am employed in the office of Ethan D. Dettmer, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

| **Attorneys for Plaintiff the People of the State of California, acting by and through the Oakland City Attorney** | **Attorneys for Plaintiff the People of the People of the State of California, acting by and through the Oakland City Attorney** |
|---|---|
| Barbara J. Parker<br>Maria Bee<br>Erin Bernstein<br>OAKLAND CITY ATTORNEY<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715 | Steve W. Berman<br>Emerson Hilton<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Ave. Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>Matthew F. Pawa<br>Benjamin A. Krass<br>Wesley Kelman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Facsimile: (617) 641-9551 |

☑   **BY ELECTRONIC SERVICE**:  On the above-mentioned date, the documents were sent to the persons at the electronic notification addresses as shown below.

| **Attorneys for Defendant BP p.l.c.** | **Attorneys for Defendant Royal Dutch Shell PLC** |
|---|---|
| Jonathan W. Hughes<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>E-mail: jonathan.hughes@apks.com<br><br>Matthew T. Heartney<br>John D. Lombardo<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>44th Floor<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>E-mail: matthew.heartney@apks.com<br>john.lombardo@apks.com<br><br>Philip H. Curtis<br>Nancy G. Milburn<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>E-Mail: philip.curtis@apks.com<br>nancy.milburn@apks.com | Daniel P. Collins<br>Jerry Roth<br>MUNGER TOLLES & OLSON LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9125<br>E-Mail: daniel.collins@mto.com<br>jerome.roth@mto.com<br><br>David Frederick<br>Brendan Crimmins<br>KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7951<br>E-Mail: dfrederick@kellogghansen.com<br>bcrimmins@kellogghansen.com |

| **Attorneys for Defendant ConocoPhillips Company** | **Attorneys for Defendant Exxon Mobil Corporation** |
|---|---|
| Megan R. Nishikawa<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300<br>Email:  mnishikawa@kslaw.com<br><br>Tracie J. Renfroe<br>Carol M. Wood<br>KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br>Email: cwood@kslaw.com<br><br>Justin A. Torres<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4707<br>Telephone: (202) 737 0500<br>Facsimile: (202) 626 3737<br>Email: jtorres@kslaw.com | M. Randall Oppenheimer<br>Dawn Sestito<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA  90071-2899<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br>E-Mail:  roppenheimer@omm.com<br>E-Mail:  dsestito@omm.com<br><br>Theodore V. Wells, Jr.<br>Daniel J. Toal<br>Jaren E. Janghorbani<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-Mail:  twells@paulweiss.com<br>E-Mail: dtoal@paulweiss.com<br>E-Mail: jjanghorbani@paulweiss.com |

☑ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 23, 2017      By:      */s/ Kelsey J. Helland*
                                                                Kelsey J. Helland