IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C. *et al.*,<br><br>    Defendants.<br>_____/ | No. C 17-06011 WHA<br><br>**ORDER RELATING CASES** |

All plaintiffs and all defendants have stipulated that *The People of the State of California v. BP P.L.C. et al.*, Case No. 3:17-cv-06012 EMC is related to this action.

Having considered the motion to relate and stipulation, the undersigned judge finds that *The People of the State of California v. BP P.L.C. et al.*, Case No. 3:17-cv-06012 EMC is related, and shall be reassigned to the undersigned judge. The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge. Any deadlines set by the ADR Local Rules remain in effect, and any deadlines

established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: October 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE