# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney, <br><br> Plaintiff(s), <br><br> v. <br><br> BP P.L.C., et al. <br><br> Defendant(s). | Case No: 3:17-cv-06011-JCS <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Nancy Milburn, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: BP p.l.c. in the above-entitled action. My local co-counsel in this case is Jonathan W. Hughes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Arnold & Porter Kaye Scholer LLP <br> 250 West 55th Street <br> New York, NY 10019-9710 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Arnold & Porter Kaye Scholer LLP <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA 94111-4024 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (212) 836-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 471-3100 |
| MY EMAIL ADDRESS OF RECORD: <br> nancy.milburn@apks.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> jonathan.hughes@apks.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1957554.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/24/17

Nancy Milburn
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nancy Milburn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 1, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                            *October 2012*