IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>Defendants. | No. C 17-06011 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY BENJAMIN KRASS** |

The *pro hac vice* application of Attorney Benjamin Krass (Dkt. No.28) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Massachusetts" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: November 2, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE