UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff(s),

v.

BP P.L.C., et al

Defendant(s).

Case No: 17-06011-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Johnny W. Carter, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chevron Corporation in the above-entitled action. My local co-counsel in this case is Ethan D. Dettmer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1000 Louisiana, Suite 5100<br>Houston, TX 77002 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 |
| MY TELEPHONE # OF RECORD:<br>(713) 651-9366 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 393-8292 |
| MY EMAIL ADDRESS OF RECORD:<br>jcarter@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>edettmer@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00796312.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/26/17

Johnny W. Carter
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Johnny W. Carter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 2, 2017.

[signature]
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012