UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUNTY OF SAN MATEO, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP., et al.,<br><br>Defendants. | Case No.17-cv-04929-VC<br><br>**ORDER OF THE EXECUTIVE COMMITTEE DENYING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 170 |

Before the court is the administrative motion, filed by defendants Chevron Corporation, BP p.l.c., ConocoPhillips Company, Exxon Mobil Corporation, and Royal Dutch Shell plc, to consider whether the following related cases before Judge Alsup should be related to this action: *People of the State of California by and through the City Attorney of Oakland v. BP p.l.c., et al.,* 17-cv-6011-WHA and *People of the State of California by and through the City Attorney of San Francisco v. BP p.l.c., et al.,* 17-cv-6012-WHA. Dkt. no. 170. The City Attorneys of Oakland and San Francisco, representing The People in those actions, have filed a joint response in opposition to the motion to relate. Dkt. no. 171. Counsel for plaintiffs in this action and the related actions, *City of Imperial Beach v. Chevron Corp., et al.,* 17-cv-4934-VC and *County of Marin v. Chevron Corp., et al.,* 17-cv-4935-VC, take no position on the relationship of the actions at issue. Dkt. no. 174. The motion has been referred to the Executive Committee by the assigned judge who is recused from cases in which the City and County of San Francisco is a party. Dkt. no. 173.

The Executive Committee determines that this action and the actions at issue, 17-cv-6011-WHA and 17-cv-6012-WHA, do not concern "substantially the same parties, property, transaction or event," and are not related within the meaning of Civil Local Rule 3-12(a). Accordingly, defendants' administrative motion to relate cases is DENIED.

**IT IS SO ORDERED.**

Dated: November 8, 2017

FOR THE EXECUTIVE COMMITTEE

_____
PHYLLIS J. HAMILTON
Chief United States District Judge