1  JEROME C. ROTH (State Bar No. 159483)
   jerome.roth@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
5  Facsimile:      (415) 512-4077

6  DANIEL P. COLLINS (State Bar No. 139164)
   daniel.collins@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, 50th Floor
8  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
9  Facsimile:      (213) 687-3702

   Attorneys for Defendant ROYAL DUTCH SHELL PLC

10

11                     UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney BARBARA J. PARKER,<br><br>           Plaintiff,<br><br>   v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>           Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>**DEFENDANT ROYAL DUTCH SHELL PLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2        Pursuant to Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1,[1] the

3  undersigned counsel for Defendant Royal Dutch Shell plc certifies that the following listed

4  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

5  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

6  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

7  substantially affected by the outcome of this proceeding:

8        1.    Royal Dutch Shell plc., a publicly held UK company.  Royal Dutch Shell plc does

9  not have any parent corporations, and no publicly traded company owns 10% or more of its stock.

10  DATED:  November 9, 2017       MUNGER, TOLLES & OLSON LLP

11                            By:     */s/ Jerome C. Roth*

12                                 JEROME C. ROTH
                             Attorneys for Defendant Royal Dutch Shell plc

---

[1] Defendant Royal Dutch Shell plc reserves all rights, including defenses and objections as to venue, service, personal jurisdiction, etc.; the filing of this Certification is subject to, and without waiver of, any such defenses and objections.