[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>    Plaintiff and Real Party in Interest,<br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>    Defendants. | Case No. 17-cv-6011-WHA<br>Case No. 17-cv-6012-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CHANGE TO BRIEFING SCHEDULE AND EXTENSION OF PAGE LIMITS** AS MODIFIED |

1     **WHEREAS**, Plaintiff the People of the State of California, by and through the San Francisco City Attorney, filed this action in the Superior Court of the State of California, County of San Francisco, on September 19, 2017;

    **WHEREAS**, on the same day, the People of the State of California, by and through the Oakland City Attorney, filed a related action against the same Defendants in the Superior Court of the State of California, County of Alameda (collectively with the San Francisco City Attorney, "Plaintiffs");

    **WHEREAS**, Defendants removed these cases to the United States District Court for the Northern District of California on October 20, 2017 (Dkt. 1);

    **WHEREAS**, on October 24, 2017, Plaintiffs and Defendants filed with this Court a stipulation providing that all Defendants shall have until November 27, 2017 to answer or otherwise respond to the complaints, and noting that the Parties intended to meet and confer to reach a negotiated schedule on the anticipated motion to remand and other motions (Dkt. 8);

    **WHEREAS**, on October 27, 2017, the Parties filed with this Court a stipulation to designate the San Francisco and Oakland actions as related under Local Rule 3-12(b) (the "Related Cases") (Dkt. 31);

    **WHEREAS**, on October 31, 2017, this Court designated the cases as being related (Dkt. 32);

    **WHEREAS**, Plaintiffs intend to file a Motion to Remand, which Defendants intend to oppose;

    **WHEREAS,** the Parties agree it would be more efficient for the Parties and the Court for Defendants to file Motions to Dismiss or other responses to the Complaints after Plaintiffs file a Motion to Remand and the entry of an Order finally resolving any such motion;

    **WHEREAS**, the Parties have met and conferred, and have agreed on a reasonable and orderly briefing schedule for the Motion to Remand and Motions to Dismiss or other responses to the Complaints that is in their respective interests and that will result in judicial efficiency; and

    **WHEREAS**, the Parties have considered the page limitations set forth in the Local Rules and this Court's standing order and herein propose adjustments to the default page limitations that the Parties believe will enable them to present adequate arguments on the Motion to Remand as across

1

STIPULATION & [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE – Case Nos 17-CV-6011-WHA; 17-CV-6012-WHA

the Related Cases in light of the number of Parties, the multiple asserted bases for removal, and the nature of the issues raised therein:

**STIPULATION**

**NOW THEREFORE**, the Parties hereby agree and stipulate, and respectfully request the Court pursuant to Local Rules 6-2 and 7-4(b) to enter an order, as follows:

1. Because the Related Cases contain essentially identical allegations and bases for removal, the Parties agree that briefing for the Motion to Remand should be consolidated. Rather than filing separate briefs in each case, the Parties shall file consolidated briefs that will apply to both of the Related Cases.

2. On or before November 20, 2017, Plaintiffs shall file their Motion to Remand, along with any supporting briefs and other materials. Plaintiffs shall file a consolidated motion in order to avoid multiple briefs being filed. A Consolidated Motion to Remand in both Related Cases and on behalf of all Plaintiffs shall be no more than 35 pages, excluding any exhibits and other supporting materials. As recited above, the Parties believe this number of pages is appropriate given the number of Parties, the multiple asserted bases for removal, and the nature of the issues raised therein.

3. On or before ~~January 17, 2018~~ December 18, 2017, Defendants shall file their response(s) to Plaintiffs' Motion to Remand. Defendants shall coordinate their efforts to file a consolidated response to the extent possible in order to avoid multiple briefs being filed, reserving the right of any Defendant to file a separate brief to the extent a separate response is necessary. A Consolidated Opposition to Motion to Remand in all Related Cases and on arguments common to the Defendants shall be no more than ~~65~~ 40 pages. Defendants believe this number of pages is appropriate given the number of parties, the multiple asserted bases for remand, and the complexity of the issues raised therein; plaintiffs do not oppose this request and take no position on the number of pages Defendants request.

4. On or before ~~February 7~~ January 8, 2018, Plaintiffs shall file their reply, if any, to Defendants' response(s) in opposition to the Motion to Remand. Plaintiffs shall file a consolidated reply that shall, consistent with Local Rule 7-3, be no longer than ~~thirty-nine (39) pages, or sixty (60) percent of the number of pages Defendants are allotted for their Consolidated Opposition~~ 30.

If Defendants file any separate opposition briefs, Plaintiffs' opposition to those individual briefs shall be no longer than sixty (60) percent of the pages actually used by each Defendant in the separate brief Plaintiffs are opposing.

5. Defendants will not be required to file Answers or Motions to Dismiss or otherwise respond to Plaintiffs' Complaints until after the Court issues its ruling on the Motion to Remand and Plaintiffs agree not to argue that such Motions to Dismiss or other responses are untimely so long as they are filed as set forth in this briefing schedule. In the event the Court denies the Motion to Remand, Defendants will not be required to file their responses to the Complaints until thirty (30) days following entry of an Order denying the Motion to Remand, and Defendants reserve the right to seek more time from the Court if appropriate.

6. This stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, lack of subject matter jurisdiction, insufficient process, or insufficient service of process.

Dated: November 14, 2017.

By: */s/ Matthew D. Goldberg*

Dennis J. Herrera (SBN 139669)
Ronald P. Flynn (SBN 184186)
Yvonne R. Meré (SBN 173594)
Robb W. Kapla (SBN 238896)
Matthew D. Goldberg (SBN 240776)
**SAN FRANCISCO CITY ATTORNEY'S OFFICE**
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4748
Facsimile: (415) 554-4715
robb.kapla@sfgov.org

*Attorneys for Plaintiff*
*THE PEOPLE OF THE STATE OF CALI-FORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA*

By: */s/ Theodore J. Boutrous*

Theodore J. Boutrous, Jr.(SBN 132099)
Andrea E. Neuman (SBN 149733)
William E. Thomson (SBN 187912)
Ethan D. Dettmer (SBN 196406)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
tboutrous@gibsondunn.com
aneuman@gibsondunn.com
wthomson@gibsondunn.com
edettmer@gibsondunn.com

Anne Champion (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

| | |
|---|---|
| By: */s/ Barbara J. Parker* | achampion@gibsondunn.com |
| Barbara J. Parker (SBN 069722)<br>Maria Bee (SBN 167716)<br>Erin Bernstein (SBN 231539)<br>**OAKLAND CITY ATTORNEY**<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>bparker@oaklandcityattorney.org<br><br>*Attorneys for Plaintiff*<br>*THE PEOPLE OF THE STATE OF CALI-*<br>*FORNIA, acting by and through the Oakland*<br>*City Attorney* | By: */s/ Herbert J. Stern*<br><br>Herbert J. Stern (*pro hac vice*)<br>Joel M. Silverstein (*pro hac vice*)<br>**STERN & KILCULLEN, LLC**<br>325 Columbia Turnpike, Suite 110<br>P.O. Box 992<br>Florham Park, NJ 07932-0992<br>Telephone: (973) 535-1900<br>Facsimile: (973) 535-9664<br>hstern@sgklaw.com<br>jsilverstein@sgklaw.com<br><br>By: */s/ Neal S. Manne* |
| By: */s/ Steve W. Berman*<br><br>Steve W. Berman (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com | Neil S. Manne (SBN 94101)<br>Johnny W. Carter (*pro hac vice*)<br>Erica Harris<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>nmanne@susmangodfrey.com<br>jcarter@susmangodfrey.com |
| Matthew F. Pawa (*pro hac vice*)<br>Benjamin A. Krass (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1280 Centre Street, Suite 230<br>Newton Centre, Massachusetts 02459<br>Telephone: (617) 641-9550<br>Facsimile: (617) 641-9551<br>mattp@hbsslaw.com<br>benk@hbsslaw.com | Steven Shepard (*pro hac vice*)<br>**SUSMAN GODFREY LLP**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (212) 336-8330<br>sshepard@susmangodfrey.com<br><br>Kemper P. Diehl (*pro hac vice*)<br>**SUSMAN GODFREY LLP**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Telephone: (206) 373-7382<br>kdiehl@susmangodfrey.com |
| Shana E. Scarlett (SBN 217895)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br><br>*Attorneys for Plaintiff*<br>*THE PEOPLE OF THE STATE OF CALI-*<br>*FORNIA* | *Counsel for Chevron Corporation* |
| By: */s/ Megan R. Nishikawa* | By: */s/ Dawn Sestito* |

| | |
|---|---|
| Megan R. Nishikawa (SBN 271670)<br>**KING & SPALDING LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300<br>mnishikawa@kslaw.com<br><br>Tracie J. Renfroe (*pro hac vice*)<br>Carol M. Wood (*pro hac vice*)<br>**KING & SPALDING LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br>cwood@kslaw.com<br><br>Justin A. Torres (*pro hac vice*)<br>**KING & SPALDING LLP**<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006-4707<br>Telephone: (202) 737 0500<br>Facsimile: (202) 626 3737<br>jtorres@kslaw.com<br><br>*Counsel for ConocoPhillips Company* | M. Randall Oppenheimer (SBN 77649)<br>Dawn Sestito (SBN 214011)<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>roppenheimer@omm.com<br>dsestito@omm.com<br><br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>Jaren E. Janghorbani (*pro hac vice*)<br>**PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>twells@paulweiss.com<br>dtoal@paulweiss.com<br>jjanghorbani@paulweiss.com<br><br>*Counsel for Exxon Mobil Corporation* |
| By: */s/ Elizabeth Kim*<br><br>Jerome C. Roth (SBN 159483)<br>Elizabeth A. Kim (SBN 295277)<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>jerome.roth@mto.com<br>elizabeth.kim@mto.com<br><br>Daniel P. Collins (SBN 139164)<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>daniel.collins@mto.com<br><br>*Counsel for Royal Dutch Shell PLC* | By: */s/ Jonathan W. Hughes*<br><br>Jonathan W. Hughes (SBN 186829)<br>Rachael S. Shen (SBN 312658)<br>**ARNOLD & PORTER KAYE<br>SCHOLER LLP**<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>jonathan.hughes@apks.com<br>rachael.shen@apks.com<br><br>Matthew T. Heartney (SBN 123516)<br>John D. Lombardo (SBN 187142)<br>**ARNOLD & PORTER KAYE<br>SCHOLER LLP**<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>matthew.heartney@apks.com<br>john.lombardo@apks.com<br><br>Nancy Milburn (*pro hac vice*)<br>Philip H. Curtis (*pro hac vice*) |

**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
nancy.milburn@apks.com
philip.curtis@apks.com

*Counsel for BP p.l.c.*

# E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Steve W. Berman*
STEVE W. BERMAN

**[PROPOSED] ORDER**

Having considered the parties' Stipulation and supporting declarations, and good cause appearing, the Court hereby GRANTS the parties' Stipulation. For purposes of Plaintiffs' forthcoming Motion to Remand, the parties shall submit consolidated briefs that will apply to Case No. 3:17-cv-06011-WHA and Case No. 3:17-cv-06012-WHA. All deadlines and page limits shall be as set forth in the parties' Stipulation as modified therein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 16, 2017.   

Hon. William H. Alsup
United States District Court Judge