IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BP P.L.C. *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

All parties in these related actions move for a continuance of the case management conference until thirty days after an order issues on defendants' motion to remand. The motion is **DENIED**. This order, however, continues the case management conference in both actions and all related deadlines to **JANUARY 25, 2018**, to coincide with the hearing on defendants' motion to remand.

**IT IS SO ORDERED.**

Dated: December 1, 2017.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE