| | |
|---|---|
| Theodore J. Boutrous, Jr., SBN 132099<br>  tboutrous@gibsondunn.com<br>Andrea E. Neuman, SBN 149733<br>  aneuman@gibsondunn.com<br>William E. Thomson, SBN 187912<br>  wthomson@gibsondunn.com<br>Ethan D. Dettmer, SBN 196046<br>  edettmer@gibsondunn.com<br>Joshua S. Lipshutz, SBN 242557<br>  jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Neal S. Manne (SBN 94101)<br>  nmanne@susmangodfrey.com<br>Johnny W. Carter (*pro hac vice*)<br>  jcarter@susmangodfrey.com<br>Erica Harris (*pro hac vice* forthcoming)<br>  eharris@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>  sshepard@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: 713.651.9366<br>Facsimile: 713.654.6666 |

Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Defendant Chevron Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>    Plaintiff and Real Party in Interest,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>    Defendants. | First Filed Case: No. 3:17-cv-6011-WHA<br>Related Case:     No. 3:17-cv-6012-WHA<br><br>**DECLARATION OF J. KEITH COUVILLION IN SUPPORT OF JOINT OPPOSITION TO MOTION TO REMAND**<br><br>Case No. 3:17-cv-6011-WHA |

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>　　　　Plaintiff and Real Party in Interest,<br><br>　v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 3:17-cv-6012-WHA |

I, J. Keith Couvillion, declare as follows:

1. I am a Chevron North America Exploration and Production Company Land Advisor and have been employed by Chevron for approximately 38 years, 32 of which have been assigned to projects located in the United States Outer Continental Shelf of the Gulf of Mexico. From 2004 through 2016 I served as Chevron's Deep-water Land Manager responsible for leasing, joint ventures and other offshore administrative activities associated with exploring for and developing oil and natural gas in the Gulf of Mexico. My duties as Land Manager included submitting bids, executing leases on behalf of the company, and negotiating myself or overseeing the negotiations of joint ventures with other companies for the exploration and development of Chevron's offshore leases. In addition, I was responsible for administering the leases and contracts I signed and interacting with various government agencies to ensure compliance with the provisions stated in the leases and regulations. The form leases attached in Defendants' Notice of Removal as Thomson Declaration Exhibits B and C are representative of the leases for which I was responsible and with which I am familiar.

2. In performing these duties for Chevron, I have worked extensively and directly with the Department of Interior ("DOI") related to its administration of the leasing program operated pursuant to the Outer Continental Shelf Lands Act ("OCSLA"). I make this declaration upon personal knowledge acquired as part of my experience in the industry and employment at Chevron and could and would competently testify to the matters below if called to do so.

3. DOI's Bureau of Ocean Energy Management ("BOEM") manages the development of OCS energy and mineral resources for environmental sustainability, economic development, and national security. BOEM operates a national OCS oil and gas leasing program for oil and gas development which establishes a schedule of oil and gas lease sales. That program specifies the size, timing, and location of potential leasing activity that the Secretary of Interior determines will best meet national energy needs.

4. BOEM tracks and regularly publishes data from its national OCS oil and gas leasing program. For example, BOEM publishes a Combined Leasing Status Report each month that identifies the acreage and number of active leases, including those active leases that have produced

oil or natural gas, or both. BOEM also maintains a Data Center for the public to access information and data pertaining to OCS leasing and production information. This Data Center provides, among other information, annual and monthly reports of OCS oil and natural gas production that BOEM creates based on Oil and Gas Operations Reports required to be submitted to the government by offshore operators. In my capacity as Chevron's Deep-water Land Manager, I regularly used and relied upon these and other reports compiled by BOEM and other government Bureaus and Agencies.

5. The DOI currently administers approximately 2,905 oil and gas leases covering over 15 million active lease acres on the outer continental shelf ("OCS"). Ex. A.[1]

6. From the period 2007 to 2016, data published by BOEM indicates that these OCS leases have produced over 5 billion barrels of oil and 18.9 billion MCF of natural gas. Ex. B. BOEM data also reflects that OCS production currently provides approximately 17 percent of the nation's oil production and about five percent of domestic natural gas production. *See* Gulf of Mexico Fact Sheet, U.S. Energy Info. Admin., https://www.eia.gov/special/gulf_of_mexico/.

7. Chevron's historical and current participation in the federal OCS leasing program is substantial, from both an exploration and production standpoint.

8. In accordance with relevant regulations, guidance, and notices issued by BOEM to lessees and operators, Chevron has conducted, and continues to conduct, extensive oil and natural gas exploration and development activities on the OCS. Over the last ten years Chevron has had three to six drilling vessels located in the Gulf of Mexico drilling deep water exploration, appraisal and development wells. These vessels have been under long-term contracts dedicated to drilling the wells Chevron requires to support its ongoing exploration and development program in the OCS.

9. Chevron is also a major producer on the OCS. In accordance with relevant regulations, guidance, and notices issued by BOEM (and any predecessor bureaus or agencies) and the Bureau of Safety and Environmental Enforcement ("BSEE"), Chevron has been actively involved in the production of oil and natural gas on the OCS since the OCSLA was enacted in 1953, and even

---

[1] Because OCS leases are only issued through competitive lease sales hosted by BOEM, before BOEM awards leases to successful bidders it must evaluate whether or not the amounts bid represent the fair market value for the leases to be granted. This evaluation period can take up to 90 days after a lease sale. Leases are awarded throughout this 90-day period and therefor have varied effective and expiration dates. The number of active leases on the OCS changes often.

before that time. As an example, according to data reported to and made available by BOEM, from 1947 to 1995, Chevron U.S.A. Inc. and companies acquired by Chevron over the years have produced 1.9 billion barrels of crude oil and 13.5 billion MCF of natural gas from the federal outer continental shelf in the Gulf of Mexico alone. *See* Ex. C.

10. In 2017 to date, Chevron and its affiliate companies on average have produced over 200,000 barrels of oil equivalent (crude oil and natural gas converted to liquids combined) from the OCS per day. According to publicly available BOEM data, in 2016, Chevron U.S.A. Inc. produced over 49 million barrels of crude oil and over 82 million MCF of natural gas from the outer continental shelf in the Gulf of Mexico from leases on which it operated. *See* Ex. D.

11. As part of my responsibilities at Chevron, and further based upon my decades of professional experience with the exploration and development of oil and natural gas on the OCS, I have knowledge that subsidiaries or affiliates of other companies named as co-Defendants in this lawsuit have similar exploration and production activities on the OCS.[2] Many of these subsidiaries or affiliates are lessees and operators of active producing leases on the OCS and regularly submit Oil and Gas Operations Reports pertaining to these leases to BOEM. These reports are published and regularly updated by BOEM.

12. For example, certain subsidiaries or affiliates of Royal Dutch Shell, a foreign parent company that has been named as a Defendant in this action, maintain large operations on the OCS. BOEM data suggests that from 1947 to 1995, Shell Offshore Inc., Shell Oil Company, and Shell Frontier Oil & Gas Inc. (which I understand to be subsidiaries or affiliates of Royal Dutch Shell) produced more than 1.5 billion barrels of oil and 9.3 billion MCF of natural gas from the OCS leases on which they operated. Ex. C. ExxonMobil also has historically large operations on the OCS. From 1947 to 1995, for example, ExxonMobil Corporation produced more than one billion barrels of oil and 6.5 billion MCF of natural gas from the OCS leases on which they operated. *Id.* Similarly, BOEM data shows that during that same period, BP Exploration Inc. and BP Exploration & Oil Inc.

---

[2] I am informed that, for purposes of their Complaints, Plaintiffs generally have attributed the exploration and development activities of subsidiaries and affiliates to some of their respective parent companies. Without endorsing the validity of such an approach, I have followed that same assumption in describing data in this declaration.

(which I understand to be subsidiaries or affiliates of BP plc, a foreign parent company that has been named as a Defendant in this action) produced more than 80 million barrels of oil and 320 million MCF of natural gas from the OCS leases on which they operated. *Id.*

13. Attached hereto as **Exhibit A** is a true and correct copy of a Combined Leasing Report as of December 1, 2017, published by BOEM and available at https://www.boem.gov/Combined-Lease-Status-Report-December-2017/.

14. Attached hereto as **Exhibit B** is a true and correct copy of a document published by BOEM titled "Yearly Oil and Gas Production," which was updated on December 1, 2017, and is available at https://www.data.boem.gov/Production/OCSProduction/Default.aspx.

15. Attached hereto as **Exhibit C** is a true and correct copy of a report titled "Production by Operator Ranked by Volume (4120)," published by the U.S. Department of the Interior's Mineral Management Service on December 22, 2000. The report provides statistics on the production of oil and gas in the Gulf of Mexico Region from 1947 to 1995. The report is publicly available at https://www.data.boem.gov/Production/Files/Rank%20File%20Gas%201947%20-%201995.pdf.

16. Attached hereto as **Exhibit D** is a true and correct copy of a report titled "Production by Operator Ranked by Volume," published by the U.S. Department of the Interior's Bureau of Safety and Environmental Enforcement on December 15, 2017. The report provides production statistics for oil and gas in the Gulf of Mexico Region in the year 2016. The report is publicly available at https://www.data.boem.gov/Production/Files/Rank%20File%20Gas%202016.pdf.

17. Chevron Corporation is filing this Declaration pursuant to Civil Local Rule 7-5, which requires that "[f]actual contentions made in support of or in opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 18, 2017 at Houston, Texas.

By: _____
J. KEITH COUVILLION

1500 Louisiana St.
Houston, TX 77002
(832) 854-3653