IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF CALIFORNIA,

        Plaintiff,

  v.

BP P.L.C., *et al.*,

        Defendants.
                                       /

No. C 17-06011 WHA
No. C 17-06012 WHA

**NOTICE RE TUTORIAL**

      The Court invites counsel to conduct a two-part tutorial on the subject of global warming and climate change:

      (1) The first part will trace the history of scientific study of climate change, beginning with scientific inquiry into the formation and melting of the ice ages, periods of historical cooling and warming, smog, ozone, nuclear winter, volcanoes, and global warming. Each side will have sixty minutes. A horizontal timeline of major advances (and setbacks) would be welcomed.

      (2) The second part will set forth the best science now available on global warming, glacier melt, sea rise, and coastal flooding. Each side will again have another sixty minutes.

The tutorial will be on **MARCH 21, 2018, AT 8:00 A.M. AND RUN UNTIL ABOUT 1:00 P.M.** Experts may be used to present but counsel will also be welcome to conduct the tutorial.

**IT IS SO ORDERED.**

Dated:  February 27, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2