IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C., *et al.*,<br><br>    Defendants. | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**ORDER SETTING DEADLINE FOR MOTIONS TO DISMISS AND INVITING UNITED STATES TO FILE AMICUS BRIEF** |

Now that plaintiffs' motions to remand have been ruled upon and jurisdiction has been sustained, defendants shall file their motions to dismiss the complaints by **MARCH 20**. Plaintiffs shall file their oppositions by **APRIL 3** and defendants shall file any reply by **APRIL 10**. A hearing date will be set by the Court.

The United States is invited to read the complaints, motions to dismiss, and oppositions and to submit an amicus brief on the question of whether (and the extent to which) federal common law should afford relief of the type requested by the complaints. The Court would appreciate receiving the amicus brief by **APRIL 20**. If the United States can meet the April 20 deadline then the parties will be given an opportunity to respond to the amicus brief via supplemental briefing.

The Deputy Clerk shall serve this order on Sara Winslow of the United States Attorney's Office.

**IT IS SO ORDERED.**

Dated: March 1, 2018.

                                                                           /s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE