1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff,

  v.

BP P.L.C., *et al.*,

    Defendants.

No. C 17-06011 WHA
No. C 17-06012 WHA

**SOME QUESTIONS FOR THE TUTORIAL**

For the tutorial on **MARCH 21**, please include the following subjects:

    1.    What caused the various ice ages (including the "little ice age" and prolonged cool periods) and what caused the ice to melt? When they melted, by how much did sea level rise?

    2.    What is the molecular difference by which CO2 absorbs infrared radiation but oxygen and nitrogen do not?

    3.    What is the mechanism by which infrared radiation trapped by CO2 in the atmosphere is turned into heat and finds its way back to sea level?

    4.    Does CO2 in the atmosphere reflect any sunlight back into space such that the reflected sunlight never penetrates the atmosphere in the first place?

    5.    Apart from CO2, what happens to the collective heat from tail pipe exhausts, engine radiators, and all other heat from combustion of fossil

fuels? How, if at all, does this collective heat contribute to warming of the atmosphere?

6. In grade school, many of us were taught that humans exhale CO2 but plants absorb CO2 and return oxygen to the air (keeping the carbon for fiber). Is this still valid? If so, why hasn't plant life turned the higher levels of CO2 back into oxygen? Given the increase in human population on Earth (four billion), is human respiration a contributing factor to the buildup of CO2?

7. What are the main sources of CO2 that account for the incremental buildup of CO2 in the atmosphere?

8. What are the main sources of heat that account for the incremental rise in temperature on Earth?

9. Please bring to the tutorial a copy of the full GCC presentation referred to in Paragraph 67 of the Oakland complaint as well as the full GCSCT memo referred to in Paragraph 68.

Dated: March 6, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE