IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C., *et al.*,<br><br>    Defendants. | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**NOTICE OF COURTROOM CHANGE** |

The tutorial scheduled for **MARCH 21 AT 8:00 A.M.** will be held in **COURTROOM 8** (on the 19th floor), rather than Courtroom 12 (also on the 19th floor).

Dated: March 15, 2018.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE