IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C., *et al.*,<br><br>    Defendants. | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**REQUEST FOR INFORMATION RE AMICUS CURIAE MATERIALS** |

The Court has received two proposed amicus submissions (Dkt. Nos. 153, 157).[*] Although each submission touches on the questions outlined below, further elucidation is needed. By **TOMORROW AT 5 P.M.**, the amici shall provide the following information:

1. The source of any funding received by amici in connection with the general research described in their submissions. This should include a clear statement regarding whether (and the extent to which) amici have received funding from individuals or entities on either side of the climate change debate (*e.g.*, from any environmental or industry group);

2. Whether amici are in any way affiliated (directly or indirectly) with any party to the above-entitled actions; and

---

[*] All docket numbers herein refer to the docket in Case No. C 17-6011 WHA.

3. Why amici waited until shortly before the tutorial to file their proposed submissions, such that the parties only have limited time to react.

Dated: March 19, 2018.

                                    WILLIAM ALSUP  
                                    UNITED STATES DISTRICT JUDGE

**United States District Court**  
For the Northern District of California