| | |
|---|---|
| CITY OF OAKLAND<br>BARBARA J. PARKER, State Bar #069722<br>City Attorney<br>MARIA BEE, State Bar #167716<br>Special Counsel<br>ERIN BERNSTEIN, State Bar #231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON, State Bar #313918<br>Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Facsimile: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org<br><br>*Attorneys for The People of the State of California* | CITY AND COUNTY OF SAN FRANCISCO<br>DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>RONALD P. FLYNN, State Bar #184186<br>Chief Deputy City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief of Complex and Affirmative Litigation<br>ROBB W. KAPLA, State Bar #238896<br>Deputy City Attorney<br>MATTHEW D. GOLDBERG, State Bar #240776<br>Deputy City Attorney<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>Email: matthew.goldberg@sfcityatty.org<br><br>*Attorneys for The People of the State of California*<br><br>[*Additional Counsel Listed on Signature Page*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>        Plaintiff and Real Party in Interest,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>        Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>**PLAINTIFF'S RESPONSE TO MOTIONS TO FILE *AMICUS CURIAE* BRIEF AND TUTORIAL PRESENTATION, AND STATEMENT OF NONOPPOSITION**<br><br>Date:  March 21, 2018<br>Time:  8:00 AM<br>Judge:  Hon. William Alsup<br>Location:  Courtroom 8, 19th floor |

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA, <br><br>  Plaintiff and Real Party in Interest, <br><br> v. <br><br> BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, <br><br>  Defendants. | Case No.: 3:17-cv-06012-WHA <br><br> **PLAINTIFF'S RESPONSE TO MOTIONS TO FILE *AMICUS CURIAE* BRIEF AND TUTORIAL PRESENTATION, AND STATEMENT OF NONOPPOSITION** <br><br> Date:  March 21, 2018 <br> Time:  8:00 AM <br> Judge:  Hon. William Alsup <br> Location:  Courtroom 8, 19th floor |

The People respond herein to the recent motions by certain individuals seeking leave to file an amicus brief (ECF 153) and to make a presentation in response to the Court's tutorial request (ECF 157).  The People do not oppose either motion.  But the People do wish to advise the Court that publicly available information[1] indicates that (1) the principal amici and one of their attorneys are affiliated with the Heartland Institute, an organization with ties to the fossil fuel industry, (2) one of the amici has received large sums of money directly from defendant Exxon Mobil Corporation and from the American Petroleum Institute, (3) the amici are (with one exception, who presents other issues of which the Court should be aware) not climate scientists, and the principal amicus has a history of misstatements on a bizarre range of topics, including Barack Obama's birth certificate and his own cure for HIV, and (4) two of the individuals seeking to file a presentation in response to the Court's tutorial request are current board members of the $CO_2$ Coalition, an organization whose board of directors and board of advisors include retired employees of defendant ExxonMobil Corporation ("Exxon") with backgrounds in business, communications and marketing.

---

[1] The statements below are largely based on statements by the amici or their lawyers about themselves, or on reporting by third parties such as the *New York Times*.

**ARGUMENT**

***First***, the proposed amicus brief states that some of the amici have "in the past, received research grants or expenses from coal-owning interests, though most [amici] have never received such grants or expenses and none has done so for some years." Br. 6, ¶ 3.  But the proposed amicus brief shows several connections to the Heartland Institute, an organization tied to the fossil fuel industry.  One of the two attorneys on the brief identifies himself as a lawyer for Heartland, and the first four proposed amici (Monckton, Soon, Legates, and Briggs) are also affiliated with Heartland; three are explicitly listed by Heartland as its "policy advisors."[2]  And Heartland has a well-known history of attacking scientific conclusions to gratify its corporate funders, including defendant Exxon Mobil Corporation.  Between 1997 and 2006 Heartland reportedly received at least $676,000 directly from Exxon or its predecessors or subsidiaries;[3] at one time Heartland's "Government Relations Advisor" was apparently an Exxon executive.[4]  Heartland previously accepted money from Philip Morris, and its solicitations for more cash boasted about its prior attacks on the science on second-hand smoke and its publication of articles like "Joe Camel Is Innocent."[5]  Heartland is a veteran anti-science mercenary.

***Second***, Willie Soon – the amicus listed second in the proposed brief – is known to have accepted more than $1.2 million from the fossil-fuel industry, including Exxon and the American Petroleum Institute (an organization supported by all Defendants directly or through their

---

[2] See https://www.heartland.org/about-us/who-we-are/lord-christopher-monckton; https://www.heartland.org/about-us/who-we-are/willie-soon; https://www.heartland.org/about-us/who-we-are/william-briggs;

[3] http://climateinvestigations.org/heartland-institute/.  This website includes copies of Exxon's documentation of payments to the Heartland Institute.

[4] https://exxonsecrets.org/html/personfactsheet.php?id=626 (describing Walter Buchholtz as Exxon executive who served as Heartland lobbyist); http://www.guidestar.org/FinDocuments/2005/363/309/2005-363309812-0295fbb2-9.pdf, at 15 (Heartland tax return describing Walter Buchholtz as a "government relations advisor" and an "officer, direct, trustee, or key employee" of Heartland); https://www.linkedin.com/in/walt-buchholtz-14963331 (LinkedIn profile published by Walt Buchholtz, describing himself as a retired "Public and Government Affairs Executive" at Exxon).

[5] https://www.scribd.com/document/220221575/Joe-Bast-s-bottom-line, at 2-3.

predecessors and/or operating subsidiaries, *see, e.g.*, Oak. Compl. ¶ 57).[6] As the *New York Times* has reported, Soon's correspondence with his corporate funders "described many of his scientific papers as 'deliverables' that he completed in exchange for their money." *Id.* For example, a 2008 "request for payment" from Soon to Exxon has been published, and in it Soon specifically names the climate research he performed in return for the money.[7] Soon's scientific papers repeatedly failed to disclose his conflict of interest, a behavior that his employer described as "inappropriate."[8] Simply put, Soon has received substantial sums of money for his climate "research" from Exxon, one of the parties to this action.

*Third,* the proposed amici are (with one exception) not climate scientists, and at least one of them has a history of public misstatements. Specifically:

- **Christopher Monckton.** Monckton, who has a master's degree in "Classical Architecture" and not in any branch of climate science, Br. 6, ¶ 2, has as a long history of unreliability. It appears that he has falsely claimed to be a member of the House of Lords,[9] and to have discovered an "invention" that "shows much promise" to cure HIV, malaria, and multiple sclerosis.[10] He prepared a 55-paragraph affidavit to provide what he called "expert testimony" to an American court, to show that there was only a "1 in 75 quadrillion" chance that President Obama's birth certificate was genuine.[11] He appears to have made misleading statements about whether an article he wrote was peer-reviewed,[12]

---

[6] https://www.nytimes.com/2015/02/22/us/ties-to-corporate-cash-for-climate-change-researcher-Wei-Hock-Soon.html?_r=0.

[7] The invoice is attached as Exhibit A.

[8] https://www.nytimes.com/2015/02/22/us/ties-to-corporate-cash-for-climate-change-researcher-Wei-Hock-Soon.html?_r=0.

[9] http://www.parliament.uk/business/news/2011/july/letter-to-viscount-monckton/.

[10] https://vimeo.com/45097141, at 0:30 forward.

[11] http://www.wnd.com/2012/11/win-or-lose-obama-was-not-and-is-not-the-president/; http://www.wnd.com/files/2012/11/monckton_affidavit.pdf, ¶¶ 2, 47.

[12] https://wattsupwiththat.com/2012/01/11/monckton-responds-to-potholer54/ (Monckton defending his claim to peer review: "The review editor reviewed it in the usual way and it was published in the July 2008 edition" and "Peer-review takes various forms"); http://www.aps.org/units/fps/newsletters/200807/monckton.cfm (editor: article in question was not peer reviewed).

and also claimed to be an "appointed expert reviewer" for the Intergovernmental Panel on Climate Change, even though he was not "appointed" by anyone, and merely signed up on the IPCC's website to submit a review of the IPCC's report.[13]  He is a policy advisor at the Heartland Institute.[14]

- **Willie Soon.**  Soon is an astrophysicist, not a climate scientist, and, as noted above, for years Soon took money from Exxon and the American Petroleum Institute to write about climate change.  He has co-authored articles with Monckton, Legates, and Briggs,[15] and is currently a policy advisor at the Heartland Institute.[16]

- **David Legates.**  In the amicus brief, Legates identifies himself as a "former State Climatologist" for Delaware, Br. 6, ¶ 2, but he does not mention that the Delaware governor ordered him not to use that title in connection with any statement on climate change, or that he was eventually asked to resign that position by officials at the University of Delaware.[17]  He is a research fellow at the Independent Institute (which previously received funding from Exxon and other fossil fuel interests), has previously been affiliated with the George C. Marshall Institute (another denialist group funded in the past by Exxon), and has given talks at the Heartland Institute.[18]  He also frequently co-authors papers with Monckton, Soon and/or Briggs.

---

[13] https://www.desmogblog.com/2012/11/01/climate-science-denialist-lord-monckton-s-ipcc-appointment-wasn-t; http://www.wnd.com/2012/10/global-warming-did-not-cause-sandy/.

[14] https://www.heartland.org/about-us/who-we-are/lord-christopher-monckton.

[15] *See, e.g.*, https://www.theguardian.com/environment/climate-consensus-97-per-cent/2015/jun/03/research-downplaying-impending-global-warming-is-overturned.

[16] https://www.heartland.org/about-us/who-we-are/willie-soon.

[17] https://www.usatoday.com/story/news/2015/02/26/uds-david-legates-caught-climate-change-controversy/24090273/; *see also* https://www.desmogblog.com/david-legates-asked-step-down-delaware-state-climatologist.

[18] http://www.independent.org/aboutus/person_detail.asp?id=949 (Legates website with Independent Institute); https://www.desmogblog.com/independent-institute (Exxon funding of Independent Institute); https://web.archive.org/web/20110808025719/http://www.marshall.org/pdf/materials/207.pdf; (Marshall Institute talk by Legates); https://web.archive.org/web/20161125020736/http://marshall.org/events/shattered-consensus-four-authors-discuss-their-new-book-on-climate-science/ (Marshall Institute book co-authored by Legates); https://www.desmogblog.com/george-c-marshall-institute (Exxon's funding of Marshall

- **William Briggs.** Briggs is a former adjunct professor of statistics at Cornell's medical school, who describes his specialty as "uncertainty analysis of all kinds"; his published work on climate change is almost entirely pieces co-authored with Monckton and/or Soon.[19] He is a "policy advisor" on climate change at the Heartland Institute.[20]
- **The others.** The remaining five amici (many of whom appear to be Monckton's frequent collaborators) are "electronics engineer[s]," a "specialist in the electricity supply industry," a lecturer in "applied control theory," and a college student. Br. 6, ¶ 2.

*Fourth*, at least two of the individuals who have proposed filing a presentation in response to the Court's tutorial request – William Happer and Richard S. Lindzen – are affiliated with an organization called the "$CO_2$ Coalition." Both Mr. Happer and Mr. Lindzen are currently members of the $CO_2$ Coalition's board of directors.[21] Other members of the Coalition's board include retired Exxon employees with backgrounds in business, communications and marketing.[22] Another board of directors member, Norman Rogers, is a "policy advisor" to the Heartland Institute, the organization discussed above.[23]

## CONCLUSION

The People wish to make the Court aware that the amici are, with a single exception, not climate scientists, and that some of them have been paid directly or indirectly by the Defendants. But the People do not oppose the filing of the amicus brief or the proposed presentation.

Dated: March 20, 2018                Respectfully submitted,

\*\* */s/ Erin Bernstein*
BARBARA J. PARKER (State Bar #069722)
City Attorney

---

Institute); http://www.nytimes.com/2003/05/28/business/exxon-backs-groups-that-question-global-warming.html (same); https://www.heartland.org/multimedia/videos/david-legates-iccc1 (Legates talk at Heartland Institute); https://www.youtube.com/watch?v=_JmX8BjKILc (same).

[19] http://wmbriggs.com/public/briggs_cv.pdf; http://wmbriggs.com/contact/.

[20] https://www.heartland.org/about-us/who-we-are/william-briggs.

[21] http://co2coalition.org/about/.

[22] http://co2coalition.org/members/bruce-everett-phd/; http://co2coalition.org/members/lorraine-yapps-cohen/; https://web.archive.org/web/20170215232924/http://co2coalition.org/about/members-of-the-co2-coalition/#1463142183603-4fb55d6d-de33.

[23] http://co2coalition.org/members/norman-rogers/.

| | |
|---|---|
| 1 | MARIA BEE (State Bar #167716) |
| | Special Counsel |
| 2 | ERIN BERNSTEIN (State Bar #231539) |
| | Supervising Deputy City Attorney |
| 3 | MALIA MCPHERSON (State Bar #313918) |
| | Attorney |
| 4 | One Frank H. Ogawa Plaza, 6th Floor |
| | Oakland, California 94612 |
| 5 | Telephone: (510) 238-3601 |
| | Facsimile: (510) 238-6500 |
| 6 | Email: ebernstein@oaklandcityattorney.org |

*Attorneys for The People*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*\* /s/ *Matthew D. Goldberg*
DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
ROBB W. KAPLA, State Bar #238896
Deputy City Attorney
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4748
Facsimile: (415) 554-4715
Email: matthew.goldberg@sfcityatty.org

*Attorneys for The People*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

*/s/ Steve W. Berman*
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave. Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

SHANA E. SCARLETT (State Bar #217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000

Facsimile: (510) 725-3001

MATTHEW F. PAWA (*pro hac vice*)
mattp@hbsslaw.com
BENJAMIN A. KRASS (*pro hac vice*)
benk@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551

*Of Counsel Attorneys for The People*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                  _s/ Steve W. Berman_
                  STEVE W. BERMAN