IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>BP P.L.C., CHEVRON CORPORATION, CONOCOPHILLIPS COMPANY, EXXON MOBIL CORPORATION, ROYAL DUTCH SHELL, PLC, and DOES 1 THROUGH 10,<br><br>    Defendants. | Case Nos. 3:17-cv-06011-WHA<br>            3:17-cv-06012-WHA<br><br>Honorable William Alsup<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE CONCERNED HOUSEHOLD ELECTRICITY CONSUMERS COUNCIL FOR ACCEPTANCE OF SUBMISSION AS AMICUS CURIAE**<br><br>Judge:   Hon. William Alsup<br>Date:    April 26, 2018<br>Time:   8:00 a.m.<br>Courtroom: 12, 19th Floor |

1  The Concerned Household Electricity Consumer Council's Motion for
2  Acceptance of Submission as Amicus Curiae came on for hearing before this Court
3  on April 26, 2018, at 8:00 a.m.  After full consideration of the matter, the Court
4  orders as follows:
5  Concerned Household Electricity Consumer Council's Motion for Acceptance
6  of Submission as Amicus Curiae is GRANTED.
7  Concerned Household Electricity Consumer Council is GRANTED leave to
8  file its Brief of Amicus Curiae on Climate Science.

10  DATED:  March ___, 2018

   _____
   Hon. William Alsup

15  Respectfully submitted by:

16  C. Darryl Cordero, Bar No. 126689
    cdc@paynefears.com
17  PAYNE & FEARS LLP
    Attorneys at Law
18  1100 Glendon Avenue, Suite 1250
    Los Angeles, California 90024
19  Telephone: (310) 689-1750
    Facsimile: (310) 689-1755

21  Attorneys for Amicus Curiae, Concerned Household
    Electricity Consumers Council and its members