IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BP P.L.C., *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**NOTICE TO DEFENDANTS RE TUTORIAL** |

By **APRIL 4 AT NOON**, defendants BP p.l.c., ConocoPhillips Company, Exxon Mobil Corporation, and Royal Dutch Shell plc shall submit a statement explaining any disagreements with the statements made by counsel for defendant Chevron Corporation during the March 21 tutorial.

**IT IS SO ORDERED.**

Dated: March 21, 2018.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE