1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
9
THE PEOPLE OF THE STATE OF                          No. C 17-06011 WHA
CALIFORNIA,                                         No. C 17-06012 WHA
10
11                 Plaintiff,

12        v.                                        **REQUEST FOR COMMENT**

13   BP P.L.C., *et al.*,

14                 Defendants.
                                          /
15

16        Having reviewed defendants' motions to dismiss, the Court notes that defendant Royal

17   Dutch Shell plc has moved to dismiss under FRCP 12(b)(5) for lack of sufficient service of

18   process (Dkt. No. 169). By **MARCH 28 AT NOON**, all parties shall advise whether it would be

19   best to resolve Royal Dutch Shell's motion challenging service first, and, if it succeeds, whether

20   resolution of all other pending motions should be delayed until any snafu in service is cured.[*]

21        In addition, defendants ConocoPhillips Company and Exxon Mobile Corporation set

22   their respective motions to dismiss for hearing on April 26 (Dkt. Nos. 165, 168). As stated in

23   the Court's March 1 order, a hearing date on defendants' motions to dismiss will be set by the

24   Court. The hearings currently set for April 26 are accordingly **VACATED**.

25        **IT IS SO ORDERED.**

26

27   Dated: March 23, 2018.
                                          _____
                                          WILLIAM ALSUP
28                                        UNITED STATES DISTRICT JUDGE

_____

  * All docket numbers herein refer to the docket in Case No. C 17-6011 WHA.