| | |
|---|---|
| CITY OF OAKLAND<br>BARBARA J. PARKER, State Bar #069722<br>City Attorney<br>MARIA BEE, State Bar #167716<br>Special Counsel<br>ERIN BERNSTEIN, State Bar #231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON, State Bar #313918<br>Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Facsimile: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org<br><br>*Attorneys for The People of the State of California* | CITY AND COUNTY OF SAN FRANCISCO<br>DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>RONALD P. FLYNN, State Bar #184186<br>Chief Deputy City Attorney<br>YVONNE R. MERÉ, State Bar #173594<br>Chief of Complex and Affirmative Litigation<br>ROBB W. KAPLA, State Bar #238896<br>Deputy City Attorney<br>MATTHEW D. GOLDBERG, State Bar #240776<br>Deputy City Attorney<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:  (415) 554-4748<br>Facsimile:  (415) 554-4715<br>Email: matthew.goldberg@sfcityatty.org<br><br>*Attorneys for The People of the State of California*<br><br>[*Additional Counsel Listed on Signature Page*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>      Plaintiff and Real Party in Interest,<br><br>  v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>      Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>**PLAINTIFF'S NOTICE OF SUBMSSION OF MATERIALS PRESENTED AT MARCH 21, 2018 TUTORIAL** |

| | | |
|---|---|---|
| 1 | THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA, | Case No.: 3:17-cv-06012-WHA |
| 2 | | |
| 3 | Plaintiff and Real Party in Interest, | **PLAINTIFF'S NOTICE OF SUBMSSION OF MATERIALS PRESENTED AT MARCH 21, 2018 TUTORIAL** |
| 4 | v. | |
| 5 | BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |

Plaintiffs hereby submit copies of the following materials that were used or submitted for consideration during their Climate Change Tutorial presentation to the Court on March 21, 2018 in the above-captioned actions:

Exhibit 1:   *Curriculum Vitae* of Dr. Myles Richard Allen;

Exhibit 2:   *Cirriculum Vitae* of Dr. Gary B. Griggs;

Exhibit 3:   *Cirriculum Vitae* of Dr. Donald J. Wuebbles;

Exhibit 4:   Presentation: "Answers to the Questions Posed by Judge Alsup";

Exhibit 5:   Presentation: "Understanding how carbon dioxide emissions from human activity contribute to global climate change";

Exhibit 6:   Presentation: "A Tutorial on Climate Change Science: The 4th National Climate Assessment";

Exhibit 7:   Presentation: "Sea-Level Rise and the San Francisco Bay Shoreline";

Exhibit 8:   Presentation: "The History of Climate Change"; and

Also attached as Exhibit 9 is an article entitled "Seasonal and Interannual variations in atmospheric oxygen and implications for the global carbon cycle" by Ralph F. Keeling and Stephen R. Shertz of the National Center for Atmospheric Research, as requested by the Court.

Dated: March 23, 2018					Respectfully submitted,

\*\* */s/ Erin Bernstein*
BARBARA J. PARKER (State Bar #069722)
City Attorney
MARIA BEE (State Bar #167716)
Special Counsel
ERIN BERNSTEIN (State Bar #231539)
Supervising Deputy City Attorney
MALIA MCPHERSON (State Bar #313918)
Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

*Attorneys for The People*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*\* /s/ *Matthew D. Goldberg*

PLAINTIFF'S NOTICE OF SUBMSSION OF MATERIALS
PRESENTED AT MARCH 21, 2018 TUTORIAL - 1 -
010694-11 1022541 V1

DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
ROBB W. KAPLA, State Bar #238896
Deputy City Attorney
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4748
Facsimile: (415) 554-4715
Email: matthew.goldberg@sfcityatty.org

*Attorneys for The People*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

*/s/ Steve W. Berman*
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave. Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

SHANA E. SCARLETT (State Bar #217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

MATTHEW F. PAWA (*pro hac vice*)
mattp@hbsslaw.com
BENJAMIN A. KRASS (*pro hac vice*)
benk@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551

*Of Counsel Attorneys for The People*