# EXHIBIT 1

**Name:** Myles Robert Allen

**Current position:** Professor of Geosystem Science in the Environmental Change Institute, School of Geography and the Environment and Department of Physics, University of Oxford. Leader of the Climate Research Cluster of the ECI.

**Summary of research interests:** Understanding how human and natural influences on climate contribute to observed climate change and risks of extreme weather and in quantifying their implications for climate adaptation and mitigation policy.

**Address:** Environmental Change Institute, OUCE, South Parks Road, Oxford OX1 3QY, UK
**Email:** myles.allen@ouce.ox.ac.uk
**Nationality:** British
**Date of birth:** 11 August 1965
**Marital status:** Married to Professor Irene M C Tracey, 3 children
**Education:**
D.Phil. in Atmospheric, Oceanic and Planetary Physics, University of Oxford, 1992
BA in Physics and Philosophy (1st Class), University of Oxford, 1987
**Awards and Measures of Esteem:**
2010 Appleton Medal and Prize from the Institute of Physics "*For his important contributions to the detection and attribution of human influence on climate and quantifying uncertainty in climate predictions.*"
Science Watch *Highly Cited Authors in Climate Change Research, 1999-2009*
Fellow of the Institute of Physics
**Employment:**

| | |
|---|---|
| 2011 onwards | Professor of Geosystem Science, Environmental Change Institute, School of Geography and the Environment, University of Oxford, and Department of Physics, University of Oxford |
| 2003–2011: | University Lecturer, Atmospheric, Oceanic and Planetary Physics, Department of Physics, University of Oxford, (appointed 2000; on parental leave 2006–2007) |
| 1997–2003: | NERC Advanced Research Fellow & Head, Climate Dynamics Group, Space Science and Technology Department, Rutherford Appleton Laboratory, & Atmospheric, Oceanic and Planetary Physics, University of Oxford |
| 1994–1995: | NOAA Global Change Fellow, Massachusetts Institute of Technology (Host: Richard S Lindzen) |
| 1993–1997: | Atlas Research Fellow, Rutherford Appleton Laboratory & Dept of Physics, University of Oxford |
| 1989–1992: | Doctoral student, Dept of Physics, University of Oxford (Supervisors: Dr D.L. T Anderson, Dr M K Davey & Dr L A Smith) |
| 1989: | Consultant, Energy Unit, United Nations Environment Programme, Kenya |
| 1987–1989: | Technical Manager, Bellerive Foundation, Nairobi, Kenya |

**Current management responsibilities:**
- Leader, ECI Climate Research programme: School of Geography and the Environment & Department of Physics, University of Oxford. Leading a research group on climate modelling and attribution, currently comprising one Senior Research Scientist, 4 PDRAs and 2 doctoral students.
- Principal Investigator, "Climate*prediction*.net - distributed computing for global climate research", collaborative project (2000 to present, overall budget c. £4m), performing large-scale Monte Carlo simulation of climate change 1900 - 2100 using idle CPU on personal computers volunteered by the general public.

**Membership of national and international panels:**
- Coordinating Lead Author, "Framing and Context", Chapter 1 of the IPCC Special Report on 1.5°C, 2017-2018
- Lead Author, "Detection and Attribution of Climate Change: from Global to Regional", Chapter 10 of the IPCC WG1 Fifth Assessment and Synthesis Report Core Writing Team, 2012-2014

- Review Editor, "Global Climate Projections, IPCC Working Group 1 Fourth Assessment Report, 2007
- Lead Author and member of Summary for Policymakers writing team, "Detection of climate change and attributions of causes", IPCC Working Group 1 Third Assessment Report, 2001
- Member of the US NOAA/Dept of Energy International Advisory Group on the Detection and Attribution of Anthropogenic Climate Change, 2001-present.
- Member of the Scientific Advisory Group to the UK National Flood Resilience Review, 2016
- Member of the US National Academies Panel on Assessing Approaches to Updating the Social Cost of Carbon, 2015-2017.
- Member of the Scoping Meeting, IPCC 2018 Special Report on 1.5 degrees, 2016
- Member of the Editorial Board, *Environmental Research Letters*

**Research Funding:**

UK Natural Environmental Research Council (RC Oxford contribution shown, Oxford PI unless otherwise indicated):

| 2016-2019 | Drivers Of Change In mid-Latitude weather Events (DOCILE) £572,000 |
| 2012-2017 | Co-I Managing the Risks, Impacts and Uncertainties of droughts and water Scarcity (MaRIUS), £1,056,000 |
| 2012-2016 | Attribution of Climate-related Events in Africa (ACE-Africa), £640,000 |
| 2009-2014 | Risk Analysis of Rapid Climate Change (RAPID-RAPIT), £184,000 |
| 2009-2013 | End-to-End Quantification of Uncertainties in Impact Projections, £205,000 |
| 2010-2012 | Robustness of Climate Change Detection and Attribution Results to Representation of Model-Simulated Variability, £59,000 |
| 2009-2012 | Change in the Atlantic Atmosphere Ocean System, £490,000 |
| 2008-2012 | The Role of the oceans in Coupled, Non-Flux-Adjusted Ensembles, £395,000 |
| 2003-2010 | Climate*prediction*.net, £895,000 (multiple funding lines) |

European Commission (Oxford resources shown)

| 2014-2016 | EUCLEIA (European Climate-related Events, Interpretation and Attribution), £290,000 |
| 2007-2011 | WATCH (Water and Global Change), £390,000 |
| 2007-2010 | MILLENNIUM (Modelling drivers of climate change over the past millennium), £460,000. |

Microsoft Research

| 2007-2010 | Distributed computing for research climate modelling: weather@home project, £960,000 |

The Nature Conservancy

| 2016-2019 | Co-I The TNC-Oxford Partnership on extreme weather, the biosphere and land-use in South America, £860,000 |

The Oxford Martin School

| 2012-2016 | The Oxford Martin Programme on Resource Stewardship, £1,450,000 |
| 2015-2016 | The Oxford Martin Net Zero Carbon Investment Initiative, £100,000 |

**Research contributions and impact:**

In 1999 I developed the application of Total Least Squares to quantifying the magnitude of human influence on global climate (Allen et al, 2000) which has remained the default algorithm in use in three subsequent assessments of the Intergovernmental Panel on Climate Change to provide the basis of core assessed quantities including the fraction of warming to date that is attributed to human influence on climate.

In 2003 I proposed the use of Probabilistic Event Attribution (Allen, 2003; Pall et al, 2011) to quantify the role of external drivers of climate change in specific instances of extreme weather which has become the standard model for extreme event attribution in climate services at the UK Met Office and the basis for the first near-real-time attribution service provided by the World Weather Attribution service.

In 2005 we demonstrated the application of very large ensemble perturbed-parameter experiments to quantify uncertainty in climate forecasting, in addition to the application of volunteer distributed computing for climate research (Stainforth et al, 2005).

In 2009 I led and co-authored two papers (Allen et al, 2009; Meinshausen et al, 2009) that drew attention to the need to limit cumulative emissions of carbon dioxide to stabilize climate, now recognized in Article 4 of the 2015 Paris Agreement of the United Nations Framework Convention on Climate Change and the basis of the concept of a finite "carbon budget" that has informed much recent discussion of climate mitigation policy. We recently updated the carbon budget for 1.5°C (Millar et al, 2017).

In 2009 we proposed an approach to limiting cumulative carbon emissions through the mandatory introduction of a carbon capture and storage imposed on fossil fuel extraction and imports (Allen, Frame and Mason, 2009). This was taken up in the 2015 House of Lords debate on the recent UK Energy Bill and represented one of the key policy recommendations of the 2016 Report of the Parliamentary Advisory Group on Carbon Capture and Storage (Oxburgh et al, 2016).

In 2016 I published a paper (Allen, 2016) demonstrating that, in a consumption-maximizing integrated assessment framework, the core determinants of peak warming are the time-averaged ratio of total emissions to the compound rate of economic growth and the marginal cost of reducing emissions as emissions reach zero, which has significant potential implications for policy priorities.

**Selected recent and key publications:**

Millar, R.J., Fuglestvedt, J.S., Friedlingstein, P., Rogelj, J., Grubb, M.J., Matthews, H.D., Skeie, R.B., Forster, P.M., Frame, D.J. & Allen, M.R. 2017, "Emission budgets and pathways consistent with limiting warming to 1.5 °C", *Nature Geoscience,* vol. 10, no. 10, pp. 741-747.

Ekwurzel, B., Boneham, J., Dalton, M.W., Heede, R., Mera, R.J., Allen, M.R. & Frumhoff, P.C. 2017, "The rise in global atmospheric CO2, surface temperature, and sea level from emissions traced to major carbon producers", *Climatic Change,* vol. 144, no. 4, pp. 579-590.

Millar, J.R., Nicholls, Z.R., Friedlingstein, P. & Allen, M.R. 2017, "A modified impulse-response representation of the global near-surface air temperature and atmospheric concentration response to carbon dioxide emissions", *Atmospheric Chemistry and Physics,* vol. 17, no. 11, pp. 7213-7228.

Mitchell, D., Davini, P., Harvey, B., Massey, N., Haustein, K., Woollings, T., Jones, R., Otto, F., Guillod, B., Sparrow, S., Wallom, D. & Allen, M. 2017, "Assessing mid-latitude dynamics in extreme event attribution systems", *Climate Dynamics,* vol. 48, no. 11-12, pp. 3889-3901.

Mote, P.W., Rupp, D.E., Li, S., Sharp, D.J., Otto, F., Uhe, P.F., Xiao, M., Lettenmaier, D.P., Cullen, H. & Allen, M.R. 2016, "Perspectives on the causes of exceptionally low 2015 snowpack in the western United States", *Geophysical Research Letters,* vol. 43, no. 20, pp. 10,980-"10,988".

Parker, H.R., Boyd, E., Cornforth, R.J., James, R., Otto, F.E.L. & Allen, M.R. 2017, "Stakeholder perceptions of event attribution in the loss and damage debate", *Climate Policy,* vol. 17, no. 4, pp. 533-550.

P. Pall *et al*, Anthropogenic greenhouse gas contribution to flood risk in England and Wales in autumn 2000, *Nature*, 470:382-385, 2011 (Cover).

M. R. Allen *et al*: Warming caused by cumulative carbon emissions towards the trillionth tonne, *Nature*, 458:1163-1166, 2009 (Cover).

D. A. Stainforth, *et al*: Uncertainty in predictions of the climate response to rising levels of greenhouse gases. *Nature*, 433:403–406, 2005.

P. A. Stott, D. A. Stone and M. R. Allen, Human contribution to the European heatwave of 2003, *Nature*, 432:610-614, 2004.

M. R. Allen *et al*: Quantifying the uncertainty in forecasts of anthropogenic climate change, *Nature*, 407:617-620, 2000.

**Public engagement and outreach:**

Climate*prediction*.net has recruited over 400,000 volunteers to participate in climate modeling research since its inception in 2003 and remains the world's largest single climate modeling project. As the BBC Climate Change Experiment, it was awarded the [Prix Europa](#) Exploration Award for Internet Project of the Year 2007, and was the subject of two BBC documentaries. Under the [World Weather Attribution](#) project with Climate Central, we now provide a core component of current near-real-time weather event attribution services.

**External referees:**

Professor Jan Fuglestvedt
Research Director, Centre for International Climate and Environmental Research – Oslo
Pb. 1129 Blindern, 0318 Oslo, Norway
E-mail: [j.s.fuglestvedt@cicero.oslo.no](mailto:j.s.fuglestvedt@cicero.oslo.no)

Professor Piers Forster
Director, Priestley International Centre for Climate
University of Leeds, Leeds, LS2 9JT
E-mail: [P.M.Forster@leeds.ac.uk](mailto:P.M.Forster@leeds.ac.uk)

Professor Corinne Le Quéré
Director, Tyndall Centre for Climate Impacts Research
University of East Anglia, Norwich NR4 7TJ
E-mail: [C.LeQuere@uea.ac.uk](mailto:C.LeQuere@uea.ac.uk)

Publication list for Myles R. Allen, October 2016 (for 2017 publications, see CV body)

Source: *SCOPUS*, total citations 11,503, H-index 47 (now 52)

1.      Uhe P, Otto FEL, Haustein K, van Oldenborgh GJ, King AD, Wallom DCH, **Allen MR**, Cullen H. Comparison of methods: Attributing the 2014 record european temperatures to human influences. *Geophysical Research Letters* 2016; 43(16):8685-93.

2.      Otto FEL, Van Oldenborgh GJ, Eden J, Stott PA, Karoly DJ, **Allen MR**. The attribution question. *Nature Climate Change* 2016; 6(9):813-6.

3.      Mitchell D, Davini P, Harvey B, Massey N, Haustein K, Woollings T, Jones R, Otto F, Guillod B, Sparrow S, Wallom D, **Allen MR** Assessing mid-latitude dynamics in extreme event attribution systems. *Climate Dynamics* 2016:1-13.

4.      **Allen MR**, Fuglestvedt JS, Shine KP, Reisinger A, Pierrehumbert RT, Forster PM. New use of global warming potentials to compare cumulative and short-lived climate pollutants. *Nature Climate Change* 2016; 6(8):773-6.

5.      Mitchell D, Heaviside C, Vardoulakis S, Huntingford C, Masato G, P Guillod B, Frumhoff P, Bowery A, Wallom D, **Allen MR** Attributing human mortality during extreme heat waves to anthropogenic climate change. *Environmental Research Letters* 2016; 11(7).

6.      **Allen MR**. Drivers of peak warming in a consumption-maximizing world. *Nature Climate Change* 2016; 6(7):684-6.

7.      Hallegatte S, Rogelj J, **Allen MR**, Clarke L, Edenhofer O, Field CB, Friedlingstein P, Van Kesteren L, Knutti R, Mach KJ, Mastrandrea M, Michel A, Minx J, Oppenheimer M, Plattner G-, Riahi K, Schaeffer M, Stocker TF, Van Vuuren DP. Mapping the climate change challenge. *Nature Climate Change* 2016; 6(7):663-8.

8.      Haustein K, Otto FEL, Uhe P, Schaller N, **Allen MR**, Hermanson L, Christidis N, McLean P, Cullen H. Real-time extreme weather event attribution with forecast seasonal SSTs. *Environmental Research Letters* 2016; 11(6).

9.      Schaller N, Kay AL, Lamb R, Massey NR, Van Oldenborgh GJ, Otto FEL, Sparrow SN, Vautard R, Yiou P, Ashpole I, Bowery A, Crooks SM, Haustein K, Huntingford C, Ingram WJ, Jones RG, Legg T, Miller J, Skeggs J, Wallom D, Weisheimer A, Wilson S, Stott PA, **Allen MR**. Human influence on climate in the 2014 southern england winter floods and their impacts. *Nature Climate Change* 2016; 6(6):627-34.

10.     Rogelj J, Schaeffer M, Friedlingstein P, Gillett NP, Van Vuuren DP, Riahi K, **Allen MR**, Knutti R. Differences between carbon budget estimates unravelled. *Nature Climate Change* 2016; 6(3):245-52.

11.     Sippel S, Otto FEL, Forkel M, **Allen MR**, Guillod BP, Heimann M, Reichstein M, Seneviratne SI, Thonicke K, Mahecha MD. A novel bias correction methodology for climate impact simulations. *Earth System Dynamics* 2016; 7(1):71-88.

12.     Mote PW, **Allen MR**, Jones RG, Li S, Mera R, Rupp DE, Salahuddin A, Vickers D. Superensemble regional climate modeling for the western united states. *Bulletin of the American Meteorological Society* 2016; 97(2):203-15.

13.     Millar R, **Allen MR**, Rogelj J, Friedlingstein P. The cumulative carbon budget and its implications. *Oxford Review of Economic Policy* 2016; 32(2):323-42.

14.     Parker HR, Boyd E, Cornforth RJ, James R, Otto FEL, **Allen MR**. Stakeholder perceptions of event attribution in the loss and damage debate. *Climate Policy* 2015:1-18.

15.     Mera R, Massey N, Rupp DE, Mote P, **Allen MR**, Frumhoff PC. Climate change, climate justice and the application of probabilistic event attribution to summer heat extremes in the california central valley. *Climatic Change* 2015; 133(3):427-38.

16.     Bergaoui K, Mitchell D, Zaaboul R, McDonnell R, Otto F, **Allen MR.** The contribution of human-induced climate change to the drought of 2014 in the southern levant region. *Bulletin of the American Meteorological Society* 2015; 96(12):S66-70.

17.     Otto FEL, Rosier SM, **Allen MR**, Massey NR, Rye CJ, Quintana JI. Attribution analysis of high precipitation events in summer in england and wales over the last decade. *Climatic Change* 2015; 132(1):77-91.

18.     Huntingford C, Lowe JA, Howarth N, Bowerman NHA, Gohar LK, Otto A, Lee DS, Smith SM, den Elzen MGJ, van Vuuren DP, Millar RJ, **Allen MR**. The implications of carbon dioxide and methane exchange for the heavy mitigation RCP2.6 scenario under two metrics. *Environmental Science and Policy* 2015; 51:77-87.

19.     Millar RJ, Otto A, Forster PM, Lowe JA, Ingram WJ, **Allen MR**. Model structure in observational constraints on transient climate response. *Climatic Change* 2015; 131(2):199-211.

20.     Otto FEL, Boyd E, Jones RG, Cornforth RJ, James R, Parker HR, **Allen MR**. Attribution of extreme weather events in africa: A preliminary exploration of the science and policy implications. *Climatic Change* 2015; 132(4):531-43.

21.     Rupp DE, Li S, Massey N, Sparrow SN, Mote PW, **Allen MR** Anthropogenic influence on the changing likelihood of an exceptionally warm summer in texas, 2011. *Geophysical Research Letters* 2015; 42(7):2392-400.

22.     Van Oldenborgh GJ, Haarsma R, De Vries H, **Allen MR**. Cold extremes in north america vs. mild weather in europe: The winter of 2013-14 in the context of a warming world. *Bulletin of the American Meteorological Society* 2015; 96(5):707-14.

23.     Otto FEL, Frame DJ, Otto A, **Allen MR**. Embracing uncertainty in climate change policy. *Nature Climate Change* 2015; 5(10):917-21.

24.     Li S, Mote PW, Rupp DE, Vickers D, Mera R, **Allen MR**. Evaluation of a regional climate modeling effort for the western united states using a superensemble from weather@home. *J. Climate* 2015; 28(19):7470-88.

25.     Parker HR, Cornforth RJ, Boyd E, James R, Otto FE, **Allen MR**. Implications of event attribution for loss and damage policy. *Weather* 2015; 70(9):268-73.

26.     Massey N, Jones R, Otto FEL, Aina T, Wilson S, Murphy JM, Hassell D, Yamazaki YH, **Allen MR**. weather@home-development and validation of a very large ensemble modelling system for probabilistic event attribution. *Quart. J. Royal Meteorological Society* 2015; 141(690):1528-45.

27.     Huntingford C, Marsh T, Scaife AA, Kendon EJ, Hannaford J, Kay AL, Lockwood M, Prudhomme C, Reynard NS, Parry S, Lowe JA, Screen JA, Ward HC, Roberts M, Stott PA, Bell VA, Bailey M, Jenkins A, Legg T, Otto FEL, Massey N, Schaller N, Slingo J, **Allen MR**. Reply to 'drivers of the 2013/14 winter floods in the UK'. *Nature Climate Change* 2015; 5(6):491-2.

28.     Lopez A, Suckling EB, Otto FEL, Lorenz A, Rowlands D, **Allen MR**. Towards a typology for constrained climate model forecasts. *Climatic Change* 2014; 132(1):15-29.

29.     Frame DJ, Macey AH, **Allen MR**. Cumulative emissions and climate policy. *Nature Geoscience* 2014; 7(10):692-3.

30.     Huntingford C, Marsh T, Scaife AA, Kendon EJ, Hannaford J, Kay AL, Lockwood M, Prudhomme C, Reynard NS, Parry S, Lowe JA, Screen JA, Ward HC, Roberts M, Stott PA, Bell VA, Bailey M, Jenkins A, Legg T, Otto FEL, Massey N, Schaller N, Slingo J, **Allen MR**. Potential influences on the united kingdom's floods of winter 2013/14. *Nature Climate Change* 2014; 4(9):769-77.

31.     Frame DJ, Booth B, Kettleborough JA, Stainforth DA, Gregory JM, Collins M, **Allen MR**. Erratum: Constraining climate forecasts: The role of prior assumptions (Geophysical Research Letters  (2005) 32 (L09702) DOI: 10.1029/2004GL022241). *Geophysical Research Letters* 2014; 41(9):3257-8.

32.     **Allen MR**, Stocker TF. Impact of delay in reducing carbon dioxide emissions. *Nature Climate Change* 2014; 4(1):23-6.

33.     Imbers J, Lopez A, Huntingford C, **Allen MR.** Sensitivity of climate change detection and attribution to the characterization of internal climate variability. *J. Climate* 2014; 27(10):3477-91.

34.     Levy AAL, Jenkinson M, Ingram W, **Allen MR**. Correcting precipitation feature location in general circulation models. *J. Geophysical Research Atmospheres*  2014; 119(23):13350-69.

35.     James R, Otto F, Parker H, Boyd E, Cornforth R, Mitchell D, **Allen MR.** Characterizing loss and damage from climate change. *Nature Climate Change* 2014; 4(11):938-9.

36.     Levy AAL, Jenkinson M, Ingram W, Lambert FH, Huntingford C, **Allen MR** Increasing the detectability of external influence on precipitation by correcting feature location in GCMs. *J. Geophysical Research Atmospheres* 2014; 119(22):12466-78.

37.     Bowerman NHA, Frame DJ, Huntingford C, Lowe JA, Smith SM, **Allen MR**. Erratum: The role of short-lived climate pollutants in meeting temperature goals (*Nature* climate change (2013) 3 (1021-1024)). *Nature Climate Change* 2014; 4(1):74.

38.     Pretis F, **Allen MR.** Breaks in trends. *Nature Geoscience* 2013; 6(12):992-3.

39.     Otto FE, Jones RG, Halladay K, **Allen MR**. Attribution of changes in precipitation patterns in african rainforests. *Phil. Trans. Roy. Soc. London B*, Biol Sci 2013; 368(1625):20120299.

40.     Bowerman NHA, Frame DJ, Huntingford C, Lowe JA, Smith SM, **Allen MR**. The role of short-lived climate pollutants in meeting temperature goals. *Nature Climate Change* 2013; 3(12):1021-4.

41.     Gillett NP, Arora VK, Matthews D, **Allen MR**. Constraining the ratio of global warming to cumulative CO2 emissions using CMIP5 simulations. *J. Climate* 2013; 26(18):6844-58.

42.     Otto FEL, Jones RG, Halladay K, **Allen MR**. Attribution of changes in precipitation patterns in african rainforests. *Phil. Trans. Roy. Soc. London B* Biol Sci 2013; 368(1625).

43.     Otto A, Otto FEL, Boucher O, Church J, Hegerl G, Forster PM, Gillett NP, Gregory J, Johnson GC, Knutti R, Lewis N, Lohmann U, Marotzke J, Myhre G, Shindell D, Stevens B, **Allen MR**. Energy budget constraints on climate response. *Nature Geoscience* 2013; 6(6):415-6.

44.     Kunreuther H, Heal G, **Allen MR**, Edenhofer O, Field CB, Yohe G. Risk management and climate change.

*Nature Climate Change* 2013; 3(5):447-50.

45.      Imbers J, Lopez A, Huntingford C, **Allen MR**. Testing the robustness of the anthropogenic climate change detection statements using different empirical models. *J. Geophysical Research Atmospheres* 2013; 118(8):3192-9.

46.      Yamazaki K, Rowlands DJ, Aina T, Blaker AT, Bowery A, Massey N, Miller J, Rye C, Tett SFB, Williamson D, Yamazaki YH, **Allen MR**. Obtaining diverse behaviors in a climate model without the use of flux adjustments. *J. Geophysical Research Atmospheres* 2013; 118(7):2781-93.

47.      **Allen MR**, Mitchell JFB, Stott PA. Test of a decadal climate forecast. *Nature Geoscience* 2013; 6(4):243-4.

48.      Mitchell DM, Stott PA, Gray LJ, **Allen MR**, Lott FC, Butchart N, Hardiman SC, Osprey SM. The impact of stratospheric resolution on the detectability of climate change signals in the free atmosphere. *Geophysical Research Letters* 2013; 40(5):937-42.

49.      Levy AAL, Ingram W, Jenkinson M, Huntingford C, Lambert FH, **Allen MR**. Can correcting feature location in simulated mean climate improve agreement on projected changes? *Geophysical Research Letters* 2013; 40(2):354-8.

50.      Sparrow S, Huntingford C, Massey N, **Allen MR**. The use of a very large atmospheric model ensemble to assess potential anthropogenic influence on the UK summer 2012 high rainfall totals. *Bulletin of the American Meteorological Society* 2013; 94(9):S36-8.

51.      Otto A, Todd BJ, Bowerman N, Frame DJ, **Allen MR**. Climate system properties determining the social cost of carbon. *Environmental Research Letters* 2013; 8(2).

52.      Rupp DE, Mote PW, Massey N, Otto FEL, **Allen MR**. Human influence on the probability of low precipitation in the central united states in 2012. *Bulletin of the American Meteorological Society* 2013; 94(9):S2-6.

53.      Watson PAG, Karoly DJ, **Allen MR**, Faull N, Lee DS. Quantifying uncertainty in future southern hemisphere circulation trends. *Geophysical Research Letters* 2012; 39(23).

54.      Frame DJ, Stone DA, Stott PA, **Allen MR**. Erratum: Alternatives to stabilization scenarios (Geophysical Research Letters  (2012) 39 (L20717) DOI: 10.1029/2012GL053647). *Geophysical Research Letters* 2012; 39(20).

55.      **Allen MR**, Ingram WJ. Erratum: Constraints on future changes in climate and the hydrologic cycle (*Nature* (2002) 419 (224-232) DOI: 10.1038/*Nature*01092). *Nature* 2012; 489(7417):590.

56.      Smith SM, Lowe JA, Bowerman NHA, Gohar LK, Huntingford C, **Allen MR**. Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Climate Change* 2012; 2(7):535-8.

57.      Rowlands DJ, Frame DJ, Ackerley D, Aina T, Booth BBB, Christensen C, Collins M, Faull N, Forest CE, Grandey BS, Gryspeerdt E, Highwood EJ, Ingram WJ, Knight S, Lopez A, Massey N, McNamara J, Meinshausen N, Piani C, Rosier SM, Sanderson BM, Smith LA, Stone DA, Thurston M, Yamazaki K, Hiro Yamazaki Y, **Allen MR**. Broad range of 2050 warming from an observationally constrained large climate model ensemble. *Nature Geoscience* 2012; 5(4):256-60.

58.      Otto FEL, Massey N, Van Oldenborgh GJ, Jones RG, **Allen MR**. Reconciling two approaches to attribution of the 2010 russian heat wave. *Geophysical Research Letters* 2012; 39(4).

59.      Huntingford C, Lowe JA, Gohar LK, Bowerman NHA, **Allen MR**, Raper SCB, Smith SM. The link between a global 2°C warming threshold and emissions in years 2020, 2050 and beyond. *Environmental Research Letters* 2012; 7(1).

60.      **Allen MR**. In defense of the traditional null hypothesis: Remarks on the trenberth and curry WIREs opinion articles. *Wiley Interdisciplinary Reviews Climatic Change* 2011; 2(6):931-4.

61.      Ackerley D, Booth BBB, Knight SHE, Highwood EJ, Frame DJ, **Allen MR**, Rowell DP. Sensitivity of twentieth-century sahel rainfall to sulfate aerosol and CO2 forcing. *J. Climate* 2011; 24(19):4999-5014.

62.      Cerezo-Mota R, **Allen MR**, Jones R. Mechanisms controlling precipitation in the northern portion of the north american monsoon. *J. Climate* 2011; 24(11):2771-83.

63.      Hoegh-Guldberg O, Hegerl G, Root T, Zwiers F, Stott P, Pierce D, **Allen MR**. Difficult but not impossible. *Nature Climate Change* 2011; 1(2):72.

64.      Pall P, Aina T, Stone DA, Stott PA, Nozawa T, Hilberts AGJ, Lohmann D, **Allen MR**. Anthropogenic greenhouse gas contribution to flood risk in england and wales in autumn 2000. *Nature* 2011; 470(7334):382-5.

65.      Bowerman NHA, Frame DJ, Huntingford C, Lowe JA, **Allen MR**. Cumulative carbon emissions, emissions floors and short-term rates of warming: Implications for policy. *Phil. Trans. Roy. Soc. London A* 2011; 369(1934):45-66.

66.      **Allen MR**. The scientific basis for climate change liability. In: *Climate change liability: Transnational law and practice.* ; 2011. p 8-22.

67.      Ricke KL, Morgan MG, **Allen MR**. Regional climate response to solar-radiation management. *Nature Geoscience* 2010; 3(8):537-41.

68.      Von Storch H, **Allen MR**. Climate e-mails: Man's mark is clear in thermometer record. *Nature* 2010;

463(7277):25.

69.     **Allen MR**, Frame DJ, Mason CF. The case for mandatory sequestration. *Nature Geoscience* 2009; 2(12):813-4.

70.     Stone DA, **Allen MR**, Stott PA, Pall P, Min S-, Nozawa T, Yukimoto S. The detection and attribution of human influence on climate. *Ann. Rev. Environ. Resources* 2009; 34:1-16.

71.     **Allen MR**, Frame DJ, Huntingford C, Jones CD, Lowe JA, Meinshausen M, Meinshausen N. Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature* 2009; 458(7242):1163-6.

72.     Meinshausen M, Meinshausen N, Hare W, Raper SCB, Frieler K, Knutti R, Frame DJ, **Allen MR**. Greenhouse-gas emission targets for limiting global warming to 2°C. *Nature* 2009; 458(7242):1158-62.

73.     Frame DJ, Aina T, Christensen CM, Faull NE, Knight SHE, Piani C, Rosier SM, Yamazaki K, Yamazaki Y, **Allen MR**. The climateprediction.net BBC climate change experiment: Design of the coupled model ensemble. *Phil. Trans. Roy. Soc. London A* 2009; 367(1890):855-70.

74.     Lambert FH, **Allen MR**. Are changes in global precipitation constrained by the tropospheric energy budget? *J. Climate* 2009; 22(3):499-517.

75.     Sanderson BM, Knutti R, Aina T, Christensen C, Faull N, Frame DJ, Ingram WJ, Piani C, Stainforth DA, Stone DA, **Allen MR**. Constraints on model response to greenhouse gas forcing and the role of subgrid-scale processes. *J. Climate* 2008; 21(11):2384-400.

76.     Knutti R, **Allen MR**, Friedlingstein P, Gregory JM, Hegerl GC, Meehl GA, Meinshausen M, Murphy JM, Plattner G-, Raper SCB, Stocker TF, Stott PA, Teng H, Wigley TML. A review of uncertainties in global temperature projections over the twenty-first century. *J. Climate* 2008; 21(11):2651-63.

77.     Sanderson BM, Piani C, Ingram WJ, Stone DA, **Allen MR**. Towards constraining climate sensitivity by linear analysis of feedback patterns in thousands of perturbed-physics GCM simulations. *Climate Dynamics* 2008; 30(2-3):175-90.

78.     Andrews DG, **Allen MR**. Diagnosis of climate models in terms of transient climate response and feedback response time. *Atmospheric Science Letters* 2008; 9(1):7-12.

79.     Knutti R, Krähenmann S, Frame DJ, **Allen MR**. Comment on "heat capacity, time constant, and sensitivity of earth's climate system" by S. E. schwartz. *J. Geophysical Research Atmospheres* 2008; 113(15).

80.     Piani C, Sanderson B, Giorgi F, Frame DJ, Christensen C, **Allen MR**. Regional probabilistic climate forecasts from a multithousand, multimodel ensemble of simulations. *J. Geophysical Research Atmospheres* 2007; 112(24).

81.     **Allen MR**, Frame DJ. Call off the quest. *Science* 2007; 318(5850):582-3.

82.     Juckes MN, **Allen MR**, Briffa KR, Esper J, Hegerl GC, Moberg A, Osborn TJ, Weber SL. Millennial temperature reconstruction intercomparison and evaluation. *Climate of the Past* 2007; 3(4):591-9.

83.     Frame DJ, Faull NE, Joshi MM, **Allen MR**. Probabilistic climate forecasts and inductive problems. *Phil. Trans. Roy. Soc. London A* 2007; 365(1857):1971-92.

84.     Stainforth DA, **Allen MR**, Tredger ER, Smith LA. Confidence, uncertainty and decision-support relevance in climate predictions. *Phil. Trans. Roy. Soc. London A* 2007; 365(1857):2145-61.


85.     Knight CG, Knight SHE, Massey N, Aina T, Christensen C, Frame DJ, Kettleborough JA, Martin A, Pascoe S, Sanderson B, Stainforth DA, **Allen MR**. Association of parameter, software, and hardware variation with large-scale behavior across 57,000 climate models. *Proc. Natl. Acad. Sci. USA* 2007; 104(30):12259-64.

86.     **Allen MR**, Pall P, Stone D, Stott P, Frame D, Min S-, Nozawa T, Yukimoto S. Scientific challenges in the attribution of harm to human influence on climate. *U. Penn. Law Review* 2007; 155(6):1353-400.

87.     Pall P, **Allen MR**, Stone DA. Testing the clausius-clapeyron constraint on changes in extreme precipitation under CO2 warming. *Climate Dynamics* 2007; 28(4):351-63.

88.     Kettleborough JA, Booth BBB, Stott PA, **Allen MR**. Estimates of uncertainty in predictions of global mean surface temperature. *J. Climate* 2007; 20(5):843-55.

89.     Hegerl GC, Crowley TJ, **Allen MR**, Hyde WT, Pollack HN, Smerdon J, Zorita E. Detection of human influence on a new, validated 1500-year temperature reconstruction. *J. Climate* 2007; 20(4):650-66.

90.     Stone DA, **Allen MR**, Stott PA. A multimodel update on the detection and attribution of global surface warming. *J. Climate* 2007; 20(3):517-30.

91.     Stone DA, **Allen MR**, Selten F, Kliphuis M, Stott PA. The detection and attribution of climate change using an ensemble of opportunity. *J. Climate* 2007; 20(3):504-16.

92.     Hegerl GC, Karl TR, **Allen MR**, Bindoff NL, Gillett N, Karoly D, Zhang X, Zwiers F. Climate change detection and attribution: Beyond mean temperature signals. *J. Climate* 2006; 19(20):5058-77.

93.     Lopez A, Tebaldi C, New M, Stainforth D, **Allen MR**, Kettleborough J. Two approaches to quantifying uncertainty in global temperature changes. *J. Climate* 2006; 19(19):4785-96.

94.     Massey N, Aina T, **Allen MR**, Christensen C, Frame D, Goodman D, Kettleborough J, Martin A, Pascoe S, Stainforth D. Data access and analysis with distributed federated data servers in climateprediction.net. *Advances in Geoscience* 2006; 8:49-56.

95.     Knutti R, Meehl GA, **Allen MR**, Stainforth DA. Constraining climate sensitivity from the seasonal cycle in surface temperature. *J. Climate* 2006; 19(17):4224-33.

96.     **Allen MR**, Gillett NP, Kettleborough JA, Hegerl G, Schnur R, Stott PA, Boer G, Covey C, Delworth TL, Jones GS, Mitchell JFB, Barnett TP. Quantifying anthropogenic influence on recent near-surface temperature change. *Surveys of Geophysics* 2006; 27(5):491-544.

97.     Frame DJ, Stone DA, Stott PA, **Allen MR**. Alternatives to stabilization scenarios. *Geophysical Research Letters* 2006; 33(14).

98.     Stott PA, Mitchell JFB, **Allen MR**, Delworth TL, Gregory JM, Meehl GA, Santer BD. Observational constraints on past attributable warming and predictions of future global warming. *J. Climate* 2006; 19(13):3055-69.

99.     Huntingford C, Stott PA, **Allen MR**, Lambert FH. Incorporating model uncertainty into attribution of observed temperature change. *Geophysical Research Letters* 2006; 33(5).

100.    Stott PA, Kettleborough JA, **Allen MR**. Uncertainty in continental-scale temperature predictions. *Geophysical Research Letters* 2006; 33(2).

101.    **Allen MR**, Frame D, Kettleborough J, Stainforth D. Model error in weather and climate forecasting. In: *Predictability of weather and climate*. T. N. Palmer and A. Haagedorn (eds.); 2006. p 391-427.

102.    Piani C, Frame DJ, Stainforth DA, **Allen MR**. Constraints on climate change from a multi-thousand member ensemble of simulations. *Geophysical Research Letters* 2005; 32(23):1-5.

103.    Stone DA, **Allen MR**. Attribution of global surface warming without dynamical models. *Geophysical Research Letters* 2005; 32(18):1-4.

104.    Stott PA, Stone DA, **Allen MR**. Erratum: Human contribution to the European heatwave of 2003 (*Nature* (2004) 432 (610-614)). *Nature* 2005; 436(7054):1200.

105.    Stone DA, **Allen MR**. The end-to-end attribution problem: From emissions to impacts. *Climatic Change* 2005; 71(3):303-18.

106.    Frame DJ, Booth BBB, Kettleborough JA, Stainforth DA, Gregory JM, Collins M, **Allen MR**. Constraining climate forecasts: The role of prior assumptions. *Geophysical Research Letters* 2005; 32(9):1-5.

107.    Barnett T, Zwiers F, Hegerl G, **Allen MR** Crowley T, Gillett N, Hasselmann K, Jones P, Santer B, Schnur R, Stott P, Taylor K, Tett S. Detecting and attributing external influences on the climate system: A review of recent advances. *J. Climate* 2005; 18(9):1291-314.

108.    Stainforth DA, Aina T, Christensen C, Collins M, Faull N, Frame DJ, Kettleborough JA, Knight S, Martin A, Murphy JM, Piani C, Sexton D, Smith LA, Splcer RA, Thorpe AJ, **Allen MR**. Uncertainty in predictions of the climate response to rising levels of greenhouse gases. *Nature* 2005; 433(7024):403-6.

109.    Khellah F, Fieguth P, Murray MJ, **Allen MR** Statistical processing of large image sequences. *IEEE Trans Image Process* 2005; 14(1):80-93.

110.    Martin, A. et al, Security principles for public-resource modeling research. Proceedings of the workshop on enabling technologies: Infrastructure for collaborative enterprises, WETICE; 2004. 319 p.

111.    **Allen MR**, Lord R. The blame game. *Nature* 2004; 432(7017):551-2.

112.    Stott PA, Stone DA, **Allen MR**. Human contribution to the European heatwave of 2003. *Nature* 2004; 432(7017):610-4.

113.    Palmer MA, Gray LJ, **Allen MR**, Norton WA. Solar forcing of climate: Model results. *Advances in Space Research* 2004; 34(2):343-8.

114.    Lambert FH, Stott PA, **Allen MR**, Palmer MA. Detection and attribution of changes in 20th century land precipitation. *Geophysical Research Letters* 2004; 31(10).

115.    Thorne PW, Jones PD, Tett SFB, **Allen MR**, Parker DE, Stott PA, Jones GS, Osborn TJ, Davies TD. Probable causes of late twentieth century tropospheric temperature trends. *Climate Dynamics* 2003; 21(7-8):573-91.

116.    **Allen MR**, Stott PA. Estimating signal amplitudes in optimal fingerprinting, part I: Theory. *Climate Dynamics* 2003; 21(5-6):477-91.

117.    Stott PA, **Allen MR**, Jones GS. Estimating signal amplitudes in optimal fingerprinting. part II: Application to general circulation models. *Climate Dynamics* 2003; 21(5-6):493-500.

118.    **Allen MR**. Climate forecasting: Possible or probable? *Nature* 2003; 425(6955):242.

119.    **Allen MR**. Possible or probable? *Nature* 2003; 425(6955):242.

120.    **Allen MR**. Liability for climate change. *Nature* 2003; 421(6926):891-2.

121.    Gillett NP, **Allen MR**, Williams KD. Modelling the atmospheric response to doubled CO2 and depleted stratospheric ozone using a stratosphere-resolving coupled GCM. *Quart. J. Royal Meteorological Society* 2003; 129(589 PART C):947-66.

122.    Stainforth D, Kettleborough J, **Allen MR**, Collins M, Heaps A, Murphy J. Distributed computing for public-interest climate modeling research. *IEEE Distributed Systems Online* 2002; 3(4).

123.    Collins M, **Allen MR**. Assessing the relative roles of initial and boundary conditions in interannual to decadal climate predictability. *J. Climate* 2002; 15(21):3104-9.

124.    Gillett NP, Zwiers FW, Weaver AJ, Hegerl GC, **Allen MR**, Stott PA. Detecting anthropogenic influence with a multi-model ensemble. *Geophysical Research Letters* 2002; 29(20):31-1.

125.    Lea DJ, Haine TWN, **Allen MR**, Hansen JA. Sensitivity analysis of the climate of a chaotic ocean circulation model. *Quart. J. Royal Meteorological Society* 2002; 128(586 PART B):2587-605.

126.    Thorne PW, Jones PD, Osborn TJ, Davies TD, Tett SFB, Parker DE, Stott PA, Jones GS, **Allen MR**. Assessing the robustness of zonal mean climate change detection. *Geophysical Research Letters* 2002; 29(19):26-1.

127.    **Allen MR**, Stainforth DA. Towards objective probabilistic climate forecasting. *Nature* 2002; 419(6903):228.

128.    **Allen MR**, Ingram WJ. Constraints on future changes in climate and the hydrologic cycle. *Nature* 2002; 419(6903).

129.    Hegerl GC, **Allen MR**. Origins of model-data discrepancies in optimal fingerprinting. *J. Climate* 2002; 15(11):1348-56.

130.    Gillett NP, **Allen MR**, Williams KD. The role of stratospheric resolution in simulating the arctic oscillation response to greenhouse gases. *Geophysical Research Letters* 2002; 29(10).

131.    Stainforth D, Kettleborough J, **Allen MR**, Collins M, Heaps A, Murphy J. Distributed computing for public-interest climate modeling research. *Computers in Science and Engineering* 2002; 4(3):82.

132.    Ghil M, **Allen MR**, Dettinger MD, Ide K, Kondrashov D, Mann ME, Robertson AW, Saunders A, Tian Y, Varadi F, Yiou P. Advanced spectral methods for climatic time series. *Reviews of Geophysics* 2002; 40(1).

133.    Forest CE, Stone PH, Sokolov AP, **Allen MR**, Webster MD. Quantifying uncertainties in climate system properties with the use of recent climate observations. *Science* 2002; 295(5552):113-7.

134.    Gillett NP, Hegerl GC, **Allen MR**, Stott PA, Schnur R. Reconciling two approaches to the detection of anthropogenic influence on climate. *J. Climate* 2002; 15(1):326-9.

135.    Gillett NP, **Allen MR**, McDonald RE, Senior CA, Shindell DT, Schmidt GA. How linear is the arctic oscillation response to greenhouse gases. *J. Geophysical Research Atmospheres* 2002; 107(3).

136.    Tett SFB, Jones GS, Stott PA, Hill DC, Mitchell JFB, **Allen MR**, Ingram WJ, Johns TC, Johnson CE, Jones A, Roberts DL, Sexton DMH, Woodage MJ. Estimation of natural and anthropogenic contributions to twentieth century temperature change. *J. Geophysical Research Atmospheres* 2002; 107(16).

137.    Tett SFB, Jones GS, Stott PA, Hill DC, Mitchell JFB, **Allen MR**, Ingram WJ, Johns TC, Johnson CE, Jones A, Roberts DL, Sexton DMH, Woodage MJ. Estimation of natural and anthropogenic contributions to twentieth century temperature change. *J. Geophysical Research Atmospheres* 2002; 107(16).

138.    Forest CE, **Allen MR**, Sokolov AP, Stone PH. Constraining climate model properties using optimal fingerprint detection methods. *Climate Dynamics* 2001; 18(3-4):277-95.

139.    Hannachi A, **Allen MR**. Identifying signals from intermittent low-frequency behaving systems. *Tellus Series A* 2001; 53(4):469-80.

140.    **Allen MR**, Raper S, Mitchell J. Uncertainty in the IPCC's third assessment report. *Science* 2001; 293(5529).

141.    Gary LJ, Phipps SJ, Dunkerton TJ, Baldwin MP, Drysdale EF, **Allen MR**. A data study of the influence of the equatorial upper stratosphere on northern-hemisphere stratospheric sudden warnings. *Quart. J. Royal Meteorological Society* 2001; 127(576):1985-2003.

142.    Benestad RE, Sutton RT, **Allen MR**, Anderson DLT. The influence of subseasonal wind variability on tropical instability waves in the pacific. *Geophysical Research Letters* 2001; 28(10):2041-4.

143.    Gillett NP, Baldwin MP, **Allen MR**. Evidence for nonlinearity in observed stratospheric circulation changes. *J. Geophysical Research Atmospheres* 2001; 106(D8):7891-901.

144.    Hill DC, **Allen MR**, Stott PA. Allowing for solar forcing in the detection of human influence on tropospheric temperatures. *Geophysical Research Letters* 2001; 28(8):1555-8.

145.    Stott PA, Tett SFB, Jones GS, **Allen MR**, Ingram WJ, Mitchell JFB. Attribution of twentieth century temperature change to natural and anthropogenic causes. *Climate Dynamics* 2001; 17(1):1-21.

146.    Stott PA, Tett SFB, Jones GS, **Allen MR**, Mitchell JFB, Jenkins GJ. External control of 20th century temperature by natural and anthropogenic forcings. *Science* 2000; 290(5499):2133-7.

147.    Fieguth P, et al, Application of hierarchical estimation methods to interpolation of SST data. European space agency, (special publication) ESA SP; 2000. 21 p.

148.    Murray J, et al. Data fusion of sea-surface temperature data. International geoscience and remote sensing symposium (IGARSS); 2000, p. 2111

149.    Stott PA, Tett SFB, Jones GS, **Allen MR**, Ingram WJ, Mitchell JFB. Anthropogenic and natural causes of twentieth century temperature change. *Space Science Reviews* 2000; 94(1-2):337-44.

150.    Hegerl GC, Stott PA, **Allen MR**, Mitchell JFB, Tett SFB, Cubasch U. Optimal detection and attribution of climate change: Sensitivity of results to climate model differences. *Climate Dynamics* 2000; 16(10-11):737-54.

151.    Lea DJ, **Allen MR**, Haine TWN. Sensitivity analysis of the climate of a chaotic system. *Tellus Series A* 2000; 52(5):523-32.

152.    **Allen MR**, Stott PA, Mitchell JFB, Schnur R, Delworth TL. Quantifying the uncertainty in forecasts of anthropogenic climate change. *Nature* 2000; 407(6804):617-20.

153.    Fan Y, **Allen MR**, Anderson DLT, Balmaseda MA. How predictability depends on the *Nature* of uncertainty in initial conditions in a coupled model of ENSO. *J. Climate* 2000; 13(18):3298-313.

154.    Murray MJ, Merchant CJ, Harris AR, Donlon CJ. Direct observations of skin-bulk SST variability. *Geophysical Research Letters* 2000; 27(8):1171-4.

155.    Gillett NP, Hegerl GC, **Allen MR**, Stott PA. Implications of changes in the northern hemisphere circulation for the detection of anthropogenic climate change. *Geophysical Research Letters* 2000; 27(7):993-6.

156.    Forest CE, **Allen MR**, Stone PH, Sokolov AP. Constraining uncertainties in climate models using climate change detection techniques. *Geophysical Research Letters* 2000; 27(4):569-72.

157.    Gillett NP, **Allen MR**, Tett SFB. Modelled and observed variability in atmospheric vertical temperature structure. *Climate Dynamics* 2000; 16(1):49-61.

158.    Fieguth P et al, Large scale dynamic estimation of ocean surface temperature. International geoscience and remote sensing symposium (IGARSS);  1999. 1826 p.

159.    **Allen MR** Do-it-yourself climate prediction. *Nature* 1999; 401(6754):642.

160.    Roe GH, **Allen MR**. A comparison of competing explanations for the 100,000-yr ice age cycle. *Geophysical Research Letters* 1999; 26(15):2259-62.

161.    Venzke S, **Allen MR**, Sutton RT, Rowell DP. The atmospheric response over the north Atlantic to decadal changes in sea surface temperature. *J. Climate* 1999; 12(8 PART 2):2562-84.

162.    Tett SFB, Stott PA, **Allen MR**, Ingram WJ, Mitchell JFB. Causes of twentieth-century temperature change near the earth's surface. *Nature* 1999; 399(6736):569-72.

163.    **Allen MR**, Tett SFB. Checking for model consistency in optimal fingerprinting. *Climate Dynamics* 1999; 15(6):419-34.

164.    Jones MS, **Allen MR**, Guymer T, Saunders M. Correlations between altimetric sea surface height and radiometric sea surface temperature in the south atlantic. *J. Geophysical Research Oceans* 1998; 103(3334):8073-87.

165.    Murray MJ, **Allen MR**, Mutlow CT, Závody AM, Jones MS, Forrester TN. Actual and potential information in dual-view radiometric observations of sea surface temperature from ATSR. *J. Geophysical Research Oceans* 1998; 103(3334):8153-65.

166.    Murray MJ, **Allen MR**, Merchant CJ, Harris AR. Potential for improved ATSR dual-view SST retrieval. *Geophysical Research Letters* 1998; 25(17):3363-6.

167.    Lawrence SP, **Allen MR**, Anderson DLT, Llewellyn-Jone DT. Effects of subsurface ocean dynamics on instability waves in the tropical pacific. *J. Geophysical Research Oceans* 1998; 103(C9).

168.    Fieguth P, et al, Hierarchical methods for global-scale estimation problems. Canadian conference on electrical and computer engineering; 1998. 161 p.

169.    Jones M, **Allen MR**, Guymer T, Saunders M, Challenor P. Comparisons of altimetric sea surface height and radiometric sea surface temperature in the South Atlantic. *Eur. Space Agency Spec. Publ.* ESA SP 1997(414 PART 3):1343-8.

170.    **Allen MR**, Smith LA. Optimal filtering in singular spectrum analysis. *Physics Letters A* 1997; 234(6):419-28.

171.    Sutton RT, **Allen MR**. Decadal predictability of north atlantic sea surface temperature and climate. *Nature*

1997; 388(6642):563-7.

172.     **Allen MR**, Smith LA. Monte carlo SSA: Detecting irregular oscillations in the presence of colored noise. *J. Climate* 1996; 9(12):3373-404.

173.     Tett SFB, Mitchell JFB, Parker DE, **Allen MR**. Human influence on the atmospheric vertical temperature structure: Detection and observations. *Science* 1996; 274(5290):1170-3.

174.     **Allen MR**, Robertson AW. Distinguishing modulated oscillations from coloured noise in multivariate datasets. *Climate Dynamics* 1996; 12(11):775-84.

175.     Watts PD, **Allen MR**, Nightingale TJ. Wind speed effects on sea surface emission and reflection for the along track scanning radiometer. *J Atmospheric and Oceanic Technology* 1996; 13(1):126-41.

176.     **Allen MR**. Control of tropical instability waves in the pacific. *Geophysical Research Letters* 1995; 22(19):2581-4.

177.     **Allen MR**, Smith LA. Investigating the origins and significance of low-frequency modes of climate variability. *Geophysical Research Letters* 1994; 21(10):883-6.

178.     Sinha A, **Allen MR**. Climate sensitivity and tropical moisture distribution. *J. Geophysical Research Atmospheres* 1994; 99(D2):3707-16.

179.     Mutlow M, et al SST measurements from ATSR on ESA's ERS-1 satellite - early results. International geoscience and remote sensing symposium (IGARSS);  1993, p 155.

180.     **Allen MR**, Davey MK. Empirical parameterization of tropical ocean-atmosphere coupling: The "Inverse Gill Problem". *J. Climate* 1993; 6(3):509-30.

181.     **Allen MR**, Read PL, Smith LA. Temperature oscillations. *Nature* 1992; 359(6397):679.

182.     **Allen MR**. Climate research review: Greenhouses from the deep freeze - Ice-cores and global warming. *Energy Policy* 1991; 19(4):406-7.

183.     **Allen MR**. Climate research review. *Energy Policy* 1990; 18(9):880-1.

184.     **Allen MR**. More on moisture feedbacks. *Energy Policy* 1990; 18(10):962-4.

185.     **Allen MR**. Modelling climate change. *Energy Policy* 1990; 18(7):681-2.

186.     **Allen MR**. Climate research review. *Energy Policy* 1990; 18(5):485-6.

187.     **Allen MR**. Climate research review. *Energy Policy* 1990; 18(8):793-4.

188.     **Allen MR**, Christensen JM. Climate change and the need for a new energy agenda. *Energy Policy* 1990; 18(1):19-24.