# EXHIBIT 2

**GARY B. GRIGGS**

DISTINGUISHED PROFESSOR OF EARTH & PLANETARY SCIENCES
UNIVERSITY OF CALIFORNIA, SANTA CRUZ, CALIFORNIA 95064
(831) 459-5006; fax (831) 459-4882; email: griggs@ucsc.edu

**EDUCATION**

1965 B.A. Geology, University of California, Santa Barbara
1968 Ph.D. Oceanography, Oregon State University, Corvallis; Minors:
      Civil Engineering and Geology

**PROFESSIONAL REGISTRATIONS**

Registered Geologist in California (No. 3277)
Certified Engineering Geologist in California (No. 1282)

**PROFESSIONAL AFFILIATIONS**

American Shore and Beach Preservation Association
American Geophysical Union
Coastal Education & Research Foundation

**PROFESSIONAL EXPERIENCE**

1965-66: Graduate Research Assistant in Oceanography, Oregon State University
1966-68: National Science Foundation Graduate Fellow in Oceanography, Oregon State University
1968-present: Assistant to Full Professor of Earth Sciences, University of California Santa Cruz
1981-84: Chairman Department of Earth Sciences, University of California Santa Cruz
1975: Participant and advisor to Gulf of Naples Ecological Program, Naples Biological Station, Naples, Italy
1980: Participant in United States-New Zealand Joint Oceanographic Research Program, New Zealand Oceanographic Institute, Wellington, New Zealand
1973-1991: Geological Consultant to Santa Cruz County Planning Department
1982-1991: Hydrological Consultant to Santa Cruz County Department of Environmental Health Services
1984 & 1996: Visiting Professor, Semester at Sea Program, University of Pittsburgh
1987: Guest Lecturer, World Explorer Cruises
1990-present: Editorial Board- *Journal of Coastal Research*
1991-2000: Board of Directors: American Shore and Beach Preservation Association
1991-1999: Editorial Board-*Shore and Beach*
1991-present: Director-Institute of Marine Sciences, University of California Santa Cruz
1991-1994: Associate Dean-Division of Natural Sciences, University of California Santa Cruz
1995-1997: Editorial Board-*Geology*

1

1995-2006: Consortium for Oceanographic Research and Education: Member of Executive Committee and Governor, Central California Consortium.
1997-98: NAS-NRC Committee on Coastal Engineering Research & Education Needs
1998: Chair-California Sea Grant Program Review Committee
1999-2009: Chair-University of California Marine Council
2002-07: Chair of Steering Committee and Principal Investigator-Center for Integrated Marine Technologies
2003-2004:  Board of Directors- Island Conservation
2003-2004: Chair- Strategic Futures Committee, University of California Santa Cruz
2003-2010: Advisory Board-California Center for Ocean Science Education Excellence
2003-2010; 2014-present: Advisory Board-California Sea Grant
2002-07: Exec. Comm.-Central and Northern California Ocean Observing System
2007- present: Save-Our-Shores Science Advisory Council
2007-09: Consortium for Ocean Leadership-Board of Trustees and Executive Committee
2007-08: Planning Committee: California Current Ecosystem-Based Management Initiative
2008-present: Scientific Advisory Team to the California Ocean Protection Council; (2009-2013 Co-Chair of Team and Executive Committee member)
2010-2011: Cooperation Across the Atlantic for Marine Governance Integration (CALAMAR). American Co-Chair for Working Group on Oceans and Climate Change.
2010-2012: Member of National Academy of Sciences-National Research Council Committee on: Sea-Level Rise for Coasts of California, Oregon and Washington.
2012: Chair, Geological Society of America Panel on Developing Position Paper: The Role of Geology in Managing U.S. Coastal Hazard Risk.
2014: Visiting Professor-Semester at Sea, University of Virginia
2015-present: Member, California Ocean Sciences Trust
2015-2017: Member and Chair, National Academy of Sciences-National Research Council Committee on: Environmental Science and Assessment for Ocean Energy Management
2017-2018: Member and Chair, California Ocean Science Protection Council Advisory Team Working Group to update California Sea-Level Rise Projections.

**AWARDS**

1974-75: Fulbright Fellow- Institute of Oceanographic Research, Athens, Greece
1998: University of California, Santa Cruz, Division of Natural Sciences- Outstanding Faculty Award (teaching-research-service)
2001: Distinguished Alumnus Award- Geological Sciences Department, University of California Santa Barbara
2003: American Shore and Beach Preservation Association: Joe Johnson Coastal Research Award
2006: University of California Santa Cruz: Alumni Distinguished Teaching Award
2006: University of California: Santa Cruz Pioneer Faculty Award
2007: Ed Ricketts Award for Sustained Research in Marine Science- Monterey Bay National Marine Sanctuary.
2009: California Coastal Commission/Sunset Magazine California Coastal Hero award.
2010: Elected to California Academy of Sciences

2016: Santa Cruz Museum of Natural History Laura Hecox Naturalist Award

## RESEARCH AREAS

• Coastal Processes: Littoral drift, sand budgets and littoral cells; Evaluation of long-term shoreline changes and geomorphic evolution of coastlines.
• Coastal Erosion and Protection: sea cliff and beach erosion; coastal engineering; coastal protection structures and their effectiveness and impacts; coastal hazard analysis and planning.
• Impacts of sea-level rise on coastlines: vulnerability and adaptation.

## COURSES TAUGHT

Oceanography
Geologic Hazards
Hydrology
Coastal Geology
Geologic Principles
Tectonic Geomorphology
Frontiers in Earth Sciences
Coastal Processes
Coasts in Crisis

## PUBLICATIONS

1. Weaver, D.W., Griggs, G.B., McClure, D.V. and Mackey, J.R., 1969. Volcaniclastic sequence, south central Santa Cruz Island, In: Geology of the Northern Channel Islands, by D.W. Weaver, Special Publication Pacific Section AAPG-SEPM, p. 85-90.

2. Griggs, G.B. and Kulm, L.D., 1969. Glacial marine sediments from the Northeast Pacific, Journal Sed. Petrology 39:1142-1149.

3. Griggs, G.B., Carey, A.G., and Kulm, L.D., 1969.  Deep-sea sediments and sediment-fauna interaction in Cascadia Channel and on Cascadia Abyssal Plain, Deep-Sea Research 16:157-170.

4. Kulm, L.D., Fowler, G.A., Duncan, J.R. and Griggs, G.B., 1969. Late Quaternary deep-sea stratigraphy and paleoclimatology of a middle to high latitude region, Northeastern Pacific, Geol. Soc. Amer. Ann. Mtg. Program, p.275-277.

5. Griggs, G.B. and Kulm, L.D., 1970. Sedimentation in Cascadia Deep-Sea Channel, Bull. Geol. Soc. Amer. 81:1361-1384.

6. Duncan, J.R., Kulm, L.D., and Griggs, G.B., 1970. Clay mineral composition of Late Pleistocene and Holocene sediments of Cascadia Basin, Northeastern Pacific Ocean, Journal of Geology 78: 213-221.

3

7. Griggs, G.B., Kulm, L.D., Duncan, J.R., and Fowler, G.A., 1970.  Holocene faunal stratigraphy and paleoclimatic implications of deep-sea sediments in Cascadia Basin, Paleogeography, Paleoclimatology, Paleoecology 7: 5-12.

8. Griggs, G.B. and Kulm, L.D. 1970. Physiography of Cascadia Deep-Sea Channel, Northwest Science 44: 82-94.

9. Griggs, G.B., Kulm, L.D., Waters, A.C., and Fowler, G.A., 1970. Deep-sea gravel from Cascadia Channel, Journal of Geology 78:611-619.

10. Griggs, G.B. and other, 1970. Santa Cruz and the environment, Big Trees Press, Felton, CA 28 p.

11. Griggs, G.B. and Fowler, G.A., 1971. Foraminiferal trends in a Holocene turbidite, Deep-Sea Research 18:645-648.

12. Hein, J.R. and Griggs, G.B., 1972. Distribution and scanning electron microscope (SEM) observations of authigenic pyrite from a Pacific deep-sea core, Deep-Sea Research 19: 133-138.

13. Griggs, G.B., 1973. Recent earthquake activity between Monterey Bay and Half Moon Bay, California, California Geology 26: 103-110.

14. Griggs, G.B. and Kulm, L.D., 1973. Origin and development of Cascadia Deep-Sea Channel, Journal of Geophysical Research 78:6325-6339.

15. Griggs, G.B., 1973. The effect of coastal currents on ocean outfalls, Effluent and Water Treatment Jour. 14:29-32.

16. Papakostidis, G., Griggs, G.B., Grimanis, A.P. Hopkins, T.S., and Zafiropoulos, D., 1974. The distribution of heave metals in bottom sediments in the vicinity of the Athens sewage outfall, XIV Congress International Exploration Mediterranean Sea, Monaco, 8p.

17. Griggs, G.B., 1974. The evolution of the coastline, In: In the Ocean Wind, P. Scott and C. Wayburn, Editors, Big Trees Press, Felton, CA p. 37-45.

18. Hein, J.R., Allwardt, A.O. and Griggs, G.B., 1974. The occurrence of glauconite in Monterey Bay, California: diversity, origins and sedimentary environmental significance, Journal of Sedimentary Petrology 44:562-571.

19. Griggs, G.B., 1974. Nearshore current patterns along the Central California Coast, Estuarine and Coastal Marine Science, 2: 395-405.

20.  Griggs, G.B. and McCrory, P., 1974. Comparative fresh and waste water discharges along the California coast, Environmental Geology 1: 89-95.

21. Griggs, G.B., 1975. An investigation of bottom sediments in a polluted marine environment, Upper Saronikos Gulf, Greece, Technical Report Institute of Oceanographic and Fishing Research, Athens, Greece, 43p.

22. Papakostidis, G., Grimanis, A.P., Griggs, G.B., Hopkins, T.S., and Zafiropoulos, D., 1975.  Heavy metals in bottom sediments in the vicinity of the Athens, Greece, sewer outfall, Marine Pollution Bulletin 6:136-139.

23. Bradley. W.C. and Griggs, G.B., 1976. Form, genesis, and deformation of some Central California wave-cut platforms, Geol. Soc. Amer. Bull. 87: 433-449.

24. Griggs, G.B. and Johnson, R.E., 1976. The effects of the Santa Cruz Small Craft Harbor on coastal processes in Northern Monterey Bay, California, Environmental Geology 1: 229-312.

25. Griggs, G.B., and Hopkins, T.S., 1976. The growth and delineation of a sludge field, Water Research 10: 501-506.

26. Griggs, G.B., and Gilchrist, J.A., 1976. The Earth and Land-Use Planning (book), Duxbury Press, North Scituate, Mass., 492 p.

27. Hopkins, T.S., Griggs, G.B., Jansson, B.O., and Wulff, F., 1977.  Marine ecosystem modeling in the Eastern Mediterranean, UNESCO Reports in Marine Sciences, UNESCO, Paris, 84 p.

28. Grimanis, A.P., Grimanis, M.V., and Griggs G.B., 1977.  Pollution studies of trace elements in sediments from the Upper Saronikos Gulf, Greece, Jour. Radioanalytical Chemistry 37: 761-777.

29. Griggs, G.B., Grimanis, A.P., and Grimanis, M.V., 1978.  Bottom sediments in a polluted marine environment, Environmental Geology 2:97-106.

30. Griggs, G.B. and Johnson, S., 1978.  Bottom sediment contamination in the Bay of Naples, Italy, Marine Pollution Bulletin 9:208-213.

31. Coppersmith, K.J. and Griggs, G.B., 1978. Multi-factor fault activity analysis of the San Gregorio Fault, In: Special Pub. California Div. Mines & Geology, No. 147:33-44.

32. Griggs, G.B. and Johnson, R.E., 1979. Erosional processes and cliff retreat along the Northern Santa Cruz County Coastline, California Geology 32: 67-76.

33. Weber, G.E., Lajoie, K.R., and Griggs, G.B., 1979. Field trip guide: Coastal tectonics and coastal geologic hazards in Santa Cruz and San Mateo Counties, California, Cordilleran Section Geological Society of America 75th Ann. Mtg. 189 p.

34. Griggs, G.B., and Walsh, B.L., 1979.  The hydrology of Hungry Valley, California, Final Report to California State Dept. of Parks and Recreation, 118p.

35. Griggs, G.B. and Hein, J.R., 1980. Sources, dispersal, and clay mineralogy of fine-grained sediment off Central and Northern California, Jour. Geology 88:541-566.

36. Griggs, G.B. and Walsh, B.L., 1981. The impact, control and mitigation of off-road vehicle activity in Hungry Valley, California, Environmental Geology 3:229-243.

37. Griggs, G.B. and Paris, L., 1982.  The failure of flood control on the San Lorenzo River, Santa Cruz County, California, Environmental Management 6: 407-419.

38. Carter, R.M, Carter, L. and Griggs, G.B., 1982.  Sedimentation in the Conway Trough- A deep marine basin at the juncture of the Alpine Transform and Hikurangi Subduction Plate Boundary, New Zealand, Sedimentology 29: 475-497.

39. Griggs, G.B., 1982. Flooding and slope failure during the January 1982 storms, Santa Cruz County, California, California Geology 35: 158-163.

40. Griggs, G.B., Carter, L., Kennett, J., and Carter, R., 1983. Late Quaternary marine stratigraphy southeast of New Zealand, Bulletin Geol. Soc. Amer. 94: 791-797.

41. Griggs, G.B. and Gilchrist, J.A., 1983. Geologic Hazards, Resources, and Environmental Planning, (book) Wadsworth Pub. Co., Belmont, 502p.

42. Griggs, G.B., 1983. The case for/against coastal protection, California Ocean Study Symposium, California Coastal Commission, San Francisco.

43. Griggs, G.B., and Johnson, R.E., 1983. The impact of the 1983 storms on the coastline of Northern Monterey Bay, California Geology 36: 163-174.

44. Griggs, G.B., 1983. Review of "Marine Slides and other Mass Movements", Geology 11:191.

45. Griggs, G.B., 1984. Flood control and riparian habitat destruction along the lower San Lorenzo River, California, In: California Riparian Systems. Werner, R.E. and Hendrik, K.M. (eds.), University of Calif. Press, p. 142-149.

46. Griggs, G.B., 1984. Highway protection and maintenance at Waddell Bluffs, Santa Cruz County: Problems in an active geological setting, Proc. 35th Ann. Highway Geology Symposium. San Jose, Calif., p. 144-169.

47. Griggs, G.B. and Savoy, L.E., 1985. Living with the California Coast (book), Duke University Press, Durham, N.C., 393 p.

48. Griggs, G.B. and Jones, G.D., 1985. Erosion along an "equilibrium" coastline, California's Battered Coast, Conference Proc., Calif. Coastal Comm., San Diego, Ca. p. 102-119.

6

49. Fulton-Bennett, K.W. and Griggs, G.B., 1985. An assessment of coastal protection structures, California's Battered Coast, Conference Proc., Calif. Coast. Comm., San Diego, Ca., p.120-126.

50. Tuttle, M. and Griggs, G.B., 1985.  Accelerated soil erosion at three State Vehicular Recreation Areas: Central and Southern California, In: Erosion Control: A Challenge in Our Time, 16th An. International Erosion Control Assoc., San Francisco, Ca. p. 105-115.

51. Griggs, G.B., 1985. Beach compartments, littoral drift and harbor dredging, Proc. West Coast Regional Design Conf., Oakland, Ca., Army Corps of Engineers, p. 18-29.

52. Griggs, G.B., 1985. Review of  "Coastal Geomorphology in Australia", Geology 13: 831.

53. Frogatt, P.C., Nelson, C.S., Carter, L., Griggs, G.B. and Black, K.P., 1986. An exceptionally large Late Quaternary eruption from New Zealand, Nature 319: 576-582.

54.  Griggs, G.B., 1986. Reconstruction or relocation: viable approaches for structures in areas of high coastal erosion, Shore and Beach 54: 8-16.

55. Griggs, G.B., 1986. Review of "The World's Coastline", Geology 14: 445.

56. Fulton-Bennett, K.W., and Griggs, G.B., 1986. Coastal protection structures and their effectiveness, Joint Pub. Calif. State Dept. of Boating and Waterways and Institute of Marine Sciences, University of California, Santa Cruz, 48p.

57. Griggs, G.B., 1986. Littoral cells and harbor dredging along the Central California Coast, Environmental Geology 10: 7-20.

58. Griggs, G.B., 1987. Monterey Bay: its geologic and hydrologic setting, Proc. "Managing Inflows to California's Bays and Estuaries", Monterey, Calif.

59. Griggs, G.B., 1987. California's retreating shoreline: the state of the problem, Proc. Coastal Zone 1987, Seattle, Wash., Am. Soc. Civil. Engin. p. 1370-1383.

60. Griggs, G.B., 1987. The production, transport, and delivery of coarse-grained sediment by California's coastal streams, Proc. Coastal Sediments '87, Amer. Soc, Civil Engineers, New Orleans, La., p. 1825-1838.

61. Tuttle, M. and Griggs, G.B., 1987.  Soil erosion and management recommendations at three State Vehicular Recreation Areas, California, Envir. Geology and Water Sci. 10: 111-123.

62. Griggs, G.B. and Fulton-Bennett, K.W., 1987. Failure of coastal protection at Seacliff State Beach, Santa Cruz County, California, Envir. Manage.11: 175-182.

63. Plant, N. and Griggs, G.B., 1987.  Coastal Erosion, In: Management Recommendations for Coastal Terrace and Island Resources at Año Nuevo State Reserve, Final Rpt. to California Dept. of Parks and Recreation, pp. 6-19.

64. Griggs, G.B., and Fulton-Bennett, K.W., 1988.  Rip rap revetments and seawalls and their effectiveness along the Central Coast of California, Shore and Beach 56: 3-11.

65. Griggs, G.B. and Tait, J.F., 1988.  The effects of coastal protection structures on beaches along Northern Monterey Bay, California, Jour. Coastal Res. Spec. Issue No. 4: 93-111.

66. Griggs, G.B., 1988.   The impact of the January 3-4, 1982 floods on Santa Cruz County, California, U.S. Geological Survey Prof. Paper 1434: Landslides, Floods, and Marine Effects of the Storm of January 3-5, 1982, in the San Francisco Bay Region, California, pp. 205-227.

67. Griggs, G.B. and Tait, J. F., 1989.  Observations of the end effects of seawalls, Shore and Beach 57: 25-26.

68. Griggs, G.B., 1989.  California's coastal hazards, In: Critical Problems Relating to the Quality of California's Coastal Zone: Background Papers for a Workshop, California Academy of Science.

69. Plant, N. and Griggs, G.B., 1990. Coastal landslides caused by the October 17, 1989 earthquake, Santa Cruz County, California, Calif. Geology 43: 75-84.

70. Tait, J.F. and Griggs, G.B., 1990. Beach response to the presence of a seawall: A comparison of observations, Shore and Beach 58: 11-28.

71. Griggs, G.B., 1990.  Coastal erosion and protection, In: Coastal Geologic Hazards and Coastal Tectonics, G.B. Griggs and G.E. Weber (eds). Field Trip Guide for San Francisco Bay Section of Assoc. Eng. Geologists, pp. 1-49.

72. Griggs, G.B. 1990. Littoral drift impoundment and beach nourishment in Northern Monterey Bay, California, Jour. Coastal Research, Special Issue on Beach Nourishment: 115-126.

73. Sydnor, R.H., Griggs, G.B., Weber, G.E., McCarthy, R.J., and Plant, N. 1990. Coastal bluff landslides in Santa Cruz County resulting from the Loma Prieta Earthquake of 17 October, 1989, Calif. Division of Mines and Geology Spec. Pub. 104: 67-82.

74. Griggs, G.B., Tait, J.F., and Scott, K., 1990. The effects of coastal protection structures on beaches along Northern Monterey Bay, California, Proc. 22nd Intern. Coastal Engineering Conf., Delft, The Netherlands: 2810-2823.

75. Griggs, G.B., Rosenbloom, N.A., and Marshall, J. S. 1990. Investigation and monitoring of ground cracking and landslides initiated by the October 17, 1989 Loma Prieta Earthquake, Final Report to United States Army Corps of Engineers, 220pp.

8

76. Plant, N., and Griggs, G.B. 1990.  Coastal landslides and the Loma Prieta Earthquake, Earth Sciences 43: 12-17.

77. Plant, N., and Griggs, G.B., 1991. The impact of the October 17, 1989 Loma Prieta Earthquake on coastal bluffs and implications for land-use planning, Proc. Coastal Zone '91: 827-841.

78. Griggs, G.B., Pepper, J., and Jordan, M.E., 1991.  California's coastal hazards: A critical look at existing land-use policies and practices, Proc. Coastal Zone '91. Special Volume on The California Coastal Zone Experience: 89-107.

79. Griggs, G.B., Tait, J.F., Scott, K., and Plant, N., 1991. The interaction of seawalls and beaches: four years of field monitoring in Monterey Bay, California, Proc. Coastal Sediments '91: 1871-1885.

80. Best, T., and Griggs, G.B., 1991. The Santa Cruz Littoral Cell: difficulties in quantifying a coastal sediment budget, Proc. Coastal Sediments '91:2262-2276.

81. Best, T. and Griggs, G.B., 1991.  A sediment budget for the Santa Cruz Littoral Cell, Society of Economic Paleontologists & Mineralologists Spec. Pub. No. 46: 35-50.

82. Keefer, D.K., Rakstins, A.A., Griggs, G.B., Harp, E.L., Levine, P., McAneny, C.C., Spittler, G.E., and Weber, G.E., 1991. Geologic hazards in the Summit Ridge area of the Santa Cruz Mountains, Santa Cruz County, California, evaluated in reponse to the October 17, 1989, Loma Prieta Earthquake: Report of the Technical Advisory Group, Prepared for Federal Emergency Management Agency, U.S. Geological Survey Open File Report 91-618: 427 pp.

83. Tait, J.F., and Griggs, G.B., 1991. Beach response to the presence of a seawall: A comparison of field observations, U.S. Army Engineers Waterways Experiment Station, Contract Report CERC 91-1: 60pp.

84. Plant, N.G., and Griggs, G.B., 1992. Interactions between nearshore processes and beach morphology near a seawall, Jour. of Coastal Research 8: 183-200.

85. Griggs, G.B., Marshall, J.S., Rosenbloom, N.A. and Anderson, R.S., 1992.  Grounc cracking in the Santa Cruz Mountains, In: Loma Prieta Earthquake: Engineering Geologic Perspectives, Assoc. Engin. Geologists Spec. Publication No. 1, J.E. Baldwin & N. Sitar (Eds.), pp. 25-42.

86. Griggs, G.B., Pepper, J.E., Jordan, M.E., 1992. California's Coastal Hazards: A Critical Assessment of Existing Land-Use Policies and Practices, Special Publication of The California Policy Seminar Program, 224 p.

87. Plant, N.G. and Griggs, G.B., 1992. Comparison of visual observations of wave height and period to measurements made by an offshore slope array, Journal of Coastal Res.  8:957-965.

9

88. Griggs, G.B., 1993. Responding to Oregon's shoreline erosion hazards: Some lessons learned from California, In: Coastal Natural Hazards: Science, Engineering and Public Policy, Ed. by J.W. Good and S.S. Ridlington. Oregon Sea Grant, pp. 104-116.

89. Griggs, G.B., Pepper, J.E., and Jordan, M.E., 1993. California's coastal hazard policies: A critique, In: Coastal Natural Hazards: Science, Engineering and Public Policy, Ed. by J.W. Good and S.S. Ridlington. Oregon Sea Grant, pp. 127-138.

90. Griggs, G.B. and Trenhaile, A., 1994. Coastal cliffs and platforms, In: Coastal Evolution, Late Quaternary Shoreline Morphodynamics, Ed. by R.W.G. Carter and C.D. Woodroffe, Cambridge University Press, pp.425-450.

91. Griggs, G.B., 1994. California's coastal hazards, Journal of Coastal Research, Special Issue No. 12: 1-15.

92. Griggs, G.B., Tait, J.F., and Corona, W.W., 1994.  The interaction of seawalls and beaches: Seven years of field monitoring, Monterey Bay, California, Shore and Beach 62(3): 21-28.

93. Griggs, G.B., 1995.  Relocation of reconstruction of threatened coastal structures: A second look, Shore and Beach 63(2): 31-36.

94. Griggs, G.B., 1995. Monterey Bay, national center for marine science, Sea Technology 36(5): 43-53.

95. Griggs, G.B., Moore, L.J., Tait, J.F., Scott, K., and Pembrook, D., 1996. The effects of the storm waves of 1995 on beaches adjacent to a long-term seawall monitoring site, Northern Monterey Bay, California, Shore and Beach 64:34-39.

96. Griggs, G.B., Tait, J.F., Moore, L.J., Scott, K., Corona, W., and Pembrook, D. 1997. Interaction of seawalls and beaches: Eight years of field monitoring, Monterey Bay, California, U.S. Army Corps of Engineers, Waterways Experiment Station Contract Report CHL-97-1. 34p.

97. Griggs, G.B. and Scholar, D., 1997. Coastal erosion caused by earthquake-induced slope failure, Shore and Beach 65(4): 2-7

98. Griggs, G.B. and Plant, N.G., 1998. Coastal bluff failures in Northern Monterey Bay induced by the earthquake, In: Keefer, D.K., ed. United States Geological Survey Professional Paper 1551-C, The Loma Prieta, California, Earthquake of October 17, 1989: Strong Ground Motion and Ground Failure: p. A33-A50.

99. Keefer, D.K., Griggs, G.B., and Harp, R.L., 1998. Large landslides near the San Andreas Fault in the Summit Ridge area, Santa Cruz Mountains, California, In: Keefer, D.K., ed. United States Geological Survey Professional Paper 1551-C, The Loma Prieta, California, Earthquake of October 17, 1989: Strong Ground Motion and Ground Failure: p. A71-A128.

100. Griggs, G.B., 1998. The armoring of California's coast, In: Proceedings of California and the World Ocean '97, pp. 515-526.

101. Benumof, B., Moore, L., and Griggs, G.B., 1998. Coastal erosion: The state of the problem and the problem of the state, In: Proceedings of California and the World Ocean '97, pp. 505-514.

102. Moore, L, and Griggs, G.B., 1998. Measuring shoreline erosion rates: strategy, techniques and accuracy, In: Proceedings of California and the World Ocean '97, pp.719-730.

103. Griggs, Gary, 1998. California's disappearing coastline, California Surfers, v.1(2): 8-13.

104. Storlazzi, C.D. and Griggs, G.B., 1998. The 1997-98 El Niño and erosion processes along the central coast of California, Shore and Beach 66(3): 12-17.

105. Griggs, G.B. and Brown, K., 1998. Erosion and shoreline damage along the Central California coast: a comparison between the 1997-98 and 1982-83 winters, Shore and Beach 66(3): 18-23.

106. Griggs, G.B. and UCSC/USGS Coop., 1998. A collaborative program to investigate the impacts of 1997-98 El Niño winter along the California coast, Shore and Beach 66(3): 24-32.

107. Griggs, G.B., 1998. Review of: The Pacific Northwest Coast: Living with the Shores of Oregon and Washington. EOS 79(37): 439.

108. Griggs, G.B., 1998. California needs a coastal hazards policy, California Coast and Ocean. 14(3): 30-33.

109. Moore, L.J., Benumof, B.T. and Griggs, G.B., 1999. Coastal erosion hazards in Santa Cruz and San Diego Counties, California, Journal of Coastal Research, Special Issue 28:121-139.

110. Benumof, B.T., Moore, L.J., and Griggs, G.B., 1999. FEMA and state-of-the-art coastal erosion mapping along the San Diego County, California, coastline, In: Proceedings of California's Coastal Natural Hazards: pp86-97. Ed. By Lesley Ewing and Douglas Sherman. USC Sea Grant Program

111. Griggs, G.B. 1999. The protection of California's coast: past, present and future, Shore and Beach v. 67(1):  18-28.

112. Griggs, G.B., 1999. California's coastline: El Niño, erosion and protection, California's Coastal Natural Hazards, CSBPA Conference: pp36-55. Ed. By Lesley Ewing and Douglas Sherman. USC Sea Grant Program

11

113. Scholar, D.C., Griggs, G.B., Anima, R. and Jaffe, R.E., 1999. Pocket beaches of California: sediment transport along a rocky coastline, In: Proceedings of California's Coastal Natural Hazards: pp65-75. Ed. By Lesley Ewing and Douglas Sherman. USC Sea Grant Program

114. Griggs, G.B. 1999. Coastal erosion and protection, In: Alexander, D.E. and Fairbridge, R.W. Eds. Encyclopedia of Environmental Sciences, 86-88, Kluwer Acad. Pub..

115. Griggs, G.B. and others, 1999.  Meeting research and education needs in coastal engineering, National Academy Press, Wash. D.C. 62p.

116. Benumof, B.T. and Griggs, G.B., 1999. The dependence of seacliff erosion rates on cliff material properties and physical processes, San Diego, California, Shore and Beach 67(4): 29-41.

117. Storlazzi, C.D. and Griggs, G.B. 2000. The influence of El Niño-Southern Oscillation (ENSO) events on the evolution of Central California's shoreline, Geological Society of America Bulletin 112(2): 236-249.

118. Griggs, G.B. 2000. Bringing back the beaches-a return to basics, Proc. ASBPA conference: Sand Rights '99: Bringing Back the Beaches, ed. By L. Ewing, O.T. Magoon and S. Robertson, ASCE, pp. 276-285.

119. Storlazzi, C.D., Willis, C.M, and Griggs, G.B. 2000. Comparative impacts of the 1982-83 and 1997-98 El Niño winters on the Central California coast, Journal of Coastal Research v.16(4): 1022-1036.

120. Benumof, B.T., Storlazzi, C.D., Seymour, R.J., and Griggs, G.B. 2000. The relationship between incident wave energy and seacliff erosion rates: San Diego County, California, Journal of Coastal Research v16(4): 1162-1178.

121. Hapke, C.J. and Griggs, G.B., 2002. Long-term volumetric sediment contribution from landslides: Big Sur Coastline, California, Proc. Solutions to Coastal Disasters '02. Ed. Lesley Ewing and Louise Wallendorf. ASCE : p. 652-663.

122. Moore. L.J. and Griggs, G.B., 2002. Long-term cliff retreat and erosion hot spots along the central shores of the Monterey Bay National Marine Sanctuary, Marine Geology 181: 265-283.

123. Runyan, K. and Griggs, G.B. 2002. Contributions from coastal cliff erosion to the littoral budget. In: California Beach Restoration Study. California Dept. of Boating and Waterways and California Coastal Conservancy: pp. 8-1 to 8-50.

124. Keefer, D.K., Harp, E.L. and Griggs, G.B. 2002. Identifying a large landslice with small displacements in a zone of coseismic tectonic deformation- the Villa Del Monte Landslide triggered by the 1989 Loma Prieta, California, Earthquake, In: Evans, S.G.

12

and DeGraff, J. eds, Catastrophic landslides: occurrence, mechanisms and effects: Geological Society of America Reviews in Engineering Geology pp. 117-134.

125. Willis, C.M. and Griggs, G.B. 2003. Reductions in fluvial sediment discharge by California's coastal dams and implications for beach sustainability, Journal of Geology 111: 167-182.

126. Runyan, K.B. and Griggs, G.B. 2003. The effects of armoring sea cliffs on the natural sand supply to the beaches of California, Journal of Coastal Research v.19(2): 336-347.

127. Griggs, G.B. 2003. Headlands and Groins: Replicating Natural Systems., Journal of Coastal Research, Special Issue 33:  280-293.

128. Hampton, M.A. and Griggs, G.B. 2004. Formation, evolution and stability of coastal cliffs: Status and trends, United States Geological Survey Professional Paper 1693: 123p.

129. Hampton, M.A., G.B. Griggs, T.B. Edil, D.E. Guy, J.T. Kelley, P.D. Komar, D.M. Michelson, and H.M. Shipman, 2004.  Processes that govern the formation and evolution of coastal cliffs. In: Formation, Evolution and Stability of Coastal Cliffs: Status and Trends, United States Geological Survey Professional Paper 1693: 7-38.

130.Griggs, G.B. and K.B. Patsch, 2004. California's coastal cliffs and bluffs, In: Formation, Evolution and Stability of Coastal Cliffs: Status and Trends, United States Geological Survey Professional Paper 1693:53-64.

131.Griggs, G.B. and Patsch, K.B., 2004.  Cliff erosion and bluff retreat along the California coast, Sea Technology 45(9): 36-40.

132. Griggs, G.B. 2005. The impacts of coastal armoring, Shore and Beach 73(1): 13-22.

133. Griggs, G.B., 2005. California's Retreating Shoreline: What Next? Proceedings of California and the World Ocean Conf., October 2002, Santa Barbara, California, American Society of Civil Engineers, pp. 560-573.

134. Runyan, K.B. and Griggs, G.B., 2005. Implications of harbor dredging for the Santa Barbara Littoral Cell sediment Budget, Proceedings, California and the World Ocean Conf., October 2002, Santa Barbara, California, Pub. American Society of Civil Engineers, pp. 121-135.

135. Paduan J., S. Benson, K. Bruland, F. Chavez, D. Costa, D. Croll, A. DeVogelaere, C. Edwards, G. Griggs, C. King, R. Kudela, J. Harvey, B. Lipphardt, Jr, S.Lonhart, P. Mantey, B. Marinovic, M. McManus, L. Rosenfeld, M. Silver, and J. Vesecky. 2005. Ocean Observing and Modeling System Developments around Monterey Bay, Proceedings, California and the World Oceans, October 2002, Santa Barbara, California, pub. American Society of Civil Engineers. pp. 967-976.

136. Willis, C.M. and Griggs, G.B., 2005. Delineating long-term trends in beach width change, central California. Proceedings, California and the World Oceans, October 2002, Santa Barbara, California, American Society of Civil Engineers. pp. 23-33.

137. Griggs, G.B., Patsch, K.B. and Savoy, L.E., 2005. Living with the Changing California coast (book). University of California Press: 540pp.

138. Griggs, G.B. 2005. California's retreating coastline- Where do we go from here? Proceedings of American Meteorological Society Ann. Mtg., San Diego  (CD-ROM)

139. Chenault, C. and Griggs, G.B., 2005. Quantifying long-term beach width changes in the Oceanside Littoral Cell, California. Proc. Of 14th Biennial Coastal Zone Conference, New Orleans, La. 5p.

140. Griggs, G.B. and Ross, D.S., 2006. Santa Cruz Coast- Then and Now. (book) Arcadia Publishing Co., Charlotte, S.C. 95pp.

141 Revell, D.L. and Griggs, G.B., 2006. Beach width and climate oscillations along Isla Vista, Santa Barbara, California. Shore and Beach v. 74(3): 8-16.

142. Patsch, K. and Griggs, G., 2006. Littoral Cells, Sand Budgets and Beaches: Understanding California's Shoreline. Institute of Marine Sciences, University of California Santa Cruz and California Department of Boating and Waterways. 39p.

143. Patsch, K. and Griggs, G., 2006. Development of sand budgets for California's major littoral cells: Eureka, Santa Cruz, Southern Monterey Bay, Santa Barbara, Santa Monica (including Zuma), San Pedro, Laguna, Oceanside, Mission Bay, and Silver Strand Littoral Cells. Report for California Coastal Sediment Management Workgroup, 111 pages.

144. Griggs, G.B. 2007. Tidepools, formation and rock types, 2007. In: M. Denny and S. Gaines, Ed., the Encyclopedia of Tidepools and Rocky Shores. University of California Press: 586-588.

145. Griggs, G.B. 2007. Beach morphology, 2007. In: M. Denny and S. Gaines, Ed., the Encyclopedia of Tidepools and Rocky Shores. University of California Press: 65-67.

146. Griggs, G.B. 2007. Coastal Geology, 2007. In: M. Denny and S. Gaines, Ed., the Encyclopedia of Tidepools and Rocky Shores. University of California Press: 145-148.

147. Mustain, N., Griggs, G. and Barnard, P.L., 2007. A rapid compatibility analysis of potential offshore sand sources for beaches of the Santa Barbara Littoral Cell, Coastal Sediments '07, Proceedings of the 6th International Symposium on Coastal Engineering and Science of Coastal Sediment Processes. American Society of Civil Engineers, New Orleans, LA, pp. 2501-2514.

148. Revell, D.L, Marra, J.J. and Griggs, G.B. 2007. Sandshed management. Journal of Coastal Research Special Issue 50: 93-98.

14

149. Griggs, G.B. and Slagel, M.J. 2007. A regional approach to coastal protection. Shore and Beach 75(3): 3-20.

150. Limber, P.W., Patsch, K.B., and Griggs, G.B. 2007. Coastal sediment budgets and the littoral cutoff diameter: a grain size threshold for quantifying active sediment inputs. Journal of Coastal Research 2(2B): 122-133.

151. Revell, D.L. and Griggs, G.B., 2007. Regional shoreline and beach changes in the Santa Barbara sandshed. Proc. Coastal Sediments 2007. ASCE.

152. Slagel, M.J. and Griggs, G. 2008. Cumulative Losses of Sand to the Major Littoral Cells of California by Impoundment behind Coastal Dams. Journal of Coastal Research 252:50-61.

153. Patsch, K.B. and Griggs, G.B. 2008. A sand budget for the Santa Barbara Littoral Cell, California. Marine Geology 252:50-61.

154. Griggs, Gary, 2009. Coastal field trip on shoreline change and hazards along the Southern Monterey Bay shoreline. In: 2008 Ocean Science Summit Report: Climate Change and Ocean Health. Monterey Bay Aquarium Research Institute p. 54-66.

155. Grandy, C.C. and Griggs, G.B. 2009. Natural and anthropogenic changes to beach sand supply in the Oceanside Littoral Cell, San Diego, California. Shore and Beach 77:30-38.

156. Griggs, G.B. 2010. Introduction to California's Beaches and Coast. (book). University of California Press, 311pp.

157. Kinsman, N. and Griggs, G.B., 2010. California Coastal Sand Retention Today: Attributes and Influence of Effective Structures: Shore and Beach 78(4): 64-74.

158. Griggs, G.B., 2010. The effects of armoring shorelines – The California experience, In: Puget Sound Shorelines and the Impacts of Armoring-Proceedings of a State of the Sciences Workshop, May 2009. USGS Scientific Investigations Report 2010-5254, 77-84.

159. Griggs, G.B. (Co-Chair), N. Wijnoist, T. Agardy, B. Cicin-Sain, M. Davidson, M. D Dickey-Collas, R. Gagosian, E. Lee, T. MacDonald, S. O'Neill, H. Psaraftis, A. Ruiz and V. Schoenmakers. 2011. Oceans and Climate Change: In: Transatlantic Options for Improved Integrated Maritime Governance, Cooperation Across the Atlantic for Marine Governance Integration. Ecologic Institute. 18pp.

160. Griggs, G.B., 2011. 1965- The recovery of the first ocean floor evidence of great Cascadia Subduction Zone earthquakes. EOS, Transactions of the American Geophysical Union v, 92(39): 325-326.

15

161. Orme, A.R., Griggs, G.B., Revell, D.L., Zoulas, J.G., Grandy, C.C., and Koo, J. 2011. Beach changes along the Southern California coast during the twentieth century: A comparison of natural and human forcing factors. Shore and Beach 79(4): 38-50.

162. Griggs, G.B. and Haddad, B., 2011. City of Santa Cruz climate change vulnerability study, City of Santa Cruz Redevelopment Agency, 73pp.

163. Russell, N.L. and Griggs, G.B. 2012. Adapting to Sea Level Rise- A Guide for California's Coastal Communities. California Energy Commission-Public Interest Environmental Research Program and California Ocean Sciences Trust: 52p.

164. Atwater, B.F., and Griggs, G.B., 2012, Deep-sea turbidites as guides to Holocene earthquake history at the Cascadia Subduction Zone; Alternative views for a seismic-hazard workshop: U.S. Geological Survey Open-File Report 2012-1043, 58 p., available at http://pubs.usgs.gov/of/2012/1043/.

165. Griggs, G.B. and Russell, N.L., 2012. City of Santa Barbara: Sea-level rise vulnerability study. California Energy Commission Public Interest Energy Research Program, 87pp.

166. National Research Council, 2012. Sea-Level Rise for the Coasts of California, Oregon and Washington: Past, Present and Future. The National Academies Press, Washington, D.C., 274pp.

167. Quan, S., R.G. Kvitek, D.P. Smith, and G.B. Griggs. 2013. Using vessel-based LIDAR to quantify coastal erosion during El Niño and inter-El Niño periods in Monterey Bay, CA. Journal of Coastal Research, V.29(3): 555-565.

168. Russell, N.L. and Griggs, G.B. 2013. California sea-level rise vulnerability and adaptation guidance document: A summary report. Shore and Beach V. 81(1): 1-7.

169. Caldwell, M. R., Hartge, E. H., Ewing, L. C., Griggs, G., Kelly, R. P., Moser, S. C., Newkirk, S. G., Smyth, R. A., & Woodson, C. B. (2013). Coastal Issues. In: Garfin, G., Jardine, A., Merideth, R., Black, M., & LeRoy, S. (Eds.), Assessment of Climate Change in the Southwest United States: a Report Prepared for the National Climate Assessment. A report by the Southwest Climate Alliance. Washington, DC: Island Press: Chapter 9: 168-196.

170. Russell, N.L. and Griggs, G.B., 2013. City of Santa Barbara sea-level rise vulnerability assessment: A summary report. Shore and Beach V. 81(4): 38-51.

171. Andeson, J., Griggs, G., & Nichols, R.J. and Uhlenbrock, K. 2013. Adapting to Shifting Tides: Science and the Policy Implications of Coastal Change. EOS: 94(47): 435.

172. Griggs, G.B. and Ross, D.S., 2014. The California Coast from the Air- Images of a Changing Landscape. Mountain Press, Missoula, Mt. 176pp.

173. Hapke, C.J. Adams, P.N., Allan, J. Ashton, A. Griggs, G.B., Hampton, M.A., Kelly, J., and Young, A. The rock coast of the USA. Chapter 9, In: Geological Society of London Memoir: Rocky Coast Geomorphology: A Global Synthesis, v. 40: 137-154.

174. Atwater, B.F., Carson, B., Griggs, G.B., Johnson, H.P., and Salmi, M.S. 2014. Rethinking turbidite paleoseismology along the Cascadia subduction zone. Geology: v. 42(9): 827-830.

175. Griggs, G.B. 2014. Our Ocean Backyard- Collected Essays. Creative Space. 542pp.

176. Griggs, G. B., 2015. Lost Neighborhoods of the California Coast, Journal of Coastal Research 30(1): 129-147.

177. Griggs, G.B. 2015. The California Coastal Records Project: A globally accessible record of coastal change, Shore and Beach 83(2): 1-14.

178. Griggs, G.B. and Kinsman, N., 2016. Beach Widths, Cliff Slopes, and Artificial Nourishment Along the California Coast, Shore and Beach 84(1): 3-14.

179. Kinsman, N. and G.B. Griggs, 2016, Beach Users' Perceptions and Knowledge of Engineered Retention Structures in California, USA: in Coastal Management: changing coast, changing climate, changing minds, Alison Baptiste Ed. ICE Publishing, 10 p.

180. Griggs, G.B., 2017. The Yorkshire coast of England: Resilient development along a rapidly eroding coastline, Shore and Beach 85(1): 1-11.

181. Griggs, G.B., 2017. Coasts in Crisis- A Global Challenge, University of California Press (In press 338 pages).

182. Steinhardt, Kim and Griggs, Gary, 2017. The Edge-The Pressured Past and Precarious Future of California's Coast. Craven Street Books (In Press).

183. Griggs, G., Cayan, D., Tebaldi, C., Fricker, H.A., Arvai, J., DeConto, R., Kopp, R.E., and Whiteman, E.A. (California Ocean Science Protection Council Advisory Team Working Group) 2017. Rising Seas in California: An update on sea-level rise science. California Ocean Sciences Trust, 71pp.

184. Griggs, G.B. and Patsch, K. 2018. Natural changes and human impacts on the sand budgets and beach widths of the Zuma and Santa Monica Littoral Cells, Southern California, Shore and Beach 86(1):1-14.

**DIGITAL PUBLICATIONS**

1. Griggs, G.B. 2000. Saving the coastline- at what cost? WetSand-Surf Report, Surfing Directory and Resource Guide for Surfers. February 2000.  http://wetsand.com

2. Griggs, G.B. 2014. Monterey Bay, California: Beach sand mining from a national marine sanctuary. Coastal Care: http://coastalcare.org/2014/09/monterey-bay-california-beach-sand-mining-from-a-national-marine-sanctuary-by-gary-griggs/

3. Griggs, G.B. 2014. Walls Around our Coastal Cities. Coastal Care: http://coastalcare.org/2014/12/walls-around-our-coastal-cities-by-gary-griggs/

4. Griggs, G.B. 2015. How do you measure a sea's level anyway. The Conversation: http://theconversation.com/explainer-how-do-you-measure-a-seas-level-anyway-41420

5. Griggs, G.B. 2015. The Colors of Beach Sand. Coastal Care: http://coastalcare.org/2015/01/the-colors-of-beach-sand-by-gary-griggs/

6. Griggs, G.B. 2015. Isle of Skye-Coral Beach, Scotland. Coastal Care: http://coastalcare.org/2015/12/isle-of-skye-coral-beach-scotland-by-gary-griggs/

7. Griggs, G.B. 2016. Bowling Ball Beach, Mendocino County, California: Coastal Care: http://coastalcare.org/2016/09/bowling-ball-beach-mendocino-coast-california-by-gary-griggs/

8. Griggs, Gary. 2016. Beach Cusps-Shoreline Symmetry. Coastal Care: http://coastalcare.org/2016/12/beach-cusps-shoreline-symmetry-by-gary-griggs/

9. Griggs, Gary. 2017. England's Jurassic Coast. Coastal Care: http://coastalcare.org/2017/01/englands-jurassic-coast-by-gary-griggs/

10. Griggs, Gary. 2017. The Natural Bridges of Santa Cruz County, California. http://coastalcare.org/2017/05/the-natural-bridges-of-santa-cruz-county-by-gary-griggs/

11. Griggs, Gary. 2017. The Rugged Coast and Black Sand Beaches of The Azores. http//coastalcare.org/2017/11/the-rugged-coast-and-black-sand-beaches-of-the-azores-by-gary-griggs/

12. Griggs, Gary and Lester, Charles, 2017. Coastal Protection on the edge: The challenge of preserving California's legacy. The Conversation. http://theconversation.com/coastal-protection-on-the-edge-the-challenge-of-preserving-californias-legacy-76927

19