# EXHIBIT 3

### *Donald James Wuebbles*
The Harry E. Preble Professor of Atmospheric Sciences
University of Illinois

---

### *Biography*

Donald J. Wuebbles is the Harry E. Preble Professor of Atmospheric Sciences at the University of Illinois. He is a professor in the Department of Atmospheric Sciences as well as an affiliate professor in both the Department of Civil and Environmental Engineering and in the Department of Electrical and Computer Engineering. He was Head of the Department of Atmospheric Sciences from 1994 until 2006, and was the first Director of the School of Earth, Society, and Environment, from 2006 to 2008. He was also the first Director of the Environmental Council at the University of Illinois, from early 1996 until August 1999; as Director, he held a Dean's level position and was responsible for the coordination and further development of educational and research programs, including initiating a number of new faculty positions, across the University of Illinois relating to the environment.

Professor Wuebbles earned his B.S. (1970) and M.S. (1972) degrees in Electrical Engineering from the University of Illinois. He received his Ph.D. in Atmospheric Sciences from the University of California at Davis in 1983. Professor Wuebbles spent many years as a research scientist and group leader at the Lawrence Livermore National Laboratory before returning to the University of Illinois to be Head of the Department of Atmospheric Sciences in 1994.

Dr. Wuebbles returned to the University in June 2017 after being on special assignment through the National Science Foundation as Senior Advisor for the Geosciences Directorate. For 1.7 years, until mid-January 2017, he was Assistant Director with the Office of Science and Technology Policy (OSTP) of the Executive Office of the President in Washington DC. In coordination with the U.S. Global Change Research Program, he co-led the preparation of the Climate Science Special Report, which serves as Volume I of the 4th National Climate Assessment (NCA4) that provides a comprehensive assessment of the science of climate change with a special focus on the United States. He is also serving on the steering committee for NCA4 and is Coordinating Lead Author for Chapter 2 for Volume II of NCA4.  While at OSTP and in coordination with USGCRP, Dr. Wuebbles also led a multi-agency committee focused on increased coordination to understand the sources and sinks of greenhouse gases.

At the University of Illinois, Dr. Wuebbles led the development of the School of Earth, Society, and Environment, and was its first director. He also has led the development of two highly successful undergraduate programs, one in Atmospheric Sciences, and the other, an interdisciplinary major, in Earth, Society and Environment Sustainability (ESES). The ESES major is held as a model for interdisciplinary environmental sustainability programs across the nation. Dr. Wuebbles also led the development of an online major in Environmental Sustainability that was transitioned to largely become an online version of the ESES major. On his return from DC, Dr. Wuebbles was asked to be a Presidential Fellow (one of five across the University of Illinois system) to lead new initiatives on urban sustainability for the University of Illinois.

Professor Wuebbles is the author of over 500 scientific articles, most of which relate to the interactions of atmospheric chemistry and physical processes affecting atmospheric composition (e.g., tropospheric and stratospheric ozone, urban air quality), resulting radiative forcing on climate, and the effects on the climate system resulting from both human activities and natural phenomena. His research emphasizes the development and use of mathematical models of the chemical and physical processes in the atmosphere that affect all of these processes. Through his research, Professor Wuebbles has had a number of important science contributions and "firsts" during his career. Some of his early contributions include studies of the importance of both temperature feedback and multiple scattering on stratospheric composition, and a study demonstrating "diurnal" behavior of trace gases during a solar eclipse that led to a NASA measurement campaign during a solar eclipse. He developed one of the first comprehensive urban air quality models (which was used in the first study of its kind showing the VOC-limited (VOC = volatile organic compounds) behavior of ozone formation in the San Francisco area and one of the first two-dimensional models for studying atmospheric chemistry. In the last 1970s, he authored the most complete analysis of the effects of nuclear tests on stratospheric ozone done to date.

Professor Wuebbles' research has had a direct impact on policies to protect the ozone layer. His early 1980s analyses of a broad range of halocarbon future scenarios had a significant impact on early ozone policy considerations. During that time period, he also developed the concept of Ozone Depletion Potentials used in most policymaking aimed at protection of the ozone layer (e.g., the Montreal Protocol and its amendments, the U.S. Clean Air Act). He coauthored a series of papers on trends in stratospheric ozone, including the first to statistically prove that a decrease in stratospheric ozone was occurring in the early 1980s. These papers led to Professor Wuebbles and colleagues receiving the Stratospheric Ozone Protection Award from the U.S. Environmental Protection Agency in 2005. Professor Wuebbles also coauthored the 1986 paper that provided the basic principles explaining the existence of the Antarctic ozone hole. Professor Wuebbles' graphic of the effects of our evolving understanding of atmospheric chemistry and physics on ozone perturbations during the 1970s and 1980s is still used extensively to point out the historical process of learning in science. His 1991 paper on the relationship between solar flux variations and upper stratospheric ozone changes was the first to capture these interactions accurately. More recently, he also developed the revised concept for ODPs to account for the effects of short-lived halocarbons on ozone. For these many accomplishments, Professor Wuebbles was elected a member of the International Ozone Commission in 2000 (and reelected in 2004, 2008 and 2102 as Director of Communications for the IO3C). IN 2016, he was elected to the SPARC (Stratosphere-Troposphere Processes and Their Role in Climate) Scientific Steering Group (which is under the auspices of the WMOs World Climate Research Programme).

As a convening lead author on the first and second international assessments of climate change sponsored by the UN's Intergovernmental Panel on Climate Change (IPCC), Professor Wuebbles co-authored development of the Global Warming Potentials concept being used in policy considerations on greenhouse gases and their potential effects on climate; this concept is included in the Kyoto Protocol and most carbon trading applications. In a paper combining observations with theory, Professor Wuebbles and colleagues provided the first analysis showing that observed trends in lower stratospheric temperature could be explained in terms of the observed trends in ozone and carbon dioxide. Mostly with his students, Professor Wuebbles has used satellite-based trends of several gases to show that the dynamics of the stratosphere is being changed by climate change and that changes in climate could have a significant impact on air quality in the U.S. More recently he and his students have done a number of published research studies on the changes occurring in the intensity of severe weather event sunder a changing climate.

Professor Wuebbles has been a lead author on a number of national and international assessments related to concerns about stratospheric ozone (including the WMO published Scientific Assessment of Ozone Depletion: 2014; he was recently asked to be a lead author on the 2018 WMO assessment) and about climate change, and is also a lead author on several assessments of the effects of current and projected subsonic and supersonic aircraft on the global environment. He chaired a major workshop on the aviation effects on climate for the FAA and NASA in 2006 that resulted in a new research program in the U.S. to better understand these issues. In 2007, he co-chaired the Climate Panel for a major workshop for the UN's International Civil Aviation Organization. Dr. Wuebbles has also led committees reviewing various programs in the U.S. Department of Energy and at its national laboratories. Dr. Wuebbles was a leader in assessments of the potential impacts of climate change on the Great Lakes region, the U.S. Northeast, and the city of Chicago, and is coauthor of the 2009 assessment of the understanding of potential climate impacts of climate change on the United States that was done for the U.S. Government (the 2nd National Climate Assessment). He also chaired the Global Environmental Change Focus Group for the American Geophysical Union from 2009-2012 that accounts for a major fraction of AGU membership.

Amongst his honors, Prof. Wuebbles is a Fellow of the American Association for the Advancement of Science, the American Geophysical Union, and the American Meteorological Society. Dr. Wuebbles is a Faculty Fellow in the National Center for Supercomputing Applications. He has been a Coordinating Lead Author and contributed to a number of the reports of the international Intergovernmental Panel on Climate Change (IPCC), which was awarded the Nobel Peace Prize in 2007. Professor Wuebbles was also a Coordinating Lead Author for the more recent major international IPCC assessment of climate change published in 2013. He also served on the Federal Advisory Committee and the Executive Secretariat Committee for the 3rd U.S. National Climate Assessment published in 2014, and was Convening Lead Author on the science of climate change chapter and two appendices. He was also a member of a small team for the U.S. National Academy of Sciences that prepared a special report on climate done jointly with the UK Royal Society. He co-led the chapter on policy considerations for the 2014 WMO-UNEP international assessment of stratospheric ozone and contributed to the Assessment for Decision-Makers summary. Dr. Wuebbles was the recipient of the 2014 Cleveland Abbe Award for Distinguished Service to the Atmospheric

Donald J. Wuebbles—Curriculum Vitae                                       February 22, 2018

Sciences from the American Meteorological Society. He was also a coauthor of the book Engineering Response to Climate Change that has been awarded The Choice Outstanding Academic Title Award in 2014 by the American Library Association. He recently received the Cozzarelli Prize from the Proceedings of the National Academy of Sciences for a research paper published in 2014 (Lin et al.,) and the 2014 Choice Award for Outstanding Academic Titles for the book Engineering Response to Climate Change that he co-wrote with other scientists and engineers.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

***Business Address***
    Department of Atmospheric Sciences           Telephone:  217/244-1568
    University of Illinois                               FAX:  217/244-1752
    3052 Natural History Building             E-mail:  wuebbles@illinois.edu
    1301 W. Green Street
    Urbana, IL 61801

***Nationality***
    Citizenship: United States of America

***Education***
    B.S., 1966-1970, University of Illinois, Urbana
    M.S., 1970–1972, University of Illinois, Urbana
    Ph.D., 1976–1983, University of California, Davis

***Honors or Awards***
    NOAA Special Achievement Award, 1972
    NASA Group Achievement Award, 1982
    Eta Kappa Nu (Scholastics Honorary)
    Sigma Tau (Scholastics Honorary)
    Phi Eta Sigma (Scholastics Honorary)
    Tau Beta Pi (Scholastics Honorary)
    American Men and Women of Science, 1982–present
    Who's Who in Frontier Science and Technology, 1983–present
    Who's Who in California, 1984–1995
    International Who's Who of Contemporary Achievement, 1984–present
    Men of Achievement, 1985–present
    Who's Who in the West, 1986–1995
    LLNL Special Achievement Award for Best Journal Paper, 1991
    Who's Who in America, 1993-present
    LLNL Special Achievement Award for Best Book Publication, 1993
    Dictionary of International Biography, 1994-present
    Who's Who in the World, 1994-present
    Who's Who in the Midwest, 1995-present
    Five Thousand Personalities of the World, 1996-present
    2000 Outstanding People of the 20th Century, 1997-present
    Who's Who in Science and Engineering, 1998-present
    Lexington's Who's Who, 1999-present
    International Directory of Distinguished Leadership, 2000-present
    2000 Outstanding Scientists of the 20th Century, 2000-present
    UCAR Advocate for Science Award, 2000
    2000 Outstanding Scientists of the 21st Century, 2001-present
    Who's Who in the 21st Century, 2001-present
    2000 Outstanding Intellectuals of the 21st Century, 2001-present.
    Outstanding People of the 21st Century, 2001-present
    One Thousand Great Scientists, 2002-present
    Who's Who of Professionals, 2002-present
    Fellow, North American Academy of Arts and Sciences, 2002-present
    UCAR Champion of Science Award, 2002
    Who's Who of Professional Management, 2003-present
    Who's Who Executive and Professional Registry, 2003-present
    Empire Who's Who, 2003-present
    Strathmore's Who's Who, 2003-present
    2003 UCAR Science Advocate of the Year
    University of Illinois Alumni Discretionary Award to Faculty, 2003
    Faculty Fellow, National Center for Supercomputing Applications, 2003-2007

Who's Who in Sciences Higher Education, 2004-present
Who's Who Among America's Teachers, 2003-present
United's Who's Who, 2004-present
Manchester's Who's Who, 2004-present
2005 Stratospheric Ozone Protection Award, U.S. Environmental Protection Agency
2005 UCAR Science Advocate of the Year Award
2006 NASA Honor Group Achievement Award
2006 UCAR Science Advocate of the Year Award
List of Teachers Ranked as Excellent, UIUC, 2005, 2007, 2013
2007 NASA Group Achievement Award as member of the Upper Atmosphere Research Satellite science team
2007 UCAR Science Advocate of the Year Award
Received personalized plaque for contributions to the award of the 2007 Nobel Peace Prize to the Intergovernmental Panel on Climate Change (served as Coordinating Lead Author and made other contributions to a number of international assessments relating to climate change)
Fellow, American Association for the Advancement of Science (named in October 2007)
Director of Communications (elected office), International Ozone Commission, 2008-present
Member (Elected by academia peers), Board of Trustees, University Corporation for Atmospheric Research, 2008-2012
Fellow, American Geophysical Union (named in January 2009)
Paul Harris Fellow, Rotary International, 2010-present
Fellow, American Meteorological Society (named in September, 2011)
2014 Cleveland Abbe Award, American Meteorological Society (received in February 2014)
The 2014 Choice Outstanding Academic Title Award from the American Library Association for the coauthored book Engineering Response to Climate Change; awarded in February 2015.
2014 Cozzarelli Prize from the Proceedings of the National Academy of Sciences for Lin et al. paper ; awarded in February 2015.
2014 Editors' Citation for Excellence in Refereeing – EOS, American Geophysical Union; March 2015.
2015 Stephen Schneider Lecture, American Geophysical Union, San Francisco, December 2015.
2017 Presidential Forum lecture for the American Meteorological Society, Feb. 2017.

***Professional Employment***
1970–1972
Research Assistant, University of Illinois, Urbana
1972–1973
Atmospheric Scientist, Aeronomy Lab., National Oceanic and Atmospheric Administration, Boulder, CO
1973–1994
Atmospheric Scientist, University of California, Lawrence Livermore National Laboratory, Livermore, CA
1987–1994
Group Leader, Global Radiation, Chemical, and Dynamical Interactions, University of California, Lawrence Livermore National Laboratory, Livermore CA
1994-present
Professor, Department of Atmospheric Sciences, University of Illinois, Urbana, IL
1996-1999
Director, The Environmental Council, University of Illinois, Urbana, IL
1994-2006
Head, Department of Atmospheric Sciences, University of Illinois, Urbana, IL
2006-2008
Executive Coordinator / Director, School of Earth, Society, and Environment, University of Illinois, Urbana, IL
2009-present
Harry E. Preble Professor of Atmospheric Sciences, University of Illinois, Urbana, IL
2015-2017
Asst. Director, Office of Science and Technology Policy, Executive Office of the President, Washington DC
2015-2017

Donald J. Wuebbles—Curriculum Vitae                              February 22, 2018

Senior Advisor, National Science Foundation, Arlington, VA
2017-present,
Presidential Fellow, University of Illinois system

### Professional Affiliations
Member, American Geophysical Union
Member, American Meteorological Society
Member, American Association for the Advancement of Science
Member, American Chemical Society
Member, Sigma Xi

### Highlights of Professional Activities (past 5 years)
Member Representative, University Corporation for Atmospheric Research, 1994-present
Member, Advisory Board, Aspen Global Change Institute, 1997-present
Member, Science Team, Biomass Burning and Lightning Emissions atmospheric measurement campaigns,
    sponsored by Japan, 2000-present
Member and officer, International Ozone Commission, 2000-2016
Member, Federal Aviation Administration's Research Engineering and Development Advisory Committee,
    Energy and Environment Subcommittee, 2007-present
Chair, Committee of Visitors, review of Climate Change Research Program, Department of Energy, April
    2007.
Member, UCAR Board of Trustees (elected October 2008), 2008-2012
President, AGU Global Environmental Change Focus Group, 2009-2013
Member, American Geophysical Union Council, 2009-2012
Member, UIUC Vice-Chancellor For Research, Energy Advisory Committee, 2009-present
Guest Editor, Journal of Great Lakes Research, 2009-2010
2009 Chancellor's Lecture, University of Illinois, October 6, 2009
Member, American Geophysical Union Strategic Planning Task Force, 2009
Lead author, WMO-UNEP assessment on stratospheric ozone, 2009-2011
Editor-in-Chief, Insciences Journal on Climate Change, 2010-present
Coordinating Lead Author, IPCC international climate assessment, 2010-2014
Member, Federal Advisory Committee, U.S. National Climate Assessment, 2011-2014
Member, Executive Secretariat, U.S. National Climate Assessment, 2011-2014
Coordinating Lead Author, U.S. National Climate Assessment, 2011-2014
AGU Council Leadership Team, 2012-2013
Member, Committee on Admissions and Academic Standards, College of Liberal Arts and Sciences,
    University of Illinois, 2012-present
Member, NCAR CESM Advisory Board, 2012-2013
Joint U.S. National Academy of Science and UK Royal Society Committee on Climate Change, 2013- 2014.
AGU Fellows Program Review Task Force, 2013-present
Member, Steering Committee, UIUC Institute for Sustainability, Energy, and Environment, 2013-present
Member, Steering Committee, University of Illinois Inequality Initiative, 2013-present
Member, AMS Committee on Effective Communication of Weather and Climate Information (CECWCI),
    2013-present
Member, AGU Special Task Force on Awards, 2013-2014
Coordinating Lead author, WMO-UNEP assessment on stratospheric ozone, 2012-2014
Coordinating Lead Author, Climate Science Special Report, U.S. National Climate Assessment, 2016-present
Member, SPARC Scientific Steering Group, World Climate Research Programme, 2016-present
Member, national steering committee, 4th National Climate Assessment, 2016-present
Lead author, WMO-UNEP 2018 assessment on stratospheric ozone, 2017-present

### Highlights of Public Engagement (last 5 years) (last updated February 2017 but very incomplete)
Special talk at Chicago Botanical Gardens for World Environment Day, June 2, 2012.
Special talk to the U.S. Department of Agriculture, Washington DC, June 7, 2012 (broadcast throughout the
U.S.).

Talk to executives at State Farm Insurance, June 11, 2012.
Keynote talk at the International Laser and Radar Conference, Helios, Greece, June 25, 2012.
Cited in The Week magazine, July 2012
Interview with PBS Newshour, July 2012
I serve on national advisory committees for the Federal Aviation Administration and for the Union of Concerned Scientists
Half hour television interview for WILL PBS, October 2012
Talk at G8 Exascale Projects meeting, November 2012
Invited talk at Advisory Board meeting of the Illinois Soybean Assn., December 2012
Invited talk at AGU Annual Meeting, December 2012
Invited talk at AMS annual meeting, January 2012
Talk at St. Louis Zoo, February 2013
Talk at Monsanto Corp., February 2013
Invited talk at AAAS annual meeting, February 2013
Seminar at Illinois State Water Survey, January 22, 2013.
Invited presentation at St. Louis Zoo, St. Louis. MO, February 5, 2013.
Keynote presentation at Conference on Agriculture and Climate Change, Monsanto Corporation (near St. Louis), February 6, 2013.
Invited presentation at the AAAS Annual Meeting, Boston, February 15-20, 2013.
Presentation to Physicans for a Responsible Society, Chicago, February 20, 2013.
Special presentation at the annual severe weather conference at Fermi National Laboratory, Chicago area, April 6, 2013.
Seminar at Illinois State University to kickoff their new annual event on climate change, April 15, 2013.
One of the keynote talks at The Big Data Workshop, University of Illinois, May 9, 2013.
Seminar at ITW Corporation in Chicago, June 5, 2013
June 6, 2013, presentation on climate change in downtown Chicago (with Tom Skilling of WGN TV).
Invited speaker and attendee at the Snowmass, CO special Climate Change Impacts and Integrated Assessment (CCI/IA) Workshop on July 23-27, 2013. This workshop brought together scientists, economists, and experts across a wide range of disciplines.
September 9, 2013, seminar at North Carolina state University.
September 11, 2013, seminar at Duke University.
October 7, 2013, invited keynote presentation at the Tri-Agency (NSF, NASA, and DOE) Educators Conference.
November 3-7, 2013, presentation at the WCRP Regional Climate Conference in Brussels, Belgium.
Keynote presentation at conference on Frontiers in Statistics and Forecasting in Taipei, Taiwan on December 16-19, 2013
November 16, 2013, invited speaker at special conference on climate and ethics at Chicago Loyola University.
Invited special presentation (with the head of FEMA) at the annual meeting of the American Meteorological Society, February 4, 2014.
Invited presentation on challenges in climate science at the annual meeting of the American Association for the Advancement of Science, February 14, 2014.
Invited presentation at Conference on Effects of Climate Change on the East Coast, Arlington, VA, February 26, 2014
March 9, 2014, seminar at Chicago Loyola University retreat center.
Invited keynote presentation at An International Symposium on Diagnosis and Early Warning of Urban Weather/Climate Extremes, Nanjing, China, March 19, 2014.
Invited presentation at G8 Exascale Computing Forum, Kobe, Japan, March 26, 2014.
Invited presentation at Severe Weather Forum, Fermi Lab, April 5, 2014.
Invited presentation at Conference on Societal Impacts on Natural Hazards, April 17, 2014.
May 6, 2014; Presentation at the White House for the release of the National Climate Assessment.
May 7-8, three presentations at the U.S. Congress (one at the House and two at the Senate).
Invited presentation at 2nd annual Blue Waters Conference, Champaign, May 13, 2014.
Special presentation on climate change at the Museum of Science and Industry, June 4, 2014.

Donald J. Wuebbles—Curriculum Vitae                                February 22, 2018

Special presentation to be given at the Chicago Botanical Gardens for their World Environment Day, June 7, 2014.

Op-ed in Chicago Tribune, June 2014.

Special presentation on climate change given at the Museum of Science and Industry, Chicago, June 4, 2014.

Special presentation given at the Chicago Botanical Gardens for their World Environment Day, June 7, 2014.

Invited talk at the AMS Broadcast Meteorologists Conference, Lake Tahoe, CA, June 18, 2014.

Invited seminar at Los Alamos National Lab, Los Alamos, NM, July 2014.

Invited talk at Agriculture and Temperature Workshop, Ames, IA, August 2014.

Invited talk at AGCI meeting on Frontiers in Global Change Science, Aspen, CO, August 2014.

Invited talk at special workshop on agriculture and climate, St. Louis, September 2014.

Seminar at Boeing, Seattle, September 2014.

Special seminar at Bradley University, Peoria, September 22, 2014.

Keynote talk, Pan Pacific Conference on Climate Change, Taipei, Taiwan, October 2014.

Talk at ASCENT meeting, Alexandria, VA, October 2014.

Invited talk at DOE Workshop on Climate, Washington, DC, October, 2014.

Special seminar at Illinois College, Jacksonville, November 2014.

Keynote talk at workshop held at Morton Arboretum, November 2014.

Invited talk, ICAO workshop on aviation and the environment, Alexandria, VA, February, 2015

Seminar at McHenry College, Crystal Lake, IL, February 2015.

Invited talk, Fermi National Lab, March 2015.

Keynote talk, U.S.-Iran workshop on climate change, Irvine, CA, March 2015.

Invited talk, Blue Waters Annual Workshop, Oregon, May 2015.

Stephen Schneider Lecture, American Geophysical Union, December 2015

Invited talk, Fermi National Lab, March 2016.

Keynote Talk, international meeting on transportation led by the National Academy of Sciences, Brussels, June 2016.

Invited talk, American Geophysical Union Annual Meeting, San Francisco, December 2016.

Invited talk, meeting of the Transportation Research Board of the National Academy of Sciences, Washington, DC, January 2017.

Presidential Forum, American Meteorological Society Annual Meeting, Seattle, January 2017.

Session chair, AAAS meeting, Boston, March 2017.

Live interview on WGN-TV, April 2017.

Invited speaker, Severe Storms Colloquium, FermiLab, April 2017.

Panel for The Atlantic Monthly special event on climate and health in Chicago, April 2017.

Panel on The Signal and the Noise: A Response to Nate Silver, Northwestern University, April 2017

Panel for Earth Day, Chicago Botanic Garden, April 2017.

Talk at Blue Waters Symposium, Oregon, May 2017

Invited talk at Geological Society of America Annual Meeting, Seattle, October 2017

{{ needs updating}}

Plus many other speeches and talks too numerous to list.

Also additional interviews with newspapers, television and radio.


***Publications, Book Chapters, and Reports (>500 total)***

Snyder, R.B., D.J. Wuebbles, J.E. Pearson, and B.E. Ewing, 1971: A study of environmental pollution by lead, State of Illinois, Institute for Environmental Quality, IIEQ Document 71-7.

Shimazaki, T. and D.J. Wuebbles, 1972: Time-dependent two-dimensional parameterized model. *Proceedings of the Second Conference on the Climatic Impact Assessment Program,* DOT Report DOT-TSC-OST-73-4, p. 291–297.

Wuebbles, D.J., T. Shimazaki, and C.F. Sechrist, Jr., 1972: A mathematical model for the radon density distribution in the 1–20 km region. *Aeronomy Report No. 46*, University of Illinois, 58 pp.

Shimazaki, T., and D.J. Wuebbles, 1973: On the theoretical model for vertical ozone density distributions in the mesosphere and upper stratosphere. *Pure and Applied Geophysics, 106–108,* 1446–1463.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Shimazaki, T., D.J. Wuebbles, and T. Ogawa, 1973: A two-dimensional theoretical model for stratospheric ozone density distributions in the meridional plane, National Oceanic and Atmospheric Administration, NOAA Technical Report ERL 279-OD 9.

Wuebbles, D.J., and J.S. Chang, 1975: Sensitivity of time-varying parameters in stratospheric modeling. *Journal of Geophysical Research, 80*, 2637–2642.

Wuebbles, D.J., J.S. Chang, and F.M. Luther, 1976: The diurnal model of chlorine chemistry in the stratosphere. *Proceedings of the International Conference on the Stratosphere and Related Problems,* Logan, UT, September 15–17.

Chang, J.S., D.J. Wuebbles, and D.D. Davis, 1977: A theoretical model of global tropospheric OH distributions. Lawrence Livermore National Laboratory report UCRL-78392, Rev.1.

Duewer, W.H., D.J. Wuebbles and J.S. Chang, 1977: Effect of NO photolysis on $NO_X$ mixing ratios. *Nature, 265,* 523–525.

Duewer, W.H., D.J. Wuebbles, H.W. Ellsaesser, and J.S. Chang, 1977: $NO_X$ catalytic ozone destruction: Sensitivity to rate coefficients. *Journal of Geophysical Research, 82,* 2599–2605.

Luther, F.M., D.J. Wuebbles, and J.S. Chang, 1977: Temperature feedback in a stratospheric Model. *Journal of Geophysical Research, 82*, 4935–4942.

Wuebbles, D.J., 1977: A reexamination of potential space shuttle effects on the stratosphere. Lawrence Livermore National Laboratory report UCID-17689 (this version appeared in EIS for NASA use of space shuttle).

Ackerman, M., D. Frimout, C. Muller, and D.J. Wuebbles, 1978: Stratospheric methane measurements and predictions. *Pure and Applied Geophysics*, *117*, 367–380.

Duewer, W.H., D.J. Wuebbles, and J.S. Chang, 1978: The effects of a massive pulse injection of $NO_X$ into the stratosphere. LLNL report UCRL-80397, also published in *Proceedings of the WMO Symposium on the Geophysical Aspects and Consequences of Changes in the Composition of the Stratosphere,* WMO No.511.

Luther, F.M., D.J. Wuebbles, W.H. Duewer, and J.S. Chang, 1978: Effect of multiple scattering on species concentrations and model sensitivity. *Journal of Geophysical Research,* **17**, 254–272.

MacCracken, M.C., D.J. Wuebbles, J.J. Walton, W.H. Duewer, and K.E. Grant, 1978: The Livermore regional air quality model: I. Concept and development. *Journal of Applied Meteorology*, *17*, 254–272.

Wuebbles, D.J., 1978: A theoretical study of solar eclipse effects on the stratosphere. Proceedings of the AMS Meeting on Meteorology of the Upper Atmosphere, October 24–27, Boston, MA; Lawrence Livermore National Laboratory report UCRL-80963.

Wuebbles, D.J., 1978: A reexamination of potential space shuttle effects on the stratosphere. Appendix D of *Revised Estimates for Ozone Reduction by Shuttle Operation,* NASA Tech. memorandum 58209.

Wuebbles, D.J., and F.M. Luther, 1978: Preliminary study of solar power satellites program potential effect on stratospheric chemistry. Lawrence Livermore National Laboratory/G-Division Report UASG 78-41.

Chang, J.S., W.H. Duewer, and D.J. Wuebbles, 1979: The atmospheric nuclear tests of the 50s and 60s: A significant test of ozone depletion theories. *Journal of Geophysical Research, 84*, 1755–1765.

Hudson, R.D., and E.I. Reed, 1979: The stratosphere: Present and future. NASA RP-1049, 1979 (contributing author of major international assessment on ozone).

Luther, F.M., J.S. Chang, W.H. Duewer, J.E. Penner, R.L. Tarp and D.J. Wuebbles, 1979: Potential environmental effects of aircraft emissions. Lawrence Livermore National Laboratory report UCRL-52861; also available from Federal Aviation Administration as FAA-EE-79-23.

Wuebbles, D.J., and J.S. Chang, 1979: One-dimensional coupled transport and chemical kinetics model of the stratosphere. *Proceedings of NATO Advanced Study Institute on Atmospheric Ozone: Its Variation and Human Influences*.

Wuebbles, D.J., and J.S. Chang, 1979: A theoretical study of stratospheric trace species variations during a solar eclipse. Lawrence Livermore National Laboratory Report UCRL-80936, *Geophysical Research Letters, 6*, 179–182.

Duewer, W.H., and D.J. Wuebbles, 1980: Effects of speculative reactions and mechanisms on predicted ozone perturbations. *Proceedings of 14th Informal Conference on Photochemistry,* Newport Beach, CA, March 30–April 3; also available as Lawrence Livermore National Laboratory report UCRL-83950.

Wuebbles, D.J., and W.H. Duewer, 1980: Effects of recent kinetics measurements on our understanding of chemical processes in the troposphere and stratosphere. Published in *Proceedings of 14th Informal Conference on Photochemistry,* Newport Beach, CA, March 30–April 3; also available as Lawrence Livermore National Laboratory report UCRL-83960.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Wuebbles, D.J., and J.S. Chang, 1980: A study of the effectiveness of the $Cl_x$ catalytic ozone loss mechanisms. Presented at and published in the *Proceedings of the Quadrennial International Ozone Symposium,* Boulder, CO, August 4–9; also available as Lawrence Livermore National Laboratory report UCRL-84071.

Wuebbles, D.J., 1980: Impact of new $OH+HNO_3$ rate measurement on models of atmospheric chemistry. Lawrence Livermore National Laboratory report UCID-18727.

Wuebbles, D.J., 1980: A summary of current two-dimensional transport-kinetics models. Lawrence Livermore National Laboratory G-Division report UASG 80-25.

Wuebbles, D.J., 1980: A comparison study between 2-D models. Lawrence Livermore National Laboratory report UASG 80-21.

Wuebbles, D.J., 1980: The treatment of dynamical processes in two-dimensional models of the troposphere and stratosphere. Lawrence Livermore National Laboratory report UCID-18771.

Wuebbles, D.J., and R.L. Tarp, 1980: Potential changes to stratospheric ozone from possible chlorofluorocarbon production scenarios. Lawrence Livermore National Laboratory report UCID-18583.

Wuebbles, D.J., and R.L. Tarp, 1980: Sensitivity of quantum yield for O1(D) production from ozone photolysis. Lawrence Livermore National Laboratory report UCID-18734.

Luther, F.M., J.S. Chang, D.J. Wuebbles, and J.E. Penner, 1981: Ozone depletion calculations. *Proceedings of the NATO Advanced Research Institute on the Effect of Solar Ultraviolet Radiation in Marine Ecosystems,* also Lawrence Livermore National Laboratory report UCRL-85814.

Wine, P.H., A.R. Ravishankara, N.M. Kreutter, R.C. Shah, J.M. Nicovich, R.L. Thompson, and D.J. Wuebbles, 1981: Rate of reaction of OH with $HNO_3$. *Journal of Geophysical Research*, *86,* 1105–1112.

Wuebbles, D.J., 1981: World Meteorological Organization, The stratosphere 1981: theory and measurements. WMO Global Ozone Research and Monitoring Project, Report No. 11 (contributing author).

Wuebbles, D.J., 1981: The relative efficiency of a number of halocarbons for destroying stratospheric ozone. Lawrence Livermore National Laboratory report UCID-18924.

Wuebbles, D.J., 1981: Scenarios for future anthropogenic emission of trace gases in the stratosphere. Lawrence Livermore National Laboratory report UCID-18997.

Wuebbles, D.J., 1981: A summary of the LLNL one-dimensional transport-kinetics model of the troposphere and stratosphere. Lawrence Livermore National Laboratory report UCID-19185.

Wuebbles, D.J., 1981: Report of Lawrence Livermore National Laboratory to the Environmental Protection Agency on research performed since December, 1979. Lawrence Livermore National Laboratory report UCID-19221.

Wuebbles, D.J., and J.S. Chang, 1981: A study of the effectiveness of the Clx catalytic ozone loss mechanisms. *Journal of Geophysical Research*, *86,* 9869–9872.

Wuebbles, D.J., and P.S. Connell, 1981: A screening methodology for assessing the potential impact of surface releases of chlorinated halocarbons on stratospheric ozone. Lawrence Livermore National Laboratory report UCID-19233.

Wuebbles, D.J., R.L. Tarp, A. Nold, and W.P. Wood, 1981: Chlorofluorocarbon production scenarios: Possible changes to stratospheric ozone. Lawrence Livermore National Laboratory report UCID-18915.

Wuebbles, D.J., 1982: Atmospheric ozone: Zeroing in. *Energy and Technology Review,* May, 1982.

Chang, J.S., and D.J. Wuebbles, 1983: Effects of hypothetical exchanges of strategic nuclear weapons based on current Salt II Stockpile Guidelines. In *The Consequences of Nuclear War on the Global Environment,* U.S. Government Printing Office.

National Research Council, 1983: *Changing Climate*. U.S. National Academy of Sciences (contributing author).

Wuebbles, D.J., 1983: Chlorocarbon production scenarios: Potential impact on stratospheric ozone. Lawrence Livermore National Laboratory report UCRL-87216; *Journal of Geophysical Research, 88,*1433–1443.

Wuebbles, D.J., 1983: A theoretical analysis of the past variations in global atmospheric composition and temperature structure. Ph.D. Thesis, University of California, Davis, CA. Lawrence Livermore National Laboratory report UCRL-53423.

Wuebbles, D.J., F.M. Luther, J.E. Penner, 1983: Effect of coupled anthropogenic perturbations on stratospheric ozone. *Journal of Geophysical Research, 88,* 1444–1456.

Chang, J.S., and D.J. Wuebbles, 1984: Nuclear explosions and atmospheric ozone. Lawrence Livermore National Laboratory report UCRL-91367; also in *The Environmental Effects of Nuclear War,* Julius London and G.F. White, editors.

Connell, P.S., and D.J. Wuebbles, 1984: Aspects of the comparison of stratospheric trace species measurements with photochemical models. Lawrence Livermore National Laboratory report UCRL-90297; presented at the

Donald J. Wuebbles—Curriculum Vitae                                February 22, 2018

Quadrennial Ozone Symposium, Halkidiki, Greece, September 3–7; published in *Atmospheric Ozone,* C.S. Zerefos and A. Ghazi; editors, D. Reidel, Boston.

Wuebbles, D.J., 1984: Influences on past variations in ozone and temperature structure. Lawrence Livermore National Laboratory report UCRL-90884; *Proceedings of International Meeting on Current Issues in Our Understanding of the Stratosphere and the Future of the Ozone Layer,* Starnberger See, W. Germany, June 11–16.

Wuebbles, D.J., 1984: Trends in ozone and temperature structure, comparison of theory and measurements. Lawrence Livermore National Laboratory report UCRL-90296; Published in *Atmospheric Ozone,* S. Zerefos and A. Ghazi, editors, D. Reidel Publishing, Boston.

Wuebbles, D.J., M.C. MacCracken, and F.M. Luther, 1984: A proposed reference set of scenarios for radiatively active atmospheric constituents. U.S. Department of Energy Carbon Dioxide Research Division report DOE/NBB-0066.

Connell, P.S., D.J. Wuebbles, and J.S. Chang, 1985: Stratospheric hydrogen peroxide—the relationship of theory and observation. *Journal of Geophysical Research, 90,* 10726–10732; also Lawrence Livermore National Laboratory report UCRL-90432.

Owens, A.J., C.H. Hales, and D.J. Wuebbles, 1985: Trace gas influences on climate from 1980 to 2050. *Proceedings of the AMS Conference on Climate Variations*, Los Angeles, January 8–11.

Wang, W.C., D.J. Wuebbles, and W.M. Washington, 1985: Potential climatic effects of perturbations other than $CO_2$. In *The Potential Climatic Effects of Increasing Carbon Dioxide,* M.C. MacCracken and F.M. Luther, editors, DOE/ER-0237.

World Meteorological Organization, 1985: *Atmospheric ozone 1985: Assessment of our understanding of the processes controlling its present distribution and change*. WMO Global Ozone Research and Monitoring Project Report No. 16 (contributing author).

Wuebbles, D.J., A.J. Owens, and C.H. Hales, 1985: Trace gas influences on climate from 1850 to 1980. *Proceedings of the AMS Conference on Climate Variations*, Los Angeles, January 8–11.

Solomon, S., R.R. Garcia, F.S. Rowland, and D.J. Wuebbles, 1986: On the depletion of Antarctic ozone. *Nature, 321*, 755–758.

Wang, W.C., D.J. Wuebbles, W.M. Washington, R.G. Isaacs, and G. Molnar, 1986: Trace gases and other potential perturbations to global climate. *Rev. Geophysics, 24,* 110–140.

Wuebbles, D.J., 1986: Reservoir species discovered in the stratosphere. *Nature, 319,* 538.

Wuebbles, D.J. 1986: Trace gases and their impact on global climate. *Energy and Technology Review,* July.

Wuebbles, D.J., 1986: The LLNL zonally averaged chemistry-transport model of the troposphere and stratosphere. Lawrence Livermore National Laboratory report UCRL-94582ABS; Proceedings of the Conference on Upper Atmospheric Theory and Data Analysis, Seattle, WA, June 23–27.

Wuebbles, D.J., P.S. Connell, and K.E. Grant, 1986: Interpreting stratospheric observations in a zero-dimensional photochemical framework. UASG 86-25. Proceedings of NASA Workshop on Measurements of the Stratosphere.

Wuebbles, D.J., P.S. Connell, J.R. Ipser, W.M. Porch, L.C. Rosen, and J.B. Knox, 1986: Review of the atmospheric propagation in the SPC codes—A progress report. Lawrence Livermore National Laboratory report UCID-20894.

Wuebbles, D.J., and K.E. Grant, 1986: Effects of solar variability on stratospheric ozone and temperature. Lawrence Livermore National Laboratory report UCRL-93376; also presented at the Annual Meeting of the European Geophysical Society, Kiel, W. Germany, August 25–30.

Abey, A., and D.J. Wuebbles, 1987: GBLSYS: A ground-based laser system computer model. Lawrence Livermore National Laboratory report UCRL-906642; also presented at the Annual Review Conference on Atmospheric Transmission Models.

Brasseur, G., D. Coriolle, J.A. Pyle, E.P. Roth, U. Schmailzl, and D.J. Wuebbles, 1987: Odd nitrogen during the MAP/GLOBUS 1983 campaign: Theoretical considerations. *Planet. Space Science, 35,* 637–645.

Connell, P.S., and D.J. Wuebbles, 1987: Ozone perturbations in the LLNL one-dimensional model-calculated effects of projected trends in CFCs, $CH_4$, $CO_2$, $N_2O$ and Halons over 90 years. Lawrence Livermore National Laboratory Report UCRL-95548; also in *Assessing the Tasks of Trace Gases that can Modify the Stratosphere, Volume VII,* J.S. Hoffman, editor, U.S. Environmental Protection Agency report EPA 4001/1-87/001B.

Grant, K.E., P.S. Connell, and D.J. Wuebbles, 1987: Monte Carlo uncertainty analysis of stratospheric ozone in ambient and perturbed atmospheres. Lawrence Livermore National Laboratory Report UCRL-93375, 1986;

also in *Assessing the Tasks of Trace Gases that can Modify the Stratosphere, Volume VII,* J.S. Hoffman, editor, U.S. Environmental Protection Agency report EPA 4001/1-87/001B.

Hammitt, J.K., F. Camm, P.S. Connell, W.E. Mooz, K.A. Wolf, D.J. Wuebbles, and A. Bamezai, 1987: Joint emission scenarios for potential stratospheric ozone depleting substances. *Nature, 330,* 711–716.

Reinsel, G.C., G.C. Tiao, A.J. Miller, D.J. Wuebbles, P.S. Connell, C.L. Mateer, and J.J. DeLuisi, 1987: Statistical analysis of total ozone and stratospheric Umkehr data for trends and solar cycle relationship. *Journal of Geophysical Research, 92,* 2201–2209.

Walton, J.J., D.J. Wuebbles, and S. Hameed, 1987: Simulation of global wet and dry deposition of nitric acid in a three-dimensional chemistry-transport model. In *Acid Rain: Scientific and Technical Advances,* edited by R. Perry, R.M. Harrison, J.N.B. Bell, and J.N. Lester, published by Selper Ltd., London.

Wuebbles, D.J., 1987: Natural and anthropogenic perturbations to the stratosphere. U.S. National Report to the International Union of Geodesy and Geophysics. *Rev. Geophys., 25,* 487–493.

Wuebbles, D.J., P.S. Connell, J.R. Ipser, W.M. Porch, A.E. Abey, and P.B. Duffy, 1987: Atmospheric propagation in the SPC codes—an update. Lawrence Livermore National Laboratory report UCID-21005.

Connell, P.S., K.E. Grant, and D.J. Wuebbles, 1988: Aspects of CFC relative ozone destruction efficiencies determined in the LLNL 2-D model. In *Ozone in the Atmosphere,* R.D. Bojkov and P. Fabian editors, A. Deepak Publishing, Hampton, VA., 1989; also Lawrence Livermore National Laboratory report UCRL-97987.

Edmonds, J.A., D.J. Wuebbles, and M.J. Scott, 1987: Energy and future climate change. Battelle Pacific Northwest Laboratory report, 1988.

Edmonds, J.A., D.J. Wuebbles, and M.J. Scott, 1987: Energy and radiative precursor emissions. *Proceedings of the 8th Miami International Conference on Alternative Energy Sources,* December 14–16.

Grant, K.E., R.G. Ellingson, and D.J. Wuebbles, 1988: Sensitivity of a two-dimensional chemistry-transport model to changes in parameterizations of radiative processes. *IRS '88: Current Problems in Atmospheric Radiation,* J. Lenoble and J.F. Geleyn, editors, A. Deepak Publishing, 1989; also Lawrence Livermore National Laboratory report UCRL-98443.

Grant, K.E., and D.J. Wuebbles, 1988: A two-dimensional modeling study of the sensitivity of ozone to radiative flux uncertainties. In *Ozone in the Atmosphere,* R.D. Bojkov and P. Fabian editors, A. Deepak Publishing, Hampton, VA., 1989; Lawrence Livermore National Laboratory report UCRL-97981.

Wuebbles, D.J., 1989: On the mitigation of non-$CO_2$ greenhouse gases. In *Greenhouse Mitigation,* A.E.S. Green, editor, Am. Soc. Mech. Engr., New York; also Lawrence Livermore National Laboratory report UCRL-101523.

Kinnison, D., H. Johnston, and D. Wuebbles, 1988: Ozone calculations with large nitrous oxide and chlorine changes. *Journal of Geophysical Research, 93,* 14165–14175.

Kinnison, D.E., H. Johnston, and D.J. Wuebbles, 1988: A sensitivity study of global ozone to $NO_x$ emissions from aircraft. In *Ozone in the Atmosphere,* R.D. Bojkov and P. Fabian editors, A. Deepak Publishing, Hampton, VA., 1989; also Lawrence Livermore National Laboratory report UCRL-99361, 1988.

Kinnison, D.E., D.J. Wuebbles, and H. Johnston, 1988: A study of the sensitivity of stratospheric ozone to hypersonic aircraft emissions. *Proceedings, First International Conference on Hypersonic Flight in the 21st Century,* Grand Forks, ND, September 20–23; also Lawrence Livermore National Laboratory report UCRL-98314.

Penner, J.E., P.S. Connell, D.J. Wuebbles, and C.C. Covey, 1988: Climate change and its interactions with air chemistry: Perspectives and research needs. Lawrence Livermore National Laboratory report UCRL-21111; also published by the U.S. Environmental Protection Agency.

Reinsel, G.C., G.C. Tiao, S.K. Ahn, M. Pugh, S. Basu, J.J. DeLuisi, C.L. Mateer, A.J. Miller, P.S. Connell, and D.J. Wuebbles, 1988: An analysis of the 7-year record of SBUV satellite ozone data: Global profile features and trends in total ozone. *Journal of Geophysical Research, 93,* 1689–1703.

Tiao, G.C., G.C. Reinsel, Daming Xu, J.H. Pedrick, Xiao-dong Zhu, A.J. Miller, J.J. DeLuisi, C.L. Mateer, and D.J. Wuebbles, 1988: Effects of autocorrelations and temporal sampling schemes on estimates of trend and spatial correlation. Report for NASA as part of international assessment on stratospheric ozone.

Watson, R.T., and Ozone Trends Panel, M.J. Prather and *Ad Hoc* Theory Panel, and M.J. Kurylo and NASA Panel for Data Evaluation, 1988: Present state of knowledge of the upper atmosphere 1988: An assessment report. NASA reference publication 1208.

Donald J. Wuebbles—Curriculum Vitae                                   February 22, 2018

Wuebbles, D.J., 1988: An executive summary of relative effects on stratospheric ozone of halogenated methanes and ethanes of social and industrial interest. *United Nations Environment Programme,* 1988; Lawrence Livermore National Laboratory report UCRL-99842.

Wuebbles, D.J., 1988: Global atmospheric chemistry and its role in climate change. *Proceedings, Division of Environmental Chemistry, American Chemical Society,* Los Angeles, CA, Sept. 25–30.

Wuebbles, D.J., and J. Edmonds, 1988: A primer on greenhouse gases. U. S. Department of Energy, Carbon Dioxide Research Division, DOE/NBB0083.

Wuebbles, D.J., K.E. Grant, P.S. Connell, and J.E. Penner, 1988: The role of atmospheric chemistry in climate change. Proceedings, *81st Annual Meeting of the Air Pollution Control Association, paper 8887.71* Dallas, TX, June 19–24; also Lawrence Livermore National Laboratory report UCRL-97811.

Wuebbles, D.J. and D.E. Kinnison, 1988: A two-dimensional model study of past trends in global ozone, in *Ozone in the Atmosphere,* R.D. Bojkov and P. Fabian editors, A. Deepak Publishing, Hampton, VA., 1989; also Lawrence Livermore National Laboratory report UCRL-98088.

Wuebbles, D.J., K.E. Kinnison, and P.S. Connell, 1988: Stratospheric chemistry: issues and uncertainties, also Lawrence Livermore National Laboratory report, UCRL-98717ABS, 1988; *American Chemical Society,* Los Angeles, CA, Sept. 25–30, 1988.

Wuebbles, D.J., and J.E. Penner, 1988: Sensitivity of urban/regional chemistry to climate change: report of the workshop. Lawrence Livermore National Laboratory report UCRL-99436; also published by the U. S. Environmental Protection Agency as a special report.

Connell, P.S. and D.J. Wuebbles, 1989: Evaluating CFC alternatives from the atmospheric viewpoint. Lawrence Livermore National Laboratory report UCRL-99927, 1989; Air and Waste Management Association paper 89–5.7.

DeLuisi, J.J., D.U. Longenecker, C.L. Mateer, and D.J. Wuebbles, 1989: An analysis of northern middle-latitude Umkehr measurements corrected for stratospheric aerosols for 1979–1986. *Journal of Geophysical Research,* 94, 9837–9845.

Jackman, C., R. Seals, M. Prather, editors (contributing author), 1989: Two-dimensional intercomparison of stratospheric models. NASA Conference Publication 3042.

Johnston, H., D.E. Kinnison, and D.J. Wuebbles, 1989: Nitrogen oxides from high altitude aircraft: an update of potential effects on ozone. Lawrence Livermore National Laboratory report UCRL-100714; *Journal of Geophysical Research,* 94, 16351–16363.

Kinnison, D.E. and D.J. Wuebbles, 1989: Preventing depletion of stratospheric ozone-implications on future aircraft emissions. Lawrence Livermore National Laboratory report UCRL-99926, 1989; Air and Waste Management Association paper 89-4.7.

Kinnison, D.E., and D.J. Wuebbles, 1989: Two-dimensional model study of nuclear tracer transport in the stratosphere. UCRL-101831ABS.

Offerman, D., M. Riese, and D.J. Wuebbles, 1989: Stratospheric dynamics and trace gas distribution: case study. Lawrence Livermore National Laboratory report UCRL-10017ABS, 1989; Proceedings of the IAGA 6th Scientific Assembly, Exeter, UK, August.

Prather, M.J., editor (contributing author), 1989: An assessment model for atmospheric composition. NASA Conference Publication 3023.

Wuebbles, D.J., 1989: Beyond $CO_2$—the other greenhouse gases. Lawrence Livermore National Laboratory report UCRL-99883; Air and Waste Management Association paper 89-119.4.

Wuebbles, D.J., K.E. Grant, P.S. Connell, and J.E. Penner 1989: The role of atmospheric chemistry in climate change. *Journal of the Air Pollution Control Association, 39,* 22–28.

Wuebbles, D.J. and D.E. Kinnison, 1989: Recent calculations of the response of the middle atmosphere to solar ultraviolet irradiance variations. Lawrence Livermore National Laboratory report UCRL-100979ABS; presented at the IAGA 6th Scientific Assembly in Exeter, UK in July.

Derwent, R., H. Rodhe, and D.J. Wuebbles 1990: Global Warming Potential of greenhouse gases. Published as a special report by the United Nations Environment Programme.

Wuebbles, D.J., 1990: DOE Multi-Laboratory Climate Change Committee (lead author, Chapter 3 and contributing author, Chapter 2), *Energy and Climate Change,* Lewis Publishers, Chelsea, Michigan.

Edmonds, J., S. McDonald, and D.J. Wuebbles, 1990: Atmospheric Trends and Emissions of Greenhouse Gases. In *Responding to the Threat of Global Warming: Options for the Pacific and Asia,* D.G. Streets and T.A. Siddiqi, editor, Argonne National Laboratory.

Fisher, D.A., C.H. Hales, M.K.W. Ko, N.D. Sze, P.S. Connell, D.J. Wuebbles, I.S.A. Isaksen, and F. Stordal, 1990: Model calculations of the relative effects of CFCs and their replacements on stratospheric ozone. *Nature, 344,* 508–512.

Fisher, D.A., C.H. Hales, D.L. Filkin, M.K. W. Ko, N.D. Sze, P.S. Connell, D.J. Wuebbles, I.S.A. Isaksen, and F. Stordal, 1989: Radiative effects on stratospheric ozone of halogenated methanes and ethanes of social and industrial interest. In the AFEAS Report, *Scientific Assessment of Stratospheric Ozone: 1989, Vol. II,* 303–381, WMO Global Ozone Research and Monitoring Project—Report No. 20.

Shine, K.P., R.G. Derwent, D. J. Wuebbles, J.-J. Morcette, 1990: *Radiative Forcing of Climate.* In Intergovernmental Panel on Climate Change, *Climate Change: The IPCC Scientific Assessment,* J.T. Houghton, G.J. Jenkins and J.J. Ephraums (Eds.), Cambridge Univ. Press, Cambridge.

Wuebbles, D.J., 1990: Protecting the ozone layer. *Energy and Technology Review,* May–June.

Kinnison, D.E., and D.J. Wuebbles, 1990: Influence of present and possible future aircraft emissions on the global ozone distribution, Lawrence Livermore National Laboratory report UCRL-JC-194677; *Proceedings of AMS Symposium on Global Change Studies, American Met. Soc.,* Boston, MA, 1991.

Wuebbles, D.J., D.E. Kinnison and J. Lean, 1990: Solar variations and their influence on trends in upper stratospheric ozone and temperature. Lawrence Livermore National Laboratory report UCRL-JC-106108, 1990; *Proceedings of Second AMS Symposium on Global Change Studies, American Met. Soc.,* Boston, MA, 1991.

Tiao, G.C., G.C. Reinsel, D. Xu, J.H. Pedrick, X. Zhu, A.J. Miller, J.J. DeLuisi, C.L. Mateer and D.J. Wuebbles, 1990: Effects of autocorrelation and temporal sampling schemes on estimates of trend and spatial correlation, *Journal of Geophysical Research 95,* 20507–20517.

MacCracken, M.C., D.E. Kinnison, and D.J. Wuebbles, 1990: The relative radiative forcings from percentage changes in trace gas emissions. Lawrence Livermore National report UASG-90-10; provided as input to a special U.S. National Academy of Sciences report on climate change.

Wuebbles, D.J., 1990: Special U.S./U.S.S.R. Report on Climate and Climate Change (lead author, Chapter 4), *Prospects for Future Climate,* M.C. MacCracken, M.I. Budyko, A.D. Hecht, and Y.A. Izrael, editors, Lewis Publishers.

Wuebbles, D.J., *et al.* 1989: (lead author, Chapter 4, and contributing author, Chapter 3), *Scientific Assessment of Stratospheric Ozone: 1989, Volume I,* World Meteorological Organization, Global Ozone Research and Monitoring Project—Report No. 20.

Kinnison, D.E., and D.J. Wuebbles, 1991: Future aircraft and potential effects on stratospheric ozone and climate. Proceedings of 42nd Congress of the International Aeronautical Federation, #IAA-91-736, October 5–11, 1991, Montreal. Also Lawrence Livermore National Laboratory report UCRL-JC-108035.

Wuebbles, D.J. and P.S. Connell, 1990: Ozone depletion potential of CFCs and their replacements. In *Program Director's Overview Report Research Highlights: FY1990–1992,* M.L. Mendelsohn, Associate Director, Biomedical and Environmental Research Programs, Lawrence Livermore National Laboratory.

Lacis, A.A., D.J. Wuebbles and J.A. Logan, 1990: Radiative forcing of climate by changes in the vertical distribution of ozone. *Journal of Geophysical Research, 95,* 9971–9981.

Wuebbles, D.J., 1990: Atmospheric chemistry: effects on global ozone and climate. Lawrence Livermore National Laboratory report UCRL-103404ABS; Proceedings of 10th International Clean Air Conference, Auckland, New Zealand.

Wuebbles, D.J., 1990: Chemical-radiative-transport modeling of the middle atmosphere: effects from external forcing. Lawrence Livermore National Laboratory report UCRL-JC-103405ABS; Proceedings of XXVIII COSPAR Plenary.

Wuebbles, D.J., and D.E. Kinnison, 1990: Sensitivity of stratospheric ozone to present and possible future aircraft emissions. In *Air Traffic and the Environment—Background Tendencies and Potential Global Atmospheric Effects,* U. Schumann, editor, Springer-Verlag, Berlin.

Wuebbles, D.J., D.E. Kinnison, K.E. Grant, and J. Lean 1991: The effect of solar flux variations and trace gas emissions on recent trends in stratospheric ozone and temperature. *J. Geomagnetism and Geoelectricity,* 43, 709–718 (actually published in 1992).

Wuebbles, D.J., and J. Edmonds, 1991: *A Primer on Greenhouse Gases.* Lewis Publishers, Chelsea, Michigan.

Edmonds, J. and D.J. Wuebbles, 1991: Greenhouse gases: sources and emissions. In *The World Coal Institute, Coal and the Environment,* London, United Kingdom. LLNL report UCRL-JC-108318.

Edmonds, J., D. Wuebbles, and W. Chandler, 1991: Greenhouse gases: What is their role in climate change? *Limiting the Greenhouse Effect: Controlling Carbon Dioxide Emissions*, Edited by G.I. Pearman, J. Wiley and Sons, West Sussex, England, UK, 1991.

Wuebbles, D.J., J. Edmonds, S. MacDonald, and R. Bradley, 1991: State of the science in estimating atmosphere/climate change relationships, Chapter 1 in *Limiting Net Greenhouse Emissions in the United States. Volume II, Policy Analysis*, U.S. Department of Energy report DOE/PE-0101.

Tamaresis, J., D.E. Kinnison, and D.J. Wuebbles, 1991: A condensed global photochemical mechanism for two-dimensional atmospheric models. Lawrence Livermore National Laboratory report UCRL-ID-108377.

Wuebbles, D.J., 1991: On the Global Warming Potentials of candidate gaseous diffusion plant coolants. Special report for the U.S. Department of Energy; also Lawrence Livermore National Laboratory report UCRL-ID-109277, 1991.

Ministry of Research, Science and Technology (D. Wuebbles, co-author), 1991: *New Zealand Science Review: Atmospheric and Climate Research*, New Zealand government.

Ness, G., D.J. Wuebbles, et al., 1991: Biogeochemical cycles and population dynamics, Summary report of the 1991 Session II of the Aspen Global Change Institute.

Wuebbles, D.J., and D.A. Rotman, 1991: Final report for CHAMMP pilot project: Scientific development of the Advanced Parallel Chemistry (APACHE) Climate Model, Lawrence Livermore National Laboratory report UCRL-ID-109264.

Wuebbles, D.J., J. Tamaresis, and D.E. Kinnison, 1991: Effects of increasing methane on tropospheric and stratospheric chemistry, Proceedings of the NATO Advanced Research Workshop on Atmospheric Methane Cycle: Sources, Sinks, Distributions and Role in Global Change; also Lawrence Livermore National Laboratory report UCRL-JC-108376.

Intergovernmental Panel on Climate Change (IPCC, co-author), 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney, editors, Working Group I, Scientific Assessment of Climate Change. Cambridge University Press, Cambridge UK.

Kinnison, D.E., and D.J. Wuebbles, 1992: Sensitivity of stratospheric ozone and other important trace gases to proposed future aircraft emissions. Lawrence Livermore National Laboratory report UCRL-JC-109700. Also published as a special report by the Douglas Aircraft Company.

Miller, A.J., R.M. Nagatani, G.C. Tiao, X.F. Niu, G.C. Reinsel, D. Wuebbles, and K. Grant, 1992: Comparisons of observed ozone and temperature trends in the lower stratosphere. *Geophys. Res. Lett.*, 19, 929–932; Also LLNL UCRL-JC-108378.

Prather, M.J., H.L. Wesoky, R.C. Miake-Lye, A.R. Douglass, R.P. Turco, D.J. Wuebbles, M.K.W. Ko, and A.L. Schmeltekopf, 1992: *The Atmospheric Effects of Stratospheric Aircraft: A First Program Report*. NASA Reference Publication 1272.

World Meteorological Organization (WMO, lead author on two chapters and contributing author on two chapters), 1991: *Scientific Assessment of Ozone Depletion, 1991*. Global Ozone Research and Monitoring Project, Report No. 25, Geneva, Switzerland.

Wuebbles, D.J., S.L. Baughcum, J.H. Gerstle, J. Edmonds, D.E. Kinnison, N. Krull, M. Metwally, A. Mortlock, and M. Prather, 1992: Designing a methodology for future air travel scenarios. Chapter 4 in *The Atmospheric Effects of Stratospheric Aircraft: A First Program Report*., M.J. Prather, H.L. Wesoky, R.C. Miake-Lye, A.R. Douglass, R.P. Turco, D.J. Wuebbles, M.K.W. Ko, and A.L. Schmeltekopf, editors, NASA Reference Publication 1272.

Wuebbles, D.J., 1993: Global climate change due to radiatively active gases. In *Global Atmospheric Chemical Change*, C.N. Hewitt and W.T. Sturges, editors, Elsevier Applied Science Publishers Ltd., Essex, England.

Wuebbles, D.J., 1992: Global atmospheric chemistry and its role in climate change. In *The Biogeochemistry of Carbon Dioxide and the Greenhouse Effect*, M. Farrell, editor, Lewis Publishers, Chelsea, MI.

Wuebbles, D.J., J. Edmonds, J. Dignon, W. Emanuel, D. Fisher, R. Gammon, R. Hangebrauck, R. Harriss, M.A.K. Khalil, J. Spence, and T. Thompson, 1992: Emissions and budgets of radiatively important atmospheric constituents. *The Engineering Response to Global Climate Change: A Workshop for Planning a Research and Development Agenda*, R. Watts, editor (later version published in 1997 book by Lewis Publishers).

Wuebbles, D.J., and J. Tamaresis, 1992: The role of methane in the global environment, *Atmospheric Methane*, M.A.K. Khalil, editor, Springer-Verlag Publishers; also Lawrence Livermore National Laboratory report UCRL-JC-109880.

Wuebbles, D.J., and K.O. Patten, 1992: Sensitivity of Global Warming Potentials to the assumed background atmosphere, Lawrence Livermore National Laboratory report UCRL-ID-109847.

Wuebbles, D.J., 1992: NASA High Speed Research Program Emissions Scenarios Committee: Report of meetings on September 26, 1991 and January 9, 1992, prepared for NASA High Speed Research Program; also Lawrence Livermore National Laboratory report UCRL-ID-109860.

Wuebbles, D.J., J.E. Penner, and D.A. Rotman, 1992: Atmospheric chemistry and climate predictability: Towards an Advanced Climate Model, presented at the CHAMMP Science Team Meeting, March 16–18, 1992; also Lawrence Livermore National Laboratory report UCRL-JC-110812.

Kinnison, D.E., K.E. Grant, P.S. Connell, and D.J. Wuebbles 1992: Effects of the Mt. Pinatubo eruption on the radiative and chemical processes in the troposphere and stratosphere. Proceedings of the International Quadrennial Ozone Symposium, Charlottesville, VA, June 4–13. LLNL Report UCRL-JC-108956.

Ko, M., D. Weisenstein, C. Jackman, A. Douglass, K. Brueske, D.J. Wuebbles, D.E. Kinnison, G. Brasseur, J. Pyle, A. Jones, R. Harwood, I. Isaksen, F. Stordal, and R. Seals, 1992: Ozone Response to Aircraft Emissions: Sensitivity Studies with Two-Dimensional Models. Chapter 5 in *The Atmospheric Effects of Stratospheric Aircraft: A First Program Report*., M.J. Prather, H.L. Wesoky, R.C. Miake-Lye, A.R. Douglass, R.P. Turco, D.J. Wuebbles, M.K.W. Ko, and A.L. Schmeltekopf, editors, NASA Reference Publication 1272.

Wuebbles, D.J., K.O. Patten, K.E. Grant, and A.K. Jain, 1992: Sensitivity of direct global warming potentials to key uncertainties. Lawrence Livermore National Laboratory report UCRL-ID 111461.

Kinnison, D.E., and D.J. Wuebbles, 1992: Impact of supersonic and subsonic aircraft on ozone: Including heterogeneous chemical reaction mechanisms. Proceedings of International Quadrennial Ozone Symposium, Charlottesville, VA, June 4–13. LLNL Report UCRL-JC-108951.

Kinnison, D.E., K.E. Grant, P.S. Connell, and D.J. Wuebbles, 1992: Effects of the Mt. Pinatubo eruption on the radiative and chemical processes in the troposphere and stratosphere. International Quadrennial Ozone Symposium, Charlottesville, VA, June 4–13 (LLNL Report UCRL-JC-108956).

Connell, P.S., D.E. Kinnison, D.J. Wuebbles, J.D. Burley, and H.S. Johnson, 1992: Effects of stratospheric aerosol surface processes on the LLNL two-dimensional zonally averaged model. Proceedings of International Quadrennial Ozone Symposium, Charlottesville, VA, June 4–13. LLNL Report UCRL-JC-108955.

Patten, Kenneth O., Jr., P.S. Connell, D.E. Kinnison, and D.J. Wuebbles, 1992: An investigation of the processes controlling ozone in the upper stratosphere. Proceedings of International Quadrennial Ozone Symposium, Charlottesville, VA, June 4–13. LLNL Report UCRL-JC-108954.

Wuebbles, D.J., D.E. Kinnison, K.E. Grant, and P.S. Connell, 1992: Effects of the Mt. Pinatubo eruption on the chemistry, radiative, and transport processes in the stratosphere. LLNL Report UCRL-JC-111848. Proceedings of the *American Meteorological Society 73rd AMS Annual Meeting*, Anaheim, CA, January 17–22, 1993.

Kinnison, D.E., D.J. Wuebbles, and H.S Johnston, 1992: Impact of subsonic and proposed supersonic aircraft on ozone: Including detailed hydrocarbon and heterogeneous chemical reaction mechanisms; HSRP/AESA Annual Meeting, Virginia Beach, VA, May 1992. LLNL Report UCRL-109813ABS.

Miller, A.J., R.M. Nagatani, G.C. Tiao, X.F. Nui, G.C. Reinsel, D.J. Wuebbles, and K.E. Grant, 1992: Comparisons of observed ozone and temperature trends in the lower stratosphere with a theoretical model. Proceedings of *Eighth AMS Conference on the Middle Atmosphere*, Atlanta, GA, January 5–10, 1992. LLNL Report UCRL-JC-111459.

Wuebbles, D.J., 1992: Scenario development for the 1993 assessment: Report of the emissions scenarios committee. HSRP/AESA Annual Meeting, May, 1992. LLNL Report UCRL-JC-109812ABS.

Wuebbles, D.J., P.S. Connell, D.E. Kinnison, K.O. Patten, J. Water, L. Froidevaux, F.W. Taylor, C.D. Rodgers, A. Roche, and J. Kumer, 1992: An investigation into the budgets and processes controlling stratospheric ozone. *Committee on Space Research (COSPAR)*, Washington, DC, August 28–September 5, LLNL Report UCRL-JC-109682.

Wuebbles, D.J., and A.S. Grossman, 1992: Global warming potential for $CF_4$. LLNL Report UCRL-ID-112295.

Wuebbles, D.J., and D.E. Kinnison, 1992: Sensitivity of stratospheric ozone and other important trace gases to proposed future aircraft emissions. LLNL Report UCRL-ID-109700.

Wuebbles, D.J., K.O. Patten, K.E. Grant, and A.K. Jain, 1992: Sensitivity of direct global warming potentials to key uncertainties. LLNL Report UCRL-ID-111461.

Wuebbles, D.J., 1993: Potential Effects of HFC-152a on Global Ozone and Climate. Bay Area Quality Management District Workshop, San Francisco, CA, January 26. LLNL Report UCRL-JC-112945.

Grossman, A.S. and D.J. Wuebbles,1993: Global Warming Potential for $SF_6$.Submitted to Special Report of Norwegian Institute for Air Research. LLNL Report UCRL-ID-112944.

Sarmiento, J.L., J.C. Orr, D.J. Wuebbles and D.E. Kinnison, 1993: Oceanic $N_2O$ Production Resulting from Southern Ocean Iron Fertilization.  LLNL Report UCRL-JC-111552.

Kinnison D.E., D.J., Wuebbles, P.S. Connell, and K.E. Grant, 1993: Modeled Impacts of UARS observed PSC and sulfate aerosol on stratospheric chemcial families. UARS science team meeting, March 22-26, 1993, Virginia Beach, VA.

Kinnison, D.E., and D.J. Wuebbles, 1993: Sensitivity studies of the impact of high altitude aircraft on the middle atmosphere. Proceedings of 3rd Annual Meeting: The Atmospheric Effects of Stratospheric Aircraft, NASA's High Speed Research and Upper Atmosphere Programs, June 7-11, Virginia Beach, VA. LLNL UCRL-115012.

Wuebbles, D.J., and D.E. Kinnison, 1993: Issues and concerns about global atmospheric ozone. *Energy: The International Journal,* 18, 1249-1262. LLNL Report UCRL-JC-113703).

Wuebbles, D.J., and D.E. Kinnison, 1993: A primer on global atmospheric ozone. *The Ins and Outs of Ozone,* American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE). LLNL Report UCRL-JC-113704.

Wuebbles, D.J., et al., 1992: Global atmospheric trace constituents and their effects on ozone and climate. LLNL UCRL-

Rotman, D.A., J.E. Penner, and D.J. Wuebbles, 1993: Three Dimensional Chemical Transport Modeling. Special Report for Proceedings of DOE CHAMMP Science Team Meeting, Monterey, CA, March 14-16. LLNL UCRL JC-115013.

Wuebbles, D.J., P. S. Connell, K.E. Grant, D.E. Kinnison, and D.A. Rotman, 1993: LLNL two-dimensional chemical-radiative-transport model. *The Atmospheric Effects of Stratospheric Aircraft: Report of the 1992 Models and Measurements Workshop.*, M.J. Prather, and E.E. Remsberg, editors, NASA Reference Publication 1292, 1.

Jackman, C.H. and D.J. Wuebbles, 1993: Model-model comparison of idealized tracers X1 & X2. *The Atmospheric Effects of Stratospheric Aircraft: Report of the 1992 Models and Measurements Workshop.*, M.J. Prather, and E.E. Remsberg, editors, NASA Reference Publication 1292, 3.

Wuebbles, D.J., et. al., 1993: A theoretical investigation of the chemical and radiative effects on ozone from the eruption of Mt. Pinatubo, Proceedings of IAMAP-IAGA Symposium on the Middle Atmosphere Sciences, July 12-23,Yokohama, Japan. LLNL UCRL-JC-113817.

Wuebbles, D.J., and A.S. Grossman, 1993: Critical issues in modeling the changes in UV-B. Proceedings of UV-B Critical Issues Workshop, February 24–26, Cocoa Beach, Florida.

Grossman, A.S., K.E. Grant, and D.J. Wuebbles, 1993: Radiative forcing calculations for $SF_6$ and $CH_4$ using a correlated k-distribution transmission model. LLNL UCRL-ID-115042.

Wuebbles, D.J., 1993: Trends in global ozone and relationship to human activities. Paper for Corporate Conservation Council / National Wildlife Federation, May 5, Santa Fe, New Mexico.

Wuebbles, D.J., and R.N. Seals, 1993: NASA HSRP Emissions Scenarios Committee Meeting, June 7, 1993. LLNL report UCRL -ID-115041.

Wuebbles, D.J., 1993: Global atmospheric chemistry and its role in climate change: Chapter in *Biogeochemistry of Global Change*, R. Oremland, ed. Springer. LLNL report UCRL -JC-115043.

NASA UARS (lead author), 1993: Upper Atmosphere Research Satellite Validation Workshop II Report: Temperature and Constituents, October 12-16, 1992. Edited by John Gille and William Grose, NASA Conference Publication 3317.

Jain, A.K., and D.J. Wuebbles, 1993: $CO_2$ Impulse response curves for GWP calculations. Special report for DOE. LLNL Report UCRL-ID-115333.

Choi, W.K., D.J. Wuebbles, 1993: Numerical procedure for planetary wave solution. Special report for DOE. LLNL report UCRL-ID-115335.

Wuebbles, D.J., 1993: Emissions scenarios development: Report of the emissions scenarios committee. In *The Atmospheric Effects of Stratospheric Aircraft: A Third Program Report*, NASA Reference Publication 1313, November 1993.

Wuebbles, D.J., S.L. Baughcum, M. Metwally, R.K. Seals, Jr., 1993: Emissions scenarios development: overview and methodology. In *The Atmospheric Effects of Stratospheric Aircraft: A Third Program Report*, NASA Reference Publication 1313, November 1993.

Baughcum, S.L., M. Metwally, R.K. Seals, D.J. Wuebbles, 1993: Emissions scenarios development: completed scenarios database. In *The Atmospheric Effects of Stratospheric Aircraft: A Third Program Report*, NASA Reference Publication 1313, November 1993.

Donald J. Wuebbles—Curriculum Vitae                    February 22, 2018

Ko, M.W.K., A.R. Douglass, et al. (coauthor) 1993: Update of model simulations for the effects of stratospheric aircraft. In *The Atmospheric Effects of Stratospheric Aircraft: A Third Program Report*, NASA Reference Publication 1313.

Wuebbles, D.J., 1994: The role of refrigerants in climate change. Proceedings of SINTEF/International Symposium on Refrigeration, Energy and Environment, Trondheim, Norway, June 22-24, 1992; LLNL Report UCRL-JC-110859-Rev.1. *International Journal of Refrigeration*, 17, 7-17, 1994.

Wuebbles, D.J., S.L. Baughcum, M. Metwally, and R.K. Seals, Jr., 1993: Fleet operational scenarios, in the Atmospheric effects of stratospheric aircraft: An Interim Assessment of the NASA High Speed Research Program, NASA Reference Publication 1333.

Wuebbles, D.J., et al., 1993, *UV-B Critical Issues Workshop*. Report for U.S. Department of Energy.

Patten, K.O., D.J. Wuebbles, G.J. Smith, 1993: Initial ultraviolet-B intensity data at Lawrence Livermore National Laboratory. LLNL UCRL-ID-115334.

Grossman, A.S., K.E. Grant, D.J. Wuebbles, 1993: Radiative flux calculations at UV and visible wavelengths. LLNL UCRL-ID-115336.

Wuebbles, D.J., 1993: Project report: Aircraft. Presented at the Fourth International Workshop on Global Emissions Inventories, Boulder, CO, November 30-December 2, 1993. UCRL-JC-115036.

Jain, A.K., and D.J. Wuebbles, 1993: Integrated assessment of climate change. Paper for the Air and Waste Management Association. LLNL UCRL-JC-115311.

Wuebbles, D.J., and A.K. Jain, 1993: Carbon cycle modeling calculations for the IPCC. Special paper for  IPCC Planning Meeting, Hamburg, Germany, May, 1993. LLNL UCRL-JC-115337.

Grossman, A.S., K.E. Grant, D.J. Wuebbles, 1993: Tropospheric radiative forcing of $O_3$ (LLNL UCRL-ID-115827).

Wuebbles, D.J., J.S. Tamaresis, and K.O. Patten, 1994: Quantified estimates of total GWPs for greenhouse gases taking into account tropospheric chemistry. LLNL UCRL-ID-115850.

Patten, K. O., P. S. Connell, D. E. Kinnison, D. J. Wuebbles, L. Froidevaux, and T. G. Slanger, 1994: Effect of vibrationally excited oxygen on ozone production in the stratosphere. *J. Geophys. Res.,* 99, 1211–1224.

Wuebbles, D.J., 1994: Global warming potentials and other indices for representing greenhouse gas effects on climate, prepared for the U.S. Department of Energy, (LLNL Report).

Kinnison, D.E., D.J. Wuebbles, H.S. Johnston, 1994: Model Study of Atmospheric Transport Using Carbon-14 and Strontium-90 as Inert Tracers. *Journal of Geophysical Research.*, 99, 20647-20664.

Kinnison, D.E., K.E. Grant, P.S. Connell, and D.J. Wuebbles, 1994: The chemical and radiative effects of the Mt. Pinatubo eruption. *J. Geophys. Res.*, 99, 25705-25731.

Wuebbles, D.J., 1995: Air pollution and climate change. Chapter 14 in *Composition, Chemistry, and Climate of the Atmosphere Air Pollution, Air Chemistry, and Global Change,* H.B. Singh, editor, Von Nostrand Reinhold Publishers.

Roche A.E., J.B. Kumer, J.L. Mergenthaler, D.J. Wuebbles, P.S. Connell, and D.E. Kinnison, 1994: Global observations of stratospheric ClONO2, HNO3, and aerosols by the UARS CLAES Experiment, between January 1992 and April 1993. *J. Atmos. Sci.*, 51, 2877-2902.

Rotman, D.A., and D.J. Wuebbles, 1994: Coupled chemistry/climate issues. Lawrence Livermore National Laboratory Report UCRL-ID-118434.

Jain, A.K., H. S. Kheshgi, and D.J. Wuebbles, 1994: Integrated science model for assessment of climate change. Proceedings of the 87th Annual Meeting and Exposition of the Air and Waste Management Association, June 19-24, 1994.

Choi, W–K, D.A. Rotman, and D.J. Wuebbles, 1994: Calculation of a residual mean circulation for a zonal-mean tracer transport model. Lawrence Livermore National Laboratory Report UCRL-ID-119565

Choi, W–K, D.A. Rotman, and D.J. Wuebbles, 1995: Eddy heat flux convergence in the troposphere and its effect on the meridional circulation and ozone distribution. *J. Atmos.Sci.*, 52, 4472-4481.

Jain, A.K., H.S. Kheshgi, M.I. Hoffert, and D.J. Wuebbles, 1995: Distribution of radiocarbon as a test of global carbon cycle models. *Global Biogeochemical Cycles*, 9, 153-166.

Wuebbles, D.J., A.K. Jain, K.E. Grant, and K.O. Patten, 1995: Sensitivity of direct global warming potentials to key uncertainties. *Climate Change*, 29, 265-297.

Miller, A.J., G.C. Tiao, G.C. Reinsel, D. Wuebbles, L. Bishop, J. Kerr, R.M. Nagatoni, J.J. Deluisi and C.L. Mateer, 1995: Comparisons of observed ozone trends in the stratosphere through examination of Umkehr and balloon ozonesonde data. *J. Geophys. Res.*, 100, 11,209-11,217.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Solomon, S., D. Wuebbles, I. Isaksen, J. Kiehl, M. Lal, P. Simon, and N.Sze, 1994: Ozone Depletion Potentials, Global Warming Potentials, and future chlorine /bromine loading. Chapter 13 in *Scientific Assessment of Ozone Depletion: 1994*. World Meteorological Organization report, Global Ozone Research and Monitoring Project–Report No. 37.

Albritton, D.L., R.G. Derwent, I.S.A. Isaksen, M. Lal, and D.J. Wuebbles, 1995: Trace gas radiative forcing indices. In *Climate Change 1994: Radiative Forcing of Climate Change*, Intergovernmental Panel on Climate Change, Cambridge University Press.

Jain, A.K., H.S. Kheshgi, and D.J. Wuebbles, 1995: Use of carbon isotopes for the calibration of global carbon cycle models. Proceedings of the Tsukuba Global Carbon Cycle Workshop, Feb. 1-3, Tsukuba, Japan.

Kheshgi, H.S., A.K Jain, and D.J. Wuebbles, 1995: Accounting for the missing carbon sink in global carbon cycle models. Proceedings of the Tsukuba Global Carbon Cycle Workshop, Feb. 1-3, Tsukuba, Japan.

Wuebbles, D.J., K.O. Patten, and A.S. Grossman, 1995: Radiometer measurements and modeling of ultraviolet radiation at LLNL. Lawrence Livermore National Laboratory Report UCRL-ID-119709.

Wuebbles, D.J., 1995: Weighing functions for ozone depletion and greenhouse gas effects on climate. *Annual Reviews of Energy and the Environment*, **20**, 45-70.

Li, L., T.R. Nathan, and D.J. Wuebbles, 1995: Topographically forced planetary wave breaking in the stratosphere. *Geophys. Res. Lett.*, 22, 2953-2956.

Wuebbles, D.J., K.O. Patten, D.E. Kinnison, and S. Baughcum, 1995: Sensitivity studies on aircraft operational scenarios. Proceedings of the 5th Annual Meeting on the Atmospheric Effects of Aviation. NASA Publication.

Miller, A.J., R.M. Nagatoni, G.C. Tiao, X.F. Niu, G.C. Reinsel, D. Wuebbles, K. Grant, L. Bishop, J. Kerr, W. Planet and R. McPeters, 1995: Trends of stratospheric ozone and temperature. In *Diagnostic Tools in Atmospheric Physics*, edited by G. Fiocco and G. Visconti. IOS Press, Amsterdam.

Committee on Aviation Environmental Protection (member and coauthor), 1995: *Report of the Emissions Inventory Sub-Group*. International Civil Aviation Organization, Bonn, Germany.

Wuebbles, D.J., 1995: Utility of past atmospheric nuclear test data in global climate change research: the need for new analyses. Report for the U.S. Department of Energy.

Wuebbles, D.J., and A.K. Jain, 1995: Concerns about climate change and $SF_6$. Proceedings of the Conference on $SF_6$ Use in Electrical Transmission and Distribution Systems. Washington, D.C., August 9-10, 1995, U.S. Environmental Protection Agency.

Stolarski, R., et al. (contributing author), 1995: *1995 Scientific Assessment of the Atmospheric Effects of Stratospheric Aircraft*. NASA Reference Publication 1381, Washington, D.C.

Wuebbles, D.J., 1996: Greenhouse gases. *Encyclopedia of Climate and Weather*, Oxford University Press, Oxford, U.K.

Wuebbles, D.J., 1996: Trace gases. *Encyclopedia of Climate and Weather*, Oxford University Press, Oxford, U.K.

Kheshgi, H.S., A.K. Jain, and D.J. Wuebbles, 1996: Accounting for the missing carbon sink with the $CO_2$ fertilization effect. *Climatic Change*, 33, 31-62.

Miller, A.J., S.M. Hollandsworth, L.E. Flynn, G.C. Tiao, G.C. Reinsel, L. Bishop, R.D. McPeters, W.G. Planet, J.J. DeLuisi, C.L. Mateer, D. Wuebbles, J. Kerr, and R.M. Nagatani, 1996: Comparisons of observed ozone trends and solar effects in the stratosphere through examination of ground-based Umkehr and combined SBUV, SBUV/2 satellite data. *J. Geophys. Res.*, 101, 9017-9021.

Hammitt, J.K., A.K. Jain, J.L. Adams, and D. J. Wuebbles, 1996: A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature*, 381, 301-303.

Intergovernmental Panel on Climate Change (IPCC, lead author of one chapter), 1996: *Climate Change 1995: The Science of Climate Change*. J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell, editors, Cambridge University Press, Cambridge, U.K.

Jain, A.K., H.S. Kheshgi, and D.J. Wuebbles, 1996: A globally aggregated reconstruction of cycles of carbon and its isotopes. *Tellus*, 48B, 583-600.

Song, N., D. O'C. Starr, D. Wuebbles, A. Williams, and S. Larson, 1996: Volcanic aerosols and interannual variation of high clouds. *Geophys. Res.* Lett., 23, 2657-2660.

Connell, P.S., D.E. Kinnison, D.J. Bergmann, K.O. Patten, D.J. Wuebbles, R.G. Daniel, C.K. Williamson, A.W. Miziolek, and R.E. Huie, 1996: Environmental effects of halon replacements: considerations for advanced agents and the Ozone Depletion Potential of $CF_3I$. Proceedings of the Halon Options Technical Working Conference, Albuquerque, N.M., May 7-9.

Hammitt, J.K., A.K. Jain, J.L. Adams, and D. J. Wuebbles, 1996: Costing the Earth. *Nature*, 383, 571.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Connell, P. S., D. E. Kinnison, D. J. Bergmann, K. O. Patten, D. J. Wuebbles, The response of stratospheric ozone to surface emissions of $CH_3I$ and $CF_3I$ in the LLNL 2-d chemistry/transport model. Proceedings of the XVIII Quadrennial Ozone Symposium, L'Aquila, Italy, 12-21 September (1996).

Wuebbles, D.J., Z. Li, and K.O. Patten, 1996: Estimated Ozone Depletion Potentials and Global Warming Potentials for $1-C_3F_7I$, $1-C_4F_9I$, and $1-C_6F_{13}I$. Report for Environmental Technology and Education Center, Albuquerque, N.M.

Wuebbles, D.J., and D.E. Kinnison, 1996: Predictions of future ozone changes. *Int. J. Environ. Studies*, 51, 269-283.

Wuebbles, D.J., 1996: Three-dimensional chemistry in the greenhouse. *Climatic Change*, 34, 397-404.

Jain, A.K., H.S. Kheshgi, and D.J. Wuebbles, 1997: Is there an imbalance in the global budget of bomb-produced radiocarbon? *J. Geophys. Res.*, 102, 1327-1333.

Wuebbles, D.J., A.K. Jain, K.O. Patten, and P.S. Connell, 1997: Evaluation of Ozone Depletion Potentials for Chlorobromomethane ($CH_2ClBr$) and 1-bromo-propane ($C_3H_7Br$). *Atmos. Environ.*, 32, 107-114.

Friedl, R.R., et al. (lead author), 1997: *1996 Interim Assessment of the Atmospheric Effects of Subsonic Aircraft*. NASA Reference Publication 1400.

Grossman, A., K.E. Grant, and D.J. Wuebbles, 1997: Radiative forcing calculations for CH3Cl and CH3Br. *J. Geophys. Res.*, 102, 13,651-13,656.

Hayhoe, K.A.S., A.K. Jain, and D.J. Wuebbles, 1997: An assessment of the 'safe emission corridor' analysis technique. Special report for the U.S. Environmental Protection Agency.

Wuebbles, D.J., A.K. Jain, and Z. Li, 1997: The atmospheric lifetime and estimated Global Warming Potentials for perfluoropropylene ($C_3F_6$). Special report for the U.S. Environmental Protection Agency.

National Academy of Sciences (lead author), 1997: *Fire Suppression Substitutes and Alternatives to Halon for U.S. Navy Applications*. National Academy Press, Washington, D.C.

Kheshgi, H.S., A. K. Jain, and D. J. Wuebbles, 1997: Analysis of proposed $CO_2$ emission reductions in the context of stabilization of $CO_2$ concentration, Air and Waste Management Association, paper 97-TA53.02.

Patten, K. O., Z. Li, D. J. Wuebbles, and S. P. Sander, 1997: Effects of some recent chemistry developments on methyl bromide ozone depletion potential. Proceedings of the 1997 Methyl Bromide State of the Science Workshop,June 10-12, Monterey, CA.

Wuebbles, D.J., and J. M. Calm, 1997: An environmental rationale for retention of endangered chemical species. *Science*, 278, 1090-1091.

Miller, A.J., L.E. Flynn, S.M. Hollandsworth, J.J. DeLuisi, I.V. Petropavlovskikh, G.C. Tiao, G.C. Reinsel, D.J. Wuebbles, J. Kerr, R.M. Nagatani, L. Bishop, and C.H. Jackman, 1997: Information content of Umkehr and SBUV(2) satellite data for ozone trends and solar responses in the stratosphere. *J. Geophys. Res.*, 102, 19,257-19,263.

Wuebbles, D.J., B.J.Y. Wuebbles, and N. Rosenberg, 1997: Global climate change and the world food supply. *The Future of World Food*, G. Nelson, editor.

Jarisch, M., D. Offermann, M. Riese and D.J. Wuebbles, 1997: Measurements of stratospheric trace gases by a balloon-borne infrared spectrometer in France. *J. Atmos. and Solar-Terr. Physics*, 59, 1747-1755.

Reiner, E., R. Atkinson, J. Calvert, H. Jeffries, J. Pearson, M. Pilling, J. Pinto, and D. Wuebbles, 1998: White paper on research needs in atmospheric chemistry. In *State of the Science White Papers in support of The Chemical Industry's Long Range Research Initiative*, January, 1998.

Wuebbles, D. J., C.-F. Wei, and K. O. Patten, 1998: The distribution of stratospheric ozone during the Maunder Minimum. In *Atmospheric Ozone*, Proceeding of the XVIII Quadrennial Ozone Symposium, L'Aquila, Italy, September 12-21, 1996, R. D. Bojkov and G. Visconti, editors, International Ozone Commission, Geneva..

Patten, K. O., D. J. Wuebbles, Z. Li, and S. P. Sander, 1998: Effects of recent bromine chemistry experiments on modeled stratospheric ozone. In *Atmospheric Ozone*, Proceeding of the XVIII Quadrennial Ozone Symposium, L'Aquila, Italy, September 12-21, 1996, R. D. Bojkov and G. Visconti, editors, International Ozone Commission, Geneva..

Wuebbles, D.J., and N. J. Rosenberg, 1998: The natural science of global climate change. In *Human Choice and Climate Change: An International Assessment, volume 2, Resources and Technology*. S. Rayner and E. L. Malone, editors, Battelle Press, Columbus, Ohio.

Wuebbles, D.J., C.-F. Wei, and K.O. Patten, 1998: Effects on stratospheric ozone and temperature during the Maunder Minimum. *Geophys. Res. Lett.*, 25, 523-526.

Good, D. A., J. S. Francisco, A. K. Jain, and D. J. Wuebbles, 1998: Lifetimes and Global Warming Potentials for dimethyl ethers and for fluorinated ethers: CH3OCF3 (E143a), CHF2OCHF2 (E134), CHF2OCF3 (E125). *J. Geophys. Res.*, 103, 28181-28186.

Wuebbles, D. J., R. Kotamarthi, and K. O. Patten, 1998: Updated evaluation of Ozone Depletion Potentials for Chlorobromomethane ($CH_2ClBr$) and 1-bromo-propane ($C_3H_7Br$). *Atmos. Environ.*, 33, 1641-1643.

Hayhoe, K.A.S., H.S. Kheshgi, A.K. Jain, and D.J. Wuebbles, 1998:Tradeoffs in fossil fuel use: the effects of CO2, CH4, and SO2 aerosol emissions on climate. *World Resources Review*, 10, 321-333.

Wuebbles, D. J., 1998: Scale dependence and atmospheric chemistry. In *Elements of Change 1997*, S. J. Hassol and J. Katzenberger, editors, Aspen Global Change Institute.

Weatherhead, E. C., G. C. Reinsel, G. C. Tiao, X.-L. Meng, D. Choi, W.-K. Cheang, T. Keller, J. DeLuisi, D. J. Wuebbles, J. B. Kerr, A. J. Miller, S. J. Oltmans, and J. B. Frederick, 1998: Factors affecting the detection of trends: statistical considerations and applications to environmental data. *J. Geophys. Res*., 103, 17149-17161.

Hoffert, M.I..,K. Caldeira, A.K. Jain, L.D Harvey, E.F. Haites, S. D. Potter, S. H. Schneider, R.G. Watts, T.M.L. Wigley, and D.J. Wuebbles, 1998: Energy implications of future stabilization of atmospheric $CO_2$ content. *Nature*, 395, 881-884.

Rahmes, T.F., A. H. Omar, and D. J. Wuebbles, 1998: Atmospheric distributions of soot particles by current and future aircraft fleets and resulting radiative forcing on climate. *J. Geophys. Res.*, 103, 31657-31667.

Wuebbles, D. J., 1998: Potential impacts from use of n-propyl bromide ($CH_2BrCH_2CH_3$). Report for the U. S. Environmental Protection Agency.

Wuebbles, D. J., 1998: Insights on the global environment, Mending the Ozone Hole: Science, Technology, and Policy by Arjun Makhijani and Kevin R. Gurney, 1995, MIT press, 360 pp. *J. Political Ecology*, 5, 11-13.

Calm, J.M., D.J. Wuebbles, and A.K. Jain, 1999: Impacts on global ozone and climate from use and emission of 2,2-dichloro-1,1,1-trifluoroethane (HCFC-123) emissions. *Climatic Change*, 42, 439-474.

Wuebbles, D. J., A. Jain, R. Kotamarthi, V. Naik, and K. O. Patten, 1999: Replacements for CFCs and halons and their effects on stratospheric ozone. In *Recent Advances in Stratospheric Processes*, T. R. Nathan and E. Cordero, editors, Research Signpost, Trivandrum, India.

Kheshgi, H. S., A. K. Jain, V. R. Kotamarthi, and D. J. Wuebbles, 1999: Future atmospheric methane emissions in the context of the stabilization of greenhouse gas concentrations. *J. Geophys. Res.*, 104, 19183-19190.

Kheshgi, H.S., A.K. Jain, and D.J. Wuebbles, 1999: The global carbon budget and its uncertainty derived from carbon dioxide and carbon isotope records. *J. Geophys. Res.,* 104, 31127-31143.

Wuebbles, D. J., R. Kotamarthi, and K. O. Patten, 1999: Updated evaluation of Ozone Depletion Potentials for Chlorobromomethane ($CH_2ClBr$) and 1-bromo-propane ($CH_2BrCH_2CH_3$). *Atmospheric Environment*, 33, 1641-1643.

Weatherhead, E. C., G. C. Reinsel, G. C. Tiao, G. A. Meehl, J. Christy, R. M. Nagatani, X.-L. Meng, D. Choi, W.-K. Cheang, T. Keller, J. DeLuisi, D. J. Wuebbles, J. B. Kerr, A. J. Miller and J. E. Frederick, 1999: The detection of climate change: estimates of time required to detect trends in atmospheric temperatures. Report for NOAA.

Kotamarthi, V. R., D. J. Wuebbles, and R. A. Reck, 1999: Effects of non-methane hydrocarbons on lower stratospheric and upper tropospheric 2-D zonal average model chemical climatology. *J. Geophys, Res*., 104, 21537-21547.

Wuebbles, D. J., A. Jain, J. Edmonds, D. Harvey and K. Hayhoe, 1999: Global change: the state of the science. *Environmental Pollution*, 100, 57-86.

Hayhoe, K., A. Jain, H. Pitcher, C. MacCracken, M. Gibbs, D. Wuebbles, R. Harvey, and D. Kruger, 1999: Cost implications of multi-greenhouse gas reduction targets for the U.S. *Science*, 286, 905-906.

Wuebbles, D. J., V. Naik, A. K. Jain, and K. O. Patten, 1999: Lifetimes and GWPs of replacement compounds: final report on new evaluations. Report for the Alternative Fluorocarbon Environmental Acceptability Study.

Reinsel, G. C., G. C. Tiao, A. J. Miller, R. M. Nagatani, D. J. Wuebbles, E. C. Weatherhead, W.-K. Cheang, L. Zhang, L. E. Flynn, and J. B. Kerr, 1999: Update of Umkehr ozone profile data trend analysis through 1997. *J. Geophys. Res.*, 104, 23,881-23,898.

Madronich, S., G. J. M. Velders, et al. (co-author), 1999: Halocarbon scenarios for the future ozone layer and related consequences. In *Scientific Assessment of Ozone Depletion: 1998*, World Meteorological Organization, Global Ozone Research and Monitoring Project – Report No. 44, Geneva.

Isaksen, I., C. Jackman, et al. (co-author), 1999: Modeling the chemical composition of the future atmosphere. In *Aviation and the Global Atmosphere*, Intergovernmental Panel on Climatic Change, Cambridge University Press, Cambridge, UK.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Henderson, S. C., U. K. Wickrama, et al. (co-author), 1999: Aircraft emissions: current inventories and future scenarios. In *Aviation and the Global Atmosphere*, Intergovernmental Panel on Climatic Change, Cambridge University Press, Cambridge, UK.

Wuebbles, D. J., 1999: Scenarios of future levels of carbon dioxide and their implications. *Elements of Change 1998*, S. J. Hassol and J. Katzenberger, editors, Aspen Global Change Institute, Aspen, CO.

Prather, M., R. Sausen, et al. (co-author), 1999: Potential climate change from aviation. In *Aviation and the Global Atmosphere*, Intergovernmental Panel on Climatic Change, Cambridge University Press, Cambridge, UK.

Hall, T. M., D. J. Wuebbles, K. A. Boering, R. S. Eckman, J. Lerner, R. A. Plumb, D. H. Rind, C. P. Rinsland, D. W. Waugh, C.-F. Wei, 1999: 2. Transport Experiments. In *Models and Measurements Intercomparison II*, J. H. Park, M. K. W. Ko, C. H. Jackman, R. A. Plumb, J. A. Kaye, and K. H. Sage, editors, NASA / TM-1999-209544, pages 110-189.

Wuebbles, D. J., 1999: Future Atmospheric Perturbation from NOx Injection in the Lower Stratosphere. In *Models and Measurements Intercomparison II*, J. H. Park, M. K. W. Ko, C. H. Jackman, R. A. Plumb, J. A. Kaye, and K. H. Sage, editors, NASA / TM-1999-209544, pages 449-491.

Wuebbles, D. J., and K. Hayhoe, 2000: Atmospheric methane: trends and impacts. In *Non-CO$_2$ Greenhouse Gases: Scientific Understanding, Control and Implementation*, J. van Ham, A. P. M. Baede, L. A. Meyer, and R. Ybema, editors, Kluwer Academic Publishers, Dordrech, 1-44.

Hayhoe, K., A. Jain, H. Kheshgi, and D. Wuebbles, 2000: Contribution of CH$_4$ to multi-gas reduction targets: the impact of atmospheric chemistry on GWPs. In *Non-CO$_2$ Greenhouse Gases: Scientific Understanding, Control and Implementation*, J. van Ham, A. P. M. Baede, L. A. Meyer, and R. Ybema, editors, Kluwer Academic Publishers, Dordrech, 425-432.

Li, Z., Z. Tao, V. Naik, D. Good, J. Hansen, G-R Jeong, J. P. Francisco, and D. J. Wuebbles, 2000: Global warming potential assessment for CF$_3$OCF=CF$_2$. *J. Geophys. Res.*, 105, 4019-4029.

Wuebbles, D.J., K.A.S. Hayhoe, and R. Kotamarthi, 2000: Methane in the global environment. In *Atmospheric Methane*, M.A.K. Khalil, editor, Springer-Verlag Publishers, Berlin.

Naik, V., A. Jain, K. O. Patten, and D. J. Wuebbles, 2000: Consistent sets of atmospheric lifetimes and radiative forcings on climate for CFC replacements: HCFCS and HFCs, *J. Geophys. Res.*, 105, 6903-6914.

Wuebbles, D. J., K. O. Patten, and M. T. Johnson, 2000: Effects of n-propyl bromide and other short-lived chemicals on stratospheric ozone. Proceedings, Symposium on Atmospheric Chemistry Issues in the 21st Century, American Meteorological Society, Boston.

Patten, K. O., Z. Li, and D. J. Wuebbles, 2000: Estimates of atmospheric lifetimes and Ozone Depletion Potentials for the bromopentafluoropropane isomers. *J. Geophys. Res.*, 105, 11625-11631.

Wuebbles, D. J., and A. Jain, 2000: Concerns about climate change and the role of fossil fuel use. Proceedings, American Chemical Society, Fuel Chemistry Symposium, April, 2000.

Jain, A. K., B. P. Briegleb, K. Minschwaner, and D. J. Wuebbles, 2000: Radiative forcings and Global Warming Potentials of thirty-nine greenhouse gases. *J. Geophys. Res.*, 105, 20773-20790.

Weatherhead, E. C., G. C. Reinsel, C. H. Jackman, E. L. Fleming, L. Bishop, J. J. DeLuisi, T. Keller, J. Herman, R. McPeters, D. Hofmann, S. J. Oltmans, D. J. Wuebbles, J. B. Kerr, A. J. Miller, R. M. Nagatani and J. E. Frederick, 2000: Detecting the recovery of total column ozone. *J. Geophys. Res.*, 105, 22,201-22,210.

Wuebbles, D. J., K. O. Patten, M. T. Johnson, and R. Kotamarthi, 2000: Effects of short-lived chemicals on stratospheric ozone. Proceedings of the Quadrennial Ozone Symposium, Sopporo, Japan, July 3-8, International Ozone Commission, published by the National Space Development Agency of Japan, Tokyo.

Nagatani, R. M., A. J. Miller, L. Zhang, G. C. Tiao, S. Zhou, G. C. Reinsel, D. J. Wuebbles, L. E. Flynn, and J. B. Kerr, 2000: Observed solar effects on ozone and temperature. Proceedings of the Quadrennial Ozone Symposium, Sopporo, Japan, July 3-8, International Ozone Commission, published by the National Space Development Agency of Japan, Tokyo.

Kotamarthi, R., C.-F. Wei, and D. J. Wuebbles, 2000: Examination of the tropical Southern-Pacific ozone mixing ratios and budgets in the MOZART2. 3-D CTM. Proceedings of the Quadrennial Ozone Symposium, Sopporo, Japan, July 3-8, International Ozone Commission, published by the National Space Development Agency of Japan, Tokyo.

Weatherhead, E. C., G. C. Reinsel, G. C. Tiao, C. H. Jackman, A. J. Stevermer, E. L. Fleming, L. Bishop, J. DeLuisi, T. Keller, J. Herman, R. McPeters, S. Hollandsworth-Frith, S. J. Oltmans, D. J. Wuebbles, J. B. Kerr, A. J. Miller, R. Nagatani, 2000: Detecting the recovery of total column ozone—how long will it take? Proceedings of the Quadrennial Ozone Symposium, Sopporo, Japan, July 3-8, International Ozone Commission, published by the National Space Development Agency of Japan, Tokyo.

McIsaac, G. F., T. V. Royer, M. B. David, D. J. Wuebbles, J. O. Dawson, and G. Sandiford, 2000: Review of Illinois State Water Survey Contract report 2000-08: A Contribution to the Characterization of Illinois Reference / Background Conditions for Setting Nitrogen Criteria for Surface Waters in Illinois. University of Illinois, Department of Natural Resources and Environmental Sciences report 2000-03.

Wuebbles, D. J., 2000: Evaluating Air Quality Improvement Capabilities of Ozone Catalyst Proposed for Use in Air Conditioners: Uncertainties in Existing Studies and Needed Research. Paper for the state of Texas (air quality board).

Wuebbles, D. J., 2000: Suggestions for Further Research to Delineate the Effects of the Ozone Catalyst under Typical Urban Conditions. Report for State of Texas.

Wuebbles, D. J., V. R. Kotamarthi, and C. F. Wei, 2000: Significance of long-range transport from continental locations in determining oxidant mixing ratios and budgets over the tropical Pacific Ocean. Proceedings of the International Symposium on the Measurement of Toxic and Related Air Pollutants, Durham, N.C., September 12-14, 2000.

Wuebbles, D. J., V. Naik, K. Hayhoe, and A. Jain, 2001: Interactive nature of biosphere processes, atmospheric chemistry and climate: methane, a case study. Proceedings of the Millenium Symposium on Atmospheric Chemistry: Past, Present, and Future of Atmospheric Chemistry, American Meteorological Society, Boston, MA.

Wuebbles, D. J., 2001: Ozone Depletion Potentials. *Encyclopedia of Global Environmental Change*. T. Munn, editor, Wiley and Sons Publishers, London.

Wuebbles, D. J., 2001: Global Warming Potentials. *Encyclopedia of Global Environmental Change*. T. Munn, editor, Wiley and Sons Publishers, London.

Wuebbles, D. J., 2001: Atmospheric gases. *Encyclopedia of Biodiversity, Volume 1*, Academic Press, New York.

Wuebbles, D. J., 2001: Residence Time. *Encyclopedia of Global Environmental Change*. T. Munn, editor, Wiley and Sons Publishers, London.

Wuebbles, D. J., 2001: Lifetime (of a gas). *Encyclopedia of Global Environmental Change*. T. Munn, editor, Wiley and Sons Publishers, London.

Wuebbles, D. J., and A. K. Jain, 2001: Concerns about climate change and the role of fossil fuel use. *Fuel Processing Technology*, 71, 99-119.

Jain, A. K., Z. Li, V. Naik, D. J. Wuebbles, D. A. Good, J. C. Hanson, and J. P. Francisco, 2001: Evaluation of the atmospheric lifetime and radiative forcing on climate for 1,2,2,2-tetrafluoroethyl trifluoromethyl ether ($CF_3OCHFCF_3$). J. Geophys. Res., 106, 12615-12618.

Nathan, T. R., E. C. Cordero, L. Li, and D. J. Wuebbles, 2001: Topographically forced planetary wave breaking and the seasonal variation of total column ozone. *Geophys. Res. Lett.*, 27, 1907-1910.

Wei, C.-F., S. M. Larson, K. O. Patten, D. J. Wuebbles, 2001: Ozone reactions on aircraft-related soot in the upper troposphere and lower stratosphere, *Atmos. Environ.*, 35, 6167-6180.

Wuebbles, D. J., K. O. Patten, M. T. Johnson, and R. Kotamarthi, 2001: The new methodology for Ozone Depletion Potentials of short-lived compounds: n-propyl bromide as an example. *J. Geophys. Res.*, 106, 14551-14571.

Wuebbles, D. J., 2001: Depletion of Stratospheric Ozone. *Encyclopedia of Global Environmental Change*. T. Munn, editor, Wiley and Sons Publishers, London.

Wuebbles, D. J., 2001: Organochlorines and the ecological paradigm: a review of Pandora's Poison. *Quarterly Review of Biology*, 76, 258.

Williams, A., M. Caughey, H.-C. Huang, X.-Z. Laing, K. Kunkel, Z. Tao, S. Larson, and D. Wuebbles, 2001: Comparison of emissions processing by EM-S95 and SMOKE over the Midwestern U.S. Published in the Proceedings of the Emission Inventory Conference: One Atmosphere, One Inventory, Many Challenges, Denver, CO, April 2001.

Wuebbles, D. J., 2001: The ozone hole. *Encyclopedia of Global Environmental Change*. T. Munn, editor, Wiley and Sons Publishers, London.

Wuebbles, D. J., and R. Rubenstein, 2001: Screening techniques for environmental impact of cleaning agents. *Handbook for Critical Cleaning*, B. Kanegsberg and E. Kanegsberg, editors, CRC Press, Boca Raton, Florida.

Prather, M, D. Ehhalt, et al. (co-author), 2001: Chapter 4: Atmospheric Chemistry and Greenhouse Gases. In *Climate Change 2001: The Scientific Basis*, Cambridge University Press, Cambridge, UK.

Hayhoe, K., H. S. Kheshgi, A. K. Jain, and D. J. Wuebbles, 2002: Substituting natural gas for coal: climatic effects of utility sector emissions. *Climatic Change*, 54, 107-139.

Wuebbles, D. J., A. K. Jain, and R. Watts, 2002: Concerns about climate change and global warming. Chapter 1 in *Innovative Energy Strategies for CO$_2$ Stabilization*, Robert Watts, editor, Cambridge University Press, Cambridge, U.K.

Wuebbles, D. J., 2002: The Ozone Layer, A Philosophy of Science Perspective, by Maureen Christie, Cambridge University Press. *Quart. Rev. Biology,* 77, 311.

Reinsel, G. C., E. C. Weatherhead, G. C. Tiao, A. J. Miller, R. Nagatani, D. J. Wuebbles, and L. E. Flynn, 2002: On detection of turnaround and recovery in linear trend for ozone. *J. Geophys. Res.*, 2001JD000500.

Wei, C.-F., V. R. Kotamarthi, O. J. Ogunsola, D. J. Wuebbles, M. A. Avery, D. R. Blake, E. V. Browell, G. W. Sachse, S. T. Sandholm, 2002: Seasonal variability of ozone mixing ratios and budgets in the tropical southern Pacific: A GCTM perspective. *J. Geophys. Res.*, 107, 10.1029/2001JD000772.

Wuebbles, D. et al., 2002: Changes in the chemical composition of the atmosphere and potential impacts. Chapter 1 in The Changing Atmosphere: An Integration and Synthesis of a Decade of Tropospheric Chemistry Research, editors, G. P. Brasseur, R. G. Prinn, and A. A. P. Pszenny, Springer-Verlag Publishers.

Brasseur, G. et al. (co-author), 2002: An integrated view of the causes and impacts of atmospheric changes. Chapter 8 in The Changing Atmosphere: An Integration and Synthesis of a Decade of Tropospheric Chemistry Research, editors, G. P. Brasseur, R. G. Prinn, and A. A. P. Pszenny, Springer-Verlag Publishers.

Wuebbles, D. J., and K. Hayhoe, 2002: Atmospheric methane and global change. *Earth Science Reviews*, 57,177-210.

Wuebbles, D. J., and K. Donaghy, 2002: Climate change: a global issue affecting Illinois. *Policy Forum*, 15, 1-4.

Wuebbles, D. J., 2002: The effect of short atmospheric lifetimes on stratospheric ozone. *CleanTech*, 2, 24-30.

Carbon Sequestration Advisory Committee (Member and Author), 2002: Carbon Sequestration Potential in Illinois: Recommendations for Future Study. Report to the Governor and to the General Assembly of the State of Illinois.

Miller, A. J., R. M. Nagatani, L. E. Flynn, S. Kondraguta, E. Beach, R. Stolarski, R. D. McPeters, P. K. Bhartia, M. T. DeLand, C. H. Jackman, D. J. Wuebbles, K. O. Patten, and R. P. Cebula, 2002: A cohesive total ozone data set from the SBUV(/2) satellite system. *J. Geophys. Res.*, 107, doi:10.1029/2001JD000853.

Wuebbles, D. J., 2002: Oversimplifying the Greenhouse. *Climate Change*, 52, 431-434.

Independent Review Panel (member and author), 2002: Suitability of CF$_3$I to Replace Halon 1301 as the Inerting Agent in Wing Fuel Tanks on the F-16 Aircraft. Report prepared for the U.S. Department of Defense, Washington, D.C.

Wuebbles, D. J., and K. Hayhoe, 2002: Climate change: a real issue with real concerns for the Midwest. Proceedings of the International Conference on Climate Change and Environmental Policy.

Wuebbles, D. J., 2003: Ozone: Ozone Depletion Potentials. *Encyclopedia of Atmospheric Sciences*, J. Holton, J. Pyle, and J. Curry, editors, Academic Press, London.

Naik, V., D. J. Wuebbles, E. H. DeLucia, and J. A. Foley, 2003: Influence of geoengineering climate on the terrestrial biosphere. *Environmental Management*, 32, 373-381.

Tao, Z., S. M. Larson, D. J. Wuebbles, A. Williams, and M. Caughey, 2003: A seasonal simulation of biogenic contributions to ground-level ozone over the continental United States. *J. Geophys. Res.*, 108, No D14, 4404-4412.

Wuebbles, D. J., C.-F. Wei, and D. Kinnison, 2003: How well do current models represent chemical and physical processes in the upper troposphere and lower stratosphere? Proceedings of the Fifth Conference on Atmospheric Chemistry, 2003 AMS Annual Meeting, Long Beach, CA.

Ko, M., G. Poulet, et al. (co-author), 2003: Very Short-Lived Halogen and Sulfur Substances. Chapter 2 in World Meteorological Organization, Scientific Assessment of Ozone Depletion: 2002. WMO Global Ozone Research and Monitoring Project – Report No. 47, Geneva, Switzerland.

Kling, G., et al. (author), 2003: Confronting Climate Change in the Great Lakes Region. Impacts on Our Communities and Ecosystems. A Report of the Ecological Society of America and the Union of Concerned Scientists, Washington, D.C.

Wuebbles, D. J., and K. Hayhoe, 2004: Climate change in the Midwest: informing regional policy decisions. *Mitigation and Adaptation Strategies for Global Change*, 9, 335-363.

Tao, Z., S. M. Larson, D. J. Wuebbles, A. Williams, and M. Caughey, 2004: Sensitivity of regional ozone to temporal distributions of emissions. *Atmos. Environ.*, 38/37, 6279-6285, doi: 10.1016/j.atmosenv.2004.08.042.

Naik, V., C. Delire, D. J. Wuebbles, 2004: The sensitivity of global isoprenoid emissions to climate variability and atmospheric CO2. *J. Geophys. Res.*, 109, doi: 10.1029/2003JD004236.

Forster, P. M., J. B. Burkholder, C. Clerbaux, P. F. Coheur, M. Dutta, L. K. Gohar, M. D. Hurley, G. Myhre, R. W. Portmann, A. Ravishankara, K. P Shine, T. J. Wallington, and D. Wuebbles, 2004: Resolving uncertainties in the radiative forcing of HFC-134a, *J. Quant. Spec. Rad. Trans.*, DOI:10.1016/j.jqsrt.2004.08.038.

Wuebbles, D. J., Y. Li, J. Xia S. Guillas, 2004: On the Recovery of Stratospheric Ozone. Proceedings of the Quadrennial Ozone Symposium, Kos, Greece, May 31-June 8, 2004.

Wuebbles, D. J., M. Dutta, R. Herman, K. O. Patten, S. L. Baughcum, D. E. Kinnison, 2004: Parametric Studies of Potential Effects of Aircraft Emissions on Stratospheric Ozone and Climate. Proceedings of the Quadrennial Ozone Symposium, Kos, Greece, May 31-June 8, 2004.

Miller, A.J., G.C. Reinsel, D.J. Wuebbles, G.C. Tiao, X.L. Meng, R. M. Nagatani, L.E. Flynn, I.V. Petropavlovskih, and E.C. Weatherhead Examination of SBUV(/2) Total Ozone Data for "Ozone Recovery". Proceedings of the Quadrennial Ozone Symposium, Kos, Greece, May 31-June 8, 2004.

Tao, Z., S. M. Larson, A. Williams, M. Caughey and D. J. Wuebbles, 2005: Area, mobile, and point source contributions to ground level ozone: a summer simulation across the continental USA. *Atmos. Environ.*, 39, 1869-1877.

Wuebbles, D. J., M. Dutta, K. O. Patten, and S. L. Baughcum, 2004: Parametric study of potential effects of aircraft emissions on stratospheric ozone. In *Aviation, Atmosphere and Climate*, edited by R. Sausen, C. Fichter and G. Amanatidis, European Commission Air Pollution Research Report 83, Brussels.

Wuebbles, D. J., M. Dutta, A. K. Jain, and S. L. Baughcum, 2004: Radiative forcing on climate from stratospheric aircraft emissions. In *Aviation, Atmosphere and Climate*, edited by R. Sausen, C. Fichter and G. Amanatidis, European Commission Air Pollution Research Report 83, Brussels.

Wuebbles, D. J., 2004: Effects of particles from airports on air quality: issues and uncertainties. *Aviation Particles Emissions Workshop*, National Aeronautics and Space Administration report NASA/CP—2004-213398.

Dutta, M., K. Patten, and D. Wuebbles, 2004: Parametric Analyses of Potential Effects on Stratospheric and Tropospheric Ozone Chemistry by a Fleet of Supersonic Business Jets Projected in a 2020 Atmosphere. National Aeronautics and Space Administration report NASA/CR—2004-213306.

Guillas S., M. L. Stein, D. J.  Wuebbles, and J. Xia, 2004: Using chemistry-transport modeling in statistical analysis of stratospheric ozone trends from observations, *Journal of Geophysical Research - Atmospheres*, 109, D22303, doi:10.1029/2004JD005049.

Dutta, M., K. Patten, and D. Wuebbles, 2005: Parametric Analyses of Potential Effects on Upper Tropospheric / Lower Stratospheric Ozone Chemistry by a Future Fleet of High Speed Civil Transport (HSCT) Type Aircraft. National Aeronautics and Space Administration report NASA/CR—2005-213646.

Reinsel, G. R., A. J. Miller, L.E. Flynn, R. M. Nagatani, G. C. Tiao, E. C. Weatherhead, and D. J. Wuebbles 2005: Trend analysis of total ozone data for turnaround and dynamical contributions. *J. Geophys. Res.*, 110, doi: 10.1029/2004JD004662.

Wuebbles, D. J., and K. Hayhoe, 2005: Predicting Climatological Change in the Great Lakes Region: The Reality of the Issue. Proceedings of the Illinois Crop Protection Technology Conference, Urbana, IL, January 5-6, 2005.

Takle, E. S., and D. J. Wuebbles, 2005: Promoting Atmospheric, Earth, and Space Sciences in Higher Education. *Bulletin AMS*, July, 989-991.

Wuebbles, D. J., and E. S. Takle, 2005: Tackling Strategies for Thriving Geoscience Departments. *EOS Transactions*, 86, 187-189.

Wallington, T. J., M. D. Hurley, J. Xia, D. J. Wuebbles, S. Sillman, A. Ito, J. E. Penner, D. A. Ellis, J. Martin, S. A. Mabury, O. J. Nielsen, M. P. Sulbaek Andersen, 2006: Formation of $C_7F_{15}COOH$ (PFOA) during the Atmospheric Oxidation of  8:2 Fluorotelomer Alcohol ($n$-$C_8H_{17}CH_2CH_2OH$). *Env. Sc. and Technol.*, 40, 924-930.

Wuebbles, D. J., and G. Kling, 2006: Executive Summary Updated 2005: Confronting Climate Change in the Great Lakes Region. Union of Concerned Scientists publication.

Youn, D., W. Choi, H. Lee, and D. J. Wuebbles, 2006: Interhemispheric differences in changes of long-lived tracers in the middle stratosphere over the last decade. *Geophys. Res. Lett.*, 33, L03807, doi:10.1029/2005GL024274.

Wuebbles, D. J., 2006: Review of An Introduction to Environmental Chemistry, Second Edition. *Bulletin AMS*, 87, 503-505.

Lin, J.-T., D. J. Wuebbles, K. Patten, K. Hayhoe, and X.-Z. Liang, 2006: Global modeling studies of potential climate change effects on U.S. air quality – Part 1: How well can PCM drive the chemical transport model? American Meteorological Society, Proceedings of the 8th Conference on Atmospheric Chemistry, Atlanta.

Li, Y., K. O. Patten, D. Youn, and D. J. Wuebbles, 2006: Potential impacts of $CF_3I$ on ozone as a replacement for $CF_3Br$ in aircraft applications. *Atmos. Chem. Phys.*, 6, 4559-4568.

Donald J. Wuebbles—Curriculum Vitae                                        February 22, 2018

Miller, A. J., A. Cai, G. Tiao, D. J. Wuebbles, L. E. Flynn, S.-K.Yang, E. C. Weatherhead, V. Fioletov, I. Petrovplovskikh, X.-L. Meng, S. Guillas, R. M. Nagatani, and G. C. Reinsel, 2006: Examination of Ozonesonde data for trends and trend changes incorporating solar and Arctic Oscillation signals. *J. Geophys. Res.*, 111, doi:10.1029/2005JD006684.

Guillas, S., G. Tiao, D. J. Wuebbles, and A. Zubrow, 2006: Statistical diagnostic and correction of a chemistry-transport model for the prediction of total column ozone. *Atmos. Chem. Phys.*, 6, 525-537.

Wuebbles, D. J., L. Asplen, and J. Brewer, 2006: Earth Systems, Environment and Society: A new interdisciplinary undergraduate major at the University of Illinois. *J. Geoscience Education*, 54, 230-239.

Wuebbles, D. J., and K. Knobloch, 2006: Act Local. *Illinois Issues*, XXXII, 32-33, July/August 2006.

Wuebbles, D. J., et al. (31 total authors), 2006: Workshop on the Impacts of Aviation on Climate Change: A Report of Findings and Recommendations. Partnership for Air Transportation Noise and Emissions Reduction, Report No. PARTNER-COE-2006-004.

Wuebbles, D. J., et al. (31 total authors), 2006: Workshop on the Impacts of Aviation on Climate Change: A Report of Findings and Recommendations. Partnership for Air Transportation Noise and Emissions Reduction, Executive Summary. Report No. PARTNER-COE-2006-004-SUMMARY.

NECIA (co-author), 2006: *Climate Change in the U.S. Northeast.* A Report of the Northeast Climate Impacts Assessment, Union of Concerned Scientists. October 2006.

Youn, D., D. J. Wuebbles, and M. B. Kalinowski, 2006: Global modeling of atmospheric Krypton-85 concentrations. *INESAP Bulletin*, 27, 13-16, December 2006.

Pan, L. L., J. C. Wei, D. E. Kinnison, R. Garcia, D. J. Wuebbles, and G. P. Brasseur, 2007: A set of diagnostics for evaluating chemistry-climate models in the extratropical tropopause region. *J. Geophys. Res.*, 112, D09316, doi:10.1029/2006JD007792.

Wuebbles, D. J., M. Gupta, and M. Ko, 2007: Evaluating the impacts of aviation on climate change. *EOS*, 88, 157-160.

Clerbaux, C., D. M. Cunnold, et al. (Coauthor), 2007: Long-Lived Compounds. Chapter 1, WMO (World Meteorological Organization, *Scientific Assessment of Ozone Depletion: 2006*. Global Ozone Research and Monitoring Project – Report No. 50, Geneva, Switzerland.

Law, K. S., W. T. Sturges, et al. (Coauthor), 2007: Halogenated Very Short-Lived Substances. Chapter 2, WMO (World Meteorological Organization, *Scientific Assessment of Ozone Depletion: 2006*. Global Ozone Research and Monitoring Project – Report No. 50, Geneva, Switzerland.

Daniel, J. S., G. J. M. Velders, et al. (Coauthor), 2007: Halocarbon Scenarios, Ozone Depletion Potentials, and Global Warming Potentials. Chapter 8, WMO (World Meteorological Organization, *Scientific Assessment of Ozone Depletion: 2006*. Global Ozone Research and Monitoring Project – Report No. 50, Geneva, Switzerland.

Wuebbles, D. J., H. Lei, and J.-T. Lin, 2007: Intercontinental transport of aerosols and photochemical oxidants from Asia and its consequences. *Environmental Pollution*, 150, 65-84 (invited review paper for 50th anniversary of journal).

Lin, J.-T., D. J. Wuebbles, X.-Z. Liang, 2007: Effects of intercontinental transport on surface ozone over the United States: Present and future assessment with a global model. *Geophys. Res. Lett.*, 35, L02805, doi:10.1029/2007GL031415.

Frumhoff PC, McCarthy JJ, Melillo JM, Moser, SC, and Wuebbles D.J., 2007: *Confronting Climate Change in the U.S. Northeast:  Science, Impacts, and Solutions.*  Synthesis report of the Northeast Climate Impacts Assessment (NECIA). Cambridge, MA. Union of Concerned Scientists (UCS).

National Research Council (panel member and coauthor), 2007: Review of the U.S. Climate Change Science Program's Draft Synthesis and Assessment Product 2.4: Trends in Emissions of Ozone Depleting Substances, Ozone Layer Recovery, and Implications for Ultraviolet Radiation Exposure. National Academies Press, Washington D.C.

Frumhoff, P. C., J. J. McCarthy, J. M. Melillo, S. C. Moser, D. J. Wuebbles, C. Wake and E. Spanger-Siegfried, 2008: An Integrated Climate Change Assessment for the Northeast United States. *Mitigation and Adaptation Strategies for Global Change*, 13, 419-423.

Holloway, T. S. N. Spak, D. Barker, M. Bretl, K. Hayhoe, J. Van Dorn, and D. Wuebbles, 2008: Change in ozone air pollution over Chicago associated with global climate change. *J. Geophys. Res.*, 113, D22306, doi:10.1029/2007JD009775.

Hayhoe, K., C. Wake, B. Anderson, J. Bradbury, A. DeGaetano, X-Z. Liang, J. Zhu, E. Maurer, and D. Wuebbles, 2008: Translating global changes into regional trends: evaluating past and future climate in the U.S. Northeast. *Mitigation and Adaptation Strategies for Global Change*, 13, 425-436.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Kunkel, K. E., H.-C. Huang, X.-Z. Liang, J.-T. Lin, D. Wuebbles, Z. Tao, A. Williams, M. Caughey, J. Zhu, and K. Hayhoe, 2008: Sensitivity of future ozone concentrations in the Northeast U.S. to regional climate change. *Mitigation and Adaptation Strategies for Global Change*, 13, 597-606.

Huang, H.-C., J. Lin, Z. Tao, H. Choi, K. E. Kunkel, M. Xu, J. Zhu, X.-Z. Liang, A. Williams, M. Caughey, D. J. Wuebbles, and J. Wang, 2008: Impacts of long-range transport of global pollutants and precursor gases on US air quality under future climatic conditions. *J. Geophys. Res.*, *113*, D19307, doi:10.1029/2007JD009469.

Lin, J., K. O. Patten, K. Hayhoe, X. Liang, and D. Wuebbles, 2008: Effects of future climate and biogenic emissions changes on surface ozone over the United States and China. *J. Appl. Met. Clim.*, 47 (7), 1888-1909, DOI: 10.1175/2007JAMC1681.1.

Lin, J.-T., D. Youn, X.-Z. Liang, D. J. Wuebbles 2008: Global model simulation of summertime U.S. ozone diurnal cycle and its sensitivity to PBL mixing, spatial resolution, and emissions. *Atmos. Environ.*, 42, 8470-8483.

Wuebbles, D. J., 2008: Global Biogeochemical Cycling: Oxygen Cycle. In *Encyclopedia of Ecology*, Elsevier.

Hayhoe, K., D. Wuebbles, and the Climate Science Team, 2008: Climate Change and Chicago: Projections and Potential Impacts. Report (peer reviewed) for the city of Chicago, available at http://www.chicagoclimateaction.org/pages/research___reports/48.php.

Wuebbles, D. J., 2008: Global Biogeochemical Cycling: Oxygen Cycle. In *Encyclopedia of Ecology*, S. E. Jorgenson, editor, Elvsevier, New York.

United Nations Economic Commission for Europe (coauthor), 2008: Hemispheric Transport of Air Pollution 2007. Air Pollution Studies report No. 16, United Nations, New York and Geneva (published in 2008).

Forster, P., H. Rogers, and D. Wuebbles (Principal Authors), 2008: Climate Impacts Metrics for aviation. Chapter 5 in *A Report on the Way Forward Based on the Review of Research Gaps and Uncertainties. Aviation Climate Change Research Initiative (ACCRI)*. G. P. Brasseur, lead coordinating author. Report published by the U.S. Federal Aviation Administration. At http://www.faa.gov/about/office_org/headquarters_offices/aep/aviation_climate/

Wuebbles, D., H. Yang, and R. Herman, 2008: Climate Metrics and Aviation: Analysis of Current Understanding and Uncertainties. Aviation Climate Change Research Initiative (ACCRI). Subject specific white paper (SSWP) on Metrics for Climate Impacts. Paper published by the U.S. Federal Aviation Administration. (http://www.faa.gov/about/office_org/headquarters_offices/aep/aviation_climate/media/ACCRI_SSWP_VIII_Wuebbles.pdf).

Wuebbles, D. J., K. Hayhoe, and K. A. Cherkauer, 2008: Climate change and the upper Mississippi River Basin. Proceedings of Scientific Meeting on Finding the Balance Between Floods, Flood Protection, and River Navigation. St. Louis, Mo., Nov. 11, 2008.

Yang, S.-K., Long, C. S., Miller, A. J., He, X., Yang, Y., Wuebbles, D. J. and Tiao, G.·2009: The modulation of natural variability on the trend analysis of the updated cohesive SBUV(/2) total ozone. *Int. J. Remote Sens.*, 30, 3975-3980.

Wuebbles, D. J., D. Youn, K. Patten, D. Wang, and M. Martínez-Avilés, 2009: Metrics for Ozone and Climate: Three-dimensional Modeling Studies of Ozone Depletion Potentials and Indirect Global Warming Potentials. In *Twenty Years of Ozone Decline*, C. Zerefos, G. Contopoulos and G. Skalkeas, editors, Springer Publishing, Dordrecht, The Netherlands, doi: 10.1007/978-90-481-2469-5.

Wuebbles, D. J., and K. O. Patten, 2009: HCFC-123 in the Atmosphere: Revisiting Its Potential Environmental Impacts and Rationale for Continued Use. *Environ. Sci & Technol.*, 43, 3208-3213, doi:10.1021/es802308m.

Stoner, A. M., K. Hayhoe, and D. Wuebbles, 2009: Assessing General Circulation Model Simulations of Atmospheric Teleconnection Patterns. *J. Climate*, 22, 4348-4372, DOI: 10.1175/2009JCLI2577.1.

Weaver, C.P., X.-Z. Liang, J. Zhu, P.J. Adams, P. Amar, J. Avise, M. Caughey, J. Chen, R.C. Cohen, E. Cooter, J.P. Dawson, R. Gilliam, A. Gilliland, A.H. Goldstein, A. Grambsch, D. Grano, A. Guenther, W.I. Gustafson, R.A. Harley, S. He, B. Hemming, C. Hogrefe, H.-C. Huang, S.W. Hunt, D.J. Jacob, P.L. Kinney, K. Kunkel, J.- F. Lamarque, B. Lamb, N.K. Larkin, L.R. Leung, K.-J. Liao, J.-T. Lin, B.H. Lynn, K. Manomaiphiboon, C. Mass, D. McKenzie, L.J. Mickley, S.M. O'Neill, C. Nolte, S.N. Pandis, P.N. Racherla, C. Rosenzweig, A.G. Russell, E. Salathe, A.L. Steiner, E. Tagaris, Z. Tao, S. Tonse, C. Wiedinmyer, A. Williams, D.A. Winner, J-H. Woo, S. Wu, and D.J. Wuebbles, 2009: A preliminary synthesis of modeled climate change impacts on U.S. regional ozone concentrations. *Bulletin Amer. Meteorological Society*, 90, 1843-1863.

Maurice L. Q., and D. S. Lee (eds), 2009: *Assessing Current Scientific Knowledge, Uncertainties and Gaps in Quantifying Climate Change, Noise and Air Quality Aviation Impacts*. Maurice, L. Q., Lee, D. S., Wuebbles, D. J., Isaksen, I., Finegold, L., Vallet, M., Pilling, M. and Spengler, J. Final Report of the International Civil

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Aviation Organization (ICAO) Committee on Aviation and Environmental Protection (CAEP) Workshop, US Federal Aviation Administration and Manchester Metropolitan University, Washington DC and Manchester.

Federal Advisory Committee (member and author), 2009: Global Climate Change Impacts on the United States. Cambridge University Press, New York. Also available from U.S. Global Change Research Program at www.globalchange.com.

Youn, D., K. O. Patten, J.-T. Lin, and D. J. Wuebbles, 2009: Explicit calculation of Indirect Global Warming Potentials for Halons using atmospheric models. *Atmos. Chem. Phys. Disc.*, 9, 15511-15540. *Atmos. Chem. Phys.*, 9, 8719-8733.

Isaksen, I.S.A., R. Benestad, T.K. Berntsen, P. Bousquet, W. Collins, T. Cox, S.B. Dalsoren, V. Eyring, M. Gauss, C. Granier, P. Joeckel, Z. Klimont, U. Lohmann, G. Myhre, A.S.H. Prevot, F. Raes, A. Richter, B. Rognerud, M. Schulz, D. Shindell, D. Stevenson, T. Storelvmo, W.-C. Wang, M. van Weele, M. Wild, D. Wuebbles, 2009: Atmospheric composition change: climate-chemistry interaction. *Atmos. Environ.*, 43, 5138-5192.

Wuebbles, D. J., 2009: Nitrous oxide – Not a laughing matter. Science, 326, 56-57.

Guillas, S., D. Youn, and D. Wuebbles, 2010: Analysis of the effectiveness of the Montreal Protocol using chemistry transport modeling. *Atmospheric Chem. Phys.*.

Wuebbles, D. J., P. Forster, H. Rogers, and R. Herman, 2010: Issues and uncertainties affecting metrics for aviation impacts on climate. *Bulletin AMS*, 91, 491-496, doi: 10-1175/2009BAMS2840.1.

Wuebbles, D.J., and K. Hayhoe, 2010: What will the Climate be like in 2050? *Change and the Heartland*, Environmental Change Institute, ECI Publication Series – Issue 16. M. Wander and J. E. Marlin, editors.

Wuebbles, D.J., and K. Hayhoe, 2010: Why should Illinois care about global warming? *Illinois Steward*, 18, 4, 2-6.

Patten, K. O., and D. J. Wuebbles, 2010: Atmospheric lifetimes and Ozone Depletion Potentials of trans-1-chloro-3,3,3,-trifluoropropylene and trans-1,2-dichloroethylene in a three-dimensional model. *Atmos. Chem. Phys.*, 10, 10867–10874, 2010.

Youn, D., K. O. Patten, D. J. Wuebbles, H. Lee, and C.-W. So, 2010: Potential impact of iodinated replacement compounds $CF_3I$ and $CH_3I$ on atmospheric ozone: A three-dimensional modeling study. *Atmos. Phys. Chem.*, 10, 10129–10144, 2010.

Wuebbles, D. J., K. Hayhoe, and J. Parzen, 2010: Introduction: Assessing the effects of climate change on Chicago and the Great Lakes. *J. Great Lakes Res.*, 36, 1-6, doi:10.1016/j.jglr.2009.09.009.

Hayhoe, K., J. VanDorn, D. J. Wuebbles, K. A. Cherkauer, and S. Vavrus, 2010: Regional climate change projections for Chicago and the Great Lakes. *J. Great Lakes Res.*, 36, 7-21, doi:10.1016/j.jglr.2010.03.012.

Lin, J.-T.. D. J. Wuebbles, H.-C. Huang, Z.N. Tao, M. Caughey, X.-Z. Liang, J.-H. Zhu and T. Holloway, 2010: Potential effects of climate and emissions changes on surface ozone in the Chicago area. *J. Great Lakes Res.*, 36, 59-64, doi:10.1016/j.jglr.2009.09.004.

Hayhoe, K., M. Robson, J. Rogula, M. Aufhammer, N. Miller, J. VanDorn, and D. Wuebbles, 2010: An integrated framework for quantifying and valuing climate change impacts on urban energy and infrastructure: A Chicago case study. *J. Great Lakes Res.*, 36, 94-105, doi:10.1016/j.jglr.2010.03.011.

Wuebbles, D., K. Hayhoe, and B. Lesht, editors, 2010: *Potential Climate Impacts on Chicago and the Midwest*. Special issue of the *J. Great Lakes Res.*, 36, 1-122.

Wuebbles, D. J., 2011: Screening Techniques for Environmental Impact of Cleaning Agents. Chapter 32 in *Critical Cleaning Applications, Processes, and Controls*, E. Kanegsberg and B. Kanegsberg, editors, Taylor & Francis Publishing.

Wuebbles, D. J., K. Patten, D. Wang, D. Youn, M. Martínez-Avilés, and J. Francisco, 2011: Three-dimensional model evaluation of the Ozone Depletion Potentials for n-propyl bromide, trichloroethylene and perchloroethylene. *Atmos. Chem. Phys.*, 11, 2371-2380.

Daniel, J. S., G. J. M. Velders, O. Morgenstern, D. W. Toohey, T. J. Wallington, D. J. Wuebbles, et al., 2011: A Focus on Information and Options for Policymakers. In WMO/UNEP, *Scientific Assessment of Ozone Depletion: 2010*. World Meteorological Organization Global Ozone Research and Monitoring Project Report No. 52.

Montzka, S. A., et al. (coauthor), 2011: Ozone-Depleting Substances (ODSs) and Related Chemicals. In WMO/UNEP, Scientific Assessment of Ozone Depletion: 2010. World Meteorological Organization Global Ozone Research and Monitoring Project Report No. 52.

Patten, K., V. Khamaganov, V.Orkin, S. Baughcum, and D. Wuebbles, 2011: OH Reaction Rate Constant, IR Absorption Spectrum, Ozone Depletion Potentials and Global Warming Potentials of 2-Bromo-3,3,3-Trifluoropropene:. *J. Geophys. Res.*, 116, D24307, doi:10.1029/2011JD016518.

Zhang, X., X. Shao, K. Hayhoe and D. J. Wuebbles, 2011: Testing the structural stability of temporally dependent functional observations and application to climate projections. *Electronic Journal of Statistics*, 5, 1765-1796.

Wuebbles, D. J., 2012: Ozone Layer. *Encyclopedia Brittanica*

Wuebbles, D. J., 2012: Ozone Depletion. *Encyclopedia Brittanica*.

Wuebbles, D. J., 2012: Trace Gases in the Atmosphere. *Encyclopedia of Biodiversity*, Elsevier, in press.

Markus, M., D. J. Wuebbles, X.-L. Liang, K. Hayhoe, and D. A. R. Kristovich, 2012: Diagnostic analysis of future climate scenarios applied to urban flooding in the Chicago metropolitan area. *Climatic Change*, in press.

Lee, H., D. Youn, K. O. Patten, S. C. Olsen, and D. J. Wuebbles, 2012: Diagnostic tools for evaluating quasi-horizontal transport in global-scale chemistry models. *J. Geophys. Res.*, 117, doi:10.1029/2012JD017644.

Wilbanks, T., et al. (coauthor), 2012: *Climate Change and Energy Supply and Use*. Technical input to the U.S. National Climate Assessment, U.S. Department of Energy.

Lei, H., D. J. Wuebbles, and X.-Z. Liang, 2012: Projected risk of high ozone episodes in 2050. *Atmos. Environ.*, 59, 567-577.

Stoner, A., K. Hayhoe, X. Yang and D. Wuebbles, 2012: An Asynchronous Regional Regression Model for statistical downscaling of daily climate variables. *Int'l J. Climatology*, DOI: 10.1002/joc.3603.

Olsen, S., D. J. Wuebbles, and B. Owen 2012: Comparison of global 3-D aviation emissions datasets. *Atmos. Chem. Phys.*, 12, 16885-16922.

Wuebbles, D. J., and D. Ciuro, 2013: Radiatively Important Atmospheric Constituents. Chapter 2 in *Engineering Responses to Climate Change*, CRC Press.

Wuebbles, D. J., 2013: Adapting to Climate Change. Chapter 11 in *Engineering Responses to Climate Change*, CRC Press.

IPCC (coauthor), 2012: *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Geoengineering* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, C. Field, V. Barros, T.F. Stocker, Q. Dahe, J. Minx, K. Mach, G.-K. Plattner, S. Schlömer, G. Hansen, M. Mastrandrea (eds.)]. IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany, pp. 99.

Lee, H., W. Zhong, S. C. Olsen, D. Youn, and D. J. Wuebbles, 2013: Identification of the relationship between sea level pressure and wintertime temperature anomalies in the U.S. using linear discriminant analysis. *J. Climate*, in revision.

Isaksen, I.S.A., R. Benestad, T.K. Berntsen, P. Bousquet, W. Collins, T. Cox, S.B. Dalsoren, V. Eyring, M. Gauss, C. Granier, P. Joeckel, Z. Klimont, U. Lohmann, G. Myhre, A.S.H. Prevot, F. Raes, A. Richter, B. Rognerud, M. Schulz, D. Shindell, D. Stevenson, T. Storelvmo, W.-C. Wang, M. van Weele, M. Wild, D. Wuebbles, 2012: Atmospheric composition change: climate-chemistry interaction. In *The Future of the World's Climate (Second Edition)*. Edited by: Ann Henderson-Sellers and Kendal McGuffie, Elsevier, ISBN: 978-0-12-386917-3.

Khodayari, A., D. J. Wuebbles, S. Olsen, J. S. Fuglestvedt, T. Berntsen, M. T. Lund, I. Waitz, I., P. Wolfe, P. M. Forster, M. Meinshausen, D. S. Lee and L. L. Lim, 2013: Intercomparison and evaluation of the capabilities of simplified climate models to project the $CO_2$ effects of aviation on climate. *Atmos. Env.*, 75, 321-328.

Wuebbles, D. J., 2012: Celebrating the Blue Marble. *EOS*, 93, 509-510.

Wuebbles, D. J., 2013: A Tribute to Harold S. Johnston. *EOS*, 94, 88, DOI: 10.1002/2013EO090006.

Olsen, S. C. G. P. Brasseur, D. J. Wuebbles, S. R. H. Barrett, H. Dang, S. D. Eastham, M. Z. Jacobson, A. Khodayari, H. Selkirk, A. Sokolov, N. Unger, 2013: Comparison of model estimates of the effects of aviation emissions on atmospheric ozone and methane. *Geophys. Res. Lett.*, 40, 6004-6009, DOI: 10.1002/2013GL057660.

Lei, H., D. J. Wuebbles, X.-Z. Liang, and S. Olsen, 2013: Domestic versus international contributions on 2050 ozone air quality: how much is convertible by regional control? *Atmos. Environment*, 68, April 2013, 315-325, ISSN 1352-2310, 10.1016/j.atmosenv.2012.12.002.

Lei, H., Liang, X.-Z., Wuebbles, D.J., and Tao, Z., 2013: Model analyses of atmospheric mercury: present air quality and effects of transpacific transport on the United States, *Atmos. Chem. Phys.*, 13, 9849-9893, doi:10.5194/acpd-13-9849-2013.

Kunkel, K. E., T. R. Karl, H. Brooks, J. Kossin, J. Lawrimore, D. Arndt, L. Bosart, D. Changnon, S. Cutter, N. Doesken, K. Emanue, P., Ya. Groisman, R. W. Katz, T. Knutson, J. O'Brien, C. J. Paciorek, T. Peterson, K. Redmond, D. Robinson, J. Trapp, R. Vose, S. Weaver, M. Wehner, K. Wolter, and D. Wuebbles, 2013: Monitoring and understanding changes in extreme storm statistics: State of knowledge. *Bullet. Am. Meteorol. Soc.*, 94, 499-514, doi: 10.1175/BAMS-D-11-00262.1.

Peterson, T. C., R. R. Heim, Jr., R. Hirsch, D. P. Kaiser, H.Brooks, N. S. Diffenbaugh, R. M. Dole, J. P.

Giovannettone, K. Guirguis, T. R. Karl, Richard W. Katz, K. Kunkel, D. Lettenmaier, G. J. McCabe, C. J. Paciorek, K. R. Ryberg, S. Schubert, V. B. S. Silva, Brooke C. Stewart, A. V. Vecchia, G. Villarini, R. S. Vose, John Walsh, M. Wehner, D. Wolock, K. Wolter, C. A. Woodhouse, and D. Wuebbles, 2013: Monitoring and Understanding Changes in Heat Waves, Cold Waves, Floods and Droughts in the United States: State of Knowledge. *Bull. Am. Meteorol. Soc.*, 94, 821-834, doi: http://dx.doi.org/10.1175/BAMS-D-12-00066.1.

Wuebbles, D. J., 2013: Saving the ozone layer and the climate. *Bulletin Atomic Scientists*, 69, June 13, 2013.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, J. Rennels, A. DeGaetano, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 1. Climate of the Northeast U.S.* NOAA Technical Report NESDIS 142-1.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, C. E. Conrad II, C. M. Fuhrman, B. D. Keim, M. C. Kruk, A. Billot, H. Needham, M. Shafer, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 2. Climate of the Southeast U.S.* NOAA Technical Report NESDIS 142-2.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, S. D. Hilberg, M. S. Timlin, L. Stoecker, N. E. Westcott, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 3. Climate of the Midwest U.S.* NOAA Technical Report NESDIS 142-3.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, M. C. Kruk, D. P. Thomas, M. D. Shulski, N. A. Umphlett, K. G. Hubbard, K. Robbins, L. Romolo, A. Akyuz, T. B. Pathak, T. R. Bergantino, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 4. Climate of the U.S. Great Plains.* NOAA Technical Report NESDIS 142-4.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, K. T. Redmond, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 5. Climate of the Southwest U.S.* NOAA Technical Report NESDIS 142-5.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, K. T. Redmond, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 6. Climate of the Northwest U.S.* NOAA Technical Report NESDIS 142-6.

Kunkel. K. E., L. E. Stevens, S. E. Stevens, L. Sun, E. Janssen, D. Wuebbles, and J. G. Dobson, 2013: *Regional Climate Trends and Scenarios for the U.S. National Climate Assessment. Part 9. Climate of the Contiguous United States.* NOAA Technical Report NESDIS 142-9.

Lee, H., S. C. Olsen, D. J. Wuebbles, and D. Youn, 2013: Impacts of aircraft emissions on the air quality near the ground. *Atmos. Chem. Phys.*, 13, 5505-5522.

Brasseur, G. P., A. Gettelman, M. Jacobson, P. Minnis, J. Penner, R. Prinn, H. B. Selkirk, N. Unger, H.-W. Wong, D. J. Wuebbles, P. Yang, R. Halthore and S. D. Jacob, 2013: *Aviation Climate Change Research Initiative (ACCRI) Phase II Report.* Federal Aviation Administration, Washington, D. C.

Wang, D., W. Jia, S. C. Olsen, D. J. Wuebbles, M. K. Dubey and A. A. Rockett, 2013: The impact of a future $H_2$-based road transportation sector on the composition and chemistry of the atmosphere - Part 1: Tropospheric composition and air quality. *Atmos. Chem. Phys.*, 13, 6117-6137, doi:10.5194/acp-13-6117-2013.

Wang, D., W. Jia, S. C. Olsen, D. J. Wuebbles, M. K. Dubey and A. A. Rockett, 2013: The impact of a future $H_2$-based road transportation sector on the composition and chemistry of the atmosphere - Part 2: Stratospheric ozone. *Atmospheric Chem Phys.*, 13, 6139-6150, doi:10.5194/acp-13-6139-2013.

Cubasch, U., D. Wuebbles, D. Chen, M. C. Facchini, D. Frame, N. Mahowald and J.-G. Winther, 2013: Introduction. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC (coauthor), 2013: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC (coauthor), 2013: Summary for Policymakers. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Stocker, T. F., D. Qin, G.-K. Plattner, L. V. Alexander, S. K. Allen, N. L. Bindoff, F.-M. Bréon, J. A. Church, U.

Cubasch, S. Emori, P. Forster, P. Friedlingstein , N. Gillett, J. M. Gregory, D. L. Hartmann, E. Jansen, B. Kirtman, R. Knutti, K. Krishna Kumar, P. Lemke, J. Marotzke, V. Masson-Delmotte, G. A. Meehl, I. Mokhov, S. Piao, V. Ramaswamy, D. Randall, M. Rhein, M. Rojas, C. Sabine, D. Shindell, L. D. Talley, D. G. Vaughan and S.-P. Xie (contributing author), 2013: Technical Summary. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC, 2013: Annex III: Glossary (coauthor) [Planton, S. (ed.)]. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Stocker, T. F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P. M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Wuebbles, D. J., 2013: Climate change: A summary of science findings from the Working Group I contribution to the IPCC Fifth Assessment Report (AR5). *ICAO Journal*, 68, 6, 32-35.

Lei, H., D. Wuebbles, X.-Z. Liang, Z. Tao, S. Olsen, R. Artz, and X. Reng, 2014: Projections of atmospheric mercury levels and their effect on air quality in the United States. *Atmos. Chem. Phys.*, 14, 783-795, doi:10.5194/acp-14-783-2014.

Lei, H., and D. J. Wuebbles, 2013: Chemical competition in nitrate and sulfate formations and its consequence on air quality, *Atmos. Environ.*, 80, 472-477, doi: 10.1016/j.atmosenv.2013.08.036.

Wuebbles, D. J., D. Wang, K. O. Patten, and S. C. Olsen, 2013: Analyses of new short-lived replacements for HFCs with large GWPs. *Geophys. Res. Lett.*, 40, 4767-4771; DOI: 10.1002/grl.50908.

Zerefos, C. S., K. Tourpali, P. Zanis, K. Eleftheratos, C. Repapis, A. Goodman, D. Wuebbles, I. S. A. Isaksen and J. Luterbacher, 2014: Evidence for an earlier greenhouse cooling effect in the stratosphere before the 1980s over the Northern Hemisphere. *Atmos. Chem. Phys.*, 14, 7705-7720.

Vose, R. S., S. Applequist, M. A. Bourassa, S. C. Pryor, R. J. Barthelmie, B. Blanton, P. D. Bromirski, H. E. Brooks, A. T. DeGaetano, R. M. Dole, D. R. Easterling, R. E. Jensen, T. R. Karl, K. Klink, R. W. Katz, M. C. Kruk, K. E. Kunkel, M. C. MacCracken, T. C. Peterson, B. R. Thomas, X. L. Wang, J. E. Walsh, M. F. Wehner, D. J. Wuebbles, and R. S. Young, 2014:  Monitoring and understanding changes in extreme winds, waves, and extratropical storms along the U.S. coasts: State of knowledge. *Bullet. Am. Meteorol. Soc.*, doi: http://dx.doi.org/10.1175/BAMS-D-12-00162.1.

Wuebbles, D. J., G. Meehl, K. Hayhoe, T. R. Karl, K. Kunkel, B. Santer, M. Wehner, B. Colle, E. M. Fischer, R. Fu, A. Goodman, E. Janssen, V. Kharin, H. Lee, W. Li, L. N. Long, S. Olsen, A. Seth, J. Sheffield, Z. Tao, and L. Sun, 2014: CMIP5 climate model analyses: Climate extremes in the United States. *Bullet. Am. Meteorol. Soc.*, doi: http://dx.doi.org/10.1175/BAMS-D-12-00172.1.

Wuebbles, D. J., 2014: Ozone: Ozone Depletion Potentials. *Encyclopedia of the Atmospheric Sciences*, Elsevier, Amsterdam.

Drewniak, B. A., P. K. Snyder, A. L. Steiner, T. E. Twine, and D. J. Wuebbles, 2014: Simulated changes in biogenic VOC emissions and ozone formation from habitat expansion of *Acer Rubrum* (red maple). *Environ. Res. Lett.*, 9, doi:10.1088/1748-9326/9/1/014006.

Khodayari, A., S. Olsen, and D. J. Wuebbles, 2014: Aviation NOx-induced $CH_4$ effect: Fixed mixing ratio boundary conditions versus flux boundary condition. *Atmos. Environ.*, in press.

Janssen, E., D. J. Wuebbles, K. E. Kunkel, S. C. Olsen and A. Goodman, 2014: Trends and projections of extreme precipitation over the Contiguous United States. *Earth's Future*, 2, 99-113; DOI: 10.1002/2013EF000185.

Khodayari, A., S. C. Olsen, and D. J. Wuebbles, 2014: Estimates of aviation NOx induced radiative forcings for 2005 and 2050. *Atmos. Environ.*, 91, 95-103 (July 2014) .

Wuebbles, D. J., K. Kunkel, M. Wehner, and Z. Zobel, 2014: Severe weather in the United States under a changing climate. *EOS*, 95, 149-150; DOI: 10.1002/2014EO180001.

Ganguly, A. R., E. Kodra, A. Banerjee, S. Boriah, S. Chatterjee, A. Choudhary, D. Das, J. Faghmous, P. Ganguli, S. Ghosh, K. Hayhoe, C. Hays, W. Hendrix, Q. Fu, J. Kawale, D. Kumar, V. Kumar, S. Liess, R. Mawalagedara, V. Mithal, R. Oglesby, K. Salvi, P. K. Snyder, K. Steinhaeuser, D. Wang, D. Wuebbles, 2014: Toward enhanced understanding and prediction of climate extremes using physics-guided data mining techniques. *Nonlinear Processes in Geophysics*, 21, 777-795.

Lin, J., D. Pan, S. J. Davis, Y. Kuang, Q. Zhang, K. He, C. Wang, D. Streets, D. J. Wuebbles, and D. Guan, 2014: China's international trade and air pollution in the U.S. *Proc. Nat. Acad. Sci.*, doi:/10.1073/pnas.1312860111.

Donald J. Wuebbles—Curriculum Vitae                                      February 22, 2018

Lei, H., D. Wuebbles, and X.-Z. Liang, 2014: Physical Dust Aerosol Modeling by Cam-Chem: Model Formulation and Evaluation. *Geoscientific Model Development*, 21, 777-795, doi:10.5194/npg-21-777-2014.

UK Royal Society and U.S. National Academy of Sciences (coauthor), 2014: Climate Change: Evidence and Causes. National Academy Press, Washington, DC.

Melillo, Jerry M., T.C. Richmond, and G. W. Yohe, Eds. (coauthor), 2014: *Climate Change Impacts in the United States: The Third National Climate Assessment*. U.S. Global Change Research Program, 840 pp, Available at http://nca2014.globalchange.gov.

Melillo, Jerry M., Terese (T.C.) Richmond, and Gary W. Yohe, Eds. (coauthor), 2014: *Highlights of Climate Change Impacts in the United States: The Third National Climate Assessment*. U.S. Global Change Research Program, 148 pp.

Walsh, J., D. Wuebbles, et al., 2014: Our Changing Climate. Chapter 2 in *Climate Change Impacts in the United States: The Third National Climate Assessment*. ,J. M. Melillo, Terese (T.C.) Richmond, and Gary W. Yohe, Eds., U.S. Global Change Research Program. Available at http://nca2014.globalchange.gov/report#submenu-report-our-changing-climate.

Walsh, J., D. Wuebbles, et al., 2014: Climate Science Supplement. Appendix 3 in *Climate Change Impacts in the United States: The Third National Climate Assessment*., J. M. Melillo, Terese (T.C.) Richmond, and Gary W. Yohe, Eds., U.S. Global Change Research Program.

Walsh, J., D. Wuebbles, et al., 2014: Frequently Asked Questions. Appendix 4 in *Climate Change Impacts in the United States: The Third National Climate Assessment*., J. M. Melillo, Terese (T.C.) Richmond, and Gary W. Yohe, Eds., U.S. Global Change Research Program.

Guan, D., Lin, J., S. J. Davis, D. Pan, Y. Kuang, Q. Zhang, K. He, C. Wang, D. Streets, and D. J. Wuebbles, 2014: Consumption-based accounting helps mitigate global air pollution. *Proc. Nat. Acad. Sci.*, doi:10.1073/pnas.1407383111.

Wuebbles, D. J., 2014: Climate assessment details ocean trends. *Sea Tech e-News*, June 12, 2014.

Wuebbles, D. J., A. Khodayari, W. Washington, T. Bettge, J. Bacmeister, and X.-Z. Liang, 2014: High-Resolution climate simulations using Blue Waters. Blue Waters Annual Report, University of Illinois.

Dzepina, K., C. Mazzoleni, P. Fialho, S. China, B. Zhang, R.C. Owen, M.T. Ampadu, J.A. Perlinger, L. Kramer, M. Dziobak, S. Kumar, J. Helmig, J. Hueber, S. Olsen, D.J. Wuebbles and L. R. Mazzoleni, 2015: Molecular Characterization of Free Tropospheric Aerosol Collected at the Pico Mountain Observatory, *Atmos. Chem. Phys.*, 15, 1-22, doi:10.5194/acp-15-1-2015.

Wuebbles, D. J., A. Chitkara, and C. Matheny, 2014: Potential effects of climate change on global security. *Environment Systems & Decisions*, DOI 10.1007/s10669-014-9526-1.

WMO-UNEP (coauthor), 2014: *Assessment for Decision-Makers: Scientific Assessment of Ozone Depletion 2014*. WMO Global Ozone Research and Monitoring Project – Report No. 56, Geneva, Switzerland.

Brasseur, G. P., R. Halthore, S. Barrett, D. Duda, G. Fleming, P. Forster, J. Fuglestvedt, A. Gettelman, M. Gupta, S. D. Jacob, M. Jacobson, A. Khodayari, K.-N. Liou, M. Lund, P. Minnis, S. Olsen, J. Penner, R. Prinn, U. Schumann, H. B. Selkirk, N. Unger, H.-W. Wong, D. J. Wuebbles, P. Yang, and C. Zhou, 2015: Impact of Aviation on Climate: FAA's Aviation Climate Change Research Initiative (ACCRI) Phase II. *BAMS*, 97(4), 561-583, doi:10.1175/BAMS-D-13-00089.1.

Wuebbles, D. J., A. Chitkara, and C. Matheny, 2015: *The role of climate change in global security*. In Globalization and Its Impact on the Future of Human Rights and International Criminal Justice, M. Cherif Bassiouni, editor, Intersentia Publications, Cambridge.

Wuebbles, D. J., 2015: *The U.S. National Climate Assessment: Setting the Stage for Risk Management*. In the Proceedings of the U.S.-Iran Symposium on Climate Change: Impacts and Mitigation. March 30 – April 1, 2015, Irvine, CA.

Harris, N. R. P., D. J. Wuebbles (Lead Authors), J.S. Daniel, J. Hu, L.J.M. Kuijpers, K.S. Law, M.J. Prather, and R. Schofield, 2014: Scenarios and Information for Policymakers. Chapter 5 in *Scientific Assessment of Ozone Depletion 2014*, Global Ozone Research and Monitoring Project – Report No. 55, World Meteorological Organization, Geneva, Switzerland.

Khodayari, A., S. Times, S. C. Olsen, D. Phoenix, and D. J. Wuebbles, J.-F. Lamarque, and C.-C. Chen, 2015: Aviation 2006 NOx-Induced effects on atmospheric ozone and HOx in Community Earth System Model (CESM). *Atmos. Chem. Phys.*, 113, 135-139, doi:10.1016/j.atmosenv.2015.04.070.

Ravishankara, A. R., Y. Rudich, and D. J. Wuebbles, 2015: Physical chemistry of climate metrics. *Chemical Reviews*, DOI: 10.1021/acs.chemrev.5b00010.

Wuebbles, D. J., 2015: *Modeling the Impact of Aerosols*. In The Atmosphere: An Introduction to Meteorology. F.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

K. Lutgens, and E. J. Tarbuck, Pearson Education, Inc.

Jacobson, M. Z., S. R. H. Barrett, A. Gettelman, H. B. Selkirk, N. Unger, and D. J. Wuebbles, 2015: Surface Air Quality Effects of Cruise Emissions. Federal Aviation Administration report.

Gettelman, A., M. Z. Jacobson, and D. J. Wuebbles, 2015: Climate Forcing Effects from 2050 Projected Aviation. Federal Aviation Administration report.

Gustafson, D., M. Hayes, E. Janssen, D. B. Lobell, S. Long, G. Nelson, H. B. Pakrasi, P. Raven, G. P. Robertson, R. Robertson, and D. Wuebbles, 2015: Pharaoh's dream revisited: An integrated U.S. midwest field research network for climate adaptation of global agriculture. *Bioscience*, doi:10.1093/biosci/biv164.

Wuebbles, D. J., and S. Sanyal, 2015: Air quality in a cleaner energy world. *Current Pollution Report*, DOI 10.1007/s40726-015-0009-x.

Wuebbles, D. J., and J. Melillo, 2015: Climate change and our nation. EOS, *96*, doi:10.1029/2015EO029509, https://eos.org/opinions/spreading-the-word-about-climate-change.

Challinor, A., J. Elliott, C. Kent, K. Lewis and D. Wuebbles, 2015: Climate and Global Crop Production Shocks. UK-US Taskforce on Extreme Weather Impact on Food Resilience. Published by UK Science & Innovation Network.

Wuebbles, D. J., W. Higgins, and H.-C. Chien, 2015: Focusing attention on climate change and Pacific Island nations. *EOS*, 96, doi:10.1029/2015EO033665. Published August 3, 2015.

Wuebbles, D. J., 2015: *Ozone Depletion Potentials*. In: Gerald R. North (editor-in-chief), John Pyle and Fuqing Zhang (editors). Encyclopedia of Atmospheric Sciences, 2nd edition, Vol. 4, pp. 364–369.

Wuebbles, D. J., 2016: *Setting the Stage for Risk Management: Severe Weather under a Changing Climate*. In Societal Risk Management of Natural Hazards, Springer Books.

Um, M.-J., M. Markus, D. J. Wuebbles, and Y. Kim, 2016: Projected variations in the regional clustering of precipitation stations around Chicago. *Climate Research*, 67, 151-163.

Wuebbles, D. J., 2016: Atmospheric Gases. In: *Reference Module in Life Sciences*, Elsevier Limited.

Wuebbles, D. J., 2016: Oxygen Cycle. In *Reference Module in Earth Systems and Environmental Sciences*, Elsevier.

He, H., X.-Z. Liang, H. Lei, S. Su, and D. J. Wuebbles, 2016: Future U.S. ozone projections, climate change, long-range transport, and differences in modeling  design. *Atmos. Env.*, 128, 124-133, http://dx.doi.org/10.1016/j.atmosenv.2015.12.064.

Kotamarthi, R., L. Mearns, K. Hayhoe, C.L. Castro, and D. Wuebbles, 2016: Use of Climate Information for Decision-Making and Impacts Research: State of Our Understanding. Department of Defense, Strategic Environmental Research and Development Program. 55pp.

Janssen, E., R. L. Sriver, D. J. Wuebbles, and K. E. Kunkel, 2016: Seasonal and regional variations in extreme precipitation event frequency using CMIP5. *Geophys. Res. Lett.*, DOI: 10.1002/2016GL069151.

Khodayari, A., D. Phoenix·and D. J. Wuebbles, 2017: Sensitivity of NOx emissions from lightning on the production of aviation-induced ozone. *Atmos Environ.*, being revised.

Cameron, M. A., M. Z. Jacobson, S. R. H. Barrett, H. Bian, C. C. Chen, S. D. Eastham, A. Gettelman, A. Khodayari, Q. Liang, D. Phoenix, H. B. Selkirk, N. Unger, D. J. Wuebbles, and X. Yue, 2017: Inter-comparative study of effects of aircraft on surface air quality. *J. Geophys. Res.*, DOI: 10.1002/2016JD025594.

Zobel, Z., J. Wang, D. J. Wuebbles, and V. R. Kotamarthi, 2017: Evaluations of high-resolution dynamically downscaled ensembles over the contiguous United States. *Climate Dynamics*, https://doi.org/10.1007/s00382-017-3645-6.

Wuebbles, D. J., and J. M. Jacobs, 2017: Potential Impacts of Climate Change on the Interstate Highway System. Special report for the National Academy of Sciences Transportation Research Board.

Zobel, Z., J. Wang, D. J. Wuebbles, and V. R. Kotamarthi, 2017: High resolution dynamical downscaling ensemble projections of future extreme temperature distributions for the United States. *Earth's Future*, 5, 1234–1251, https://doi.org/10.1002/2017EF000642.

USGCRP, 2017: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, 475 pp.

Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, B. DeAngelo, S. Doherty, K. Hayhoe, R. Horton, J.P. Kossin, P.C. Taylor, A.M. Waple, and C.P. Weaver, 2017: Executive summary. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA.

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Wuebbles, D.J., D.R. Easterling, K. Hayhoe, T. Knutson, R.E. Kopp, J.P. Kossin, K.E. Kunkel, A.N. LeGrande, C. Mears, W.V. Sweet, P.C. Taylor, R.S. Vose, and M.F. Wehner, 2017: Our globally changing climate. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA.

Hayhoe, K., J. Edmonds, R. E. Kopp, A. N. LeGrande, B. M. Sanderson, M. F. Wehner, and D. J. Wuebbles, 2017: Climate models, scenarios, and projections. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA.

Taylor, P.C., W. Maslowski, J. Perlwitz, and D.J. Wuebbles, 2017: Arctic changes and their effects on Alaska and the rest of the United States. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, pp. 303-332, doi: 10.7930/J00863GK.

Wuebbles, D.J., 2017: Observational datasets used in climate studies. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA.

Wuebbles, D. J., D. W. Fahey, and K. A. Hibbard, 2017: How Will Climate Change Affect the United States in Decades to Come? *Eos, 98,* https://doi.org/10.1029/2017EO086015.

Weatherhead, B., B. Wielicki, V. Ramaswamy, M. Abbott, T. Ackerman, R. Atlas, G. Brasseur, L. Bruhwiler, A. Busalacchi, J. Butler, C.T.M. Clack, R. Cooke, L. Cucurull, S. Davis, J. English, D. Fahey, S. Fine, J.K. Lazo, N. Loeb, Eric Rignot, B. Soden, D. Stanitski, G. Stephens, B. Tapley, A. Thompson, K. Trenberth, and D. Wuebbles, 2018: Designing the Climate Observing System of the Future. *Earth's Future,* 10.1002/2017EF000627.

Um, M.-J., J.-H. Heo, M. Markus, and D. J. Wuebbles, 2018: Performance evaluation of four statistical tests for trend and non-stationarity and assessment of observed and projected annual maximum precipitation series in major United States cities. *Water Resources Management,* 32, 913-933, https://doi.org/10.1007/s11269-017-1846-8.

He, H., X.-Z. Liang, and D. J. Wuebbles, 2018: Effects of emissions change, climate change and long-range transport on regional modeling of future U.S. particulate matter pollution. *Atmos. Environ.,* 179, 166-176, https://doi.org/10.1016/j.atmosenv.2018.02.020.

Sulbaek Andersen, M. P., J. A. Schmidt, A. Volkova, and D. Wuebbles, 2018: A Three-dimensional Model of the Atmospheric Chemistry of $E$ and $Z$-$CF_3CH$=$CHCl$ (HCFO-1233(zd) (E/Z)): Atmospheric Lifetimes, Global Warming Potentials and Formation of Trifluoroacetic Acid. *Atmos. Environ.,*179, 250-259, https://doi.org/10.1016/j.atmosenv.2018.02.018.

Sanyal, S., D. J. Wuebbles, S. C. Olsen, L. Mazzoleni, C. Mazzoleni, D. Helmig, and P. Fialho, 2018: Modeling CO, $O_3$ and BC in North Atlantic Free Troposphere after long range transport and impact of North American outflow on on pollutant concentration in Pico. *Atmospheric Environment,* in press.

Um, M.-J., W. Nam, D. J. Wuebbles, M. Markus, and J.-H. Heo, 2018: Nonlinear regression analysis for the optimal location parameter for the nonstationary GEV with projected extreme precipitation around Chicago. *JAMC,* in press.

Schlie, E., et al., 2018: A radar-based analysis of severe hail outbreaks over the contiguous United States for 2000-2011. *Earth's Future,* submitted.

Gao, Y., J. Fu, S. Zhang, J. Drake, D.J. Wuebbles and J.-F. Lamarque, 2018: The increase in heat wave and seasonal extreme temperatures in CCSM4 in the 21st century. *Advances in Atmospheric Sciences,* submitted.

Wuebbles, D. J., 2018: Health Impacts in a Changing Climate. Chapter 10 in *One Health,* Wiley, in press.

Donald J. Wuebbles—Curriculum Vitae                                February 22, 2018

## RESEARCH GRANTS AND CONTRACTS (Incomplete; not updated entirely)

Title: ANALYSIS OF ODPS AND GWPS FOR SELECTED IODINE COMPOUNDS (ENVIRONMENTAL TECHNOLOGY & EDUCATION CENTER)
Source of Support: US Air Force Office of Scientific Research (AFOSR)
Date & Period:   9/1/1995   1 yr
Amount:        $20,000

Title: OZONE DEPLETION POTENTIAL FOR CHLOROBROMETHANE (ENVIRO TECH - INTERNATIONAL)
Source of Support: Misc Commercial (Domestic) Corporations
Date & Period:   10/18/1995   .5 yr
Amount:$18,000

Title: EXTENSION OF MODEL VALIDATION & SENSITIVITY STUDIES FOR DETERMINING AIRCRAFT.....
Source of Support: NASA
Date & Period:   2/08/96  .2 yr
Amount: $10,000

Title: ASSESSING THE ROLE OF COUPLING BETWEEN CHEMISTRY & CLIMATE
Source of Support: NASA
Date & Period: 2/20/96   1 yr
Amount: $91,110

Title: COORDINATION STUDIES WITH PNNL'S GLOBAL CHANGE ASSESSMENT MODEL: INTEGRATED SCIENCE MODELING & APPLICATIONS TO THE HUMAN DIMENSION
Source of Support: U.S. Dept Energy
Date & Period: 3/19/1996   3 yrs
Amount: $140,562

Title: INDICES FOR OZONE & CLIMATE CHANGE: ANALYSES & NEW APPROACHES
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 5/16/1996   3 yrs
Amount: $60,000

Title: MODELING STUDIES TO REDUCE UNCERTAINTIES IN EVALUATION OF SUBSONIC & HSCT AIRCRAFT EFFECTS ON THE GLOBAL ATMOSPHERE
Source of Support: NASA
Date & Period: 8/13/1996   3 yrs
Amount:  $187,681

Title: ASSESSING THE ROLE OF COUPLING BETWEEN CHEMISTRY & CLIMATE
Source of Support: NASA
Date & Period:   11/15/1996   1 yr
Amount: $95,176

Title: CHEMICAL TRANSPORT MODELING OF THE GLOBAL ATMOSPHERE FOR ENVIRONMENTAL PROBLEMS EVALUATION COMPARISIONS AND INITIAL....
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 1/14/1997   3 yrs
Amount: $312,334

Donald J. Wuebbles—Curriculum Vitae                                    February 22, 2018

Title: EFFECTS OF METHANE EMISSIONS ON GLOBAL CLIMATE & THEIR ROLE IN GREENHOUSE GAS ABATEMENT STRATEGIES
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 1/31/1997   1 yr
Amount: $100,000

Title: ADVANCED INTEGRATED SCIENCE MODELING CAPABILITY FOR INTEGRATED ASSESSMENT STUDIES
Source of Support: NSF/Natl Science Fdn
Date & Period: 2/13/1997   3 yrs
Amount: $280,000

Title: INDICIES FOR OZONE & CLIMATE CHANGE: ANALYSES & NEW APPROACHES
Source of Support:  US Environmental Protection Agency (EPA)
Date & Period: 3/25/1997     1 yr
Amount:  $115,000

Title: REEXAMINING GLOBAL WARMING POTENTIALS FOR A COMMON FRAMEWORK (ALTERNATIVE FLUOROCARBONS ENV. ACCEPTABILITY STUDY-AFEAS)
Source of Support: Misc Associations
Date & Period: 5/7/1997   1 yr
Amount: $45,040

Title: UNCERTAINTY & INTEGRATED CLIMATE ASSESSMENT MODELS (HARVARD UNIV)
Source of Support: U.S. Department of Energy
 Date & Period:  5/19/1997    2.2 yrs
Amount: $27,647

Title: GREENHOUSE GASES RISK MANAGEMENT PROJECT
Source of Support: Electric Power Research Inst (EPRI)
Date & Period: 5/20/1997   .8 yr
Amount: $10,000

Title: EVALUATING PEM-TROPICS OBSERVATIONS: UNCERTAINTY ANALYSES & EFFECTS OF DEEP CONVECTIVE MIXING ON TROPOSPHERIC CHEMISTRY
Source of Support: NASA
Date & Period: 1/9/1998     3 yrs
Amount: $166,393

Title: ASSESSING THE ROLE OF COUPLING BETWEEN CHEMISTRY & CLIMATE
Source of Support: NASA
Date & Period: 1/28/1998     1 yr
Amount: $95,000

Title: INDICES FOR OZONE & CLIMATE CHANGE: ANALYSES & NEW APPROACHES
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 5/12/1998   1 yr
Amount: $30,000

Title: EVALUATING INTERACTIONS BETWEEN CHEMICAL & CLIMATE PROCESSES IN THETROPOSPHERE & STRATOSPHERE
Source of Support: NASA
Date & Period: 6/17/1998   3 yrs

Donald J. Wuebbles—Curriculum Vitae                              February 22, 2018

Amount: $168,770

Title: EFFECTS OF METHANE EMISSIONS ON GLOBAL CLIMATE & THEIR ROLE IN GREENHOUSE
GAS ABATEMENT STRATEGIES
Source of Support: US Environmental Protection Agency (EPA)
Date & Period:   6/19/1998   1 yr
Amount: $138,414

Title: REDUCING UNCERTAINTIES IN UNDERSTANDING THE POTENTIAL EFFECTS OF HSCT
AIRCRAFT ON THE GLOBAL ATMOSPHERE
Source of Support: NASA Goddard Space Flight Ctr
Date & Period:   8/17/1998   2 yrs
Amount: $100,000

Title: RESEARCH TO IMPROVE MODELING CAPABILITIES FOR DETERMINING OZONE DEPLETION
POTENTIALS FOR N...(GREAT LAKES CHEMICAL COMP)
Source of Support: Great Lakes Chemical
 Date & Period:   12/22/1998   1 yr
Amount: $95,000

Title: TRACE GASES IN THE GLOBAL ATMOSPHERE: EFFECTS ON OZONE & CLIMATE
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 4/16/1999    3 yrs
Amount: $300,000

Title: GREENHOUSE GASES RISK MANAGEMENT PROJECT.
Source of Support: Electric Power Research Inst (EPRI)
Date & Period:   7/19/1999   .8 yrs
Amount: $1,470

Title: EFFECTS OF METHANE EMISSIONS ON GLOBAL CLIMATE & THEIR ROLE IN GREENHOUSE
GAS ABATEMENT STRATEGIES
 Source of Support: US Environmental Protection Agency (EPA)
Date & Period:   9/27/1999   1 yr
Amount: $116,000

Title: BIOGEOCHEMICAL CYCLES & CLIMATE CHANGE: POTENTIAL FEEDBACKS & INTERACTIONS
(NASA AT WASHINGTON)
Source of Support: NASA
Date & Period:   3/14/2000   1 yr
Amount: $22,000

Title: ATMOSPHERIC MODELING TO SUPPORT STATISTICAL TREND ANALYSIS (EPA SBC -
UNIVERISTY OF CHICAGO)
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 3/9/2001    5 yrs
Amount: $40,000

Title:     BIOGEOCHEMICAL CYCLES & CLIMATE CHANGE: POTENTIAL FEEDBACKS &
INTERACTIONS
Source of Support: NASA
Date & Period: 3/13/2001    1 yr
Amount: $22,000

Title: TRACE GASES IN THE GLOBAL ATMOSPHERE: EFFECTS ON OZONE & CLIMATE

Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 6/8/2001    3 yrs
Amount: $50,000

Title: EVALUATING INTERACTIONS BETWEEN CHEMICAL AND CLIMATE PROCESS IN THE
TROPOSPHERE AND STRATOSPHERE
Source of Support: NASA
Date & Period: 8/15/2001   .7 yr
Amount: $20,000

Title: MODELING THE EFFECTS OF AVIATION ON THE ATMOSPHERE
Source of Support: US Environmental Protection Agency (EPA)
Date & Period: 9/19/2001   .6 yr
Amount: $24,950

Title: PARAMETRIC STUDIES OF THE POTENTIAL EFFECTS ON GLOBAL ATMOSPHERICCHEMISTRY
& CLIMATE FROM SUPERSONIC (GULF STREAM AEROSPACE CORP.)
Source of Support: GULF STREAM AEROSPACE CORP
Date & Period:   11/13/2001    1 yr
Amount: $80,000

Title: PARAMETRIC STUDIES OF AIRCRAFT EFFECTS ON OZONE
Source of Support: NASA
Date & Period:   4/18/2002   .4 yr
Amount: $40,000

Title: TRACE GASES IN THE GLOBAL ATMOSPHERE: EFFECTS ON OZONE & CLIMATE
Source of Support: US Environmental Protection Agency (EPA)
Date & Period:   5/2/2002-12/31/06
Amount: $380,000

Title: BIOGEOCHEMICAL CYCLES & CLIMATE CHANGE: POTENTIAL FEEDBACKS & INTERACTIONS
Source of Support: NASA
Date & Period: 5/28/2002    1 yr
Amount: $24,000

Title: STUDIES FOR BOEING TO BETTER UNDERSTAND THE EFFECTS FROM AIRCRAFTEMISSIONS
ON OZONE & CLIMATE
Source of Support: Boeing
Date & Period: 5/28/2002    1 yr
Amount: $144,980

Title: METHODOLOGY FOR ANALYSES OF REGIONAL CLIMATE CHANGE: APPLICATION TO THE US
MIDWEST/GREAT LAKES REGION (UNIVERISTY OF CALIFORNIA)
Source of Support: U.S. Energy-Misc
Date & Period: 8/19/2002    1 yr
Amount: $19,695

Title: IMPACTS OF GLOBAL CLIMATE & EMISSION CHANGES ON U.S. AIR QUALITY
Source of Support: US Environmental Protection Agency (EPA)
Date & Period:   9/6/2002   3 yrs
Amount:  $900,000

Title: PARAMETRIC STUDIES WITH TWO DIMENSIONAL MODEL
Source of Support: NASA

Date & Period: 9/26/2002     .5 yr
Amount: $75,000

Title: DEVELOPMENT OF AN UNDERGRADUATE MAJOR IN THE EARTH SYSTEM, ENVIRONMENT AND SOCIETY
(UNIVERSITIES SPACE RSRCH ASSOC)
Sponsor: NASA
Date & Period: 12/20/2002    2 yrs
Amount: $70,000

Title: ASSESSMENT OF AIRPORT EMISSIONS IMPACT OF AIR QUALITY IN THE CHICAGO AREA
Source of Support: NASA
Date & Period:   6/25/2003   3 yrs
Amount: $484,588

Title: STUDIES FOR BOEING TO BETTER UNDERSTAND THE EFFECTS FROM AIRCRAFT EMISSION SON ONZONE AND
CLIMATE (BOEING)
Source of Support: Boeing
Date & Period:   8/21/2003    2.6 yrs
Amount: $111,093

Title: EVALUATING INTERACTIONS BETWEEN CHEMICAL AND CLIMATE PROCESSES IN THE TROPOSPHERE AND
STRATOSPHERE
Source of Support: NASA
Date & Period:   2/17/2004    1.9 yrs
Amount: $60,001

Title: ATMOSPHERIC IMPACT OF CF31 REPLACING CF3BR FOR SUPPRESSING IN-FLIGHT FIRES IN ENGING NACELLES
Source of Support: US Dept of Commerce (DOC)
Date & Period:   4/15/2004    .6 yr
Amount: $24,999

Title: EVALUATING INTERACTIONS BETWEEN CHEMICAL AND CLIMATE PROCESSES IN THE TROPOSPHERE AND
STRATOSPHERE
 Source of Support: Science Applications Intl Corp
Date & Period:   7/14/2004    .8 yr
Amount: $60,001

Title: STATISTICAL APPLICATIONS FOR CLIMATE CHANGE PROJECTIONS
Source of Support: CISES/University of Chicago (through EPA)
 Period:       01/05     3 yrs
Amount: $185,842

Title: CLOSING THE LOOP:  SPATIAL DEMOGRAPHIC-ECONOMIC IMPACTS ON FUTURE AIR POLLUTION EMISSIONS
Source of Support: Environmental Protection Agency
Period: 01/05    3.25 yrs
Amount: $749,999

Title: STUDIES FOR BOEING TO BETTER UNDERSTAND THE EFFECTS FROM AIRCRAFT EMISSIONS ON OZONE &
CLIMATE
Source of Support: Boeing
Period: 12/05  2 yrs
Amount: $420,754

Title: HONEYWELL FLUOROCARBONS
Source of Support: Honeywell Specialty Materials Grp
Date & Period:    4/18/2006    4.5 yr (likely to be renewed)
Amount:$174,361

Title:     ENVIRO Tech - Ozone depletion Potential Studies for n-Propyl Bromide
Source of Support: Albemarle Corp
Date & Period: 5/1/2006    .5 yr
Amount: $50,000

Title: VOLPE
Source of Support: Volpe Natl Transportation Systems Ctr
 Date & Period:   5/4/2006    .5 yr
Amount: $25,000

Title: OZONE DEPLETION POTENTIAL STUDIES FOR TRICHLOROETHYLENE AND PERCHLOROETHYLENE
 Source of Support: ENVIRO Tech Intl Inc
 Date & Period:   6/22/2006    1.1 yr
Amount: $20,000

Title: ASSESSMENT OF POTENTIAL CLIMATE CHANGE IMPACTS ON THE CHICAGO AREA
Source of Support: Global Philanthropy Partnership
Date & Period:    1/18/2007    1 yr
Amount: $165,000

Title: Ozone Depletion Potentials for Short-Lived Compounds
Source of Support: Honeywell Corporation
Amount: $155,000
Covered: June 2006 to June 2010 (to be extended; currently discussing new statement of work)

Title: Advancing Hydrologic Science through Synthesis: Water Cycle Dynamics in a Changing Environment
Source of Support: NSF
Amount: $875,000
Covered: May 2007 to May 2011

Title: CMG Collaborative Research: Statistical Evaluation of Model-Based Uncertainties Leading to Improved
    Climate Change Projections at Regional to Local Scales
Source of Support: NSF
Amount: $900,000
Covered: October 2007 to October 2010

Title: Evaluation of the Potential Environmental Impacts from Large-Scale Use and Production of Hydrogen in
    Energy and Transportation Applications
Source of Support: Department of Energy
Amount: $600,000
Covered: October 2007 to June 2010

Title: Studies for Boeing to Better Understand the Effects for Aircraft Emissions on Ozone & Climate
Source of Support: The Boeing Company
Amount  $72,041
Covered: September 2009 to September 2010 (in process of getting another $69,633 added; likely to be extended
further with new support)

Donald J. Wuebbles—Curriculum Vitae                    February 22, 2018

Title: Virtual Observatory for Sustainability of Intensively Managed Environmental Systems
Source of Support: University of Illinois – IACAT program
Amount: $500,000
Covered: June 2008 to September 2012

Title: Climate Metrics and Aviation: Analysis of Current Understanding and Uncertainties
Source of Support: Volpe National Transportation Systems (FAA)
Amount; $50,000
Covered: September 2007 to August 2008

Title: Water Cycle Dynamics in a Changing Environment Advancing Hydrologic Science Through Synthesis
Source of Support: NSF
Amount; $750,000
Covered: June 2007 to December 2013

Title: New analyses of climate impacts on Midwest agriculture and hydrology
Source of Support: ECI
Amount; $25,000
Covered: June 2009 to June 2010

Title: Consequences of Global Climate and Emissions Changes on U.S. Water Quality: An Integrated Modeling Assessment
Source of Support: US EPA
Amount: $800,000
Covered: May 2009 to May 2012

Title: Development and Evaluation of Climate Metrics for Aviation Based on Climate-Chemistry Modeling Analyses
Source of Support: FAA
Amount: $200,000
Covered: September 2013 to May 2014

Title: Using Petascale Computing Capabilities to Address Climate Change Uncertainties
Source of Support: NSF
Amount: $18,963 (plus millions of dollars of petascale computing time)
Covered: April 2011 to April 2015

Title: Enabling Climate Simulation at Extreme Scale
Source of Support: NSF, for G8 organization
Amount: $450,000 (our part at UIUC)
Covered: April 2011 to April 2014

Title: Studies for Boeing to Better Understand the Effects for Aircraft Emissions on Ozone & Climate
Source of Support: The Boeing Company
Amount:  Over $1Million since began
Covered: latest two projects went from December 2012 to March 2014

Title: Using CMIP5 Results in Climate Analyses for the United States
Source of Support: NASA
Amount: $250, 770
Covered: May 2012 to February 2015

Title: High Resolution Earth System Modeling for International Climate Assessment Using Blue Waters Capabilities
Source of Support: NSF PRAC (Bob Rauber is PI while I am in DC)

Donald J. Wuebbles—Curriculum Vitae                              February 22, 2018

Amount: $15,000 (plus millions of dollars of petascale computing time on Blue Waters)
Covered: August 2015 to August 2016 (new proposal submitted; we also have new support directly from NCSA)

Title: Climate Change Impacts to Department of Defense Installations
Source of Support: SERDP (project coordinated with Argonne National Laboratory) (Bob Rauber is PI while I am in DC)
Amount: $264,970
Covered: August 2012 to June 2016

Title: Evaluation of FAA Climate Tools
Source of Support: FAA (Bob Rauber is PI while I am in DC)
Amount: $180,000
Covered: September 2014 to August 2016 (to be renewed in August 2016)

Title: Particulate Matter Prediction and Source Attribution for U.S. Air Quality Management in a Changing World
Source of Support: EPA (Bob Rauber is PI while I am in DC)
Amount: $790,000 (part to UIUC)
Covered: April 2016 to April 2019

Title: An Investigation into Current and Future Trends in Severe Thunderstorms and their Environments
Source of Support: NOAA NCEI (through CICS cooperative agreement) (Jeff Trapp is PI while I am in DC)
Amount: $150,000
Covered: July 2015 to June 2018

Title: Scaling Mixing State to Predict Properties of Carbonaceous Aerosols: From Laboratory to Field to Climate Models
Source of Support: Los Alamos National Laboratory (Nicole Riemer is PI while I am in DC)
Amount: $165,315
Covered: August 2015 to July 2018