# EXHIBIT 5



# Understanding how carbon dioxide emissions from human activity contribute to global climate change

**MYLES ALLEN Environmental Change Institute, School of Geography and the Environment & Department of Physics**

**University of Oxford**

**myles.allen@ouce.ox.ac.uk**





# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming
- How industrial emissions are increasing atmospheric $CO_2$
- Modeling the impact of increasing $CO_2$ concentrations
- Quantifying human and natural influences on global climate
  - A digression on ice-ages
- How rising temperatures are affecting global sea level
- The permanent, cumulative impact of $CO_2$ emissions
  - Implications for the impact of delay in emission reductions





# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming
- How industrial emissions are increasing atmospheric $CO_2$
- Modeling the impact of increasing $CO_2$ concentrations
- Quantifying human and natural influences on global climate
  - A digression on ice-ages
- How rising temperatures are affecting global sea level
- The permanent, cumulative impact of $CO_2$ emissions
  - Implications for the impact of delay in emission reductions




# 1824-1860s: Fourier and Tyndall

- Identified $CO_2$ as one of the trace gases responsible for the blanketing effect of the atmosphere, absorbing and emitting infra-red radiation, keeping Earth's surface warm.









# How air molecules interact with electromagnetic radiation



Some of the many modes of motion of a $CO_2$ molecule

Some of these modes create asymmetrically-charged "dipoles" which interact with electromagnetic radiation, particularly in the infra-red part of the spectrum.



The fewer modes of motion of an $O_2$ or $N_2$ molecule







# The first quantitative account of the impact of rising $CO_2$ on temperature: Svante Arrhenius

- "Any doubling of the percentage of carbon dioxide in the air would raise the temperature of the earth's surface by 4° C; and if the carbon dioxide were increased fourfold, the temperature would rise by 8° C."







# Both temperature and density of absorbing $CO_2$ molecules decrease with height



View from side

View from above

Rate of energy emitted to space depends on the average temperature of molecules as seen from above

# Increasing $CO_2$ forces energy to escape from higher altitudes



View from side

View from above

Rate of energy emitted to space depends on the average temperature of molecules as seen from above

# Higher air is colder, and so radiates less energy



View from side

View from above

Rate of energy emitted to space depends on the average temperature of molecules as seen from above

# So the surface and lower atmosphere have to warm up to restore balance



View from side

View from above

Original state before $CO_2$ increase & warming

Rate of energy emitted to space depends on the average temperature of molecules as seen from above

# Successive CO$_2$ doublings have about the same impact on global energy budget



View from side

View from above

After the first CO$_2$ doubling and before warming





# Impact of rising GHGs on the spectrum of outgoing energy has been directly observed from space



Nimbus 4, 1970



Comparison of outgoing spectra, 1997 versus 1970. Harries et al (2001)





# And is tested in the models used for weather forecasting millions of times per day



Satellite observed outgoing radiation

Dessler et al, JGR, 2008





# Gilbert Plass (1955) and the role of water vapour

- Noted "the $CO_2$ theory" had been criticized because of strong absorption of infra-red radiation by water vapor.

- Correctly observed that at the altitudes from which radiation escapes to space, above the humid lower atmosphere, $CO_2$ is the dominant greenhouse gas.

- Emphasized urgency of measuring $CO_2$.



Scanned at the American Institute of Physics





# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming
- **How industrial emissions are increasing atmospheric $CO_2$**
- Modeling the impact of increasing $CO_2$ concentrations
- Quantifying human and natural influences on global climate
  - A digression on ice-ages
- How rising temperatures are affecting global sea level
- The permanent, cumulative impact of $CO_2$ emissions
  - Implications for the impact of delay in emission reductions





# Roger Revelle, 1957

- Explained how ocean buffer chemistry limits the amount of $CO_2$ taken up by the oceans, even in equilibrium.

- Hence $CO_2$ emissions have a permanent impact on climate: we can't rely on the oceans to dilute them away.







# Charles David Keeling's observations, 1958-60

- Unequivocal evidence that $CO_2$ concentrations are rising steadily









# Carbon dioxide levels are rising to levels not seen in over 20 million years







# Atmospheric oxygen and carbon isotopes indicate recent $CO_2$ increase is created by combustion, not simply released from the oceans







# Where is this carbon dioxide coming from?






# Cumulative CO$_2$ emissions added up over time







# And cumulative sinks: atmospheric accumulation is more than half cumulative fossil fuel emissions



Plants and soils are absorbing some additional $CO_2$ but land sink is predicted to weaken as temperatures rise




# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming
- How industrial emissions are increasing atmospheric $CO_2$
- **Modeling the impact of increasing $CO_2$ concentrations**
- Quantifying human and natural influences on global climate
  - A digression on ice-ages
- How rising temperatures are affecting global sea level
- The permanent, cumulative impact of $CO_2$ emissions
  - Implications for the impact of delay in emission reductions




# Modeling the impact of rising $CO_2$ concentrations: the global energy budget

- Increased $CO_2$ and other forms of pollution are already reducing outgoing radiation by about 2.5 W/m$^2$
  - Equals 12.5 million TWh per year
  - World primary energy consumption is ~175,000 TWh per year
- The planet as a whole has to warm up to restore the balance between incoming and outgoing energy.





# Disturbing the global energy balance



2.5 additional W/m$^2$ **IN** due to increased GHGs

0.75 W/m$^2$ increasing heat content of the climate system

1.75 additional W/m$^2$ **OUT** due to 1° C observed warming





# Most of that energy imbalance is being trapped in the oceans



- $0.75 W/m^2$ = 135 ZJ/decade
- First documented by Sydney Levitus et al (2000)





# The global energy budget, now and in equilibrium

Additional energy emitted to space per degree of warming due to disequilibrium

Warming relative to pre-industrial = c. 1° C

Net energy imbalance due to external drivers = c. 2.5 W/m$^2$

Rate of energy accumulation in climate system = c. 0.75 W/m$^2$

Now:
$$\Delta F_{\text{external}} = (\lambda + \mu)\Delta T + \Delta Q_{\text{ocean}}$$

Equilibrium:
$$\Delta F_{\text{2xCO2}} = \lambda \Delta T_{\text{2xCO2}}$$

Energy imbalance due to doubling $CO_2$ = 3.7 W/m$^2$

Additional energy emitted to space per degree of warming in equilibrium

Equilibrium warming due to doubling $CO_2$ ("Climate Sensitivity")





# "Bottom-up" estimates of warming due to doubling of $CO_2$

- Manabe and Wetherald, 1967: single-column radiative convective model, 2.3° C

- Manabe and Wetherald, 1975: three-dimensional general circulation model, 3.5° C







# The 1979 National Academy of Sciences Report

- Gave a range of 1.5-4.5˚ C for equilibrium warming on doubling $CO_2$, emphasizing:
  - Oceans "could delay the estimated warming for several decades"
  - "We may not be given a warning until the $CO_2$ loading is such that an appreciable climate change is inevitable."







# Evidence that a detectable signal was not needed to make predictions



Figure 1 from William D. Nordhaus, "Strategies for Control of Carbon Dioxide", Cowles Discussion Paper 477, January 6, 1977





# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming
- How industrial emissions are increasing atmospheric $CO_2$
- Modeling the impact of increasing $CO_2$ concentrations
- **Quantifying human and natural influences on global climate**
  - A digression on ice-ages
- How rising temperatures are affecting global sea level
- The permanent, cumulative impact of $CO_2$ emissions
  - Implications for the impact of delay in emission reductions





# Warming itself is unequivocal






# Observed changes are a consequence of human and natural influences: Wallace Broeker, 1974



Climatic Change: Are We on the Brink of a Pronounced Global Warming?





# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming

- How industrial emissions are increasing atmospheric $CO_2$

- Modeling the impact of increasing $CO_2$ concentrations

- Quantifying human and natural influences on global climate

  – A digression on ice-ages

- How rising temperatures are affecting global sea level

- The permanent, cumulative impact of $CO_2$ emissions

  – Implications for the impact of delay in emission reductions





# The origins of the Little Ice Age, 1400-1900

- Gradual 0.5° C cooling over the millennium.

- Onset can be explained as a response to higher volcanic activity and low solar activity.






# Milutin Milankovitch and the origins of the ice ages







# Milankovitch cycles and ice-core records over the past 800,000 years







# Permanent ice observed (even in Antarctica) only appeared after $CO_2$ dropped below 400ppm







# More recent drivers of change in global temperature







# The shape of the responses to these drivers is determined by simple energy conservation







# We use these "fingerprints" to test the null-hypothesis that $CO_2$ has no warming effect



"What if" exercise: what if CO2 has no impact on global temperature? Observed changes would then be extremely unlikely, even if we allow for unknown processes amplifying the response to very small changes in solar activity.





# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of CO$_2$-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of CO₂-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of CO$_2$-induced warming to date





# Explaining global temperature change, varying the level of CO$_2$-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of CO₂-induced warming to date







# Explaining global temperature change, varying the level of $CO_2$-induced warming to date







# Explaining global temperature change, varying the level of CO$_2$-induced warming to date







# Similar conclusions from multi-dimensional fingerprints based on complex climate models







# The evidence that human influence is the dominant cause of the observed warming

- Agreement with global climate models provides one line of evidence, but not the only one.

- Physics understood in the 19th century predicted current warming of at least 0.2° C per decade, as observed.

- Formal comparison of expected responses to known drivers ("fingerprints") allowed the null-hypothesis of negligible human influence to be rejected at the 95% confidence level (P<0.05) back in the 1990s.

- Human-induced warming is now 1° C ± 0.15° C, about 80% due to $CO_2$.

# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming
- How industrial emissions are increasing atmospheric $CO_2$
- Modeling the impact of increasing $CO_2$ concentrations
- Quantifying human and natural influences on global climate
  - A digression on ice-ages
- **How rising temperatures are affecting global sea level**
- The permanent, cumulative impact of $CO_2$ emissions
  - Implications for the impact of delay in emission reductions





# Sea-level rise has long been known to be one of the key impacts of climate change



RESTORING THE QUALITY
OF
OUR ENVIRONMENT

Report of The
Environmental Pollution Panel
President's Science Advisory Committee

THE WHITE HOUSE
NOVEMBER 1965

*Rise of sea level.*—The melting of the Antarctic ice cap would raise sea level by 400 feet. If 1,000 years were required to melt the ice cap, the sea level would rise about 4 feet every 10 years, 40 feet per century. This is a hundred times greater than present worldwide rates of sea level change.





# Many lines of evidence point to a sustained rise in sea level







# Mountain glaciers are melting faster due to human-induced warming



- Worldwide retreat of mountain glaciers, likely exacerbated by human-induced warming since 1960s.







# And Greenland and Antarctica are losing ice



- Mass loss in Greenland and in Antarctic peripheral glaciers





# Most sea level change so far is due to thermal expansion and melting glaciers



Colored lines: observed sea level from different data sources
Grey lines: modeled sea level due to expansion and glaciers
Black solid: model average
Dotted: including contribution from ice sheets





# But contribution from Greenland and Antarctica is accelerating



Potential sea-level rise if entirely melted:

Glaciers: 0.4m

Greenland: 7m

Antarctica: 60m

- Glaciers have contributed more than ice-sheets to sea level rise since 1991, but ice-sheets have more potential





# The impact of carbon dioxide emissions on global climate

- How rising atmospheric $CO_2$ causes global warming

- How industrial emissions are increasing atmospheric $CO_2$

- Modeling the impact of increasing $CO_2$ concentrations

- Quantifying human and natural influences on global climate

    - A digression on ice-ages

- How rising temperatures are affecting global sea level

- **The permanent, cumulative impact of $CO_2$ emissions**

    - Implications for the impact of delay in emission reductions





# Permanent, cumulative impact of CO2 emissions on climate

- Roger Revelle, picked up by David Archer in the 2000s.
- Susan Solomon and others in 2009: net $CO_2$ emissions need to be reduced to zero to stabilize temperatures, at any level.









# CO$_2$ emissions have a permanent, cumulative impact of on global temperatures











# So net $CO_2$ emissions need to be reduced to zero to stabilize global temperatures at any level











# And delay increases the rate of emission reduction required for the same peak warming








# Key points

- The essential physics linking $CO_2$, global temperatures and global sea level have been known for over 100 years.

- The contribution of fossil fuel emissions to rising atmospheric $CO_2$ largely understood since the 1960s.

- The expectation of a substantial warming due to increasing $CO_2$ was established in the 1970s.

- Evidence for an observable human-induced warming emerged in the 1990s.

- The need for net zero $CO_2$ emissions emerged post-2000.



