# EXHIBIT 7



SEA-LEVEL RISE AND THE SAN FRANCISCO BAY SHORELINE
U.S. District Court – Judge William H. Alsup
March 21, 2018

Gary Griggs
Distinguished Professor of Earth & Planetary Sciences
University of California Santa Cruz





# Global sea-level rise was measured from tide gages historically and satellites since 1993.



Sea level was essentially constant throughout the entire history of human civilization, but is rising now at a rate that is threatening cities like San Francisco and Oakland that were built along the shoreline.



OAKLAND



SAN FRANCISCO

# NOAA TIDE GAGE FOR SAN FRANCISCO
# Oldest and longest record in North America



# GLOBAL SEA-LEVEL RISE NOW MEASURED PRECISELY FROM SATELLITES



Latest MSL Measurement
16 January. 2018

+3.31 mm/yr

Reference GMSL - corrected for GIA

Average rate 1993-2017
13 inches/100 years,
but rate is accelerating

5 mm/yr.
19.7"/100 yrs.

3.2 mm/yr
12.6"/100 yrs.

1.5 mm/yr
6"/100 yrs.

Mean Sea Level (cm)

© CNES,LEGOS,CLS

Antarctica ~190 feet of SLR



Greenland ~24 feet of SLR



Mountain Glaciers ~1.5 feet of SLR



Approximately 216 feet of sea-level rise contained in ice.



**nature** International weekly journal of science

Home | News & Comment | Research | Careers & Jobs | Current Issue | Archive | Audio & Video | For Au

Archive › Volume 531 › Issue 7596 › Articles › Article

*NATURE* | ARTICLE

日本語要約

# Contribution of Antarctica to past and future sea-level rise

Robert M. DeConto & David Pollard

Affiliations | Contributions | Corresponding author

*Nature* **531**, 591–597 (31 March 2016) | doi:10.1038/nature17145
Received 27 May 2015 | Accepted 12 January 2016 | Published online 30 March 2016
| Corrected online **05 April 2016**



[📄 PDF]  [📊 Citation]  [📋 Reprints]  [🔑 Rights & permissions]  [📊 Article metrics]

## Abstract

Abstract · **Introduction** · **Marine ice sheet and ice cliff instabilities** · **The Antarctic Ice Sheet in the Pliocene** · **The Antarctic Ice Sheet during the LIG** · **Future simulations** · **Large Ensemble analysis** · **Long-term commitment to elevated sea level** · **Methods** · **Change history** · **References** · **Acknowledgements** · **Author information** · **Extended data figures and tables** · **Supplementary information**

Polar temperatures over the last several million years have, at times, been slightly warmer than today, yet global mean sea level has been 6–9 metres higher as recently as the Last Interglacial (130,000 to 115,000 years ago) and possibly higher during the Pliocene epoch (about three million years ago). In both cases the Antarctic ice sheet has been implicated as the primary contributor, hinting at its future vulnerability. Here we use a model coupling ice sheet and climate dynamics—including previously underappreciated processes linking atmospheric warming with hydrofracturing of buttressing ice shelves and structural collapse of marine-terminating ice cliffs—that is calibrated against Pliocene and Last Interglacial sea-level estimates and applied to future greenhouse gas emission scenarios. Antarctica has the potential to contribute more than a metre of sea-level rise by 2100 and more than 15 metres by 2500, if emissions continue unabated. In this case atmospheric warming will soon become the dominant driver of ice loss, but prolonged ocean warming will delay its recovery for thousands of years.



# Rising Seas in California

## AN UPDATE ON SEA-LEVEL RISE SCIENCE

APRIL 201

**CONTRIBUTORS**

**Working Group Members**

**Gary Griggs**
*University of California Santa Cruz, OPC-SAT (Working Group Chair)*

**Dan Cayan**
*Scripps Institution of Oceanography, OPC-SAT*

**Claudia Tebaldi**
*National Center for Atmospheric Research & Climate Central*

**Helen Amanda Fricker**
*Scripps Institution of Oceanography*

**Joseph Árvai**
*University of Michigan*

**Robert DeConto**
*University of Massachusetts*

**Robert E. Kopp**
*Rutgers University*

**Project Team**

**Liz Whiteman**
*California Ocean Science Trust*

**Susi Moser**
*Susanne Moser Research & Consulting*

**Jenn Fox**
*Consultant*

Antarctica holds 61% of Earth's fresh water: 6,400,000 cubic miles of ice and ~190 feet of potential sea-level rise.



# ANTARCTIC ICE SHEET/GLACIAL DYNAMICS



# KEY FINDINGS:
# RISING SEAS IN CALIFORNIA

- Direction of sea-level rise is clear.

- Rate of ice loss from Greenland and Antarctic Ice Sheets is increasing.

- New evidence has highlighted the potential for extreme sea-level rise.

- Probabilities of specific sea-level increases can inform decisions.

- Current policy decisions are shaping our coastal future.

- Waiting for absolute scientific certainty is neither a safe nor a prudent option.

# PROJECTIONS OF FUTURE SEA-LEVEL RISE FOR SAN FRANCISCO



(b) Relative sea level in San Francisco, California

GREENHOUSE GAS EMISSIONS BECOME EVEN MORE IMPORTANT AFTER 2050

MID-POINT AND 5TH AND 95TH PERCENTILES





# Importance of short-term events combined with sea-level rise



# Jan. 27, 1983 El Niño High Tides

| STATION | PREDICTED TIDE (FT. MLLW) | RECORDED TIDE (FT. MLLW) | DIFFERENCE (FEET) |
|---|---|---|---|
| SAN DIEGO | 7.40 | 8.35 | 0.95 |
| LOS ANGELES | 6.9 | 7.96 | 1.06 |
| SAN FRANCISCO | 7.1 | 8.87 | 1.77 |

# THE EMBARCADERO- KING TIDE



# Amplification of flood frequencies with local sea level rise and emerging flood regimes

Maya K Buchanan[1,4], Michael Oppenheimer[1,2] and Robert E Kopp[3]

Published 7 June 2017 • © 2017 IOP Publishing Ltd

Environmental Research Letters, Volume 12, Number 6

## Coastal Flood frequency amplification under RCP 4.5

| | 10-year flood | 10-year flood | 100-year flood | 100-year flood | 500-year flood | 500-year flood |
|---|---|---|---|---|---|---|
| SITE | 2050 | 2100 | 2050 | 2100 | 2050 | 2100 |
| Alameda | 3.0 | 71.5 | 0.3 | 20.2 | 0.04 | 6.0 |
| San Francisco | 6.8 | 115.2 | 0.8 | 51.4 | 0.17 | 19.3 |

## Coastal flood frequency amplification under RCP 8.5

| SITE | 2050 | 2100 | 2050 | 2100 | 2050 | 2100 |
|---|---|---|---|---|---|---|
| Alameda | 4.5 | 116.1 | 0.44 | 44.1 | 0.07 | 13.04 |
| San Francisco | 10.3 | 155.1 | 1.24 | 92.6 | 0.28 | 42.6 |



**>> STEP 1:** *Identify the nearest tide gauge.*

**>> STEP 2:** *Evaluate project lifespan.*

**>> STEP 3:** *For the nearest tide gauge and project lifespan, identify range of sea-level rise projections.*

**>> STEP 4:** *Evaluate potential impacts and adaptive capacity across a range of sea-level rise projections and emissions scenarios.*

**>> STEP 5:** *Select sea-level rise projections based on risk tolerance and, if necessary, develop adapation pathways that increase resiliency to sea-level rise and include contingency plans if projections are exceeded.*

