# EXHIBIT 8



# THE HISTORY OF CLIMATE CHANGE
## THE GREENHOUSE EFFECT

**1824** — Physicist and mathematician Joseph Fourier proposes the theory that the atmosphere traps heat through a greenhouse effect.

*Joseph Fourier*

*"The temperature [of the Earth] can be augmented by the interposition of the atmosphere, because heat in the state of light finds less resistance in penetrating the air, than in re-passing into the air when converted into nonluminous heat."*

**1856** — Scientist Eunice Newton Foote discovered that the warming effect of the Sun was increased by the presence of carbon dioxide.

**1859** — Physicist John Tyndall conducts experiments finding that carbon dioxide, methane and other gases create the greenhouse effect.

# THE HISTORY OF CLIMATE CHANGE
## CARBON DIOXIDE & GLOBAL TEMPERATURE

### 1896

Svante Arrhenius

Chemist Svante Arrhenius calculates the effect of increasing fossil fuel use on global temperature and concludes that human emissions of carbon dioxide would warm the Earth.

*"Any doubling of the percentage of carbon dioxide in the air would raise the temperature of the earth's surface by 4°; and if the carbon dioxide were increased fourfold, the temperature would rise by 8°." (1908)*

### 1899

Thomas Chrowder Chamberlin

Geologist Thomas Chrowder Chamberlin proposes that changes in atmospheric carbon dioxide cause ice ages and interglacial warm periods.

*"the effect of the carbon dioxide and water vapor is to blanket the earth with a thermally absorbent envelope."*

### 1924

Milutin Milanković

Geophysicist and astronomer Milutin Milanković hypothesized that variations in the Earth's orbit were the primary drivers of past long-term global climate patterns (e.g., the ice ages).

### 1938

Guy Callendar

Engineer Guy Callendar shows that temperature had risen over the previous century, carbon dioxide concentrations had increased over the same period, and suggests this caused the warming.





FIG. 4.—Temperature variations of the zones and of the earth. Ten-year moving departures from the mean, 1901-1930, °C.

# THE HISTORY OF CLIMATE CHANGE
## CARBON DIOXIDE & GLOBAL TEMPERATURE

### 1956


Svante Arrhenius

Scientist Gilbert Plass concludes that doubling carbon dioxide concentrations would increase temperatures by 3-4 °C.

"The addition of CO2 to the atmosphere by industrial processes and other activities of man is increasing the CO2 concentration of the atmosphere at the rate of nearly 30 per cent a century and causing the average temperature to rise 1.1°C per century."

### 1957


Roger Revelle

Oceanographer Roger Revelle and chemist Hans Suess show that seawater will not absorb all the additional CO2 entering the atmosphere, as many other scientists had assumed. They projected that an increase of 1 °C would raise sea level by 60 cm due to thermal expansion alone.

"Human beings are now carrying out a large scale geophysical experiment."

— Revelle

### 1958


Charles David Keeling

Chemist Charles David Keeling began making highly accurate observations of atmospheric carbon dioxide concentrations and provides, in 1961, the first unequivocal proof that carbon dioxide levels are rising steadily.

Carbon dioxide concentrations since 1958, measured at Mauna Loa, Hawaii



### 1965

The President's Science Advisory Committee under President Lyndon Johnson publishes a major report on the environment warning that the greenhouse effect is a matter of "real concern."

"Through his worldwide industrial civilization, Man is unwittingly conducting a vast geophysical experiment. Within a few generations he is burning the fossil fuels that slowly accumulated in the earth over the past 500 million years."

"The melting of the Antarctic ice cap would raise sea level by 400 feet. If 1,000 years were required to melt the ice cap, the sea level would rise about 4 feet every 10 years, 40 feet per century. This is a hundred times greater than present worldwide rates of sea level change."


RESTORING THE QUALITY OF OUR ENVIRONMENT
Report of The Environmental Pollution Panel
President's Science Advisory Committee
THE WHITE HOUSE
NOVEMBER 1965

# THE HISTORY OF CLIMATE CHANGE
## CLIMATE SYSTEM STUDIES

**1969**

Scientists at NOAA's Geophysical Fluids Dynamics Laboratory (Syukuro Manabe and colleagues) develop the first three-dimensional atmosphere-ocean model of the Earth's climate system.



**1974**

Wallace S. Broecker publishes peer-reviewed article entitled

*"Are We on the Brink of a Pronounced Global Warming?"*

**1975**

Manabe paper based on first Global Circulation Model showing double CO2 would raise global average temperature approximately 3.5°C.



JOURNAL OF THE ATMOSPHERIC SCIENCES

Climate Calculations with a Combined Ocean-Atmosphere Model

SYUKURO MANABE AND KIRK BRYAN

*Geophysical Fluid Dynamics Laboratory, ESSA, Princeton University, Princeton, N. J.*

13 March 1969 and 6 May 1969

# THE HISTORY OF CLIMATE CHANGE
## CLIMATE SYSTEM STUDIES

**1979**

U.S. National Academy of Sciences report on Carbon Dioxide and Climate: A Scientific Assessment led by Jule Charney (often called the Charney Report).



*"When it is assumed that the CO2 content of the atmosphere is doubled and statistical thermal equilibrium is achieved, the more realistic of the modeling efforts predict a global surface warming of between 2°C and 3.5°C, with greater increases at high latitudes."*

**1988**

The Intergovernmental Panel on Climate Change created by the World Meteorological Organization and the United Nations Environment Program to prepare, based on available scientific information, assessments on all aspects of climate change and its impacts, with a view of formulating realistic response strategies.

**1988**

Dr. James E. Hansen, Director of Goddard Institute for Space Studies of the National Aeronautics and Space Administration, testified before U.S. Senate that it was 99 percent certain that the warming trend was not a natural variation but was caused by a buildup of carbon dioxide and other gases in the atmosphere.



**"Global Warming Has Begun"**

**Carbon Dioxide and Climate: A Scientific Assessment**

Report of an Ad Hoc Study Group on Carbon Dioxide and Climate
Woods Hole, Massachusetts
July 23–27, 1979
to the
Climate Research Board
Assembly of Mathematical and Physical Sciences
National Research Council



# THE HISTORY OF CLIMATE CHANGE
## CLIMATE SYSTEM STUDIES

**1990**

**IPCC First Assessment Report** concludes that temperatures have risen by 0.3-0.6C over the last century, that humanity's emissions are adding to the atmosphere's natural complement of greenhouse gases, and that the addition would be expected to result in warming.

*"we are certain"* that *"emissions resulting from human activities are substantially increasing the atmospheric concentrations of the greenhouse gases,"* including carbon dioxide and methane, and that *"[t]hese increases will enhance the greenhouse effect,* **resulting on average in an additional warming of the Earth's surface."**

**1995**

**IPCC Second Assessment Report**

**"The balance of evidence suggests a discernible human influence on global climate."**

**2001**

**IPCC Third Assessment Report** finds "new and stronger evidence" that humanity's emissions of greenhouse gases are the main cause of the warming seen in second half of the 20th Century.

**"There is new and stronger evidence that most of the warming observed over the last 50 years is attributable to human activities."**



# THE HISTORY OF CLIMATE CHANGE
## CLIMATE SYSTEM STUDIES

**2007**

**IPCC Fourth Assessment Report** concludes it is more than 90% likely that humanity's emissions of greenhouse gases are responsible for modern-day climate change.

*"Most of the observed increase in global average temperatures since the mid-20th century is likely due to the observed increase in anthropogenic greenhouse gas concentrations. Discernible human influences now extend to other aspects of climate, including ocean warming, continental-average temperatures, temperature extremes and wind patterns."*

**2013**

The Mauna Loa Observatory on Hawaii reports that the daily mean concentration of CO2 in the atmosphere has surpassed 400 parts per million (ppm) for the first time since measurements began in 1958 – the highest level in the past several million years.

**2013**

**IPCC Fifth Assessment Report** says scientists are 95% certain that humans are the "dominant cause" of global warming since the 1950s.

*"Warming of the climate system is unequivocal, and since the 1950s, many of the observed changes are unprecedented over decades to millennia."*

**2014**

The 3rd U.S. National Climate Assessment found that climate change is already affecting the American people in far-reaching ways.

*"The global climate is changing and this is apparent across the United States in a wide range of observations. The global warming of the past 50 years is primarily due to human activities, predominantly the burning of fossil fuels."*

# THE HISTORY OF CLIMATE CHANGE
## CLIMATE SYSTEM STUDIES

**2017**

The 4th U.S. National Climate Assessment found stronger evidence has emerged for continuing, rapid, human-caused warming of the global atmosphere and ocean.

**2018**

Carbon dioxide levels now exceed 410 ppm.

