Eugene Illovsky (CA 117892)
ILLOVSKY LAW OFFICE
1611 Telegraph Avenue, Ste. 806
Oakland, CA  94612
Tel: (510) 394-5885
Email: eugene@illovskylaw.com

Attorneys for
William Happer, Steven E. Koonin,
and Richard S. Lindzen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>B.P. P.L.C., *et al.*,<br><br>　　　　Defendants. | Case No. C 17-06011 WHA<br>Case No. C 17-06012 WHA<br><br>Hearing Date: March 21, 2018 at 8:00 a.m.<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF WILLIAM HAPPER, STEVEN E. KOONIN, AND RICHARD S. LINDZEN FOR LEAVE TO SUBMIT PRESENTATION IN RESPONSE TO THE COURT'S TUTORIAL QUESTIONS**<br><br>The Honorable William H. Alsup |

On March 19, 2018, William Happer, Steven E. Koonin, and Richard S. Linzen filed an Administrative Motion of William Happer, Steven E. Koonin, and Richard S. Lindzen for Leave to Submit Presentation in Response to the Court's Tutorial Questions.

Having considered the papers and pleadings on file, the Court GRANTS leave and accepts the presentation as filed with the motion.

IT IS SO ORDERED.

DATED: __March 23__, 2018

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE