IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C., *et al.*,<br><br>    Defendants. | No. C 17-06011 WHA<br><br>**ORDER DENYING LEAVE TO FILE BRIEF OF AMICUS CURIAE** |

On March 21 — after the start of the tutorial in the above-captioned action — The Concerned Household Electricity Consumers Council filed a motion seeking leave to file an amicus curiae brief (Dkt. No. 172). Because of the timing of the motion, the parties did not have an opportunity to address it. The motion is accordingly **DENIED**. No further amicus submissions on the science of global warming and climate change will be accepted now that the tutorial has concluded.

**IT IS SO ORDERED.**

Dated: March 23, 2018.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE