IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>Defendants. | No. C 17-06011 WHA<br>No. C 17-06012 WHA<br><br>**NOTICE RE AMENDED COMPLAINTS** |

The Court has received plaintiffs' notice of intent to amend their complaints by today, April 3. By **TOMORROW AT NOON**, plaintiffs' counsel shall submit a statement, not to exceed 10 pages, summarizing the additions and subtractions contained in the amended complaints.

**IT IS SO ORDERED.**

Dated: April 3, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE