IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney BARBARA J. PARKER,

    Plaintiffs,

v.

BP P.L.C., *et al.*,

    Defendants.

No. C 17-06011 WHA

**ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AMENDED COMPLAINT**

Having reviewed the amended complaint, the Court feels the best way to proceed is for the pending motions to be deemed withdrawn and denied on that basis. New motions to dismiss, taking into account the amended pleading, shall be filed in accordance with the following schedule:

- Defendants shall file their motions to dismiss the amended complaint by **APRIL 19 AT NOON**;
- Plaintiffs shall file their oppositions by **MAY 3 AT NOON**;
- Defendants shall file any replies by **MAY 10 AT NOON**; and
- A hearing on the motions to dismiss will be held on **MAY 24 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: April 4, 2018.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE