AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| City of Oakland and The People of the State of California, acting by and through Oakland City Attorney Barbara J. Parker<br><br>*Plaintiff(s)*<br><br>v.<br><br>BP P.L.C., Chevron Corporation, ConocoPhillips, Exxon Mobil Corporation, Royal Dutch Shell plc, and DOES 1 through 10<br><br>*Defendant(s)* | Civil Action No. 3:17-cv-6011-WHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erin Bernstein
Supervising Deputy City Attorney
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 4/4/2018

*Signature of Clerk or Deputy Clerk*

The People of the State of California, et. al., Plaintiff(s)
vs.
BP P.L.C., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 150306-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--ConocoPhillips, Corporation Service Company
Court Case No. 17-cv-06011-JCS

HAGENS BERMAN, ET AL
Mr. Brian R. Miller
715 Hearst Ave., Ste. 202
Berkley, CA 94710

**State of:** DELAWARE ) ss.
**County of:** NEW CASTLE )

**Name of Server:** ADAM GOLDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5 day of April, 20 18, at 3:32 o'clock P M

**Place of Service:** at 251 Little Falls Drive, in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Civil Cover Sheet (from original state action); Issued Summons; First Amended Complaint; Order Setting CMC and ADR Deadlines; Order Denying Motion to Remand; Order Setting Deadline for Motions to Dismiss; Standing Order - All N.D. Cal. Judges; Standing Order - Judge Alsup Supplemental Order; Bench Trial Guidelines - Judge Alsup; Notice of Availability of Magistrate Judge; Filing Procedures - N.D. Cal. SF Division; ECF Registration Handout

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
ConocoPhillips, Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is: DONNA SNOW, AUTHORIZED

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'8" ; Approx. Weight 220

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 5th day of April, 2018

Signature of Server

Notary Public (Commission Expires)

EXPIRES NOV. 3, 2018

APS International, Ltd.