IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | No. C 17-06011 WHA<br>No. C 17-06012 WHA |
| Plaintiff, | |
| v. | **NOTICE RE TIMELINE FOR AMICUS BRIEFS** |
| BP P.L.C., *et al.*, | |
| Defendants. | |

Any amicus brief in support of dismissal must be filed on or before the April 19 deadline for defendants to file their motions to dismiss (so that plaintiffs have an opportunity to respond).

Any amicus brief in support of plaintiffs must be filed on or before the May 3 deadline for plaintiffs to file their oppositions to the motions to dismiss (so that defendants have an opportunity to respond).

This order does not apply to any amicus brief submitted by the United States.

**IT IS SO ORDERED.**

Dated: April 17, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE