IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>Defendants.<br><br>AND RELATED CASE. | No. C 17-06011 WHA<br><br>and<br><br>No. C 17-06012 WHA<br><br>**SECOND NOTICE RE BRIEFING ON MOTION TO DISMISS** |

Plaintiffs' response to the motion to dismiss pursuant to FRCP 12(b)(6), and movants on reply, should discuss the applicability, if any, of *Jesner v. Arab Bank, PLC*, — S. Ct. —, 2018 WL 1914663 (2018), decided today by the Supreme Court.

**IT IS SO ORDERED.**

Dated: April 24, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE