1 | XAVIER BECERRA
Attorney General of California
2 | DAVID A. ZONANA, State Bar No. 196029
Supervising Deputy Attorney General
3 | ERIN GANAHL, State Bar No. 248472
HEATHER LESLIE, State Bar No. 305095
4 | TIMOTHY SULLIVAN, State Bar No. 197054
Deputy Attorneys General
5 | 1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
6 | Telephone:  (510) 879-1248
Fax:  (510) 622-2270
7 | E-mail:  David.Zonana@doj.ca.gov
*Attorneys for Amicus Curiae the State of California,*
8 | *by and through Xavier Becerra, Attorney General*

9 | [Other Counsel Listed on Signature Page]

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

| | |
|---|---|
| **CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney BARBARA J. PARKER,**<br><br>Plaintiffs,<br><br>v.<br><br>**B.P. P.L.C., *ET AL.*,**<br><br>Defendants | First Filed Case: No. 3:17-cv-6011-WHA<br><br>Related Case: No. 3:17-cv-0612-WHA<br><br>**STATES' MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Date:         May 24, 2018<br>Time:        8:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge:       Hon. William H. Alsup |

1

**CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney, DENNIS J. HERRERA,**

　　　　　　　　　　　　　　Plaintiffs,

　　v.

**B.P., P.L.C., et al.,**

　　　　　　　　　　　　　　Defendants

The States of California, New Jersey and Washington ("Amici States"), respectfully move for leave to file an amicus curiae brief in support of the Plaintiffs' anticipated opposition to Defendants' Motion to Dismiss pursuant to this Court's Notice of April 17, 2018. ECF No. 209. A copy of the proposed brief is attached as Exhibit A hereto.  Plaintiffs have consented to the filing of this motion. Defendants have been notified on May 3, 2018 of the Amici States intent to file this motion. BP P.L.C.'s counsel responded that while his client does not consider itself a party and thus is not in a position to consent, BP P.L.C. does not object to this motion.  The other Defendants have not responded as of the time of this filing.

**INTEREST OF THE AMICI STATES**

Amici States have a longstanding and continuing interest in the application of the common law of public nuisance to the issue of climate change.  California and New Jersey brought state and federal common law public nuisance claims against several major electric utilities based on their contribution to climate change and litigated their claims to the United States Supreme Court. *See American Electric Power v. Connecticut*, 564 U.S. 410 (2011).  In addition, Amicus California brought state and federal common law public nuisance claims against the six largest global automobile manufacturers based on their contribution to climate change. *See California v. General Motors Corp.*, No. C06-05755, 2007 WL 2726871 (N.D. Cal. Sept. 17, 2007).

Further, Amici States have an interest in the protection of the health and welfare of their residents and the environment, which are profoundly threatened by climate change.  To that end,

2

States' Motion for Leave to File Amicus Brief in Support of Plaintiffs' Opposition to Motion to Dismiss
(Case Nos. 17-cv-06011-WHA and 17-cv-06012-WHA)

given the interstate and global nature of climate change and its causes, Amici States have a strong interest in the development and application of state and federal common law to abate the harms caused within their jurisdictions by fossil fuels development elsewhere. Seeking abatement of environmental harms caused by conduct outside the states' jurisdiction is a textbook example of common law public nuisance.

## POINTS AND AUTHORITIES

"There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citations omitted).

Here, the City Plaintiffs' complaints raise legal issues that have potential ramifications beyond their two jurisdictions, as evidenced by other similar pending cases, as well as earlier common law public nuisance cases. Amici States, by virtue of their past work litigating such cases, bring experience and perspective that can assist the court. Finally, Amici States are in a unique position to respond to the arguments made by our fellow States in support of Defendants, because we hold the same place in our federal system of government.

## CONCLUSION

For the foregoing reasons, the Amici States respectfully request that the Court grant them leave to file the amicus brief attached as Exhibit A.

3

States' Motion for Leave to File Amicus Brief in Support of Plaintiffs' Opposition to Motion to Dismiss
(Case Nos. 17-cv-06011-WHA and 17-cv-06012-WHA)

Dated: May 3, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ERIN GANAHL
HEATHER LESLIE
TIMOTHY SULLIVAN
Deputy Attorneys General

/s/ David A. Zonana
DAVID A. ZONANA
SUPERVISING DEPUTY ATTORNEY GENERAL
*Attorneys for Amicus Curiae State of California, by and through Xavier Becerra, Attorney General*

STATE OF NEW JERSEY
GURBIR S. GREWAL
Attorney General of New Jersey

/s/ Mark S. Heinzelmann
MARK S. HEINZELMANN
DEPUTY ATTORNEY GENERAL
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, New Jersey 08625
Tel. (609) 984-5016
Mark.Heinzelmann@law.njoag.gov
NJ Attorney ID No. 900982
*Attorneys for Amicus Curiae
State of New Jersey*

STATE OF WASHINGTON
ROBERT W. FERGUSON
Attorney General of Washington

/s/ Bill Sherman
BILL SHERMAN
ASSISTANT ATTORNEY GENERAL
COUNSEL FOR ENVIRONMENTAL PROTECTION
800 5th Avenue Suite 2000, TB-14
Seattle, Washington 98104-3188
Tel. (206) 442-4485
Bill.Sherman@atg.wa.gov
*Attorneys for Amicus Curiae
State of Washington*

4

States' Motion for Leave to File Amicus Brief in Support of Plaintiffs' Opposition to Motion to Dismiss
(Case Nos. 17-cv-06011-WHA and 17-cv-06012-WHA)