XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA, State Bar No. 196029
Supervising Deputy Attorney General
ERIN GANAHL, State Bar No. 248472
HEATHER LESLIE, State Bar No. 305095
TIMOTHY SULLIVAN, State Bar No. 197054
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA  94612-0550
  Telephone:  (510) 879-1248
  Fax:  (510) 622-2270
  E-mail:  David.Zonana@doj.ca.gov
*Attorneys for Amicus Curiae the State of California,
by and through Xavier Becerra, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney BARBARA J. PARKER,**<br><br>Plaintiffs,<br><br>v.<br><br>**B.P. P.L.C.,** *ET AL.***,**<br><br>Defendants | First Filed Case: No. 3:17-cv-6011-WHA<br><br>Related Case: No. 3:17-cv-0612-WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING STATES' MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Date:        May 24, 2018<br>Time:        8:00 a.m.<br>Courtroom:   12, 19th Floor<br>Judge:       Hon. William H. Alsup |

1

| | |
|---|---|
| 1 | |
| 2 | **CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney, DENNIS J. HERRERA,** |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | v. |
| 7 | **B.P., P.L.C., et al.,** |
| 8 | Defendants |

The States of California, New Jersey and Washington's Motion for Leave to File Amicus Brief in Support of Plaintiffs' Opposition to Motion to Dismiss came on for hearing before this Court on May 24, 2018 at 8:00 a.m. After full consideration of the matter, the Court orders as follows:

The States' Motion for Leave to File Amicus Curiae Brief is GRANTED.

DATED: May 8, 2018

_____
WILLIAM ALSUP
United States District Judge

2

[Proposed] Order Granting States' Mot. for Leave to File Amicus Brief in Support of Ps' Opp. to Motion to Dismiss
(Case Nos. 17-cv-06011-WHA and 17-cv-06012-WHA)