UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>Defendants. | Case No.: 3:17-cv-06011-WHA<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO UNITED STATES' AMICUS BRIEF**<br><br>Hearing Date: May 24, 2018<br>Hearing Time: 8:00 a.m.<br>Courtroom 12 (19th floor)<br>Judge: Hon. William Alsup |

| | |
|---|---|
| CHEVRON CORP.,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>STATOIL ASA,<br><br>      Third Party Defendant. | |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>      Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>      Defendants. | Case No.: 3:17-cv-06012-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO UNITED STATES' AMICUS BRIEF<br><br>Hearing Date: May 24, 2018<br>Hearing Time: 8:00 a.m.<br>Courtroom 12 (19th floor)<br>Judge: Hon. William Alsup |
| CHEVRON CORP.,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>STATOIL ASA,<br><br>      Third Party Defendant. | |

Upon consideration of plaintiffs' motion for leave to submit a response to the United States' amicus brief, and other materials as the Court deems just and proper, the Court has determined that plaintiffs' motion should be, and is, GRANTED. Plaintiffs shall be permitted to file a response to the United States' amicus brief.

**IT IS SO ORDERED.**

Dated: May 21, 2018.   By: 
HON. WILLIAM H. ALSUP
United States District Judge