**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER, <br><br> Plaintiffs, <br><br> v. <br><br> BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, <br><br> Defendants. <br> ──────────────────────────────── / <br> AND RELATED CASE. <br> ──────────────────────────────── / | No. C 17-06011 WHA <br><br> and <br><br> No. C 17-06012 WHA <br><br><br> **ORDER RE SERVICE OF PROCESS** |

In response to the Court's inquiry, counsel for defendant Royal Dutch Shell plc has confirmed that it is now willing, pursuant to FRCP 4(d), to sign and return a waiver of service of summons addressed to Royal Dutch Shell plc (Dkt. No. 262).

By **TOMORROW AT NOON**, Royal Dutch Shell shall confirm that if plaintiffs take advantage of this offer then Royal Dutch Shell's motion to dismiss pursuant to FRCP 12(b)(5) would be moot and the issues raised by Royal Dutch Shell pursuant to FRCP 12(b)(2) and

12(b)(6) need not be reargued (*i.e.*, Royal Dutch Shell's time to respond to the complaint would not start over).

Also by **TOMORROW AT NOON**, plaintiffs shall submit a statement setting forth any reason why they should not proceed to accept Royal Dutch Shell's offer to waive service.

**IT IS SO ORDERED.**

Dated: May 29, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE