BARBARA J. PARKER, State Bar #069722
City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel.: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

*Attorney for Plaintiffs*
CITY OF OAKLAND and
PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through Oakland City
Attorney BARBARA J. PARKER
[Other Counsel Listed on Signature Page]

DENNIS J. HERRERA, State Bar #139669
City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4748
Facsimile: (415) 554-4715
Email: matthew.goldberg@sfcityatty.org

*Attorney for Plaintiffs*
CITY AND COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, acting by and through San
Francisco City Attorney
DENNIS J. HERRERA
[Other Counsel Listed on Signature Page]

Jerome C. Roth (SBN 159483)
Elizabeth A. Kim (SBN 295277)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: jerome.roth@mto.com
E-mail: elizabeth.kim@mto.com

Daniel P. Collins (SBN 139164)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: daniel.collins@mto.com

David C. Frederick (*pro hac vice*)
Brendan J. Crimmins (*pro hac vice*)
David K. Suska (*pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com
E-mail: bcrimmins@kellogghansen.com
E-mail: dsuska@kellogghansen.com

*Attorneys for Defendant*
ROYAL DUTCH SHELL PLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., CHEVRON CORP., CONOCOPHILLIPS, EXXON MOBIL CORP., ROYAL DUTCH SHELL PLC, and DOES 1 through 10,<br><br>Defendants. | First Filed Case:    No. 3:17-CV-6011-WHA<br>Related Case:       No. 3:17-CV-6012-WHA<br><br>Case No. 3:17-cv-6011-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ROYAL DUTCH SHELL PLC'S MOTION TO DISMISS AND JURISDICTIONAL DISCOVERY** |

CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney,

   Plaintiffs,

   v.

BP P.L.C., CHEVRON CORP., CONOCOPHILLIPS, EXXON MOBIL CORP., ROYAL DUTCH SHELL PLC, and DOES 1 through 10,

   Defendants.

Case No. 3:17-cv-6012-WHA

**STIPULATION AND [PROPOSED] ORDER REGARDING ROYAL DUTCH SHELL PLC'S MOTION TO DISMISS AND JURISDICTIONAL DISCOVERY**

WHEREAS, on April 19, 2018, Defendant Royal Dutch Shell plc ("Royal Dutch Shell") filed a motion to dismiss Plaintiffs' first amended complaints for lack of personal jurisdiction, insufficient service of process, and failure to state a claim under Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6)[1];

WHEREAS, on May 25, 2018, "[f]or the reasons stated on the record" at the hearing on May 24, 2018, the Court ordered "jurisdictional discovery" as to Royal Dutch Shell and certain other Defendants, ordered discovery as to "whether Shell Oil Company is Royal Dutch Shell's 'general manager' " for purposes of sufficiency of process, and ordered supplemental briefing on the relevant motions to dismiss following the conclusion of that discovery[2];

WHEREAS, Plaintiffs and Royal Dutch Shell will effectuate a waiver of service of summons in accordance with Federal Rule of Civil Procedure 4(d) that will moot Royal Dutch Shell's motion to dismiss for insufficient service of process under Rule 12(b)(5), thereby eliminating any need for discovery in connection with the Rule 12(b)(5) issues;

WHEREAS, to avoid the delay, burden, and expense of jurisdictional discovery and supplemental briefing, Royal Dutch Shell withdraws, for purposes of the above-captioned cases, the portions of its motion to dismiss that gave rise to Plaintiffs' request for jurisdictional discovery, and Plaintiffs agree that, in light of this withdrawal, jurisdictional discovery and supplemental briefing are no longer necessary;

WHEREAS, specifically, Royal Dutch Shell withdraws its arguments against specific personal jurisdiction in Section I.B of its motion to dismiss other than those set forth in Section I.B.3,[3] and Royal Dutch Shell also withdraws the Declaration of Linda Szymanski, which was not cited or relied upon in Section I.B.3[4];

---

[1] *See* ECF 222, 225, 17-cv-6011; ECF 186, 188, 17-cv-6012.

[2] *See* ECF 259, 17-cv-6011; ECF 217, 17-cv-6012.

[3] Section I.B.3 is entitled, "Plaintiffs Cannot Show That Their Claims Arise From The Attenuated Jurisdictional Contacts Alleged In The Amended Complaints."

[4] Royal Dutch Shell therefore preserves, and continues to assert, the argument in Section I.B.3 (pp. 15-16) of Royal Dutch Shell's Rule 12(b)(2) motion [ECF 222, 17-cv-6011; ECF 186, 17-cv-6012] and in the associated portion of Royal Dutch Shell's reply brief, *viz.*, Section I.B. (pp. 6-9) [ECF 249, 17-cv-6011; ECF 209, 17-cv-6012].

WHEREAS, with the aforementioned withdrawal, there is no remaining portion of Royal Dutch Shell's motion to dismiss under Rule 12(b)(2) as to which Royal Dutch Shell is relying on any declaration or other factual submission or as to which Plaintiffs are seeking discovery;

WHEREAS, Royal Dutch Shell's remaining argument concerning specific personal jurisdiction in Section I.B.3 is substantially analogous to the specific personal jurisdiction argument advanced by Exxon Mobil Corporation, as to which discovery has not been ordered;

WHEREAS, Plaintiffs and Royal Dutch Shell agree that Royal Dutch Shell's withdrawal of certain of its arguments concerning specific personal jurisdiction in these cases shall have the same effect as if Royal Dutch Shell had not made those arguments in its motion to dismiss, and that this withdrawal is without prejudice to Royal Dutch Shell's right to contest any issue concerning the merits of Plaintiffs' claims or Royal Dutch Shell's right to contest personal jurisdiction in other cases.

NOW THEREFORE, Plaintiffs and Royal Dutch Shell HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, as follows:

1. For purposes of the above-captioned cases, Royal Dutch Shell withdraws its arguments against specific personal jurisdiction in Section I.B of its motion to dismiss other than those set forth in Section I.B.3, and Royal Dutch Shell also withdraws the Declaration of Linda Szymanski, with the same effect as if those arguments had not been made and that evidence had not been presented.

2. The only arguments Royal Dutch Shell continues to assert concerning specific personal jurisdiction in the above-captioned cases are those in Section I.B.3 (pp. 15-16) of Royal Dutch Shell's Rule 12(b)(2) motion [ECF 222, 17-cv-6011; ECF 186, 17-cv-6012] and the associated portion of Royal Dutch Shell's reply brief, *viz.*, Section I.B (pp. 6-9) [ECF 249, 17-cv-6011; ECF 209, 17-cv-6012].

3. Because of this withdrawal, and because of Plaintiffs' and Royal Dutch Shell's intention to effectuate a waiver of service of process through Rule 4(d) in the above-captioned cases, Plaintiffs agree that their requests for discovery in connection with Royal Dutch Shell's motion to dismiss are moot, and Plaintiffs will not serve jurisdictional discovery on Royal Dutch Shell. Royal Dutch Shell likewise will not serve jurisdictional discovery on Plaintiffs.

4. Because of this stipulation, there is no need for jurisdictional discovery as to Royal Dutch Shell or discovery as to "whether Shell Oil Company is Royal Dutch Shell's 'general manager,'" and there is likewise no need for further supplemental briefing on Royal Dutch Shell's motion to dismiss.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated:  June 5, 2018 | Respectfully submitted, |
| *\*\*/s/  Erin Bernstein* | */s/  David C. Frederick* |
| BARBARA J. PARKER, State Bar #069722<br>City Attorney<br>MARIA BEE, State Bar #167716<br>Special Counsel<br>ERIN BERNSTEIN, State Bar #231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON, State Bar #313918<br>Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Tel.: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org<br><br>*Attorneys for Plaintiffs*<br>CITY OF OAKLAND and<br>PEOPLE OF THE STATE OF CALIFORNIA,<br>acting by and through Oakland City<br>Attorney BARBARA J. PARKER<br><br>\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory. | Jerome C. Roth (SBN 159483)<br>Elizabeth A. Kim (SBN 295277)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-mail: jerome.roth@mto.com<br>E-mail: elizabeth.kim@mto.com<br><br>Daniel P. Collins (SBN 139164)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: daniel.collins@mto.com<br><br>David C. Frederick (*pro hac vice*)<br>Brendan J. Crimmins (*pro hac vice*)<br>David K. Suska (*pro hac vice*)<br>KELLOGG, HANSEN, TODD,<br>  FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: bcrimmins@kellogghansen.com<br>E-mail: dsuska@kellogghansen.com<br><br>*Attorneys for Defendant Royal Dutch Shell plc* |

*\*\*/s/ Matthew D. Goldberg*
DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
ROBB W. KAPLA, State Bar #238896
Deputy City Attorney
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone: (415) 554-4748
Facsimile: (415) 554-4715
Email: matthew.goldberg@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, acting by and through San
Francisco City Attorney
DENNIS J. HERRERA

  \*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

*\*\*/s/ Steve W. Berman*
STEVE W. BERMAN (pro hac vice)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave. Suite 3300
Seattle, Washington 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

SHANA E. SCARLETT (State Bar #217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001

MATTHEW F. PAWA (pro hac vice)
mattp@hbsslaw.com
BENJAMIN A. KRASS (pro hac vice)
benk@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Tel.: (617) 641-9550
Fax: (617) 641-9551

*Of Counsel Attorneys for Plaintiffs*

   ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 6, 2018.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE