| | |
|---|---|
| Tracie J. Renfroe (*pro hac vice*) | Justin A. Torres (*pro hac vice*) |
| Carol M. Wood (*pro hac vice*) | KING & SPALDING LLP |
| KING & SPALDING LLP | 1700 Pennsylvania Avenue, NW |
| 1100 Louisiana Street, Suite 4000 | Suite 200 |
| Houston, Texas 77002 | Washington, D.C. 20006-4707 |
| Telephone: (713) 751-3200 | Telephone: (202) 737-0500 |
| Facsimile: (713) 751-3290 | Facsimile: (202) 626-3737 |
| Email: cwood@kslaw.com | Email: jtorres@kslaw.com |
| | |
| Megan R. Nishikawa (SBN 271670) | George Morris (SBN 249930) |
| Nicholas Miller-Stratton (SBN 319240) | KING & SPALDING LLP |
| KING & SPALDING LLP | 601 South California Avenue |
| 101 Second Street, Suite 2300 | Suite 100 |
| San Francisco, California 94105 | Palo Alto, CA 94304 |
| Telephone: (415) 318-1267 | Telephone: (650) 422-6700 |
| Facsimile: (415) 318-1300 | Facsimile: (650) 422-6800 |
| Email: mnishikawa@kslaw.com | Email: gmorris@kslaw.com |

*Counsel for Defendant ConocoPhillips*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>Defendants. | First Filed Case: 3:17-cv-06011-WHA<br>Related Case: 3:17-cv-06012-WHA<br><br>Case No. 3:17-cv-06011-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONOCOPHILLIPS'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND JURISDICTIONAL DISCOVERY** |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>Defendants. | Case No. 3:17-cv-06012-WHA |

1

Stipulation and ~~Proposed~~ Order                               Case Nos. 3:17-cv-06011
                                                                          3:17-cv-06012

WHEREAS, on April 19, 2018, all Defendants in the above-styled cases filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), while some Defendants—including ConocoPhillips—filed a separate motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2);

WHEREAS, ConocoPhillips's Rule 12(b)(2) motion to dismiss asserted three distinct grounds for dismissal: failure to adequately plead that ConocoPhillips's subsidiaries were its agents, such that their California contacts could be attributed to ConocoPhillips ("Corporate Separateness Argument"); failure to adequately plead that alleged in-forum activities were a "but-for" cause of Plaintiffs' alleged injury ("But-For Argument"); and that the exercise of personal jurisdiction over ConocoPhillips was unreasonable under the circumstances ("Unreasonableness Argument");

WHEREAS, ConocoPhillips also submitted a sworn declaration by Christopher J. Dodson ("Dodson Declaration") to support its Corporate Separateness Argument and Unreasonableness Argument;

WHEREAS, Plaintiffs opposed the Rule 12(b)(2) motion by a brief filed May 3, 2018; ConocoPhillips filed a reply on May 10, 2018; and the Court heard oral argument on ConocoPhillips's Rule 12(b)(2) motion, as well as Defendants' Rule 12(b)(6) motion, on May 24, 2018;

WHEREAS, at the conclusion of the May 24 hearing, the Court stated that it would delay a ruling on the Rule 12(b)(6) motion until Defendants' jurisdictional defenses were resolved and that it would allow jurisdictional discovery by Plaintiffs and by personal jurisdiction Defendants, *see* May 24 Hearing Tr. at 102:18-103:5;

WHEREAS, on May 25, 2018, the Court ordered, *inter alia*, that Plaintiffs be afforded approximately 60 days of jurisdictional discovery and set an August 9, 2018 deadline for Plaintiffs to file supplemental opposition briefing and an August 16, 2018 deadline for ConocoPhillips to reply;

WHEREAS, it is in the interests of all parties to speed a resolution of the Rule 12(b)(6) motion;

2
Stipulation and ~~Proposed~~ Order                                   Case Nos. 3:17-cv-06011
                                                                               3:17-cv-06012

1 WHEREAS, while ConocoPhillips does not believe it has sufficient contacts with California for general or specific personal jurisdiction, due to ConocoPhillips' interest in the Court reaching the merits arguments in Defendants Rule 12(b)(6) motion and to avoid the burden and expense of jurisdictional discovery in this case, ConocoPhillips is willing to withdraw its Corporate Separateness Argument and Unreasonableness Argument for the limited purpose of this particular case;

WHEREAS, while Plaintiffs believe this Court has minimum contacts with California sufficient to support specific jurisdiction over ConocoPhillips and contested ConocoPhillips's motion to dismiss for that reason, they likewise are interested in the Court reaching the merits arguments in Defendants' Rule 12(b)(6) motion, and therefore support the final resolution of the Corporate Separateness Argument and Unreasonableness Argument by stipulation and without the need for further Court involvement.

NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE, subject to the approval and order of the Court, as follows:

1. ConocoPhillips withdraws its motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(2), to the extent that motion asserts a Corporate Separateness Argument and an Unreasonableness Argument. Specifically, ConocoPhillips withdraws Argument Sections II.A and II.C of its opening brief and Argument Sections I.A and I.C of its reply, as well as the Dodson Declaration, and any other sections or factual averments in its briefing that rely upon the Dodson Declaration or upon the Corporate Separateness Argument or the Unreasonableness Argument. However, ConocoPhillips specifically reserves and does not withdraw its But-For Argument.

2. Plaintiffs will forgo any jurisdictional discovery against ConocoPhillips in relation to or pursuant to the Court's May 25, 2018 order and May 24 hearing; likewise ConocoPhillips will forgo any jurisdictional discovery against Plaintiffs in relation to or pursuant to the Court's May 24 hearing.

3. In light of this stipulation, there is no need for further jurisdictional discovery or briefing as relates to ConocoPhillips.

3

Stipulation and ~~Proposed~~ Order　　　　　　　　　　　　　　　　　Case Nos. 3:17-cv-06011
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:17-cv-06012

4.      This stipulation does not operate as a waiver of personal jurisdiction in any other litigation that has been or will be brought by any other plaintiff against ConocoPhillips, in any forum; nor does it constitute a concession that ConocoPhillips Company or any indirect subsidiary of ConocoPhillips is or has been the agent of ConocoPhillips for any purpose.

5.      This agreement does not affect the rights of either party to assert any other argument, claim, or defense in these cases, to the extent permitted by state or federal law, the Federal Rules of Civil Procedure, or the Federal Rules of Evidence.

6.      This agreement does not affect the rights of either party to seek appeal from, fees or costs for, or any other right or remedy relating to the Rule 12(b)(6) motion currently pending in these cases in this Court.

**IT IS SO STIPULATED.**

Dated: June 5, 2018        Respectfully submitted,

By: /s/ *George Morris*
Tracie J. Renfroe (*pro hac vice*)
Carol M. Wood (*pro hac vice*)
KING &SPALDING LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
Email: cwood@kslaw.com

Justin A. Torres (*pro hac vice*)
KING &SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 626-2959
Facsimile: (202) 626-3737
Email: jtorres@kslaw.com

Megan R. Nishikawa (SBN 271670)
Nicholas Miller-Stratton (SBN 319240)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1267
Facsimile: (415) 318-1300
Email: mnishikawa@kslaw.com

George Morris (SBN 249930)
KING & SPALDING LLP
601 South California Avenue, Suite 100
Palo Alto, CA 94304
Telephone: (650) 422-6700
Facsimile: (650) 422-6800
Email: gmorris@kslaw.com

*Counsel for Defendant ConocoPhillips*

\*\* /s/ *Matthew D. Goldberg*
DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
ROBB W. KAPLA, State Bar #238896
Deputy City Attorney
MATTHEW D. GOLDBERG, State Bar #240776
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Tel.: (415) 554-4748
Fax.: (415) 554-4715
Email: matthew.goldberg@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through San Francisco City Attorney
DENNIS J. HERRERA

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*\* /s/ *Erin Bernstein*
BARBARA J. PARKER (State Bar #069722)
City Attorney
MARIA BEE (State Bar #167716)
Special Counsel
ERIN BERNSTEIN (State Bar #231539)
Supervising Deputy City Attorney
MALIA MCPHERSON (State Bar #313918)
Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California
Tel.: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

Attorneys for Plaintiffs
CITY OF OAKLAND and
PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through Oakland City Attorney
BARBARA J. PARKER

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

*/s/ Steve W. Berman*
STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave. Suite 3300
Seattle, Washington 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

SHANA E. SCARLETT (State Bar #217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
shanas@hbsslaw.com
Tel.: (510) 725-3000
Fax: (510) 725-3001

MATTHEW F. PAWA (*pro hac vice*)
mattp@hbsslaw.com
BENJAMIN A. KRASS (*pro hac vice*)
benk@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Tel.: (617) 641-9550
Fax: (617) 641-9551

*Of Counsel Attorneys for Plaintiffs*

7

Stipulation and ~~Proposed~~ Order                                    Case Nos. 3:17-cv-06011
                                                                              3:17-cv-06012

# [PROPOSED] ORDER

Pursuant to the above Stipulation of the parties, **IT IS SO ORDERED**. The deadlines for supplemental briefing on personal jurisdiction set forth in the Court's May 25 Order permitting jurisdictional discovery relative to ConocoPhillips are **VACATED**.

Date: June 6, 2018.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE