1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF OAKLAND, a Municipal Corporation, and
THE PEOPLE OF THE STATE OF CALIFORNIA,
acting by and through Oakland City Attorney
BARBARA J. PARKER,

        Plaintiffs,

   v.

BP P.L.C., a public limited company of England and
Wales, CHEVRON CORPORATION, a Delaware
corporation, CONOCOPHILLIPS, a Delaware
corporation, EXXON MOBIL CORPORATION, a
New Jersey corporation, ROYAL DUTCH SHELL
PLC, a public limited company of England and
Wales, and DOES 1 through 10,

        Defendants

                                  /

AND RELATED CASE.

                                  /

No. C 17-06011 WHA

and

No. C 17-06012 WHA

**REQUEST FOR JOINT
STATEMENT RE
PENDING FRCP 12(b)(2)
MOTIONS**

     In light of today's order granting defendants' motions to dismiss pursuant to FRCP

12(b)(6), by **JULY 2 AT NOON**, the parties shall submit a joint statement regarding whether it

remains necessary to reach the narrowed FRCP 12(b)(2) motions (which narrowing is

appreciated). While the Court remains willing to decide the FRCP 12(b)(2) issue, counsel may

prefer to postpone such a ruling until after appellate review of the FRCP 12(b)(6) and no-

remand orders.

     **IT IS SO ORDERED.**

Dated: June 25, 2018.

                                           
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE