```
1  JAMES R. ARNOLD (SBN 56262)
2  JOHN A. BEARD (SBN 301405)
   THE ARNOLD LAW PRACTICE
3  *East Bay Office*
   One Sansome Street, Suite 3500
4  San Francisco, CA 94104
5  Email:  jarnold@arnoldlp.com
           jbeard@arnoldlp.com
6
7  Attorneys for *Amicus Curiae* State of Indiana, et al.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA, etc.**,<br><br>Plaintiff,<br><br>v.<br><br>**BP P.L.C.**, *etc.*, *et al.*,<br><br>**Defendants.** | Case No.: 3:17-cv-06011-WHA<br><br>**NOTICE OF WITHDRAWAL OF *AMICI CURIAE* COUNSEL – JAMES R. ARNOLD and JOHN A. BEARD**<br><br>Trial Date: Not set<br>Action Filed: September 19, 2017 |

Please take notice that James R. Arnold and John A. Beard of The Arnold Law Practice hereby withdraw as counsel of record for *Amicus Curiae* State of Indiana, et al.

The Court and counsel for the parties are respectfully requested to remove Messrs. Arnold and Beard from the service list and ECF Notifications for this action.

The withdrawal of Messrs. Arnold and Beard shall not affect the appearances filed by Thomas M. Fisher, Solicitor General, Office of the Attorney General, State of Indiana, or any other counsel or party.

No party will be prejudiced by the withdrawal of Messrs. Arnold and Beard as counsel for *amici curiae* in this matter.

Said *amici curiae* have been represented by, and continue to be represented by Mr. Fisher.

DATED: June 2, 2021                    THE ARNOLD LAW PRACTICE


                                            /s/
                                       JAMES R. ARNOLD


                                            /s/
                                       JOHN A. BEARD
                                       Attorneys for *Amicus Curiae*
                                       State of Indiana, *et al.*


**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the signatory prior to filing.

DATED: June 2, 2021            By:    /s/ John A. Beard