Neal S. Manne (SBN 94101)
nmanne@susmangodfrey.com
Johnny W. Carter (*pro hac vice*)
jcarter@susmangodfrey.com
Erica W. Harris (*pro hac vice*)
eharris@susmangodfrey.com
Steven Shepard (*pro hac vice*)
sshepard@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Herbert J. Stern (*pro hac vice*)
hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664

*Attorneys for Defendant and Third-Party Plaintiff Chevron Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER, <br><br> Plaintiffs, <br><br> vs. <br><br> BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, <br><br> Defendants. | First Filed Case: No. 3:17-cv-6011-WHA <br> Related Case: No. 3:17-cv-6012-WHA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINTS AGAINST EQUINOR ASA** <br><br> THE HONORABLE WILLIAM H. ALSUP <br><br> No. 3:17-cv-6011-WHA |

| | |
|---|---|
| CHEVRON CORP., | |
|     Third-Party Plaintiff, | |
| vs. | |
| STATOIL ASA, | |
|     Third-Party Defendant. | |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA, | |
|     Plaintiffs, | |
| vs. | No. 3:17-cv-6012-WHA |
| BP P.L.C., a public limited company of England and Wales, Chevron Corporation, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, | |
|     Defendants. | |
| CHEVRON CORP., | |
|     Third-Party Plaintiff, | |
| vs. | |
| STATOIL ASA, | |
|     Third-Party Defendant. | |

1  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c)(1), Third-Party Plaintiff Chevron Corporation hereby dismisses without prejudice its Third-Party Complaints against Third-Party Defendant Equinor ASA, formerly known as Statoil ASA, which has not yet answered the Third-Party Complaints, moved for summary judgment, or otherwise served a responsive pleading.

Dated:  June 23, 2021

By:  */s/ Erica W. Harris*

Neal S. Manne (SBN 94101)
Johnny W. Carter (*pro hac vice*)
Steven Shepard (*pro hac vice*)
Erica W. Harris (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
nmanne@susmangodfrey.com
sshepard@susmangodfrey.com
jcarter@susmangodfrey.com
eharris@susmangodfrey.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN KILCULLEN & RUFOLO, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
hstern@sgklaw.com
jsilverstein@sgklaw.com

*Attorneys for Defendant and Third-Party Plaintiff Chevron Corp.*