UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>BP P.L.C., et al.,<br><br>  Defendants. | No. C 17-06011 WHA<br><br>**ORDER STAYING CASE** |

Proceedings in this case are **STAYED** pending a more definitive answer from our court of appeals in *County of San Mateo v. Chevron Corp.*, No. 20-884. Counsel shall inform the Court when our court of appeals issues its ruling.

**IT IS SO ORDERED.**

Dated: August 4, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE