| | |
|---|---|
| Theodore J. Boutrous, Jr. (SBN 132099)<br>  tboutrous@gibsondunn.com<br>Andrea E. Neuman (SBN 149733)<br>  aneuman@gibsondunn.com<br>William E. Thomson (SBN 187912)<br>  wthomson@gibsondunn.com<br>Joshua D. Dick (SBN 268853)<br>  jdick@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Neal S. Manne (SBN 94101)<br>  nmanne@susmangodfrey.com<br>Johnny W. Carter (*pro hac vice*)<br>  jcarter@susmangodfrey.com<br>Erica Harris (*pro hac vice*)<br>  eharris@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>  sshepard@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: 713.651.9366<br>Facsimile: 713.654.6666 |

Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO, L.L.C.
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

*Attorneys for Defendant Chevron Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>  Plaintiffs,<br><br>  v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>  Defendants.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF | First Filed Case:  No. 3:17-cv-6011-WHA<br>Related Case:     No. 3:17-cv-6012-WHA<br><br>**JOINT STATUS REPORT**<br><br>THE HONORABLE WILLIAM H. ALSUP |

CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,

        Plaintiffs,

    v.

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

        Defendants.

Pursuant to this Court's instruction, Dkt. 388, and in advance of the status conference on May 12, 2022, the Parties hereby submit this Joint Status Report.[1]

Pending before the Court is the People's renewed motion to remand, which is fully briefed and ready to be heard when the Court is ready to proceed. Dkt. 342, 349, 358. Proceedings in this case were stayed on August 24, 2021 "pending a more definitive answer from our court of appeals in *County of San Mateo v. Chevron Corp.*, No. 20-884." Dkt. 379. On April 19, 2022, the Ninth Circuit issued its decision in *San Mateo*, affirming the district court's remand orders. 2022 WL 1151275 (9th Cir. Apr. 19, 2022). Defendants intend to petition the Ninth Circuit for rehearing *en banc* and, depending on the outcome of that petition, to petition the Supreme Court for a writ of certiorari. The Parties have met and conferred and have different positions on what the next steps in this case should be. The Parties' respective positions are provided below. The Parties look forward to discussing these and other issues with the Court at the May 12 status conference.

## The People's Position

The Ninth Circuit's unanimous April 19 decision in *County of San Mateo* held that the public entity plaintiffs' cases must be remanded to state court because none of the defendants' asserted grounds for federal removal jurisdiction had merit. In that decision, the Ninth Circuit affirmed that removal had been improper under the defendants' federal officer, federal enclave, Outer Continental Shelf Lands Act ("OCSLA"), and bankruptcy theories of removal. Now that *County of San Mateo* has been decided, the Court has sufficient guidance on every ground for removal asserted by Defendants here and should proceed on the People's renewed motion to remand these cases to state court. *See also City of Oakland v. BP PLC*, 969 F.3d 895 (9th Cir. 2020), *cert. denied sub nom. Chevron Corp. v. City*

---

[1] In joining this Status Report, Defendants BP P.L.C., ConocoPhillips, Exxon Mobil Corporation, and Shell plc (f/k/a Royal Dutch Shell plc), do not waive any argument or defense regarding the Court's lack of personal jurisdiction over them, nor do they seek to vacate or alter the Court's previous personal-jurisdiction order under Rule 12(b)(2).

of Oakland, Cal., 141 S. Ct. 2776 (2021). The Ninth Circuit's upcoming decisions in *City & County of Honolulu v. Sunoco LP, et al.*, No. 21-15313, and *County of Maui v. Chevron USA Inc., et al.*, No. 21-15318, will not impact this Court's decision on the motion to remand. For the reasons described in the People's briefing in support of their renewed motion to remand, the "more robust evidentiary record" on federal officer and OCSLA removal presented in those cases is not before the Court in this case, and Defendants' theory of removal may not now be re-pleaded. *See* Dkt. No. 342 at 6 n.3 & Dkt. No. 358 at 5–8.

The *County of San Mateo* decision was unequivocal and is entirely consistent in its rejection of the defendants' various ground for removal with the other circuit court decisions addressing those grounds. *See, e.g, Mayor & City Council of Baltimore v. BP P.LC.*, No. 19-1644, 2022 WL 1039685 (4th Cir. Apr. 7, 2022); *Bd. of Cty. Comm'rs of Boulder Cty. v. Suncor Energy (U.S.A.) Inc.*, 25 F.4th 1238 (10th Cir. 2022). Ten district courts in different parts of the country have reached that same conclusion in other similar cases as well.[2]

In the interests of justice and of the Parties, and given the considerable harm to the People in continuing to delay the merits of these matters, the Court should promptly rule on the People's pending and fully briefed motions to remand (Dkt. No. 342) and for leave to amend (Dkt. No 343).

### Defendants' Position

Defendants do not oppose proceeding on the People's renewed motion to remand and are ready

---

[2] In addition to the decisions affirmed in the *County of San Mateo*, *Baltimore*, *Boulder*, and *Rhode Island*, motions to remand have been granted in *Connecticut*, *Delaware*, *Hawaii*, *Minnesota*, *Massachusetts*, and *New Jersey*. *See Delaware v. BP Am. Inc.*, No. CV 20-1429-LPS, 2022 WL 58484 (D. Del. Jan. 5, 2022), *appeal pending*, No. 22-1096 (3d Cir.); *City of Hoboken v. Exxon Mobil Corp.*, No. 20-cv-142343-JMV, 2021 WL 4077541 (D.N.J. Sept. 8, 2021), *appeal pending*, No. 21-2728 (3d Cir.); *Connecticut v. Exxon Mobil Corp.*, No. 3:20-CV-1555 (JCH), 2021 WL 2389739 (D. Conn. June 2, 2021), *appeal pending*, No. 21-1446 (2d Cir.); *Minnesota v. Am. Petroleum Inst.*, No. CV 20-1636 (JRT/HB), 2021 WL 1215656 (D. Minn. Mar. 31, 2021), *appeal pending*, No. 21-1752 (8th Cir.); *City & Cnty. of Honolulu v. Sunoco LP, et al.*, No. 20-CV-00163-DKW, 2021 WL 531237 (D. Haw. Feb. 12, 2021), *appeal pending*, Nos. 21-15313, 21-15318 (9th Cir.); *Massachusetts v. Exxon Mobil Corp.*, 462 F. Supp. 3d 31 (D. Mass. 2020).

to proceed if the Court is inclined to do so.

Defendants disagree, however, that *County of San Mateo* provides this Court with "sufficient guidance on every ground for removal asserted by Defendants here." As explained in Defendants' briefing, there are multiple bases for removal asserted here that were not presented or addressed by the Ninth Circuit in *County of San Mateo*. These include: (1) federal officer removal on a significantly more robust evidentiary record than was before the *San Mateo* panel; (2) removal under the Outer Continental Shelf Lands Acts ("OCSLA") on a significantly more robust evidentiary record than was before the *San Mateo* panel; and (3) jurisdiction under *Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing*, 545 U.S. 308, 314 (2005) because, to the extent the People's claims are based on alleged misrepresentation, such claims necessarily include affirmative constitutional elements imposed by the First Amendment. Defendants maintain these arguments and supporting evidence—including unrebutted expert declarations from leading academics—are properly before this Court and establish that removal is proper. Dkt. 349. Indeed, these expert declarations, for example, detail how federal officers directed and controlled Defendants in performing basic tasks to accomplish national security, energy and economic objectives, including by providing the U.S. military with specialized, non-commercial grade fuels that are essential for unique military missions and conducting operations on the Outer Continental Shelf. The People maintain that the Court should ignore these arguments and evidence, but that position is deeply flawed and without merit. *Id.*

As noted above, Defendants intend to petition the Ninth Circuit for rehearing *en banc* and, depending on the outcome of that petition, to petition the Supreme Court for a writ of certiorari. Further guidance from the Ninth Circuit *en banc* and/or the Supreme Court may have bearing on the removal/remand issues presently before this Court. Relatedly, the Ninth Circuit recently heard oral argument in *City & County of Honolulu v. Sunoco LP, et al.*, No. 21-15313, and *County of Maui v. Chevron USA Inc., et al.*, No. 21-15318. That consolidated appeal also implicates issues relevant to

Gibson, Dunn & Crutcher LLP

Plaintiff's renewed motion to remand. However, given that there is a threshold dispute between the Parties as to what removal arguments and evidence this Court should consider, Defendants think it is reasonable to proceed on the People's renewed motion to remand now and are ready to do so. If the Court is inclined to proceed, Defendants submit that a hearing on the People's motion should be scheduled. Defendants maintain that the Court should defer proceeding on the People's motion for leave to amend the complaint until the removal issues are resolved.

Dated: May 5, 2022

CITY OF OAKLAND

By: /s/ Zoe M. Savitsky
BARBARA J. PARKER (State Bar #069722)
  City Attorney
MARIA BEE (State Bar #167716)
  Chief Assistant City Attorney
ZOE M. SAVITSKY, (State Bar #281616)
  Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California
Tel.: (510) 238-3601
Fax: (510) 238-6500
zsavitsky@oaklandcityattorney.org

\* Pursuant to Civ. L.R. 5-1(h)(3), the electronic filer has obtained approval from this signatory.

CITY AND COUNTY OF SAN FRANCISCO

By: /s/ Ronald Lee
DAVID CHIU (State Bar #189542)
  City Attorney
SARA EISENBERG (State Bar #269303)
  Chief of Complex and Affirmative Litigation
ROBB W. KAPLA (State Bar #238896)
RONALD H. LEE (State Bar #238720)
  Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Tel.: (415) 554-4748
Fax: (415) 554-4715

Respectfully submitted,

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: aneuman@gibsondunn.com

Joshua D. Dick
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8331
Facsimile: 415.374.8451
Email: jdick@gibsondunn.com

Neal S. Manne (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
Erica Harris (*pro hac vice*)
Steven Shepard (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: nmanne@susmangodfrey.com

| | |
|---|---|
| ronald.lee@sfcityatty.org | Email: jcarter@susmangodfrey.com |
| | Email: eharris@susmangodfrey.com |
| * Pursuant to Civ. L.R. 5-1(h)(3), the electronic filer has obtained approval from this signatory. | Email: shepard@susmangodfrey.com |

SHER EDLING LLP

VICTOR M. SHER (State Bar #96197)
MATTHEW K. EDLING (State Bar #250940)
KATIE H. JONES (State Bar #300913)
MARTIN D. QUIÑONES (State Bar #293318)
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel.: (628) 231-2500
vic@sheredling.com
matt@sheredling.com
katie@sheredling.com
marty@sheredling.com

ALTSHULER BERZON LLP

MICHAEL RUBIN (State Bar #80618)
BARBARA J. CHISHOLM (State Bar #224656)
CORINNE F. JOHNSON (State Bar #287385)
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
mrubin@altber.com
bchisholm@altber.com
cjohnson@altber.com

*Attorneys for the People*

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN KILCULLEN & RUFOLO, L.L.C.
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
Email: hstern@sgklaw.com
Email: jsilverstein@sgklaw.com

*Attorneys for Defendant CHEVRON CORPORATION*

By: ***/s/ Jonathan W. Hughes*
Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: jonathan.hughes@arnoldporter.com

Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com
E-mail: john.lombardo@arnoldporter.com

Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
Email: nancy.milburn@arnoldporter.com

*Attorneys for Defendant BP P.L.C.*

By: ***/s/ Raymond A. Cardozo*
Raymond A. Cardozo (SBN 173263)
T. Connor O'Carroll (SBN 312920)

REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: rcardozo@reedsmith.com
Email: cocarroll@reedsmith.com

Jameson R. Jones (*pro hac vice*)
Daniel R. Brody (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: jameson.jones@bartlitbeck.com
Email: dan.brody@bartlitbeck.com

*Attorneys for Defendant CONOCOPHILLIPS*


By: ***/s/ Dawn Sestito*
M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: roppenheimer@omm.com
Email: dsestito@omm.com

Theodore V. Wells, Jr. (pro hac vice)
Daniel J. Toal (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*

By:***/s/ Gary T. Lafayette*
Gary T. Lafayette (SBN 88666)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612

Gibson, Dunn & Crutcher LLP

6
JOINT STATUS REPORT
CASE NOS. 17-CV-6011-WHA AND 17-CV-6012-WHA

| | |
|---|---|
| 1 | Telephone: (415) 357-3600 |
| 2 | Facsimile: (415) 357-4605 |
|   | Email: glafayette@lkclaw.com |
| 3 | |
|   | David C. Frederick (pro hac vice) |
| 4 | Daniel S. Severson (pro hac vice) |
|   | KELLOGG, HANSEN, TODD, FIGEL & |
| 5 | FREDERICK, P.L.L.C. |
|   | 1615 M Street, N.W., Suite 400 |
| 6 | Washington, D.C. 20036 |
|   | Telephone: (202) 326-7900 |
| 7 | Facsimile: (202) 326-7999 |
|   | Email: frederick@kellogghansen.com |
| 8 | Email: dseverson@kellogghansen.com |
| 9 | |
|   | *Attorneys for Defendant SHELL PLC (F/K/A* |
| 10 | *ROYAL DUTCH SHELL PLC)* |
| 11 | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic |
| 12 | signatory has obtained approval from |
| 13 | this signatory |