| | |
|---|---|
| CITY OF OAKLAND<br>BARBARA J. PARKER, State Bar #069722<br>  City Attorney<br>MARIA BEE, State Bar #167716<br>  Chief Assistant City Attorney<br>ZOE M. SAVITSKY, State Bar #281616<br>  Supervising Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Facsimile: (510) 238-6500<br>Email: zsavitsky@oaklandcityattorney.org | CITY AND COUNTY OF SAN FRANCISCO<br>DAVID CHIU (State Bar #189542)<br>City Attorney<br>SARA EISENBERG (State Bar #269303)<br>  Chief of Complex and Affirmative Litigation<br>ROBB W. KAPLA (State Bar #238896)<br>RONALD H. LEE (State Bar #238720)<br>  Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Tel.: (415) 554-4748<br>Fax: (415) 554-4715<br>Email: ronald.lee@sfcityatty.org |

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>           Plaintiffs,<br><br>     v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>           Defendants. | First Filed Case:  No. 3:17-cv-6011-WHA<br>Related Case:       No. 3:17-cv-6012-WHA<br><br>**JOINT SUBMISSION REGARDING SUPPLEMENTAL BRIEFING ON THE PEOPLE'S RENEWED MOTION TO REMAND**<br><br>THE HONORABLE WILLIAM H. ALSUP |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,<br><br>           Plaintiffs,<br><br>     v. | |

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

        Defendants.

Pursuant to this Court's May 12, 2022 Minute Order, Dkt. 394, following the Status Conference held on the same day, the Parties have met and conferred and now jointly submit the following proposed schedule for supplemental briefing on the People's Renewed Motion to Remand, Dkt. 342. [1]

1. The People shall file their supplemental brief in support of remand on June 16, 2022, and it shall not exceed 25 pages.

2. Defendants shall file their supplemental opposition brief on July 21, 2022, and it shall not exceed 25 pages.

3. The People shall file their supplemental reply brief on August 11, 2022, and it shall not exceed 15 pages.

4. A hearing on the People's Renewed Motion to Remand will be held on September 22, 2022, to the extent the Court remains available on that date (the parties previously contacted the Court's clerk and were informed that the Court was available on this date).

Dated: June 3, 2022

Respectfully submitted,

CITY OF OAKLAND

By: /s/ Zoe M. Savitsky
BARBARA J. PARKER (State Bar #069722)
  City Attorney
MARIA BEE (State Bar #167716)
  Chief Assistant City Attorney
ZOE M. SAVITSKY, (State Bar #281616)
  Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California
Tel.: (510) 238-3601

By: /s/ Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP

---

[1] In making this Joint Submission, Defendants BP P.L.C., ConocoPhillips, Exxon Mobil Corporation, and Shell plc (f/k/a Royal Dutch Shell plc), do not waive any argument or defense regarding the Court's lack of personal jurisdiction over them, nor do they seek to vacate or alter the Court's previous personal-jurisdiction order under Rule 12(b)(2).

| | |
|---|---|
| Fax: (510) 238-6500<br>zsavitsky@oaklandcityattorney.org<br><br>* Pursuant to Civ. L.R. 5-1(h)(3), the electronic filer has obtained approval from this signatory.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>By: */s/ Sara Eisenberg*<br>DAVID CHIU (State Bar #189542)<br>  City Attorney<br>SARA EISENBERG (State Bar #269303)<br>  Chief of Complex and Affirmative Litigation<br>ROBB W. KAPLA (State Bar #238896)<br>RONALD H. LEE (State Bar #238720)<br>  Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Tel.: (415) 554-4748<br>Fax: (415) 554-4715<br>ronald.lee@sfcityatty.org<br><br>* Pursuant to Civ. L.R. 5-1(h)(3), the electronic filer has obtained approval from this signatory.<br><br>SHER EDLING LLP<br><br>VICTOR M. SHER (State Bar #96197)<br>MATTHEW K. EDLING (State Bar #250940)<br>KATIE H. JONES (State Bar #300913)<br>MARTIN D. QUIÑONES (State Bar #293318)<br>100 Montgomery St., Ste. 1410<br>San Francisco, CA 94104<br>Tel.: (628) 231-2500<br>vic@sheredling.com<br>matt@sheredling.com<br>katie@sheredling.com<br>marty@sheredling.com<br><br>ALTSHULER BERZON LLP<br><br>MICHAEL RUBIN (State Bar #80618)<br>BARBARA J. CHISHOLM (State Bar #224656)<br>CORINNE F. JOHNSON (State Bar #287385)<br>177 Post Street, Suite 300 | 200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: aneuman@gibsondunn.com<br><br>Joshua D. Dick<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8331<br>Facsimile: 415.374.8451<br>Email: jdick@gibsondunn.com<br><br>Neal S. Manne (*pro hac vice*)<br>Johnny W. Carter (*pro hac vice*)<br>Erica Harris (*pro hac vice*)<br>Steven Shepard (*pro hac vice*)<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>Email: nmanne@susmangodfrey.com<br>Email: jcarter@susmangodfrey.com<br>Email: eharris@susmangodfrey.com<br>Email: shepard@susmangodfrey.com<br><br>Herbert J. Stern (*pro hac vice*)<br>Joel M. Silverstein (*pro hac vice*)<br>STERN KILCULLEN & RUFOLO, L.L.C.<br>325 Columbia Turnpike, Suite 110<br>Florham Park, NJ 07932-0992<br>Telephone: (973) 535-1900<br>Facsimile: (973) 535-9664<br>Email: hstern@sgklaw.com<br>Email: jsilverstein@sgklaw.com<br><br>*Attorneys for Defendant CHEVRON CORPORATION*<br><br>By: ***/s/ Jonathan W. Hughes*<br>Jonathan W. Hughes<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024<br>Telephone: (415) 471-3100 |

| | | |
|---|---|---|
| 1 | San Francisco, CA 94108 | Facsimile: (415) 471-3400 |
| 2 | Tel: (415) 421-7151 | Email: jonathan.hughes@arnoldporter.com |
| | mrubin@altber.com | |
| 3 | bchisholm@altber.com | Matthew T. Heartney |
| | cjohnson@altber.com | John D. Lombardo |
| 4 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| | *Attorneys for the People* | |
| 5 | | 777 South Figueroa Street, 44th Floor |
| | | Los Angeles, California 90017-5844 |
| 6 | | Telephone: (213) 243-4000 |
| 7 | | Facsimile: (213) 243-4199 |
| | | E-mail: |
| 8 | | matthew.heartney@arnoldporter.com |
| | | E-mail: john.lombardo@arnoldporter.com |
| 9 | | |
| 10 | | Nancy Milburn |
| | | ARNOLD & PORTER KAYE SCHOLER LLP |
| 11 | | |
| 12 | | 250 West 55th Street |
| | | New York, NY 10019-9710 |
| 13 | | Telephone: (212) 836-8383 |
| | | Facsimile: (212) 715-1399 |
| 14 | | Email: nancy.milburn@arnoldporter.com |
| 15 | | *Attorneys for Defendant BP P.L.C.* |
| 16 | | |
| | | By: ***/s/ Raymond A. Cardozo* |
| 17 | | Raymond A. Cardozo (SBN 173263) |
| | | T. Connor O'Carroll (SBN 312920) |
| 18 | | REED SMITH LLP |
| 19 | | 101 Second Street, Suite 1800 |
| | | San Francisco, CA 94105-3659 |
| 20 | | Telephone: (415) 543-8700 |
| | | Facsimile: (415) 391-8269 |
| 21 | | Email: rcardozo@reedsmith.com |
| | | Email: cocarroll@reedsmith.com |
| 22 | | |
| 23 | | Jameson R. Jones (*pro hac vice*) |
| | | Daniel R. Brody (*pro hac vice*) |
| 24 | | BARTLIT BECK LLP |
| | | 1801 Wewatta Street, Suite 1200 |
| 25 | | Denver, CO 80202 |
| 26 | | Telephone: (303) 592-3100 |
| | | Facsimile: (303) 592-3140 |
| 27 | | Email: jameson.jones@bartlitbeck.com |
| | | Email: dan.brody@bartlitbeck.com |
| 28 | | |

3

JOINT SUBMISSION REGARDING SUPPLEMENTAL BRIEFING ON THE PEOPLE'S RENEWED
MOTION TO REMAND
CASE NOS. 17-CV-6011-WHA AND 17-CV-6012-WHA

*Attorneys for Defendant*
*CONOCOPHILLIPS*

By: ** */s/ Dawn Sestito*
M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: roppenheimer@omm.com
Email: dsestito@omm.com

Theodore V. Wells, Jr. (pro hac vice)
Daniel J. Toal (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*

By:** */s/ Gary T. Lafayette*
Gary T. Lafayette (SBN 88666)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-3600
Facsimile: (415) 357-4605
Email: glafayette@lkclaw.com

David C. Frederick (pro hac vice)
Daniel S. Severson (pro hac vice)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: frederick@kellogghansen.com
Email: dseverson@kellogghansen.com

1
2                *Attorneys for Defendant SHELL PLC*
                *(F/K/A ROYAL DUTCH SHELL PLC)*
3
4                ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28