1   Theodore J. Boutrous, Jr. (SBN 132099)
        tboutrous@gibsondunn.com
2   Andrea E. Neuman (SBN 149733)
        aneuman@gibsondunn.com
3   William E. Thomson (SBN 187912)
        wthomson@gibsondunn.com
4   Joshua D. Dick (SBN 268853)
        jdick@gibsondunn.com
5   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
6   Los Angeles, CA 90071
    Telephone: 213.229.7000
7   Facsimile: 213.229.7520

    Neal S. Manne (SBN 94101)
        nmanne@susmangodfrey.com
    Johnny W. Carter (*pro hac vice*)
        jcarter@susmangodfrey.com
    Erica Harris (*pro hac vice*)
        eharris@susmangodfrey.com
    Steven Shepard (*pro hac vice*)
        sshepard@susmangodfrey.com
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, TX 77002
    Telephone: 713.651.9366
    Facsimile: 713.654.6666

8   Herbert J. Stern (*pro hac vice*)
        hstern@sgklaw.com
9   Joel M. Silverstein (*pro hac vice*)
        jsilverstein@sgklaw.com
10  STERN & KILCULLEN, LLC
    325 Columbia Turnpike, Suite 110
11  Florham Park, NJ 07932-0992
    Telephone: 973.535.1900
12  Facsimile:  973.535.9664

13  *Attorneys for Defendant Chevron Corporation*

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

15

16

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER, | First Filed Case:  No. 3:17-cv-6011-WHA<br>Related Case:      No. 3:17-cv-6012-WHA |
| Plaintiffs, | **NOTICE OF NINTH CIRCUIT DEVELOPMENTS** |
| v. | THE HONORABLE WILLIAM H. ALSUP |
| BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, | |
| Defendants. | |
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF | |

CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,

                    Plaintiffs,

      v.

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

                    Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants submit this notice to inform the Court of two recent developments in the Ninth Circuit that may bear upon these cases.[1]  First, the Ninth Circuit stayed the mandate in *County of San Mateo v. Chevron Corp.* to permit defendants to file a petition for a writ of certiorari in the U.S. Supreme Court.  *See* Nos. 18-15499+, Dkt. 329 (June 30, 2022).  As a result, the six cases before Judge Chhabria, where the court found, contrary to this Court, that climate change-related claims are not removable, have not yet been remanded to state court and remain in federal court pending review from the Supreme Court.  Second, the Ninth Circuit issued an opinion in *City & County of Honolulu v. Sunoco LP* affirming the district court's order remanding the action to state court.  *See* Nos. 21-15313+, Dkt. 133-1 (July 7, 2022).  Defendants in *Honolulu* are evaluating whether to seek rehearing in the Ninth Circuit and/or file a petition for a writ of certiorari in the U.S. Supreme Court.  In addition, on June 8, 2022, defendants in *Board of County Commissioners of Boulder County v. Suncor Energy (U.S.A) Inc.*, No. 19-cv-1330 (10th Cir.), a similar climate change-related case, filed a petition for a writ of certiorari in the U.S. Supreme Court, seeking review of the Tenth Circuit's affirmance of the district court's remand order.  That petition will likely be decided by the end of this year.

As the Court is aware, Defendants are preparing a supplemental brief in opposition to Plaintiffs' renewed motion to remand.  *See* Dkt. 401.  Currently, that brief is due July 21, 2022, and Plaintiffs' reply brief is due August 11, 2022.  A hearing on the motion is scheduled for September 22, 2022.  Given these recent developments, however, Defendants respectfully submit that it may advance the interests of judicial efficiency and conservation of resources to stay proceedings in these cases and await further guidance from the Supreme Court, particularly given that this Court previously concluded that Plaintiffs' claims are removable because they are governed by federal common law, which is an issue presented in the certiorari petitions.[2]  Defendants are, of course, willing and able to proceed on the current schedule if that is the Court's preference.

---

[1]  In submitting this update, Defendants BP P.L.C., ConocoPhillips, Exxon Mobil Corporation, and Shell plc (f/k/a Royal Dutch Shell plc), do not waive any argument or defense regarding the Court's lack of personal jurisdiction over them, nor do they seek to vacate or alter the Court's previous personal jurisdiction order under Rule 12(b)(2).

[2]  Plaintiffs have indicated that they do not consent to any extensions of the current schedule.

Dated: July 12, 2022

Respectfully submitted,

By: */s/ Theodore J. Boutrous, Jr.*

Theodore J. Boutrous, Jr.
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: wthomson@gibsondunn.com

Andrea E. Neuman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: aneuman@gibsondunn.com

Joshua D. Dick
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8331
Facsimile: 415.374.8451
Email: jdick@gibsondunn.com

Neal S. Manne (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
Erica Harris (*pro hac vice*)
Steven Shepard (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: nmanne@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: eharris@susmangodfrey.com
Email: shepard@susmangodfrey.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*) STERN &
KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
Facsimile: (973) 535-9664
Email: hstern@sgklaw.com
Email: jsilverstein@sgklaw.com

1

2  *Attorneys for Defendant CHEVRON CORPORATION*

3

4  By: **/s/ Jonathan W. Hughes
Jonathan W. Hughes

5  ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor

6  San Francisco, California 94111-4024
Telephone: (415) 471-3100

7  Facsimile: (415) 471-3400
Email: jonathan.hughes@apks.com

8

9  Matthew T. Heartney
John D. Lombardo

10  ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor

11  Los Angeles, California 90017-5844
Telephone: (213) 243-4000

12  Facsimile: (213) 243-4199
E-mail: matthew.heartney@apks.com

13  E-mail: john.lombardo@apks.com

14  Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP

15  250 West 55th Street
New York, NY 10019-9710

16  Telephone: (212) 836-8383
Facsimile: (212) 715-1399

17  Email: nancy.milburn@apks.com

18  *Attorneys for Defendant BP P.L.C.*

19

20  By:  **/s/ Raymond A. Cardozo
Raymond A. Cardozo (SBN 173263)

21  T. Connor O'Carroll (SBN 312920)
REED SMITH LLP

22  101 Second Street, Suite 1800
San Francisco, CA  94105-3659

23  Telephone:  415 543 8700
Facsimile:  415 391 8269

24  rcardozo@reedsmith.com
cocarroll@reedsmith.com

25

26  Jameson R. Jones (pro hac vice)
Daniel R. Brody (pro hac vice)

27  BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200

28  Denver, CO 80202

Gibson, Dunn &
Crutcher LLP

3

1  Telephone: (303) 592-3100
   Facsimile: (303) 592-3140
2  Email: jameson.jones@bartlitbeck.com
   Email: dan.brody@bartlitbeck.com
3
4  *Attorneys for Defendant CONOCOPHILLIPS*

5
   By: **\*\*/s/ Dawn Sestito*
6  M. Randall Oppenheimer
   Dawn Sestito
7  O'MELVENY & MYERS LLP
   400 South Hope Street
8  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
9  Facsimile: (213) 430-6407
   Email: roppenheimer@omm.com
10 Email: dsestito@omm.com

11
   Theodore V. Wells, Jr. (pro hac vice)
12 Daniel J. Toal (pro hac vice)
   PAUL, WEISS, RIFKIND, WHARTON &
13 GARRISON LLP
   1285 Avenue of the Americas
14 New York, New York 10019-6064
   Telephone: (212) 373-3000
15 Facsimile: (212) 757-3990
   Email: twells@paulweiss.com
16 Email: dtoal@paulweiss.com

17
   *Attorneys for Defendant EXXON MOBIL*
18 *CORPORATION*

19
   By:**\*\*/s/ Gary T. Lafayette*
20 Gary T. Lafayette (SBN 88666)
   LAFAYETTE KUMAGAI LLP
21 1300 Clay Street, Suite 810
   Oakland, California 94612
22 Telephone: (415) 357-3600
   Facsimile: (415) 357-4605
23 Email: glafayette@lkclaw.com

24
   David C. Frederick (pro hac vice)
25 Daniel S. Severson (pro hac vice)
   KELLOGG, HANSEN, TODD, FIGEL &
26 FREDERICK, P.L.L.C.
   1615 M Street, N.W., Suite 400
27 Washington, D.C. 20036
   Telephone: (202) 326-7900
28

Gibson, Dunn &
Crutcher LLP

1

2

Facsimile: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: dseverson@kellogghansen.com

3

4

*Attorneys for Defendant SHELL PLC (F/K/A
ROYAL DUTCH SHELL PLC)*

5

6

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28