UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER, <br><br> Plaintiff, <br><br> v. <br><br> BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROAYL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, <br><br> Defendant. <br><br> AND RELATED CASE. | No. C 17-06011 WHA <br> No. C 17-06012 WHA <br><br> **ORDER RE DOCUMENTS FOR TOMORROW'S HEARING** |

In light of the voluminous number of documents that may be at issue in our hearing tomorrow, the parties **SHALL** have available in the courtroom hard-copy versions of any documents that the parties may wish to discuss.

**IT IS SO ORDERED.**

Dated: September 27, 2022.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE