**SHER EDLING LLP**
PROTECTING PEOPLE AND THE PLANET

September 29, 2022

By ECF

Hon. William Alsup
United States District Court
Northern District of California
450 Golden Gate Ave., Courtroom 12, 19th Fl.
San Francisco, CA 94102

    Re:   *The People of the State of California v. BP P.L.C., et al.*
            Case Nos. 17-cv-6011 and 17-cv-6012

Dear Judge Alsup,

    In response to the Court's inquiry at oral argument on September 28, the People of the State of California submit the complaints at issue in *City & County of Honolulu v. Sunoco LP*, 39 F.4th 1101 (9th Cir. 2022). *See* Ex. A (*City & Cnty. of Honolulu v. Sunoco LP et al.*, Case No. 1CCV-20-0000380 (Haw. Cir. Ct. Mar. 9, 2020)); Ex. B (*Cnty. of Maui v. Sunoco LP et al.*, Case No. 2CCV-20-0000283 (Haw. Cir. Ct. Oct. 12, 2020)).

                                  Respectfully submitted,

                                  */s/ Victor M. Sher*

                                  Victor M. Sher

                                  *Counsel for the People of the State of California*

cc:  All Counsel via ECF

Encls.