Tracie J. Renfroe (*pro hac vice*)
trenfroe@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Daniel R. Brody (*pro hac vice*)
dan.brody@bartlitbeck.com
Jameson R. Jones (*pro hac vice*)
jameson.jones@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Attorneys for Defendants ConocoPhillips

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., et al.,<br><br>Defendants. | First Filed Case: No. 3:17-cv-6011-WHA<br><br>Related Case: No. 3:17-cv-6012-WHA<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT CONOCOPHILLIPS** |

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BP P.L.C., et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-6012-WHA |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that, pursuant to local rule 5-1(c)(2)(C), attorneys Megan R. Nishikawa, George R. Morris, and Tracie J. Renfroe hereby withdraw as counsel of record for Defendant ConocoPhillips in the above captioned cases. The Court and all parties are respectfully requested to remove Ms. Nishikawa, Mr. Morris, and Ms. Renfroe from the service list and ECF notifications for these matters.

Attorneys Jameson Jones, Dan Brody, Ray Cardozo, and Connor O'Carroll will continue to serve as counsel for ConocoPhillips in the above captioned cases.

Dated: October 7, 2022

Respectfully Submitted,
By: */s/ Tracie J. Renfroe*
Tracie J. Renfroe (*pro hac vice*)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
trenfroe@kslaw.com

*Attorneys for Defendants ConocoPhillips*

# CERTIFICATE OF SERVICE

I hereby certify that the forgoing Notice was filed electronically on October 7, 2022, with the United States District Court for the Northern District of California, San Francisco Division, and has been duly served via ECF on all counsel of record.

Dated: October 7, 2022          /s/ *Tracie J. Renfroe*
                                Tracie J. Renfroe