| | |
|---|---|
| Theodore J. Boutrous, Jr. (SBN 132099) | Neal S. Manne (SBN 94101) |
| tboutrous@gibsondunn.com | nmanne@susmangodfrey.com |
| Andrea E. Neuman (SBN 149733) | Johnny W. Carter (*pro hac vice*) |
| aneuman@gibsondunn.com | jcarter@susmangodfrey.com |
| William E. Thomson (SBN 187912) | Erica Harris (*pro hac vice*) |
| wthomson@gibsondunn.com | eharris@susmangodfrey.com |
| Joshua D. Dick (SBN 268853) | Steven Shepard (*pro hac vice*) |
| jdick@gibsondunn.com | sshepard@susmangodfrey.com |
| GIBSON, DUNN & CRUTCHER LLP | SUSMAN GODFREY LLP |
| 333 South Grand Avenue | 1000 Louisiana, Suite 5100 |
| Los Angeles, CA 90071 | Houston, TX 77002 |
| Telephone: 213.229.7000 | Telephone: 713.651.9366 |
| Facsimile: 213.229.7520 | Facsimile: 713.654.6666 |

Herbert J. Stern (*pro hac vice*)
 hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
 jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO, L.L.C.
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

*Attorneys for Defendant Chevron Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>Plaintiffs,<br><br>v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>Defendants. | No. 3:17-cv-6011-WHA<br>No. 3:17-cv-6012-WHA<br><br>**DEFENDANTS' UNOPPOSED MOTION TO VACATE STATUS CONFERENCE**<br><br>THE HONORABLE WILLIAM H. ALSUP |

CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DENNIS J. HERRERA,

   Plaintiffs,

 v.

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

   Defendants.

On October 24, 2022, this Court granted Plaintiffs' Renewed Motion to Remand, vacated the personal jurisdiction dismissal order, stayed the effect of its Order "until all appeals are exhausted," and scheduled a status conference for March 23, 2023 at 11:00 a.m.  Dkt. 434.

Defendants filed their notice of appeal on November 21, 2022.  Dkt. 435.  On February 1, 2023, the Ninth Circuit established a briefing schedule for the appeal:  Appellants' opening brief is due March 31, 2023; Appellees' answering brief is due May 1, 2023; and Defendants' reply brief is due 21 days from the date of service of the answering brief.  *City and County of San Francisco, et al. v. BP p.l.c., et al.*, No. 22-16812, Dkt. No. 27 (9th Cir. Feb. 1, 2023).

In light of the foregoing, and because briefing on Defendants' appeal remains ongoing, Defendants respectfully submit that the March 23 status conference should be vacated and rescheduled for a date after the Ninth Circuit renders an opinion in the appeal.  Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this Motion.  The Parties will promptly notify the Court after an opinion is issued.[1]

Dated: March 13, 2023                                   Respectfully submitted,

By: */s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Andrea E. Neuman
William E. Thomson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: aneuman@gibsondunn.com
Email: wthomson@gibsondunn.com

---

[1] This motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, lack of personal jurisdiction, or insufficient service of process.

1  Joshua D. Dick
   GIBSON, DUNN & CRUTCHER LLP
2  555 Mission Street, Suite 3000
   San Francisco, CA 94105-0921
3  Telephone: 415.393.8331
   Facsimile: 415.374.8451
4  Email: jdick@gibsondunn.com

5  Neal S. Manne (*pro hac vice*)
   Johnny W. Carter (*pro hac vice*)
6  Erica Harris (*pro hac vice*)
7  Steven Shepard (*pro hac vice*)
   SUSMAN GODFREY LLP
8  1000 Louisiana, Suite 5100
   Houston, TX 77002
9  Telephone: (713) 651-9366
   Facsimile: (713) 654-6666
10 Email: nmanne@susmangodfrey.com
   Email: jcarter@susmangodfrey.com
11 Email: eharris@susmangodfrey.com
   Email: shepard@susmangodfrey.com
12

13 Herbert J. Stern (*pro hac vice*)
   Joel M. Silverstein (*pro hac vice*)
14 STERN & KILCULLEN, LLC
   325 Columbia Turnpike, Suite 110
15 Florham Park, NJ 07932-0992
   Telephone: (973) 535-1900
16 Facsimile: (973) 535-9664
   Email: hstern@sgklaw.com
17 Email: jsilverstein@sgklaw.com
   *Attorneys for Defendant CHEVRON*
18 *CORPORATION*

19 By: ** */s/ Raymond A. Cardozo*
20 Raymond A. Cardozo
   T. Connor O'Carroll
21 Reed Smith LLP
   101 Second Street, Suite 1800
22 San Francisco, CA 94105-3659
   Telephone: (415) 543-8700
23 Facsimile: (415) 391-8269
   E-mail: rcardozo@reedsmith.com
24 E-mail: cocarroll@reedsmith.com

25
   Jameson R. Jones
26 Daniel R. Brody
   Bartlit Beck LLP
27 1801 Wewatta Street, Suite 1200
   Denver, CO 80202
28 Telephone: (303) 592-3100

Facsimile: (303) 592-3140
E-mail: jameson.jones@bartlitbeck.com
E-mail: dan.brody@bartlitbeck.com
*Attorneys for Defendant CONOCOPHILLIPS*

By:**/s/ *Gary T. Lafayette*
Gary T. Lafayette (SBN 88666)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-3600
Facsimile: (415) 357-4605
Email: glafayette@lkclaw.com

David C. Frederick (pro hac vice)
Daniel S. Severson (pro hac vice)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: dseverson@kellogghansen.com
*Attorneys for Defendant SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC)*

By: **/s/ *Jonathan W. Hughes*
Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: jonathan.hughes@arnoldporter.com

Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com
E-mail: john.lombardo@arnoldporter.com

Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710

Telephone: (212) 836-8383
Facsimile: (212) 715-1399
Email: nancy.milburn@arnoldporter.com
*Attorneys for Defendant BP P.L.C*

By: **/s/ Dawn Sestito*
M. Randall Oppenheimer
Dawn Sestito
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: roppenheimer@omm.com
Email: dsestito@omm.com

Theodore V. Wells, Jr.
Daniel J. Toal
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com

Kannon K. Shanmugam
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7325
Email: kshanmugam@paulweiss.com
*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*