UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER, | No. C 17-06011 WHA<br>No. C 17-06012 WHA |
| Plaintiffs, | |
| v. | **ORDER RE STATUS CONFERENCE** |
| BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, | |
| Defendants. | |
| AND RELATED CASE. | |

The unopposed motion to vacate the status conference set for March 23, 2023, is **GRANTED**. The status conference will be rescheduled for a date after our court of appeals renders an opinion. The parties shall please promptly notify the Court after the opinion issues.

1   The status conference set for March 23, 2023, is **VACATED** and **CONTINUED**.

2   **IT IS SO ORDERED.**

4   Dated: March 14, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE