1  BARBARA J. PARKER, City Attorney, SBN 069722
   MARIA BEE, Chief Assistant City Attorney, SBN 167716
2  DIVYA MUSINIPALLY, Deputy City Attorney, SBN 316114
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone: (510) 238-3601; Fax: (510) 238-6500
4  Email: dmusinipally@oaklandcityattorney.org
   X04444/3279837v1
5
   Attorneys for Plaintiffs,
6  CITY OF OAKLAND AND THE
   PEOPLE OF THE STATE OF CALIFORNIA
7

8                                                                                    EXEMPT PER GOV. CODE SECTION 6103

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>                 Plaintiff(s),<br><br>       v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>                 Defendant(s). | First-Filed Case No. 3:17-cv-6011-WHA<br>Related to Case No. 3:17-cv-6012-WHA<br><br>**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** |

| | |
|---|---|
| 1<br>2<br>3 | CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San Francisco City Attorney DAVID CHIU, |
| 4 | Plaintiff(s), |
| 5 | v. |
| 6<br>7<br>8<br>9 | BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10, |
| 10<br>11 | Defendant(s). |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 5-1(c)(2)(A) and 5-1(c)(2)(B), please take notice that Deputy City Attorney Divya Musinipally is appearing as counsel for Plaintiffs City of Oakland and the People of the State of California in the above-captioned matters. All filings and communications should be addressed to Ms. Musinipally as follows:

>Divya Musinipally, SBN 316114
>Deputy City Attorney
>Oakland City Attorney's Office
>One Frank H. Ogawa Plaza, 6th Floor
>Oakland, California 94612
>Telephone: (510) 238-3601; Fax: (510) 238-6500
>Email:dmusinipally@oaklandcityattorney.org

Please include Ms. Musinipally on all proofs of service and communications in these matters.

Please take further notice that Zoe M. Savitsky is no longer counsel of record for Plaintiffs City of Oakland and the People of the State of California in the above-captioned matters. Accordingly, please remove her from the service list.  The remaining listed counsel remain counsel of record for Plaintiffs City of Oakland and the People of the State of California.

Dated: June 9, 2023                         BARBARA J. PARKER, City Attorney


By:   */s/ Divya Musinipally*
Divya Musinipally, Deputy City Attorney
Attorney for Plaintiffs,
CITY OF OAKLAND AND THE
PEOPLE OF THE STATE OF CALIFORNIA