| | |
|---|---|
| Theodore J. Boutrous, Jr. (SBN 132099)<br>  tboutrous@gibsondunn.com<br>Andrea E. Neuman (SBN 149733)<br>  aneuman@gibsondunn.com<br>William E. Thomson (SBN 187912)<br>  wthomson@gibsondunn.com<br>Joshua D. Dick (SBN 268853)<br>  jdick@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Neal S. Manne (SBN 94101)<br>  nmanne@susmangodfrey.com<br>Johnny W. Carter (*pro hac vice*)<br>  jcarter@susmangodfrey.com<br>Erica Harris (*pro hac vice*)<br>  eharris@susmangodfrey.com<br>Steven Shepard (*pro hac vice*)<br>  sshepard@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: 713.651.9366<br>Facsimile: 713.654.6666 |

Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO, L.L.C.
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

*Attorneys for Defendants Chevron Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>              Plaintiffs,<br><br>      v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>              Defendants. | No. 3:17-cv-6011-WHA<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>THE HONORABLE WILLIAM H. ALSUP |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 5-1(c)(2)(C), Ethan Dettmer, of the law firm of Gibson, Dunn & Crutcher LLP, hereby withdraws as counsel of record in this action for Defendants Chevron Corporation. Mr. Dettmer is retiring from the partnership of Gibson Dunn on December 31, 2023, and he will therefore cease to be involved with these proceedings. Chevron will continue to be represented by its other counsel of record in this action.

Mr. Dettmer respectfully requests that the Court remove his name from the service list and ECF notifications in this case.

Dated: December 29, 2023

Respectfully submitted,

By: */s/ Ethan Dettmer*

Ethan Dettmer
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.374.8481
Email: Edettmer@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Change of Counsel was filed electronically on December 29, 2023, with the United States District Court for the Northern District of California, San Francisco Division, and has been duly served via ECF on all counsel of record.

Dated: December 29, 2023

                                              /s/ *Ethan Dettmer*
                                                Ethan Dettmer

106887746.1