UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Mark B. Busby                                                                                       General Court Number
Clerk of Court                                                                                              510-637-3530

February 16, 2024

Superior Court State of California County of Alameda
Rene C. Davidson Alameda County Courthouse- Civil Division
1225 Fallon Street
Oakland, CA 94612

RE:  The People of the State of California v.  BP P.L.C., et al.
        17-cv-06011-WHA

Your Case Number:  RG17875889

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   ☒  Certified original and one copy of this letter

   ☒  Certified copy of docket entries

   ☒  Certified copy of Remand Order

   ☐  Other

   Please send an acknowledgement of receipt of these documents to angela_jimenez@cand.uscourts.gov.

                                                              Sincerely,

                                                              Mark B. Busby, Clerk of Court

                                                              _____
                                                              by:  Angela Jimenez
                                                              Case Systems Administrator
                                                              (510) 637-3535

*REV. 10/21*