1  Gary T. Lafayette (SBN 88666)
   Brian H. Chun (SBN 215417)
2  LAFAYETTE & KUMAGAI LLP
   1300 Clay Street, Suite 810
3  Oakland, CA 94612
   Tel.: (415) 357-4600
4  Email: glafayette@lkclaw.com
   Email: bchun@lkclaw.com
5
   *Counsel for Defendant Shell plc*
6  *(F/K/A Royal Dutch Shell plc)*

7               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 9  CITY OF OAKLAND and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Oakland City Attorney,<br><br>10<br><br>11           *Plaintiffs*,<br>          v.<br>12<br>BP PLC, CHEVRON CORP.,<br>13 CONOCOPHILLIPS, EXXONMOBIL CORP., ROYAL DUTCH SHELL PLC, and<br>14 DOES 1 through 10,<br><br>15           *Defendants*. | First Filed Case: No. 3:17-CV-6011-WHA<br>Related Case:    No. 3:17-CV-6012-WHA<br><br>The Honorable William H. Alsup<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Case No. 3:17-cv-6011-WHA |
| 16<br>17 CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the San<br>18 Francisco City Attorney,<br><br>19           *Plaintiffs*,<br>          v.<br>20<br>BP PLC, CHEVRON CORP.,<br>21 CONOCOPHILLIPS, EXXONMOBIL CORP., ROYAL DUTCH SHELL PLC, and<br>22 DOES 1 through 10,<br><br>23           *Defendants*. | Case No. 3:17-cv-6012-WHA |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 5-1(c)(2)(c), attorneys David C. Frederick, Daniel S. Severson, and David K. Suska from KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C., hereby withdraw as counsel for Defendant Shell plc (F/K/A Royal Dutch Shell plc) in the above-captioned action. Counsel respectfully requests that the Court remove Mr. Frederick's, Mr. Severson's, and Mr. Suska's appearances from the docket. In addition, counsel respectfully requests that the Court and the parties remove Mr. Frederick, Mr. Severson, and Mr. Suska, from the service list and ECF notifications for this action.

Gary T. Lafayette and Brian Chun of Lafayette & Kumagai LLP will continue to serve as counsel for Defendant Shell plc (F/K/A Royal Dutch Shell plc).

Dated: June 27, 2025

Respectfully submitted,

By: */s/ Gary T. Lafayette*
Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, CA 94612
Tel.: (415) 357-4600
Email: glafayette@lkclaw.com
Email: bchun@lkclaw.com

*Counsel for Defendant Shell plc (F/K/A Royal Dutch Shell plc)*

David C. Frederick (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: dseverson@kellogghansen.com

*Withdrawing Counsel for Defendant Shell plc (F/K/A Royal Dutch Shell plc)*