UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Oakland City Attorney BARBARA J. PARKER,<br><br>        Plaintiffs,<br><br>  v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS COMPANY, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>        Defendants.<br><br>AND RELATED CASE. | No.  C 17-06011 WHA<br>No.  C 17-06012 WHA<br><br>**ORDER RE REMAND AND CLOSING FILE** |

In October 2022, an order granted a renewed motion to remand this action (Dkt. No. 434). In doing so, it stated that "[t]he effect of this order is STAYED until all appeals are exhausted" (*id*. at 15). In November 2023, our court of appeals affirmed the October 2022

order, and in December 2023, the mandate issued (Dkt. Nos. 442–43).  As such, all appeals are exhausted, so the effect of the October 2022 order is no longer stayed.

In early March 2023, a status conference that had been set for late March 2023 was "**VACATED AND CONTINUED**" by stipulation pending the appeal, with parties instructed to inform the Court as to the eventual date they desired for the conference (Dkt. No. 362).  The parties never informed the Court of any date.

The Clerk shall close this file On **NOVEMBER 6, 2025**, unless a party **SHOWS CAUSE BY NOVEMBER 4, 2025** in writing and under oath why the file needs to remain open.

**IT IS SO ORDERED.**

Dated:  October 9, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE